**Rich Cohn-Lee, OSB No. 952331**
E-mail:  Rich@hungerfordlaw.com
**Joel E. Hungerford, OSB No. 140940**
E-mail:  Joel@hungerfordlaw.com
THE HUNGERFORD LAW FIRM
PO Box 3010
Oregon City, Oregon 97045
Telephone:  (503) 650-7990
Facsimile:   (503) 655-1429

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| **GRANTS PASS SCHOOL DISTRICT,**<br><br>    **Plaintiffs**,<br><br>    v.<br><br>**STUDENT,**<br><br>    **Defendant**. | Civil No. 1:14-cv-01115-CL<br><br>**DECLARATION OF RICHARD COHN-LEE IN SUPPORT OF DEFENDANT'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, RICHARD COHN-LEE, declare as follows:

1. I make this declaration on personal knowledge and my review of the records in this action and, if called as a witness in this action, could and would competently testify to the matters and documents described herein.

1 --  DECLARATION OF RICHARD COHN-LEE IN SUPPORT OF PLAINTIFF's MOTION FOR TEMPORARY RESTRAINING ORDER

2. I make this declaration in support of Plaintiff's Motion for Temporary Restraining Order.

3. I am the attorney for plaintiff Grants Pass School District in the above-captioned matter.

4. True and correct copies of the following documents are attached hereto:

    a. PDF documents of the official transcript from ODE DP 14-102 and ODE DP 14-104; and

    b. Posthearing Briefs from Grants Pass School District and from the Parent for ODE DP 14-104; and

    c. ALJ Bernadette House's Final Order from ODE DP 14-102.

5. I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct and that this declaration was executed by me on this 14th day of July, 2014 at Oregon City, Oregon.


        /s/ Richard Cohn-Lee_____
        Richard Cohn-Lee

2 -- DECLARATION OF RICHARD COHN-LEE IN SUPPORT OF PLAINTIFF's MOTION FOR TEMPORARY RESTRAINING ORDER

### CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF RICHARD COHN-LEE IN SUPPORT OF DEFENDANT'S MOTION TO STAY AND FOR ATTORNEYS' FEES** on the following named person on the date indicated below by:

[   ]    mailing with postage prepaid;

[   ]    hand delivery;

[ x ]    electronic delivery;

[   ]    overnight delivery

to said person a true copy thereof at their last-known address indicated below:

Raymond Parenteau
1370 SW David Drive
Grants Pass, OR 97527

*Pro Se* for Defendant

DATED:  July 14, 2014.

                THE HUNGERFORD LAW FIRM

                /s/ Rich Cohn-Lee_____
                Richard G. Cohn-Lee, OSB No. 952331
                E-mail: Rich@hungerfordlaw.com
                Joel E. Hungerford, OSB No. 140940
                E-mail: Joel@hungerfordlaw.com
                Telephone:  (503) 650-7990
                Facsimile:  (503) 655-1429

                Of Attorneys for Plaintiff–Appellant