

**NAEGELI**
DEPOSITION AND TRIAL EXPERTS

CORPORATE HEADQUARTERS
111 SW FIFTH AVENUE
SUITE 2020
PORTLAND, OR 97204
800.528.3335

**BEFORE THE OFFICE OF ADMINISTRATIVE HEARINGS**
**STATE OF OREGON**
**FOR THE**
**SUPERINTENDENT OF PUBLIC INSTRUCTION**

IN THE MATTER OF THE EDUCATION
OF STUDENT AND GRANTS PASS
SCHOOL DISTRICT

      Case No.:  DP 14-102

_____



THE NAEGELI ADVANTAGE
technology
service
price

**HEARING**

**HELD ON**
**TUESDAY, MAY 13, 2014**
**9:05 A.M.**

**1867 WILLIAMS HWY, SUITE 110**
**GRANTS PASS, OREGON 97527**

NaegeliUSA.com

1                          **APPEARANCES**

2

3   **Appearing on behalf of the Student:**

4   PARENT OF STUDENT

5   IN PRO SE

6   1370 SW David Drive

7   Grants Pass, Oregon  97527

8

9   **Appearing on behalf of Silver Falls School District:**

10  RICHARD G. COHN-LEE, ESQUIRE

11  JOEL E. HUNGERFORD, ESQUIRE

12  The Hungerford Law Firm

13  Post Office Box 3010

14  653 South Center Street

15  Oregon City, Oregon  97045

16  503/706-7956

17  503/655-1429 Fax

18  rich@hungerfordlaw.com

19  joel@hungerfordlaw.com

20

21

22

23

24

25

| | |
|---|---|
| 1 | **APPEARANCES** (Continued) |
| 2 | |
| 3 | **Presiding:** |
| 4 | A. BERNADETTE HOUSE, |
| 5 | SENIOR ADMINISTRATIVE LAW JUDGE |
| 6 | Office of Administrative Hearings |
| 7 | 7995 SW Mohawk Street |
| 8 | Tualatin, OR 97062 |
| 9 | 503/612-4300 |
| 10 | 503/612-4340 Fax |
| 11 | bernadette.house@state.or.us |
| 12 | |
| 13 | **Also Present:** |
| 14 | DOUG ELY |
| 15 | EMILY LUKA |
| 16 | PAM SCHWERDT, PH.D. |
| 17 | KIRK KOLB |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

**HEARING**

**HELD ON**

**TUESDAY, MAY 13, 2014**

**9:05 A.M.**

**JUDGE HOUSE:**  Good morning.  This is Administrative Law Judge Bernadette House with the Office of Administrative Hearings for the State of Oregon.

We are convening a due-process hearing in the matter of Student and Grants Pass School District, and this is on DP Case 14-102.  Today's date is May 13th, and the hearing is set to convene at 9:00.  It's 9:05.

Ms. Yates has the names of the parties who are present in the room, but I will for the purposes of the record go over the -- and I used that word inappropriately -- the individuals who are in the room.

The parties that are in the room, the Parent is representing himself, and that is [Parent]; is that correct?

**[PARENT]:**  Correct.

**JUDGE HOUSE:**  And [Parent] is present.

And then representing the District is

1  Richard Cohn-Lee, and Mr. Cohn-Lee has with him his

2  representative for the District, Kirk Kolb, Director

3  of Special Services.

4           And then I understand we have Joel

5  Hungerford assisting Mr. Cohn-Lee today; is that

6  correct?

7           **MR. COHN-LEE:**  That's correct, Judge.

8           **JUDGE HOUSE:**  Is there anyone else that at

9  this point I need to be aware of?  Okay.

10          The other individuals attending are here.

11 It's a public hearing at the request of the Parent.

12 So I just ask that you remain silent and don't use

13 cell phones.

14          And if there is a motion to exclude

15 witnesses, anyone that would be called later would

16 need to leave.  I don't have that motion at this

17 time.

18          This motion was set pursuant to a Notice

19 of Hearing mailed to the parties, and I want to make

20 sure everyone got that.  I believe that they did,

21 but a service date should have been the 5th of May,

22 2014.

23          In this matter, the prehearing conference

24 was held on -- I'm going to go back and look at the

25 -- okay. Got so many documents in this case.

1  Prehearing in this matter was held on April 21st,

2  2014.  And Mr. Cohn-Lee and the Parent participated

3  in that hearing.

4        At that time there were deadlines set, and

5  there were motions that were filed, and the rulings

6  in the case file -- there was a ruling on a motion

7  to compel, discovery, a motion to consolidate, and a

8  motion for summary determination.  I'll set that out

9  in the case hearing.

10       The motion for summary determination was

11  denied. The motion to compel was granted in part,

12  denied in part. The motion to consolidate was

13  denied.

14       This hearing, the issues in this hearing

15  were set out, and they are based on the Due Process

16  Hearing Request filed March 19th, 2014:

17       Whether during the IEP meetings to address

18  the Student's IEP development -- including November

19  20th, 2013, and March 18th, 2014 -- District failed

20  to consider and provide for extended school-year

21  services to the Student in compliance with the

22  federal laws set out in the notice and the Oregon

23  Administrative Rules that implement that federal

24  law; if so, whether that failure to consider ESY at

25  that time resulted in a substantive violation of

1  Student's rights under the IDEA, whether the

2  District prohibited discussion of ESY -- and that is

3  extended-year services -- at the November 20th,

4  2013, and March 18th, 2014, IEP meetings; and if so,

5  whether the District violated Parent's rights to

6  participate in the development, revision, and review

7  of Student's IEP under the federal rules and the

8  Oregon rules; and, if those alleged violations

9  occurred, if they resulted in a substantive

10 violation of the student's right under IDEA; and if

11 so, what is the appropriate remedy.

12         The Parent under case Schaffer vs. Weast

13 bears burden of proof, having brought the complaint,

14 and must show more likely than not that the facts

15 alleged occurred, that those facts are a violation

16 of a law or rule, and that law or rule --

17         **MR. COHN-LEE:**  Do we want to -- given the

18 temperature -- I don't think a lot of people transit

19 this hall, Judge.  I'm sorry for interrupting, but I

20 know it is going to get hot in here if we close that

21 door.

22         **JUDGE HOUSE:**  And for purposes of the

23 record, what just happened is there are voices

24 outside.  This room is small, and we may have some

25 interrupting noise.  Let me ask Ms. Yates.

1          On extraneous noise, is there a way you

2  can handle that in the written record?

3          **THE REPORTER:**  No, there isn't.  And we

4  can play it by ear, and if it gets to be too much,

5  we can close the door.  But it's okay with me.

6          **JUDGE HOUSE:**  Just let me know.

7          **THE REPORTER:**  Okay.

8          **JUDGE HOUSE:**  Okay?

9          And reason I'm speaking -- I sound rather

10  deliberative -- is I am actually speak at a very

11  fast speed. But what I've done is slowed down so

12  that the court reporter can hear me.

13          **THE REPORTER:**  Thank you.

14          **JUDGE HOUSE:**  And if I speed back up, she

15  has my permission to interrupt and say "Please,

16  excuse me, slow down."  If she does that with you, I

17  would appreciate it if you would too.

18          The other thing that will happen with the

19  court reporter is we're used to using nonverbal

20  cues.  We nod our heads to say "yes."  "Yes" doesn't

21  show up on the record.

22          So we have to say "yes," "no," and if you

23  begin an explanation of something and you start to

24  use your hands to tell what it is, I'll ask you to

25  describe what you are doing so that it appears

1   clearly on the record.

2          Simply, we have to create a visual verbal

3   record. All right.

4          So the Parent, as I was saying, has the

5   burden of proof.  And the Parent chose to go first

6   in this case to present his case, and we have two

7   days set for this matter.

8          There's -- and I am going to paraphrase of

9   course.  If I paraphrase incorrectly, the law

10  applies.

11         Essentially under the general rules of the

12  IDEA, there are procedural issues, and there are

13  procedural requirements to complying with the law.

14         If there is a procedural violation shown

15  by the standard of proof which is more likely than

16  not -- that's a 51.9 percent balancing test whether

17  a matter that's testified to did or did not occur.

18         If a procedural violation is shown, it

19  also must have resulted in a substantive violation

20  at the time we're talking about.  So you can't look

21  to the future.  You can't speculate what would

22  happen.

23         It has to be shown essentially that at the

24  time the Parent brought the complaint on the alleged

25  violations, that those violations -- if they're

1  technical or procedural violations, that's a

2  substantive violation that shows that the District

3  did not provide a free and appropriate public

4  education, which is FAPE, under the Individuals With

5  Disabilities Act.

6          And since 2004, it's actually the

7  Individuals with Disabilities Improvement Act.  I'm

8  the only one that gets hung up on that because I've

9  been in this a long time.

10          But it is at that time, and then whether

11  or not there is an appropriate remedy.  So those

12  steps must be shown in order to prevail in this

13  case.

14          And the District has the -- if the witness

15  list -- and I do apologize.  I'm going to ask the

16  parties to work with me very quickly on that.  I

17  assume that the same witnesses or similar sets of

18  witnesses will be called.

19          And, [Parent], I'm going to ask you if you

20  can give me an estimate or tell me in order who

21  you're going to call and what you expect them to

22  testify to so we have an idea of where we're going

23  with this.

24          **[PARENT]:**  Um --

25          **JUDGE HOUSE:**  I have your witness list.

```
 1              THE REPORTER:  [Parent], would you speak
 2   up a little bit, please.
 3              [PARENT]:  Certainly.
 4              JUDGE HOUSE:  Actually, [Parent], I have
 5   your exhibit list.  And if you can tell me where you
 6   may have sent or placed that as your -- I apologize.
 7              [PARENT]:  It was a page right before the
 8   exhibit list.
 9              JUDGE HOUSE:  All right.
10              [PARENT]:  On the fax.  I mean I don't
11   know how it all turned out in the end.
12              JUDGE HOUSE:  All right.  I have -- Mr.
13   Cohn-Lee, did you receive a witness list from
14   [Parent]?
15              MR. COHN-LEE:  I did, Judge, yes.  I have
16   a copy here as well if you want to take a look at
17   it.
18              JUDGE HOUSE:  I've got it.  Thank you.
19              MR. COHN-LEE:  Uh-huh.
20              JUDGE HOUSE:  You're going to be calling
21   Doug Ely, and Mr. Ely will be testifying -- and you
22   also have Dorothy Jewell.
23              Normally I would have read every single
24   document in this case before today.  I could not do
25   that last night. I read a lot of it, but not all of
```

1 it. [Parent], how long do you expect to be

2 questioning Mr. Kolb?  Do you have any idea?

3          **[PARENT]:**  Minimum an hour.

4          **JUDGE HOUSE:**  And is he your first

5 witness?

6          **[PARENT]:**  No.

7          **JUDGE HOUSE:**  Who is your first witness?

8          **[PARENT]:**  What was the name you read?

9          **JUDGE HOUSE:**  Doug Ely and Dorothy Jewell.

10          **[PARENT]:**  Is that it?

11          **JUDGE HOUSE:**  Yes.

12          **[PARENT]:**  Okay.

13          **JUDGE HOUSE:**  And I assume -- this is

14 something that a pro se will frequently do, forget

15 to put themselves on the list.  But you also have

16 the right to testify.

17          **[PARENT]:**  Understood.

18          **JUDGE HOUSE:**  All right.  So who are you

19 going to call first of those three?

20          **[PARENT]:**  I'll call Mr. Kolb.

21          **JUDGE HOUSE:**  Okay.  And as I noted in my

22 prehearing order, because the District will also be

23 calling Mr. Kolb, you will not be restricted in your

24 case to cross-examination.

25          So I'll allow you to ask direct --

1  questions on direct that are open-ended.  You can't

2  tell the person what their answer is as to who,

3  what, when, where, and why.

4        And then Mr. Cohn-Lee will follow up, and

5  his questions may also be general.  They're not

6  limited only to what you ask the witness.  Normally

7  they would be, they won't be in this case.

8        We're going to go through each witness

9  that is a dual witness that way.  All right?

10       **[PARENT]:**  All right.

11       **JUDGE HOUSE:**  And I'm trying to make sure

12 that I don't forget some basics.

13       As an administrative law judge with the

14 Office of Administrative Hearings, I'm independent

15 of either party. I'll make findings of fact after

16 this hearing, and I will apply the law as I find it

17 and then write an order that is a final order in

18 this case.

19       And the orders in these cases may be

20 appealed to either the local Oregon circuit court or

21 to the federal district court.

22       So there's two avenues of appeal, but mine

23 is a final order in this case.

24       And I do have special training.  As I

25 said, I've been holding these cases since 2003.

1          If you need anything during the hearing as

2  far as something that will make it easier for you

3  comfortwise or if there is something that I can help

4  explain the process for, please ask.

5          **[PARENT]:**  Okay.  Very good.

6          **JUDGE HOUSE:**  But I can't help.

7          **[PARENT]:**  Understood.

8          **JUDGE HOUSE:**  And I can't give you legal

9  advice, and there's a very fine line.  And I can't

10 give Mr. Cohn-Lee legal advice.

11          But to the extent that I can help

12 facilitate the development of a full and fair

13 inquiry, if there are some things that I need to

14 know, I will also ask questions.

15          So my job is to develop a full, fair

16 inquiry and create that record and write the

17 decision based on that.

18          Okay?

19          **[PARENT]:**  Yes.

20          **JUDGE HOUSE:**  And then because we have

21 limited time, if something begins to become

22 repetitive, I will call attention to that and say

23 "Is there anything new that we want to cover."  And

24 then if there's not, we'll move on.

25          Okay?

1          **[PARENT]:**  Yes.

2          **JUDGE HOUSE:**  And then Mr. Cohn-Lee may

3  object to a question that you ask.  I would ask the

4  witness at that time to please stop, and I'll make a

5  ruling and then will either direct the witness to go

6  ahead or not answer.

7          And then you may object in the same

8  fashion.  And I think we talked about that at the

9  prehearing conference. It's based on immaterial,

10  irrelevant, or unduly repetitious, or it's just

11  plain not reliable.

12          Okay?  Do you remember that standard?

13          **[PARENT]:**  I have my objections.

14          **JUDGE HOUSE:**  All right.  Okay.  All

15  right. Before we get started, I do have a prehearing

16  brief from Mr. Cohn-Lee.

17          Did you have anything that you wanted to

18  say orally to me about the case before we start?

19          **[PARENT]:**  Um --

20          **JUDGE HOUSE:**  And it's not necessary.

21          **[PARENT]:**  No.  I had a motion.  Do we do

22  that before?

23          **JUDGE HOUSE:**  A motion at this time?

24          **[PARENT]:**  Right.

25          **JUDGE HOUSE:**  All right.  And the motion

 1  was not filed before today because?

 2          **[PARENT]:**  Well, I'm just moving to

 3  exclude the witnesses from the room.

 4          **JUDGE HOUSE:**  All right.  The witnesses

 5  from the room.  Your motion is granted.

 6          Mr. Kolb will not be excluded because he's

 7  the representative.

 8          **THE WITNESS:**  Understood.

 9          **JUDGE HOUSE:**  All right.  And then this

10  gentleman that is leaving is?

11          **MR. ELY:**  Doug Ely.

12          **JUDGE HOUSE:**  Mr. Ely.  All right.

13          **MS. JEWELL:**  Dorothy Jewell.

14          **JUDGE HOUSE:**  All right.  Thank you.

15          **MR. COHN-LEE:**  And, Judge, could I just

16  ask quick, before Mr. Ely is excused --

17          **JUDGE HOUSE:**  Yes --

18          **MR. COHN-LEE:**  -- just more of a timing

19  and procedure issue?  I was just wondering when

20  [Parent] anticipated calling Mr. Ely because I think

21  Mr. Ely does have a time limitation tomorrow.  He

22  would need to leave by --

23          **MR. ELY:**  By one o'clock.

24          **MR. COHN-LEE:**  -- by one o'clock.

25          So, again, I don't know if [Parent] is

1  anticipating calling Mr. Ely as the following

2  witness or not.  We're hoping we can accommodate his

3  schedule if possible.

4        **JUDGE HOUSE:**  If we have a feeling that

5  we're going to go longer with Mr. Kolb too, we can

6  also excuse the witnesses, and if you have a cell

7  phone, we can call you back.

8            Can we go off the record for a second just

9  for scheduling purposes.

10           **(A discussion was held from 9:20 a.m. to**

11 **9:21 a.m.)**

12       **JUDGE HOUSE:**  We were just scheduling off

13 the record, calling the witness.  [Parent] had asked

14 for Mr. Doug Ely to testify.  He has just indicated

15 that he is not going to call Mr. Ely, and the

16 District is not intending to call Mr. Ely.

17           So I'm going to excuse the witness.  Once

18 I do that, he won't be subject to re-call.

19       **[PARENT]:**  Understood.

20       **JUDGE HOUSE:**  All right.  Mr. Ely, thank

21 you very much for your time to appear this morning.

22           And then Ms. Jewell would be your second

23 witness, [Parent]?

24       **[PARENT]:**  Correct.

25       **JUDGE HOUSE:**  So, Ms. Jewell, if you can

1  wait, I would anticipate that it's possibly going to

2  be two hours before we need you.  If there's a cell

3  phone and you could be close by, you don't have to

4  just sit outside.

5          **MS. JEWELL:**  Should I leave my cell number

6  with you?

7          **MR. COHN-LEE:**  I'm assuming Mr. Kolb has

8  that, but if you would leave that with us, that

9  would be great. And you can also provide it to Mr.

10  Hungerford, who can take care of the arrangements.

11          And, Ms. Erickson, because you'll be one

12  of our witnesses, you'll -- when we say a witness

13  will be recused or excused, it means that all the

14  witnesses have to step out.

15          So same rule applies to you.  If you'd

16  like to go somewhere, I imagine it would probably --

17          **JUDGE HOUSE:**  It would be all right.  And

18  I'm going to ask I guess -- just a minute, Ms.

19  Erickson.  We may be able to also do the same with

20  you.  If we have a cell phone number, we can

21  anticipate that -- all right.

22          If you can be roughly within five to 10

23  minutes of the building, then that would be fine.

24  And if we get a better hold, we may be able to

25  release you until later.

1        All right.  Thank you.

2        **MR. COHN-LEE:**  Thank you.

3        **JUDGE HOUSE:**  Thank you. [Parent]?

4        **[PARENT]:**  Ms. Picton is a witness also.

5        **JUDGE HOUSE:**  Ms. Picton is a witness for?

6        **[PARENT]:**  The respondent.

7        **JUDGE HOUSE:**  The District?  Ms. Picton is

8   a witness.

9        **MR. COHN-LEE:**  Although I don't believe

10  we'll be calling -- well, we can make that decision

11  at some point.

12        But for now, Ms. Picton, why don't we

13  excuse you.

14        **MS. PICTON:**  Okay.

15        **MR. COHN-LEE:**  My sense would be after

16  conversations with various staff, that just to save

17  time it's likely that we may not be calling Ms.

18  Picton.

19        But we'll kind of hold you in reserve, but

20  to be on the safe side, if we could also excuse you.

21        **JUDGE HOUSE:**  All right.  So you're

22  released for right now but not permanently excused.

23  And if you can just be available if needed.  All

24  right?

25        **MS. PICTON:**  (No audible response.)

1        **JUDGE HOUSE:**  Thank you.

2        Okay.  Then what I'm going to do, are you

3  going to go ahead and call Mr. Kolb?

4        **[PARENT]:**  I have other questions.

5        **JUDGE HOUSE:**  All right.

6        **[PARENT]:**  Am I understanding that I can

7  call any of the District's witnesses on direct?

8        **JUDGE HOUSE:**  When the District's

9  witnesses are testifying, if you did not actually

10  list them, you should be asking them cross-

11  examination questions.

12        If that somehow was unclear, then I will

13  allow you to ask them direct.  You may not have

14  understood you needed to list them.

15        **[PARENT]:**  I'm sorry.  Bear with me.  I

16  thought I read it in your latest order.

17        **JUDGE HOUSE:**  And it may have been not as

18  clear as I would like to have said.  I believe I

19  said if the witnesses are joint --

20        **[PARENT]:**  That was it.

21        **JUDGE HOUSE:**  And so it meant that you

22  would have had to have listed them also.

23        **[PARENT]:**  Oh.  Okay.

24        **JUDGE HOUSE:**  And if there is an issue

25  with something that you want to ask and your not

1  having understood that, I'd like you to tell me, or

2  you would end up having to tell me if I was unclear,

3  you didn't understand that to begin with.

4          But I meant joint witnesses would be

5  called subject to direct questioning.

6          **[PARENT]:**  Is it my understanding that I

7  can directly question them anyway, I'm not limited

8  to cross?  If Mr. Cohn-Lee, specifically in the case

9  of Ms. Erickson, calls her as a direct witness, I

10  can then directly question her as well?

11          **JUDGE HOUSE:**  Is there a reason that you

12  didn't list her on your witness list?

13          **[PARENT]:**  It didn't dawn on me.  It was a

14  misstep.

15          **JUDGE HOUSE:**  That would not be generally

16  appropriate.  The District needed to know who you

17  were going to call on direct.

18          **[PARENT]:**  All right.

19          **JUDGE HOUSE:**  And that's why we asked

20  about it.

21          **[PARENT]:**  It's all right.

22          **JUDGE HOUSE:**  Because of the scope of the

23  questions that Mr. Cohn-Lee will ask, it probably

24  will not be a problem on your cross-examination.

25          This is not as formal as a court hearing.

1  If it's within the scope of what was asked on

2  direct, you can ask on cross-examination.

3           **[PARENT]:**  Okay.

4           **JUDGE HOUSE:**  Just don't bring something

5  out of left field that he didn't talk about.

6           **[PARENT]:**  Okay.

7           **JUDGE HOUSE:**  All right?  Okay.  So if

8  we're ready, we can have Mr. Kolb come --

9           **MR. COHN-LEE:**  And actually, before we

10  begin with that, Judge, I don't know how you want to

11  handle things in this case, but did you want to

12  address the issue of exhibits now or as we progress

13  through the hearing?  Either way is fine.

14           **JUDGE HOUSE:**  If there's not -- we'll see

15  how many objections that we get, and thank you for

16  bringing that up.

17           The exhibits for the District that I have

18  in addition to the argument in brief -- [Parent], I

19  have 1 through 15 from the District.

20           **MR. COHN-LEE:**  We actually have -- it's 1

21  through 12, and we just inserted some additional

22  tabs in case we need to insert new exhibits down the

23  road.  But it's 1 through 12.

24           **JUDGE HOUSE:**  Okay.  D-12 is 1 of 1.  All

25  right.

```
 1            Did you review those documents, [Parent]?

 2        [PARENT]:  Yes, Your Honor.

 3        JUDGE HOUSE:  Did you have any objection

 4  to those documents?  Provided there's some

 5  foundation laid for them, and somebody will have to

 6  tell me what they are and why they're relevant.

 7        [PARENT]:  The District's Exhibit D-8

 8  through D-12.

 9        JUDGE HOUSE:  All right.  And what's the

10  basis for the objection?

11        [PARENT]:  Irrelevant and immaterial.

12        JUDGE HOUSE:  Can you tell me, Mr. Cohn-

13  Lee --

14        [PARENT]:  I don't believe they apply

15  toward determining or any evidence that would be

16  brought up for the complaint.  They were after the

17  fact.

18        JUDGE HOUSE:  All right.  Mr. Cohn-Lee,

19  why don't we address those if you have a witness

20  that can address why these would be in here.

21        MR. COHN-LEE:  Yes, and I can certainly

22  give you our initial responses to relevancy as well.

23  These documents D-8 through 12, all relate to the

24  IEP meeting that occurred on April 10th as set forth

25  in our brief.
```

1           And while I agree with [Parent] that

2    today's hearing is not about the correctness of the

3    substantive decision made on April 10th regarding

4    ESY, it is certainly relevant, and the data in these

5    documents is certainly relevant as to why the

6    District felt it was necessary to wait before making

7    an ESY determination until April 10th.

8           And certainly the data for example

9    contained in D-10 -- that also contains information

10   relating to both the winter break, which is clearly

11   a relevant period according to [Parent] in this

12   case, and the period before and after the spring

13   break, which again relates to the reasonableness of

14   why the District decided in November that it needed

15   to wait across two break periods before gathering

16   sufficient data and accurate data concerning ESY

17   recoupment and regression.

18           So I think that information is directly

19   relevant to the issue, really the issue of timing I

20   think that's at issue in this case.

21           **JUDGE HOUSE:**  All right.  I'm going to

22   defer ruling on those until the written order,

23   unless it becomes obvious to me, and I may exclude

24   them or not as I get testimony.

25           But at this point we'll go ahead and defer

1  ruling.  So Exhibits D-1 through 7 are admitted, and

2  D-8 through 12 I have a standing objection I have

3  not ruled on.

4          **(Whereupon, District Exhibits D-1 through**

5  **D-7, respectively, were offered and admitted into**

6  **evidence.)**

7          **JUDGE HOUSE:**  Anything else?  All right.

8  So that's the District's exhibits.

9          Mr. Cohn-Lee, the exhibits that you

10  received from the petitioner --

11          **[PARENT]:**  Excuse me, Your Honor?

12          **JUDGE HOUSE:**  Yes.

13          **[PARENT]:**  I have an amended exhibit list

14  based on the exhibits I received only last Friday.

15          **JUDGE HOUSE:**  All right.

16          **[PARENT]:**  Or I received them past the due

17  date --

18          **JUDGE HOUSE:**  They're the --

19          **[PARENT]:**  -- because of the motion.

20          **THE REPORTER:**  One at a time, please.

21          **JUDGE HOUSE:**  I'm sorry.  My apologies.

22          I'm going to clarify I think what you're

23  referring to.  You received documents in response to

24  your motion to compel.

25          **[PARENT]:**  Correct.

1          **JUDGE HOUSE:**  I gave you permission to

2    submit those late --

3          **[PARENT]:**  Correct --

4          **JUDGE HOUSE:**  -- up until and at the time

5    of hearing.  You're saying that you have an amended

6    exhibit list that includes those documents?

7          **[PARENT]:**  Yes.

8          **JUDGE HOUSE:**  All right.  Could you hand a

9    copy to Mr. Cohn-Lee and to myself.

10         **[PARENT]:**  They're the new S-25, S-26, and

11   S-27.

12         **JUDGE HOUSE:**  The exhibits themselves were

13   provided to the District prior to hearing; correct?

14         **[PARENT]:**  The other -- the other --

15   everything else up through S-20 -- S-24 was provided

16   in advance.

17         **JUDGE HOUSE:**  We have two additional

18   exhibits --

19         **[PARENT]:**  Or three.

20         **JUDGE HOUSE:**  Three?  I'm sorry.  There

21   was another one under there.  Okay.

22         So I have the amended exhibit list through

23   S-27. And the copies that are being presented now

24   are S-25 -- which is labeled in your exhibit as

25   "Edmark Data"?

1          **[PARENT]:**  Yes, Your Honor.

2          **JUDGE HOUSE:**  -- S-26, two pages, labeled

3   -- and it's a different date, 2014 date, of Edmark

4   Data.  And then S-27 is one page, and it's a 9/16 of

5   2013 "Edmark Data"; is that correct?

6          **[PARENT]:**  Yes, Your Honor.

7          **JUDGE HOUSE:**  Mr. Cohn-Lee, would you have

8   a look at those?

9          **MR. COHN-LEE:**  I've completed my review,

10  Judge, and if I may respond.

11         **JUDGE HOUSE:**  All right.  We're going to

12  have your objections.  Do you want to start with

13  those documents in particular or --

14         **MR. COHN-LEE:**  Sure.  We can do that.

15         **JUDGE HOUSE:**  Or should we just start with

16  the beginning?

17         **MR. COHN-LEE:**  No, we can start with

18  these.

19         First of all, I would note that the

20  District actually did not get these to [Parent]

21  late.  But we actually did provide [Parent] the

22  documents I believe on the day that was the due date

23  for the submission of exhibits.

24         So I have never seen these previously

25  before as part of [Parent's] exhibit presentation;

1  and so I would object on that grounds.  I think

2  submitting additional exhibits the day of hearing is

3  untimely.

4          Certainly if [Parent] was going to use

5  these, at a minimum I think they should have been

6  provided to me as District legal counsel at least at

7  some point before hearing, even if that was a

8  business day before hearing.

9          This is the first time I have seen these.

10 Accordingly, I have had no time to integrate these

11 or apprise witnesses as to their use by [Parent] as

12 part of his exhibits.

13          Beyond that, S-25, 1 and 2, I think some

14 of these are irrelevant as they do not necessarily

15 track the Student's IEP goals.

16          And as we explained in our prehearing

17 brief, ESY data is collected exclusively according

18 to the Student's then-existing IEP goals and

19 objectives, not generalized data.  And that's what

20 S-26 is.

21          Regarding S-27, if you'll note on S-27 at

22 the top of the page, this is evidently a review of

23 information at a two-week progress meeting.

24          But the critical factor here is that this

25 meeting took place on September 16th, 2013.

1    The evidence will demonstrate that at this

2    time, [Student], the student, was operating under

3    [Student's] old IEP that [Student] had received from

4    the prior school district in Hawaii and that in

5    November [Student's] IEP was substantially changed

6    by the Grants Pass School District and the team

7    developed a brand new IEP with different goals.

8    Accordingly, this document, which could by

9    definition relate only to the prior old IEP, is

10    completely irrelevant to the issue of whether or not

11    a timely ESY determination was made for this summer

12    because for this summer the operative IEP in place

13    was the one that was developed on November 20th,

14    2013, which is after this data was discussed.

15    That's for those exhibits.  And I can

16    proceed with the other exhibits, or we can do these

17    piece by piece.

18    **JUDGE HOUSE:**  All right.  I am going to at

19    this point again reserve ruling on those documents.

20    [Parent], I'll allow you to tell me when you

21    introduce those documents why they're relevant to

22    address the District's objection.

23    **[PARENT]:**  Certainly.

24    **JUDGE HOUSE:**  And we'll handle it that way

25    rather than have you try to give me testimony right

1   now on those documents.

2           Okay?

3           **[PARENT]:**  Okay.

4           **JUDGE HOUSE:**  So you need to come back to

5   those to address that objection.

6           And, Mr. Cohn-Lee, on the Parent's other

7   exhibits, do you have specific exhibits that you

8   have objections to?

9           **MR. COHN-LEE:**  Yes, Judge.

10          **JUDGE HOUSE:**  Give me the numbers that you

11  have objection to.

12          **MR. COHN-LEE:**  Sure.  The first objection

13  starting from the beginning of [Parent's] exhibit

14  binders deals with Exhibit S-6.

15          **JUDGE HOUSE:**  I have duplicate copies.

16          **MR. COHN-LEE:**  Just let me know when

17  you're ready.

18          **JUDGE HOUSE:**  I've got it.

19          **MR. COHN-LEE:**  If you look at S-6, it's

20  apparent given there's -- I have yellow highlighting

21  in my copy from [Parent], but you may have grey

22  highlighting on yours.

23          There's a highlighted provision that I

24  assume [Parent] is trying to use this Exhibit for.

25          And I gather that [Parent] is going to be

1 introducing this to try to suggest that the District

2 doesn't or systemically doesn't offer ESY services

3 to other students other than [Student].

4         As you've ruled previously before, the

5 central issue and the only issue for this hearing is

6 whether or not the District acted in accordance with

7 IDEA and ESY provisions with regard to this student.

8         Evidence regarding what was or was not

9 provided to other students is utterly irrelevant.

10         As I will discuss regarding another

11 exhibit, evidence of what other school districts

12 outside this school district do with other students

13 is completely irrelevant, and such information

14 should be stricken, or the whole exhibit should be

15 excluded.

16         I don't have an objection to the remaining

17 text in this, but it appears to me the sole issue or

18 the sole reason for its introduction is this

19 highlighted language, and I believe that's

20 completely irrelevant.

21         **JUDGE HOUSE:**  [Parent], I can see things -

22 - I'm going to ask if you want to wait to present

23 your case to address this objection to the document.

24         Do you want to tell me what your response

25 is now, or do you want to wait until you introduce

1  the document?

2          **[PARENT]:**  I can tell you now.

3          **JUDGE HOUSE:**  Just tell me what -- if

4  you're not using this -- as I had stated, you can't

5  show generally a District practice.  It has to be as

6  pertaining to your student and why this would be

7  relevant.

8          And if you can, just briefly tell me why

9  you think it will be.

10         **[PARENT]:**  I have no response.

11         **JUDGE HOUSE:**  What I'm going to do is wait

12  because, Mr. Cohn-Lee, I do know in one way if the

13  Parent argues the case or is going to show a set of

14  evidence that this will be relevant, it's relevant

15  as to whether this Student either had a history or

16  needed ESY in a particular way.  And that only data

17  of the Student didn't appear from nowhere.  The only

18  place that data would show up is in the history of

19  the student.

20         So it's not as if we can ignore any

21  information about that Student prior to that

22  November 20th meeting.  And I will not exclude it on

23  that basis.

24         **MR. COHN-LEE:**  And, Judge, it depends too

25  on the purpose for which [Parent] tries to introduce

1  that, but I guess I would ask that we wait and

2  reserve admission of that document because I think

3  it's up to [Parent] to try to make that argument.

4           But if it's solely to say a general

5  practice in the District, I would concur with you

6  that that is irrelevant.

7           I think the District also would take the

8  position that prior history -- and we will cover

9  this with Mr. Kolb and our witnesses.

10           Prior history actually would be legally

11  irrelevant because ESY data-gathering is dictated by

12  the student's current IEP.

13           Therefore, whether or not a student

14  received ESY in the past under a completely

15  different set of IEP goals and objectives is either

16  irrelevant or it has limited relevancy.

17           And we believe the testimony in this case

18  will show that the Student's IEP was changed in

19  November and that the data gathering that occurred

20  with regard to this summer had to be following those

21  goals and objectives.

22           **JUDGE HOUSE:**  Okay.  That was a mixed

23  argument on some issues, and what I'm going to hear

24  from Mr. Kolb won't be arguments of law, it will be

25  telling of facts I would assume.

1           **MR. COHN-LEE:**  And also the District

2   policy, which is based on the law.

3           **JUDGE HOUSE:**  You can tell me about the

4   District policy.  Okay.  All right.  So I will

5   reserve ruling on S-6.

6           Was there another document on the same --

7           **MR. COHN-LEE:**  Yes.  On the same -- I'm

8   going to jump around a little and these other --

9           **[PARENT]:**  Excuse me.  Oh.  I'm sorry.

10          May I request a two-minute recess?

11          **JUDGE HOUSE:**  Sure.  We can go off the

12  record, and let's just do it for five minutes.  If

13  anyone needs a rest room break, please take one now.

14          **(A recess was taken from 9:41 a.m. to 9:49**

15  **a.m.)**

16          **JUDGE HOUSE:**  What I think might be more

17  efficient is that as -- [Parent], at some point

18  you're going to tell me why these documents need to

19  be admitted.

20          At that time we'll speak to the objection,

21  and then I'll either rule at that time or I'll rule

22  in the order.  And so -- unless you have specific

23  ones you do not object to.

24          **MR. COHN-LEE:**  Well, it probably makes

25  sense to just go through them, but there is one that

1  was in a similar vein.

2         There is one other exhibit that I think

3  kind of stands out along a similar vein of what we

4  were just talking about, which is Exhibit S-6.  If

5  you turn to Exhibit S-18.

6         **JUDGE HOUSE:**  Okay.  Yes.

7         **MR. COHN-LEE:**  Exhibit S-18 appears to be

8  an email from Leah Dean, who again is an employee

9  from a completely different school district -- it's

10  the Eagle Point School District -- to [Parent].

11         And [Parent] had asked them for their

12  total student enrollment, number of students on an

13  IEP, and number of students receiving ESY services,

14  and Ms. Dean again responding generally as to the

15  number of students receiving either ESY or what she

16  calls a "summer school program" and the number of

17  students on an IEP within that subgroup.

18         Again, this is completely irrelevant, what

19  another school district does.

20         **JUDGE HOUSE:**  I understand the objection.

21  [Parent], why would this be relevant to your

22  student?

23         **[PARENT]:**  I have no objection to his

24  objection.

25         **JUDGE HOUSE:**  In other words, you withdraw

1  the exhibit?

2          **[PARENT]:**  I withdraw the exhibit.

3          **JUDGE HOUSE:**  So S-18 has been withdrawn.

4          **(Whereupon, Exhibit S-18 was withdrawn**

5  **from evidence.)**

6          **MR. COHN-LEE:**  And, Judge, the remaining

7  exhibits, we can address them as [Parent] moves to

8  introduce them as evidence.  I think that probably

9  would be more efficient.

10          **JUDGE HOUSE:**  All right.  And I'll just

11  clarify, and there's a very fine line, and there

12  will be objections -- and actually if it comes to

13  that point, Mr. Cohn-Lee, I'll just give you a

14  standing objection on that.

15          I suspect that the evidence in this case

16  will walk a line between what should be covered

17  under the stated complaint, which is an allegation

18  that the District is not complying in general to the

19  requirements, and what is appropriate for a due

20  process hearing, which is whether or not the

21  District in this case provided FAPE to this student

22  as required under IDEA.

23          So there were elements of both in your

24  complaint, and I parsed those out.

25          If it starts during the hearing to go

1    towards elements that allege a general failure to

2    comply, that won't be allowed in the hearing.  But

3    information that shows that the District didn't

4    provide FAPE to your student would be allowed.

5              So that's just the line that we're going

6    to be walking during this hearing, and I have

7    already foreseen that.  So we'll just deal with it

8    as it comes up.

9              **[PARENT]:**  Okay.

10             **JUDGE HOUSE:**  Okay?  All right.  Are you

11   ready to call your first witness?

12             **[PARENT]:**  Just procedurally, when I want

13   to present an Exhibit, am I moving to present an

14   Exhibit?

15             **JUDGE HOUSE:**  No, just tell me we're going

16   to look at "S" whatever.

17             **[PARENT]:**  Okay.

18             **JUDGE HOUSE:**  And then I'll ask Mr. Cohn-

19   Lee if he has any objections.

20             I understand that you have offered all of

21   the exhibits that you have given me.  So they're

22   offered in evidence at this point with the exception

23   of S-18.

24             If there's another one, something that

25   comes up that you want to withdraw, you can do that.

1  Otherwise, all the exhibits that you sent are

2  considered offered at this point.  I won't make you

3  go through that formality.

4           Okay?

5           **[PARENT]:**  Okay.

6           **JUDGE HOUSE:**  But Mr. Cohn-Lee will

7  generally probably do it because he's used to doing

8  it.  He may or may not object to the exhibit.  All

9  right.

10          **(Whereupon, Parent's Exhibits S-1 through**

11  **S-17, respectively, and Exhibits S-19 through S-27,**

12  **respectively, were offered into evidence.)**

13          **JUDGE HOUSE:**  So may we call Mr. Kolb?

14          **[PARENT]:**  Yes.

15          **JUDGE HOUSE:**  Mr. Kolb, if you would

16  (indicating).  I'll try to move my binders.

17          **THE REPORTER:**  Here (indicating)?

18          **JUDGE HOUSE:**  No, it's all right.  I'll

19  find a spot.  And I'll have it a little bit more

20  organized by the time we get back after the next

21  break.

22          Okay.  Mr. Kolb, first thing I'm going to

23  do is swear you in.

24          **(The witness is sworn.)**

25          **JUDGE HOUSE:**  Would you please state and

1  spell your first and last name for the

2  transcriptionist.

3          **THE WITNESS:**  Kirk Kolb, K-i-r-k K-o-l-b.

4          **JUDGE HOUSE:**  And, Mr. Kolb, [Parent] is

5  going to ask you questions initially.  And then if

6  there are objections, I would ask that you wait

7  until I rule on it and either answer or not answer.

8  And Mr. Cohn-Lee may have questions, and I may have

9  questions.

10          If Ms. Yates indicates that we need to

11  speak slower, louder, or anything, I've asked her to

12  just go ahead and let us know.  So she'll interrupt,

13  and then let's go.

14          Okay?

15          **THE WITNESS:**  Okay.

16          **JUDGE HOUSE:**  All right.  [Parent], go

17  ahead, please.

18      KIRK KOLB, called as a witness on behalf of the

19  Student, having been first duly sworn, was examined

20  and testified as follows:

21  **DIRECT EXAMINATION**

22  **BY [PARENT]:**

23      **Q.   Mr. Kolb, what position do you hold with**

24  **the District?**

25      A.   I'm currently the director of special

**NAEGELI**    **N**    **800.528.3335**
DEPOSITION AND TRIAL EXPERTS         NaegeliUSA.com

```
 1  services.
 2      Q.    And, Mr. Kolb, were you present at the IEP
 3  meetings on November 20th, 2013, and March 18th,
 4  2014?
 5      A.    I was present at both of those meetings.
 6      Q.    And under what capacity were you at those
 7  two meetings?
 8      A.    I was -- ultimately became the District
 9  rep.
10      Q.    So you were the District representative at
11  both those meetings?
12      A.    Correct.
13      Q.    Were you there under any other capacity?
14      A.    As a -- somebody who supported [Student]
15  over the summer, I felt I could contribute in that
16  fashion.
17      Q.    All right.  You say that you supported
18  [Student] over the summer.
19          Were you ever a teacher for [Student]?
20      A.    Over the summer, technically, no.
21      Q.    Did you ever provide direct -- did you
22  ever provide direct instruction to [Student]?
23      A.    No.
24          [PARENT]:  All right.  I'd like to
25  reference Exhibit S-3.  And I'm going to ask some
```

1  questions about it, and I have a copy if Mr. Kolb

2  would like to look at it while I'm referencing it.

3           **JUDGE HOUSE:**  Yes.

4           **MR. COHN-LEE:**  Yeah, he needs to look at

5  it.

6           **[PARENT]:**  This is a copy just for him.

7           **MR. COHN-LEE:**  Okay.

8  **BY [PARENT]:**

9       **Q.   Mr. Kolb, do you recognize this document?**

10      A.   I do.

11      **Q.   What is this document?**

12      A.   This is -- it appears to be the guidance

13  from our special ed handbook regarding the extended

14  school year for our special ed staff.

15      **Q.   And do you have any -- do you have any**

16  **idea how long this document has been in existence?**

17      A.   Since -- this particular document, in

18  August of 2013.

19      **Q.   So --**

20      A.   It was revised in August of 2013, is the

21  most recent copy, or version.

22      **Q.   And are you aware of who revised this**

23  **document for the District?**

24      A.   I did.

25      **Q.   And what did you base your revisions upon?**

1      A.    Based it on the OARs.

2      **Q.    Did you as well base it on the federal**

3  **regulations or -- that's it.  Did you as well base**

4  **it on federal regulations?**

5      A.    The federal regulations were reviewed as

6  part of the process for revising it, yes.

7      **Q.    So is it fair to say that when you revised**

8  **this document in August of 2013, you based this**

9  **document on the OARs -- which is the Oregon**

10  **Administrative Rules?**

11      A.    Correct.

12      **Q.    -- and the federal guidelines of IDEA?**

13      A.    And the federal guidelines were reviewed

14  as part of the process.

15      **Q.    Would you say that you are very familiar**

16  **with the OARs?**

17      A.    Yes.

18      **Q.    Would you say that you are very familiar**

19  **with the federal regulations?**

20      A.    Not as familiar.

21      **[PARENT]:**  Okay.  I'm going to reference

22  this document now.

23      **JUDGE HOUSE:**  Let me ask if -- Mr. Cohn-

24  Lee, any objection to S-3?

25      **MR. COHN-LEE:**  No, Judge.

1          JUDGE HOUSE:  S-3 is admitted.

2          (Whereupon, Parent Exhibit S-3 was

3  admitted into evidence.)

4  BY [PARENT]:

5      Q.   Under "General Guidelines," No. 2, it

6  states, "ESY is intended to maintain a skill or

7  behavior directly related to one or more IEP goals."

8          Was that existing prior to the August, or

9  was that something that you revised in August?

10     A.   I don't recall.

11     Q.   Okay.

12     A.   I don't have the prior document in front

13  of me.

14     Q.   Based on your knowledge of OARs -- (to

15  Judge House) and I'd like to reference my Exhibit S-

16  4 at this time.  And I have a copy for Mr. Kolb as

17  well.

18          JUDGE HOUSE:  Mister --

19          [PARENT]:  And she has a copy.

20          JUDGE HOUSE:  I do have a copy.

21          THE WITNESS:  Are we done with this?

22          [PARENT]:  Oh, no.

23          THE WITNESS:  Okay.

24          JUDGE HOUSE:  Just a moment.  Mr. Cohn-Lee

25  hasn't objected, but this appears to be the Oregon

1  Administrative Rule, and you have also ODE guidance

2  added.

3        Okay.  For purposes of the record, that

4  portion of S-4, I'm just going to go ahead and

5  exclude it.  It's not that it can't be referenced

6  right now.  It is not technically evidence.  It's

7  the law.

8        The law can be argued.  You can refer to

9  it. We'll look at it.  It's not a document in

10 evidence.

11       So as far as your just talking about it,

12 that's fine.  It's not part of the evidentiary

13 record except for that portion of page 2 which

14 appears to reference ODE guidance regarding ESY.

15       Okay?

16       **[PARENT]:**  Okay.  I understand.  So if

17 it's the law, it's not an exhibit.  It's just the

18 law.  But if I have a copy of it because I want to

19 make reference to it and ask a question, it's okay

20 to provide it?

21       **JUDGE HOUSE:**  That's fine.  So S-4, page

22 1, is excluded.  S-4, page 2, paragraph beginning

23 "ODE guidance regarding ESY" and down -- let me ask

24 Mr. Cohn-Lee, do you have any objection to that

25 portion of this exhibit?

1           **MR. COHN-LEE:**  I do not, Judge.  And I can

2  ask questions of Mr. Kolb that will clarify actually

3  how this document integrates with the first page

4  that I think will clarify this later.

5           It's in our exhibit book as well as an

6  integrated document.  But we can address it at that

7  time.

8           **JUDGE HOUSE:**  Okay.  And if in another

9  context it's not a document [Parent] created but

10 it's one document that the District uses in this

11 combined format, it may be that it's relevant.

12          And so it may not be excluded.  I may

13 change the ruling if that's what it is.

14          But let me ask Mr. Kolb the question.

15          Is this -- or actually, [Parent], where

16 did this document come from?

17          **[PARENT]:**  It came, exactly as you stated,

18 from the District as part of a packet regarding

19 their ESY procedures and guidelines, and I can

20 clarify this to --

21          **JUDGE HOUSE:**  That's all right.  I'm going

22 to reverse my ruling.  Excuse me.  It's just

23 normally the law is not part of a record.

24          To the extent that this is a document that

25 the District provided and that they rely on, it is

 1  admissible.

 2         So it doesn't mean it's the law.  It may

 3  even have typos.  It may not be correct.  It's

 4  something they rely on, and that's what it's

 5  admitted for.

 6         **JUDGE HOUSE:**  Okay.  Go ahead and ask him

 7  about it now.

 8  **BY [PARENT]:**

 9      **Q.   Mr. Kolb, did you create this document?**

10      A.   This was copied off the Oregon Department

11  of Education's web site.

12      **Q.   Okay.  And to get back to S-3, who is this**

13  **provided to, this document, as a general matter of**

14  **course?**

15      A.   All of our special education providers.

16      **Q.   One time?  Every year?  Every time it's**

17  **amended or --**

18      A.   Every time it's amended or revised.

19      **Q.   And when is Exhibit S-4 provided to your**

20  **employees?**

21      A.   It would also be included with this

22  whenever -- whenever that guidance documents are

23  revised.

24      **Q.   And you stated earlier -- I'm sorry.  I'm**

25  **going to backtrack.**

1          Are these the same documents that you

2    would normally provide a parent?

3         A.    Upon request.

4         Q.    Did you provide these documents to me as a

5    parent?

6         A.    Yes.

7         Q.    To the best of your knowledge -- and I

8    think you stated it previously -- referencing

9    Exhibit S-4, OAR 581-015-2065, you basically just

10   copied and pasted that out of I would assume some

11   state database or state web site?

12        A.    This was pulled off the Oregon Department

13   of Education's web site.

14        Q.    Okay.  As a copy, or did you transcribe

15   it?

16        A.    As a copy.

17        Q.    So to the --

18        A.    Copy and paste.

19        Q.    Sorry.  So to the best of your knowledge

20   then, this is the actual Oregon Administrative Rule?

21        A.    Yes.

22        Q.    Okay.  All right.  To get back to Exhibit

23   S-3, No. 2, under "General Guidelines," "ESY is

24   intended to maintain a skill or behavior directly

25   related to one or more IEP goals" -- how did you

1  come up with No. 2?

2      A.    I don't recall if I came up with that or

3  that was in prior guidance.

4      Q.    Or what?  I'm sorry?

5      A.    Or if it existed prior to -- I don't

6  recall the revisions that were made on this

7  document.

8      Q.    Okay.  Looking at No. 2 and referencing

9  Exhibit S-4, the OARs applying to extended school

10  year, do you find anywhere in the OARs where it

11  would provide that as law, that ESY is intended to

12  maintain a skill or behavior directly related to one

13  or more IEP goals?

14          And go ahead, take your time to review it.

15      A.    To the best of my ability to interpret the

16  law, I believe it's Section (4).  And the purpose of

17  extending the school year is to maintain the child's

18  learning skills or behavior, not the teaching of new

19  skills or behaviors.

20          JUDGE HOUSE:  Can you be more clear when

21  you say "Section (4)"?

22          THE WITNESS:  Section (4) of the OAR.  And

23  I'm not an expert on referencing the law.

24          JUDGE HOUSE:  So you're reading from S-4,

25  OAR 581-015- --

1          THE WITNESS:  Correct --

2          JUDGE HOUSE:  -- -2065, Section (4)?

3          THE WITNESS:  Correct.

4          JUDGE HOUSE:  Okay.

5          Go ahead, [Parent].

6   BY [PARENT]:

7      Q.   So to clarify, you believe that the

8   Section (4) is just referenced, which states "The

9   purpose of" -- I'm going to abbreviate -- "ESY

10  services is the maintenance of the child's learning

11  skills or behavior, not the teaching of new skills

12  or behavior," relates to your general guidance

13  stating that "ESY is intended to maintain a skill or

14  behavior directly related to one or more IEP goals"?

15     A.   Can you state that again?

16     Q.   I'm trying to get out of you why you feel

17  -- let me restate this whole question.  Okay?

18     A.   Okay.

19     Q.   What I'm trying to get from you is how did

20  you determine that in your "General Guidelines" of

21  "ESY is intended to maintain a skill or behavior is

22  directly related to one or more IEP goals" -- how do

23  you get to there from paragraph (4) under OAR 581-

24  015-2065, "The purpose of extended school year is

25  the maintenance of the child's skills or behavior,

1  **not the teaching of new skills or behavior"?**

2       **I'm trying to -- why do --**

3       A.   I'm going to do my best at this.  Extended

4  school year is intended for students who are

5  eligible under IDEA.

6       The IEP is drafted as a comprehensive

7  document to address all of the student's needs,

8  identify -- skills and behaviors are determined by

9  the IEP team.  Therefore, we collect data on those

10  skills and behaviors.

11       If new behaviors or skills need to be

12  introduced, we would expect that to happen through

13  the IEP process.

14       **Q.   Would you agree that nowhere in the OAR,**

15  **specifically paragraph (4) that you referenced, does**

16  **it state anything relating to IEP goals?  Would you**

17  **agree?**

18       **MR. COHN-LEE:**  Well, I'm going to object

19  because I think it misstates the clear text of the

20  evidence in S-4.

21       **JUDGE HOUSE:**  Actually I think that's a

22  fair question if you're looking at Section (4).  The

23  question would be:  Do you see the reference in

24  Section (4) of the OAR-cited provisions that require

25  the language that the District used in stating

1  "maintain a skill or behavior directly related to

2  one or more IEP goals" -- is that language in the

3  provision.

4          **MR. COHN-LEE:**  And actually I think

5  [Parent] said in particular (4) but in the OARs in

6  general as well.  I mean I can bring this out

7  through my examination, but the text of the document

8  in fact does have a reference to the IEP.

9          **JUDGE HOUSE:**  All right.

10          But, [Parent], when you said -- did you

11  mean in the OARs in general, in the OARs provided in

12  specific numbers --

13          **[PARENT]:**  I'll ask it as two separate

14  questions.

15          **JUDGE HOUSE:**  All right.  Go ahead,

16  please.

17  **BY [PARENT]:**

18      **Q.   Do you see a reference to -- do you see a**

19  **reference that ESY is intended to maintain skills or**

20  **behaviors only related to IEP goals as you noted in**

21  **No. 2 of your General Guidelines in Section (4) of**

22  **the OARs?**

23      A.   Not specifically in Section (4).

24      **Q.   Then I'll ask the next question.**

25          **Do you see anywhere in the OARs from**

1  **Exhibit 4 where it would support your No. 2 General**

2  **Guideline that "ESY is intended to maintain a skill**

3  **or behavior related to only IEP goals"?**

4      A.   I would say that in Section (7), for the

5  purposes of this rule, "extended school ESY" means

6  "special education-related services that fall under

7  the category of Subsection (B) in accordance with

8  the child's IEP."

9      Q.   **So are you suggesting that the only thing**

10  **that matters in a child's IEP are the goals?**

11      A.   No.

12      Q.   **Do you agree that Section (7) of the OARs**

13  **that reads "For the purpose of this rule, 'ESY'**

14  **means 'special education and related services,'"**

15  **that Subsection (B) in accordance with the child's**

16  **IEP could have to do with anything that's in the**

17  **child's IEP, including FAPE?**

18          **MR. COHN-LEE:**  I'm going to object to the

19  term and use "FAPE."

20          **[PARENT]:**  Free Appropriate Public

21  Education.

22          **MR. COHN-LEE:**  I think that's vague.

23          **JUDGE HOUSE:**  I think the question is

24  overbroad. So I'm going to sustain the objection.

25          **[PARENT]:**  All right.  Let me reask it.

1      Q.   So it's your contention that your General

2   Guideline or the District's General Guideline No. 2,

3   "ESY is intended to maintain a skill or behavior

4   directly related to one or more IEP goal," is in

5   accordance is the ESY OARs because in Section (7),

6   paragraph (B), it states that "'Extended school

7   year' means 'special education and related services

8   that are provided in accordance with the child's

9   IEP'"?

10      A.   Yes.

11      Q.   So to clarify, you go from what the OARs

12   are stating -- which we just covered, that "'ESY'

13   means 'special education and related services that

14   are provided to a child with a disability in

15   accordance with the child's IEP'" -- using that and

16   using "The purpose of extended school year is the

17   maintenance of the child's learning skills or

18   behavior, not the teaching of new skills or

19   behavior" -- using both of those sections of the OAR

20   as a basis, you're maintaining that ESY is intended

21   to maintain a skill or behavior directly related to

22   one or more IEP goals?

23      A.   Additionally, the guidance -- excuse me --

24   the OAR references to evaluate regression and

25   recoupment -- those are identified through IEP goals

1 and objectives, hence, affording us a target to make

2 those determinations.

3     Q.    Since you brought that up, maybe you could

4 point out to me in the OAR where it states

5 "regression and recoupment" -- how did you put it?

6         (To the reporter) Could you read back his

7 answer, please.

8         THE REPORTER:  Sure can.

9         (The record was read by the reporter as

10 follows:

11         ANSWER:  "Additionally, the guidance --

12 excuse me -- the OAR references to evaluate

13 regression and recoupment -- those are identified

14 through IEP goals and objectives, hence, affording

15 us a target to make those determinations.")

16         [PARENT]:  Thank you.

17         THE REPORTER:  You're welcome.

18 BY [PARENT]:

19     Q.    So you're clear on how you answered that

20 question?

21     A.    (No audible response.)

22     Q.    Could you explain to me --

23     A.    Yes, I believe I am understanding.

24     Q.    I know you nodded.  I didn't catch it.

25         So could you point out to me in the OARs

1  **where it states what you just said, that regression**

2  **and recoupment must be based on IEP goals?**

3       A.   So since we must -- we must base our ESY

4  determination on regression and recoupment, the IEP

5  is written to identify the needs of the student as

6  defined in goals and objectives.

7            Those are the data we collect to make ESY

8  determinations.

9       Q.   **Didn't answer the --**

10           **JUDGE HOUSE:**  I'm going to ask a question.

11  I apologize.

12           Did you say since we must base the ESY on

13  regression and recoupment?

14           **THE WITNESS:**  Excuse me.  Since the

15  criteria must include regression and recoupment data

16  according to the OAR Subsection (6).  There is

17  usually five.

18           **JUDGE HOUSE:**  All right.

19           **[PARENT]:**  Well, I can't question him on

20  the "must," but I can clarify that.

21       Q.   **I'm going to repeat the question because I**

22  **don't believe I got an answer.**

23           **Could you please point out anywhere**

24  **specifically that OAR states that you must base**

25  **regression and recoupment on IEP goals?**

```
 1        A.   The term "IEP goals" is not cited directly
 2   in the OAR.
 3        Q.   Okay.  No. 2 under your "General
 4   Guidelines," "ESY is intended to maintain a skill or
 5   behavior directly related to one or more IEP goals"
 6   -- as far as you're concerned as the director of
 7   special education, that is an interpretation of the
 8   OARs that you utilized as a General Guideline?
 9        A.   Correct.
10        Q.   And is it your -- let me rephrase that.
11             Do you feel that number -- "feel" is not
12   correct either.
13             Do you believe No. 2 under the "General
14   Guidelines" to be in alignment with the OARs?
15        A.   Yes.
16        Q.   Okay.  I'm going to now reference -- it
17   was my Exhibit S-2, but it's not an exhibit is my
18   understanding. It's just federal regulation.
19             JUDGE HOUSE:  All right.  We can look at
20   what you've marked as S-2, and you can reference it
21   again.  It won't be a document in evidence.  Yes.
22             [PARENT]:  Okay.
23             JUDGE HOUSE:  But please provide a copy to
24   the witness.
25   BY [PARENT]:
```

1    Q.   Mr. Kolb, on a copy of the federal

2    regulations that I just provided you, I'm looking

3    directly at 300.106, "Extended School Year

4    Services."

5         Are you with me on that on the top right?

6    A.   I am.

7    Q.   Are you familiar with this part of the

8    regulation?

9    A.   I am mildly familiar.

10   Q.   You told me earlier that your General

11   Guidelines for extended school year are based on the

12   OARs and the federal regulations?

13   A.   Yes.  The federal regulations inform our

14   guidance as well.

15   Q.   Do you feel as a matter of fact that the

16   Oregon Administrative Rules supersede federal

17   regulations?

18   A.   No.

19   Q.   Okay.  Do you see the federal regulations

20   as being as important as the Oregon Administrative

21   Rules?

22   A.   I see the federal regulations, because

23   it's IDEA, is going supersede state guidance is my

24   understanding of the law.

25   Q.   All right.  In Section 106, and this is

1  just -- 300.106, pardon me, and this is just a broad

2  almost definition of extended school year services,

3  do you see anywhere in "Extended School Year

4  Services" under 300.106 that might support your

5  General Guideline No. 2, where it states, "ESY is

6  intended to maintain a skill or behavior directly

7  related to one or more IEP goal"?

8      A.    I'm going to have to read through the

9  document --

10     Q.    Take your time --

11     A.    -- once or twice here.

12         (Reading document.)

13 I believe in general that support or District

14 guidance -- let's see how to state this.  I believe

15 it's Section (3), Subsection (1), Subsection -- I

16 don't know how to say -- (ii), in accordance with

17 the child's IEP as well as to meet the standards of

18 the SEA, um --

19     Q.    I'm going to reask --

20     A.    -- that first view.  I believe those two

21 elements of the federal law support the guidance

22 that we have as a District.

23     Q.    Okay.  Now, to clarify, I'm not asking you

24 about the guidance.  I'm asking do you see anywhere

25 in Section 300.106 where you could interpret this to

1  state that ESY is intended to maintain a skill or

2  behavior directly related to one or more IEP goal?

3      A.   So as I stated, we're required to consider

4  ESY in accordance with the child's IEP and meet the

5  standards of the State Education Agency.

6      Q.   In 300.106, Section (2), it states that

7  "extended school year services must be provided on

8  an individual basis in accordance with 300.320

9  through 324" and that "the services are necessary

10  for the provision of FAPE to the child."

11          How do you interpret No. 2, Section (2) of

12  300.106?

13      A.   IEP team determines student by student

14  that -- whether or not ESY is necessary for FAPE.

15      Q.   Would you agree that it would be based on

16  Sections 300.320 through Sections 300.324 of the

17  federal regulation?

18      A.   Excuse me?

19      Q.   Would you agree based on what you just

20  said that, in determining the need and based on the

21  IEP, that you would use Sections 300.320 through

22  300.324 as guidance?

23      A.   I'm not familiar -- I can't recite for you

24  the content or subject area of those two federal

25  statutes or, whatever you call them.

1    Q.   I have a copy of them, and I'm going to

2   give them to you, but I'm just asking if you agree

3   at this point, not whether you can, you know --

4    A.   I can't agree that the District guidance

5   represents those without those in front of me.

6    Q.   That wasn't the question.  The question

7   was: Does this federal regulation require you to

8   provide ESY if the child's IEP team determines on an

9   individual basis in accordance with 320 through 324?

10   A.   Yes.  That's how the federal --

11    Q.   Would you agree with that?

12   A.   I agree with the federal law.

13    Q.   Okay.

14       JUDGE HOUSE:  Please, if you can, don't

15   talk over each other.

16       THE WITNESS:  I'm sorry.

17       JUDGE HOUSE:  I do it too.

18       [PARENT]:  My S-5 is just additional

19   federal regulations, inclusive of 300.320 through

20   300.324.

21       JUDGE HOUSE:  All right.  Do you have a

22   copy?

23       [PARENT]:  I have a copy for Mr. Kolb.

24       JUDGE HOUSE:  All right.  For clarity of

25   the record, S-2 is not admitted because it's a copy

1 of the law, and S-4 to the extent that it's a copy

2 of the law is not admitted.  We're just using it for

3 reference.

4          **[PARENT]:**  S-5, Your Honor.

5          **JUDGE HOUSE:**  S-5.  Thank you.

6 BY [PARENT]:

7     Q.   **Mr. Kolb, if you could, turn to page 4 of**

8 **4, the last page in that packet that I just handed**

9 **you.**

10     A.   (Witness complies.)

11     Q.   **300.324 of the Federal Regulations for**

12 **Development, Review, and Revision of IEP.  106 --**

13 **300.106 references 324 as how you determine if ESY**

14 **is necessary based on 324.**

15          **Would you concur with that statement?**

16     A.   I would concur that 324 is embedded in the

17 required part of 106.

18     Q.   **Thank you.  I'm going to give you a few**

19 **moments to go through 300.324.  And it just takes**

20 **that first column. And I believe if you go through**

21 **just that first column, everything past Section (4)**

22 **is agreements, amendments, and changes.**

23          **Well, I'm going to give you a few moments.**

24 **Okay? And you can look at as much as of it as you**

25 **want.**

1     But what I'm looking for is I'm going to ask

2  you the same question as I did regarding the OARs,

3  is:  Do you see any section in 300.324 that would

4  support the General Guidelines as enumerated in No.

5  2, that ESY is intended to maintain a skill or

6  behavior directly related to one or more IEP goal?

7     A.   I'm probably going to ask you to restate

8  the question after reviewing this.

9     **Q.    Okay.**

10        **JUDGE HOUSE:**  Off the record for just a

11  moment, please.

12        **(A discussion is held off the record.)**

13        **JUDGE HOUSE:**  Housekeeping matter

14  discussed. [Parent], in the interest of having us

15  move a little faster, I think that your general

16  question is you're asking the basis of this

17  witness's knowledge based on his understanding of

18  the law whether or not the District is in compliance

19  with the federal laws and rules in its policy. And

20  you're asking very specific provisions.

21        But generally you could just ask that, but

22  the argument as to whether it is or is not is

23  actually going to be a legal issue.

24        The reason I've allowed the questions is

25  that he is an individual that is responsible as I

1  understand it for the policy, revised policy.

2          So without going through to say "In each

3  case, do you see that language," you could just ask

4  the general question and then argue legally later

5  that it is or isn't in there.

6          **[PARENT]:**  Okay.

7          **JUDGE HOUSE:**  Does that make sense?

8          **[PARENT]:**  Yes.  Like in post-hearing?

9          **JUDGE HOUSE:**  Yes.  As long as you have

10  his answer as to whether or not he believes it does

11  support it, that's sufficient.  Whether it does or

12  does not is as a matter of law, question of law.

13          **[PARENT]:**  Okay.  So when would I address

14  that, or would that be up to the discretion of the

15  judge?

16          **JUDGE HOUSE:**  That's legal argument.  You

17  can do it as closing.  It's something I have to look

18  at anyway.

19          **[PARENT]:**  Okay.  And we're doing a

20  written closing; correct?

21          **JUDGE HOUSE:**  Yes.

22          **[PARENT]:**  Okay.

23          **JUDGE HOUSE:**  So I'm not saying that you

24  can't ask any more questions.  But I think that what

25  --

1          **[PARENT]:**  It's okay --

2          **JUDGE HOUSE:**  -- you're doing is -- you've

3   made the point.

4          **[PARENT]:**  So I'll rephrase the question.

5          **JUDGE HOUSE:**  All right.  Go ahead.

6   BY **[PARENT]:**

7      **Q.   Do you, Mr. Kolb, believe that General**

8   **Guideline No. 2, ESY, is intended to maintain a**

9   **skill or behavior directly related to one or more**

10  **IEP goal --**

11     A.   Yes --

12     **Q.   -- is --**

13         **JUDGE HOUSE:**  Sorry.  Just a moment. (To

14  the witness) He just read.  He hasn't asked a

15  question.

16         **THE WITNESS:**  Okay.

17  BY **[PARENT]:**

18     **Q.   -- is supported by Federal Regulation**

19  **300.324, that development, review, and revision of**

20  **an IEP?**

21     A.   I believe it is supported by federal law.

22     **Q.   Specifically -- and I'm going to ask this**

23  **specifically for clarification, that ESY should only**

24  **be directly related to one or more IEP goals as is**

25  **written in your General Guidelines?**

1     A.   Yes.

2     Q.   Okay.  I'm going to reference your "ODE

3  Guidance Regarding ESY," which is on page 2 of 2 in

4  Exhibit 4.

5          Are you with me?

6     A.   I am.

7     Q.   Where did this come from?

8     A.   Oregon Department of Education's web site

9  on special education.

10    Q.   And you copied and pasted it off their web

11 site --

12    A.   Correct --

13    Q.   -- or it was already in there, in this

14 document?

15    A.   Oh.  This was already in there.

16    Q.   So did you originally create this

17 document, or was this document in existence when --

18 I don't know when you took your position.

19    A.   This document -- I don't know the

20 origination date of this.  It did occur within the

21 last three years.

22    Q.   So this document wasn't even in existence

23 three years ago?  And I'm referring to Exhibit S-4,

24 the ESY, OAR, and ODE guidelines --

25    A.   I can't necessarily speak to that.  Let me

 1  correct my answer.

 2         This document was revised in August.  It

 3  existed prior to, and I do not know the origination

 4  date.

 5         **JUDGE HOUSE:**  Clarification.  When you say

 6  "this document," which document are you referring

 7  to?

 8         **THE WITNESS:**  I'm sorry.  I would say the

 9  entire "Guidance" section from our special ed

10  handbook which includes Exhibits S-3 and -- excuse

11  me -- 4.

12         **JUDGE HOUSE:**  (To [Parent]) And now I need

13  you to answer that question again for me.  S-3 and

14  S-4 -- you asked were they in existence when?

15         **[PARENT]:**  I was just referencing S-4.

16         **JUDGE HOUSE:**  All right.

17         **[PARENT]:**  And I wanted to know was S-4 --

18  as a package, the ESY, OAR, and ODE guidance -- was

19  this in existence prior to he -- prior to Mr. Kolb

20  amending it in August.

21         **THE WITNESS:**  Yes.

22  **BY [PARENT]:**

23     **Q.   When did you take the position of special**

24  **ed director for Grants Pass School District?**

25     A.    July of 2011.

1      Q.   So roughly three years ago?

2      A.   Correct.

3      Q.   Had you ever amended this document

4  previous to August?

5      A.   I had not.

6           JUDGE HOUSE:   Amended, again, "this

7  document"?

8           [PARENT]:   This document, S-4.

9           JUDGE HOUSE:   Thank you.

10           [PARENT]:   Exhibit 4.

11           JUDGE HOUSE:   S-4 prior to August of --

12           [PARENT]:   2013.

13      Q.   Correct?   Is that when you stated that you

14  amended it, August of 2013?

15      A.   This was revised in August of 2013.

16           JUDGE HOUSE:   And had you ever amended S-4

17  prior to August of 2013?

18           THE WITNESS:   I had not.

19  BY [PARENT]:

20      Q.   So it was in existence in its static form

21  when you started?

22      A.   Yes.

23      Q.   When did you first see Exhibit S-4?

24      A.   From actually going back to when I was a

25  special education teacher, South Middle School,

NAEGELI    N    800.528.3335

DEPOSITION AND TRIAL EXPERTS         NaegeliUSA.com

1  approximately 10 to 12 years ago.

2      **Q.   Regarding directly the ODE guidance**

3  **regarding ESY, the second paragraph or section of**

4  **the Exhibit S-4 as a whole, was that in the**

5  **existence -- (to Judge House) are you clear?**

6          JUDGE HOUSE:  Yeah.  I'm just looking at

7  something.

8          **[PARENT]:**  Oh.  Okay.

9      **Q.   Did you amend any portion of the ODE**

10 **guidance regarding ESY in August of 2013?**

11     A.   I can't tell you if only ODE amended it

12 because I took it directly from ODE's guidance page.

13     **Q.   So you did?  The answer is yes because you**

14 **would have copied and pasted it in August of two --**

15 **correct me if I'm wrong.  Did you copy and paste**

16 **what's now on ODE guidance regarding ESY on August**

17 **13th and placing it into document Exhibit S-4?**

18     A.   I updated it.  I copied and pasted it as

19 an update should it have been revised.

20     **Q.   Okay.  Referencing that ODE guidance, do**

21 **you feel that the ODE guidance section of Exhibit 4**

22 **supports your General Guideline No. 2, that is ESY**

23 **is intended to maintain a skill or behavior directly**

24 **related to one or more IEP goal?**

25     A.   Yes.

1    Q.   All right.  I'm returning back to Exhibit

2   S-3.

3            Your General Guideline No. 3, "All members

4   of the IEP team can request ESY."

5            JUDGE HOUSE:  Is there a question?

6            [PARENT]:  Yes.  I'm trying to phrase it

7   appropriately.

8            JUDGE HOUSE:  Sorry.

9   BY [PARENT]:

10    Q.   Is it the District's policy that a member

11   of the IEP team must request ESY services?

12    A.   Somebody has to initiate the consideration

13   of ESY.

14    Q.   So No. 3 of General Guidelines is

15   basically -- No. 3 on Exhibit 3 under your "General

16   Guidelines" where it states, "All members of the IEP

17   team can request ESY," that suggested that someone

18   on the team must initiate looking at ESY?  Is that

19   what you just said?

20    A.   We're required to consider ESY under IDEA.

21   So we do that at least annually for every student

22   under IEP.

23    Q.   Then what's the point of No. 3?  If you're

24   required to do it and you do it as a matter of

25   policy, why is No. 3 under "General Guidelines"

1  there?

2      A.    There are multiple service providers.

3  Oftentimes data may be kept by -- primarily by one

4  or two providers, but there are multiple other

5  members of the IEP team, potentially.

6      Q.    I'm not clear on that answer; so I'm not

7  clear on why No. 3 would be there just simply

8  because there's multiple providers.  And let me

9  finish.

10         The reason I'm unclear is because you just

11  stated that IEP -- you're required to consider if

12  ESY is a requirement at least annually; is that

13  correct?

14      A.    That is what I just stated.

15      Q.    So I still don't understand, if you're

16  required to consider ESY, how there being multiple

17  team members pertains to No. 3, that "all members of

18  the IEP team can request ESY."

19      A.    It may just be redundant in that it just

20  complies with the law.

21      Q.    So to reiterate my previous question, it's

22  your understanding based on state and federal

23  regulations that you are required to consider ESY as

24  part of the development of an IEP?

25      A.    Yes.

1      Q.    Moving on to No. 4 under "General

2   Guidelines," typically the initial -- I'm going to

3   read the General Guideline -- all right? -- on

4   Exhibit 3.

5           And it states, "Typically the initial or

6   annual IEP is when the IEP team discusses the need

7   for ESY."  And I'm going to stop there real quick

8   and just ask you another question.

9           You just told me that it's your

10  understanding that ESY must be considered at the

11  development or at an IEP meeting; is that correct?

12          MR. COHN-LEE:  I think that

13  mischaracterizes the testimony but --

14          [PARENT]:  Okay.  Well, then, could you --

15          JUDGE HOUSE:  I'm going to -- just a

16  moment.  I agree.  I'm going to sustain the

17  objection.

18          So can you reask your question?

19          [PARENT]:  Yeah.  I was going to request

20  that his answer to the previous question where he

21  stated that be reread so I can clarify the question.

22          JUDGE HOUSE:  All right.

23          (The record was read by the reporter as

24  follows:

25          "Is it the District's policy that a member

1  of the IEP team must request ESY services?"

2          **ANSWER:**  "Somebody has to initiate the

3  consideration of ESY.")

4          **[PARENT]:**  And then what was my next

5  question, please?

6          **(The record was read by the reporter as**

7  **follows:**

8          **"So No. 3 of the General Guidelines is**

9  **basically -- No. 3 on Exhibit 3 under your 'General**

10 **Guidelines' is where it states, 'All members of the**

11 **IEP team can request ESY,' that suggested that**

12 **someone on the team must initiate looking at ESY?**

13 **Is that what you just said?"**

14         **ANSWER:**  "We're required to consider ESY

15 under IDEA.  So we do that at least annually for

16 every student under IEP.")

17         **[PARENT]:**  Okay.  Thank you.

18         **THE REPORTER:**  You're welcome.

19         **JUDGE HOUSE:**  [Parent], it's hard to do

20 this, but please try not to give a lengthy, what

21 would be your testimony or argument almost, in a

22 question.

23         I just heard that statement.  It's very

24 long, and it's your interpretation, several

25 iterations.  So it's a compound question; it's

1  unclear; and it's a little argumentative.

2          So just try to ask a shorter, single,

3  direct question.

4          **[PARENT]:**  Very good.  Feel free to call

5  me out.

6          **JUDGE HOUSE:**  I just noticed it when I

7  heard that read back.

8  **BY [PARENT]:**

9      **Q.    Okay.  I'm going to get back to General**

10 **Guidelines No. 4.  "Typically the initial or annual**

11 **IEP is when the IEP team discusses the need for**

12 **ESY."  And again, I'm on Exhibit 3 under "General**

13 **Guidelines." "However, if a student is new to the**

14 **district school" -- "district or school," I guess,**

15 **"data will be necessary to make these decisions. "In**

16 **these cases teams can indicate on the IEP that the**

17 **team will reconvene at a later date to determine if**

18 **ESY is appropriate and in which objective goals**

19 **areas," and then it's referenced, says "See the**

20 **guidance below."**

21         **I'm going to reference the one sentence,**

22 **"However, if the school is new to the district or**

23 **school, data will be necessary to make these**

24 **decisions."**

25         **Why is that sentence in the General**

1  Guidelines for extended school year, "data is

2  necessary to make these decisions"?

3       A.   We base our determination for ESY on the

4  identified needs of the students, and we rely on

5  data to inform that process.

6       Q.   Is that all you rely on?  You rely only on

7  data to determine if --

8       A.   We rely on professional judgment and the

9  data.

10      Q.   Okay.  In Exhibit No. 4 of your document

11 under the OARs, Section (5) reads, "School districts

12 must develop criteria for determining the need for

13 extended school year services.  Criteria must

14 include regression and recoupment time based on

15 documented evidence or, if no documented evidence,

16 on predictions according to the professional

17 judgment of the team."

18           So is it your understanding that the OARs

19 provide for there being no data?

20      A.   My understanding would be ESY is typically

21 provided during the long break in the summer, and

22 whenever data is possible to support decisions, we

23 will ensure the opportunity to get that information.

24      Q.   I'm going to repeat the question. (To

25 Judge House) Do I need to repeat the question, or

1  can I just say he didn't answer the question?

2           JUDGE HOUSE:  I think that you can go

3  ahead and ask again.  I didn't hear an answer.

4           [PARENT]:  Okay.

5           JUDGE HOUSE:  I didn't hear your answer to

6  the question directly.

7           THE WITNESS:  Okay.

8           JUDGE HOUSE:  Go ahead and ask the

9  question.

10  BY [PARENT]:

11      Q.   I'm going to ask the question again then.

12           Would you agree that the OAR provides for

13  the instance that there may be no data?

14      A.   It does provide for that opportunity.

15      Q.   Okay.  Then why are your General

16  Guidelines -- I'm going to retract that.

17           Since the OARs provide for an instance

18  where there is no data, do you believe that your

19  sentence, "If a student" -- your sentence in the

20  General Guidelines under Section 4, "If a student is

21  new to the district or school, data will be

22  necessary to make these decisions," is in line with

23  the Oregon Administrative Rules?

24      A.   According to the OARs, the data is not

25  necessary. So this statement does use the word

1  "necessary."

2      Q.   Again, you didn't really answer my

3  question.  Do you want me to repeat it?

4      A.   Please.

5          [PARENT]:  Could you repeat my last

6  question, please.  I'm sorry.

7          THE REPORTER:  Sure thing.

8          (The record was read by the reporter as

9  follows:

10         QUESTION:  "Okay.  Then why are your

11 General Guidelines -- I'm going to retract that.

12 "Since the OARs provide for an instance where there

13 is no data, do you believe that your sentence, 'If a

14 student' -- your sentence in the General Guidelines

15 under Section 4, 'If a student is new to the

16 district or school, data will be necessary to make

17 these decisions,' is in line with the Oregon

18 Administrative Rules?")

19         JUDGE HOUSE:  I think you can answer that

20 "yes" or "no."

21         THE WITNESS:  So the statement that it's

22 necessary, then the answer to that would be no.

23 BY [PARENT]:

24     Q.   Thank you. (To Judge House) And I'd like

25 to apologize for having her have to reread my

1    questions, but my short-term memory is really

2    kapooie.

3            JUDGE HOUSE:  That's all right.

4    BY [PARENT]:

5        Q.   Your No. 4, General Guidelines, then goes

6    on to say -- in Exhibit 3 under "General

7    Guidelines," Section 4, "In these cases teams can

8    indicate on the IEP that the team will reconvene at

9    a later date to determine if ESY is appropriate and

10   which objective" -- I'm going to stop there. I'm

11   going to stop after "reconvene at a later date prior

12   to the end of the school year to determine if ESY is

13   appropriate."

14           Do you believe that statement to be

15   supported by the OARs?

16       A.   Yes --

17       Q.   Yes or no.

18       A.   Yes.

19       Q.   Where do you find -- I'm sorry.  May I ask

20   Your Honor something?

21           JUDGE HOUSE:  Yes.

22           [PARENT]:  I was going to ask where he

23   finds support for it, but did we agree that I'm not

24   going to do that?

25           JUDGE HOUSE:  You can ask him if he has

1  knowledge of a specific provision, if he has it at

2  the ready, or you can just say "Yes, I believe it

3  is."

4          **[PARENT]:**  Okay.

5          **JUDGE HOUSE:**  Go ahead.

6  **BY [PARENT]:**

7      **Q.   Do you have specific knowledge of a**

8  **provision in the OARs that would support that**

9  **sentence?**

10     A.   I don't have specific OAR or federal

11 regulation numbers, but we must consider it at least

12 annually because of the required IEP process and all

13 of the factors and elements that need to be

14 addressed on an IEP.  So yes.

15     **Q.   My question, to reask it, and I'm sorry to**

16 **do this -- the sentence reads, "In these cases teams**

17 **can indicate on the IEP that the team will reconvene**

18 **at a later date to determine if ESY is appropriate."**

19     My question to you was:  Do you believe that

20 sentence to be supported by the OARs?  You stated

21 yes.

22     So I asked you -- the question was:  Are you

23 familiar with where the support -- because the OARs

24 is pretty short -- where the support is for that

25 statement that you may reconvene at a later date to

1  determine if ESY is appropriate?

2       A.   I don't believe it would be embedded in

3  this OARs unless it states specifically, and I'd

4  need to read through it again.  But it's directly

5  tied to our requirements in the OARs regarding the

6  development of an IEP.

7       **Q.   I'm sorry.  I didn't understand that.**

8  **It's directly tied to whose requirements?**

9       A.   Federal and Oregon.

10      **Q.   And what is directly required -- the**

11 **federal and Oregon requirements?**

12      A.   The development of an IEP and

13 consideration of ESY in that process.

14      **Q.   And how does that relate to reconvening at**

15 **a later date?**

16      A.   It must be done at least once annually.

17      **Q.   All right.  I'm going to leave it at that.**

18           **JUDGE HOUSE:**  [Parent]?

19           **MR. COHN-LEE:**  Actually, Judge, can we

20 take a five-minute break at this point?

21           **JUDGE HOUSE:**  Yes.  And we can -- I just

22 was trying to, you know, we're all sitting and not

23 moving for a long time.  Let's go ahead and take 15

24 minutes.

25           What time did we anticipate lunch?

```
 1              We can go off the record.

 2              (A recess was taken from 10:57 a.m. to

 3    11:17 a.m.)

 4              JUDGE HOUSE:  Go ahead, [Parent].

 5              [PARENT]:  Thank you.

 6       Q.   To get back to Section 4 of your General

 7    Guidelines, which is under S-3, it finishes up, "The

 8    team will reconvene at a later date to determine if

 9    ESY is appropriate."

10              And you -- refresh my memory -- you had

11    stated that you felt that this portion of Section 4

12    was in alignment with state and federal regulations;

13    is that correct?

14       A.   Yes.

15       Q.   Under "Criteria For ESY Services," under

16    your extended school year document, which is S-3,

17    No. 1 states, "The student must demonstrate an undue

18    regression and recoupment of a skill or behavior

19    directly related to an IEP goal."

20              Do you contend that this is in alignment

21    with the OARs, the federal regulations --

22       A.   Yes --

23       Q.   -- and your guidance from the ODE?

24       A.   Yes.

25       Q.   In No. 5 under "Criteria For ESY Services"
```

1  on Exhibit S-3, it states, "If the team does not

2  have documented evidence, then the decision may be

3  made by predictions according to the professional

4  judgment of the team," and then you have

5  parenthesized, "(This is required by the OAR.)"

6           Earlier you stated that --

7           MR. COHN-LEE:  I'm sorry, [Parent].  Was

8  that prior statement, was that a question --

9           [PARENT]:  It wasn't a question.  I was

10 just stating what it was stating.

11          MR. COHN-LEE:  I see.  Thank you.

12          JUDGE HOUSE:  It might be a little bit

13 easier if you just refer to that section and then

14 ask the question in relation to it rather than read

15 it.

16          [PARENT]:  Very good.

17          JUDGE HOUSE:  It's in the record, this

18 piece.

19          Okay?

20 BY [PARENT]:

21    Q.   So relating to Section 5 under "Criteria

22 For ESY Services," I believe earlier -- I'm going to

23 rephrase this.

24          Earlier did you state that data was

25 required to make an ESY determination?

NAEGELI    N    800.528.3335
DEPOSITION AND TRIAL EXPERTS         NaegeliUSA.com

1      A.    Whenever possible.

2      **Q.    So data is not required to make a**

3  **determination for ESY?**

4           MR. COHN-LEE:  I think it misstates Mr.

5  Kolb's testimony.

6           JUDGE HOUSE:  Actually his answer was

7  "whenever possible"; so there's some ambiguity.

8           Are you asking --

9           **[PARENT]:**  I'm trying to clarify --

10          JUDGE HOUSE:  I'm going to overrule the

11 objection.  I think that is a fair question.

12          **[PARENT]:**  I can rephrase it if you'd

13 like.

14          JUDGE HOUSE:  Let me just ask it this way.

15 (To the witness) In consideration of what you said,

16 "wherever possible," does that leave room, or are

17 there some circumstances where data is not required?

18          **THE WITNESS:**  Yes, I believe it does

19 indicate that data would not be required.

20          JUDGE HOUSE:  And, [Parent], does that

21 answer the question?

22          **[PARENT]:**  Yes.

23          JUDGE HOUSE:  All right.

24          **[PARENT]:**  And I have a follow-up

25 question.

1          **JUDGE HOUSE:**  All right.

2    **BY [PARENT]:**

3      **Q.   So your extended school year criteria for**

4    **ESY, Exhibit 3, states that data is not required for**

5    **a determination of ESY?**

6          **MR. COHN-LEE:**  Again, I think -- in terms

7    of the criteria and what the policy states, I think

8    that mischaracterizes what the policy actually

9    states.

10         I think the testimony has been that when

11   data is possible to be gathered, it is required.

12   But only if it's not is it not required.

13         **JUDGE HOUSE:**  Your objection is that he's

14   misstating the testimony?

15         **MR. COHN-LEE:**  (No audible response.)

16         **JUDGE HOUSE:**  I'm going to overrule that,

17   but I'm going to try and clarify the question.

18         Are you asking, [Parent], whether

19   specifically as stated in this policy is there any

20   place that says situations may occur where data is

21   not required?  Is that what you're asking?

22         **[PARENT]:**  Yes, does under the criteria.

23         **MR. COHN-LEE:**  Withdraw my objection if

24   it's stated that way.  But to suggest that simply

25   data is not required, I don't think that accurately

1    states what the policy says.

2           **JUDGE HOUSE:**  If I restated that

3    correctly, if that's what you're trying to ask, I'll

4    ask the witness again. (To the witness) Looking at

5    the written policy, does the policy allow for a

6    situation where data is not required and a student

7    may be provided ESY?

8           **THE WITNESS:**  Yes.

9           **JUDGE HOUSE:**  All right. [Parent]?

10          **[PARENT]:**  Thank you, Your Honor.

11      **Q.    Would you agree that the state's OARs are**

12   **reflective of the same question as previously -- you**

13   **previously answered?  What I'm trying to get to I**

14   **guess is: Is it your understanding that the Oregon**

15   **regulations state the same thing --**

16      A.    Yes --

17      **Q.    -- that if data is not available, it is**

18   **not necessary to make a determination for ESY?**

19      A.    Yes.

20      **Q.    The same question for federal regulations.**

21      A.    Yes.

22      **Q.    So for federal, state, and your policy, if**

23   **data is not available, it's your understanding and**

24   **your policy that an ESY determination can still be**

25   **made in the absence of data?**

1    A.   Yes.

2    **Q.   Thank you.  That was a long way to go for**

3    **that question.**

4        JUDGE HOUSE:  Now a followup. (To the

5    witness) Looking at this extended school year

6    policy, can you tell me where it provides for that

7    possibility?

8        THE WITNESS:  On "Criteria For ESY

9    Services," No. 5, "If the team does not have

10   documented evidence, a decision may be made by

11   predictions according to the professional judgment

12   of the team as required by OAR."

13       JUDGE HOUSE:  All right.  Thank you.

14   **BY [PARENT]:**

15   **Q.   And I will follow up with that just to**

16   **concur with what you just stated, Mr. Kolb, that**

17   **when you said yes to the OARs, you were referencing**

18   **Section (5) of the OARs; is that correct?**

19   A.   Correct.

20   **Q.   All right.  Thank you.  So then getting**

21   **down under your extended school year "Specific**

22   **Guidelines," what's the purpose of specific**

23   **guidelines in your mind?  How do you see specific**

24   **guidelines?  Please explain.**

25   A.   Let me review these before I answer.

1              (Reading document.)

2   Can you state your question again?

3       Q.   What are the purposes of the specific

4   guidelines in Exhibit S-3?

5       A.   To further clarify direction for and

6   information for collecting data focused on skills or

7   behaviors, and then as well as ensuring the scope of

8   the laws included in the process for District staff.

9       Q.   Under "Specific Guidelines," No. 2, it

10  seems to state that ESY -- well, actually it does

11  state "ESY must be based on measurable data."

12          Yet previously you told me that you

13  concurred that measurable data is not necessary to

14  make an ESY determination; is that correct?

15      A.   State that again?

16      Q.   Did you previously -- (To Judge House) I'm

17  sorry. What is it called when what he said?

18          JUDGE HOUSE:   He testified.

19  BY [PARENT]:

20      Q.   Did you previously testify -- sorry --

21  that ESY data is -- did you previously testify that

22  data is not required to make an ESY determination?

23      A.   Yes.

24      Q.   But now No. 2 states, "ESY must be based

25  on data"; is that correct?

1      A.    That is what it reads.

2      **Q.    So in your opinion, is there conflict**

3   **there?**

4      A.    In my opinion that's part of the process

5   and guidelines that encompass the rest of this

6   document.

7      **Q.    Do you feel that there's conflicting -- is**

8   **it -- are you of the opinion that No. 5 under**

9   **"Criteria" conflicts with No. 2 under "Specific**

10  **Guidelines"?**

11     A.    In isolation they do.

12     **Q.    All right.  Thank you.**

13          **JUDGE HOUSE:**  Since you're here, I'm just

14  going to ask a question.

15          How do you reconcile No. 2 with No. 5?

16          **THE WITNESS:**  How do I reconcile No. 2

17  with No. 5?

18          **JUDGE HOUSE:**  Yes.

19          **THE WITNESS:**  In the absence of documented

20  evidence, I guess No. 5 reconciles No. 2 as based on

21  OARs and federal regs.

22          **JUDGE HOUSE:**  I'm looking at "Specific

23  Guidelines," and No. 2 says, "ESY must be based on

24  measurable data such as DIBELS or" -- D-I-B-E-L-S,

25  which is an acronym -- "or behavior charts."

1          How does the word "must" reconcile with 5

2    if there is no data available?

3          **THE WITNESS:**  I believe that there's no --

4    left out of that sentence, No. 2, "ESY data must be

5    based on measurable data," then provided examples of

6    such types of data.

7          Does that make sense?

8          **JUDGE HOUSE:**  Yes, but I'm not sure.  Let

9    me make sure I can understand your answer.

10          If there's data for the ESY, it must be

11    measurable data, and that is a definition but

12    somehow the word "data" is left out of that

13    statement?

14          **THE WITNESS:**  Correct.

15          **JUDGE HOUSE:**  How would the person reading

16    this statement and attempting to follow the

17    guideline know that that's left out?

18          **THE WITNESS:**  This guideline is -- is for

19    staff, for staff guidance.  And training on in the

20    process of staff and considering ESY as part of the

21    IEP process would afford that opportunity.

22          **JUDGE HOUSE:**  All right.  Go ahead,

23    [Parent].

24    **BY [PARENT]:**

25        **Q.  So if this is a document for guidance for**

1  staff, was this the document that was guiding the

2  staff that was in the IEP team meeting on November

3  20th and March 18th?

4      A.   Yes.

5      Q.   And you said that this is just a guidance

6  document?  You stated this is just a guidance

7  document and that it is provided in addition to

8  training relating to ESY -- ESY --

9          JUDGE HOUSE:  Would that be training and

10 provided to staff members on ESY?

11         THE WITNESS:  Yes.

12         JUDGE HOUSE:  As well --

13         [PARENT]:  Eligibility?  That's the word I

14 was looking for.

15         THE WITNESS:  Yes.

16 BY [PARENT]:

17     Q.   How often is ESY training for eligibility

18 provided to staff?

19     A.   Annually, based on the special ed handbook

20 that we provide to our special ed staff prior to

21 school starting.

22     Q.   So you testified earlier that you amended

23 this in August --

24     A.   Correct --

25     Q.   -- of 2013?  Is it your suggestion that

NAEGELI    N    800.528.3335
DEPOSITION AND TRIAL EXPERTS    NaegeliUSA.com

1  **the staff that was in the IEP meetings of November**

2  **and March for [Student] received training prior to**

3  **the beginning of the school year on ESY --**

4       A.   It's not my suggestion --

5            **JUDGE HOUSE:**  Let [Parent] finish the

6  question, please.

7            **THE WITNESS:**  I'm sorry.

8            **JUDGE HOUSE:**  Go ahead.

9  **BY [PARENT]:**

10      **Q.   That they received training on ESY**

11 **eligibility prior to both those meetings?**

12      A.   Yes, would be my statement that they did

13 receive the training.

14      **Q.   Everybody that was in the IEP meeting?**

15      A.   No.  The exception would be Doug Ely, and

16 I'm trying to recall who else may have.

17           And then Dr. Pam Schwerdt, our school

18 psychologist, was in attendance at those meetings,

19 but she was out with I believe a surgery during the

20 training.

21      **Q.   How about ESD employees?  Were they**

22 **involved in the training?**

23      A.   I don't recall if ESD employees were at

24 that training.

25      **Q.   If not, let's make the assumption that --**

NAEGELI

N

DEPOSITION AND TRIAL EXPERTS

800.528.3335

NaegeliUSA.com

1  **because there were two ESD employees at the IEP**

2  **meetings; is that correct?**

3      A.    Kirby Erickson.

4      **Q.    Kirby Erickson and -- is Cindy Picton in**

5  **the --**

6      A.    No, she works for us.

7          **JUDGE HOUSE:**  And just in the event that

8  those names aren't spelled somewhere else, is it K-

9  i-r-b-y, Erickson, E-r-i-c-k-s-e-n?

10          **THE WITNESS:**  O-n.

11          **JUDGE HOUSE:**  O-n?  And I think they're on

12  the list.

13          **[PARENT]:**  They're on the list.

14          **JUDGE HOUSE:**  I know, but I don't have

15  that list to recall.  What was the second name?

16          **THE WITNESS:**  Cindy, C-i-n-d-y, Picton, P-

17  i-c-t-o-n.

18          **JUDGE HOUSE:**  Thank you.  All right.

19  Those are ESD employees that were at the meeting and

20  may not have been in the training?

21          **THE WITNESS:**  Kirby Erickson was the only

22  one that's a DSD employee.  Cindy Picton was a

23  Grants Pass School District employee who was in

24  attendance at that training.

25          **JUDGE HOUSE:**  Okay.

1  BY [PARENT]:

2       Q.   So Kirby Erickson was part of the

3  training, or no?

4       A.   I don't recall.

5       Q.   Cindy Picton --

6       A.   Yes, she was.

7       Q.   And Dorothy Jewell?

8       A.   Yes.

9       Q.   When did the training occur?

10      A.   The Thursday before school started.

11      Q.   Do you recall how much time was spent on

12  ESY eligibility --

13      A.   I do not --

14      Q.   -- as part of the training?

15      A.   I do not recall the agenda or the -- I

16  recall ESY being on the agenda.  I do not recall how

17  much time was spent on that training.

18      Q.   Do you recall whether or not the "General

19  Guidelines Criteria," "Specific Guidelines," and

20  "When Parents Disagree" was covered in the training?

21      A.   Yes, this document was covered in the

22  training.

23      Q.   So everything that we've covered thus far

24  was reinforced in training?  All the questions I've

25  asked you about this document was covered in the

1  **training and reiterated to the people that were in**

2  **the IEP meetings on November and March that this is**

3  **the policy of the school district?**

4     A.   Yes, this was covered in its entirety at

5  the meeting.

6     **Q.   And the people in the meeting were told**

7  **that "this is the policy and these are the**

8  **guidelines that you must follow for ESY**

9  **eligibility"?**

10     A.   I did not read this out loud to them.

11  They all read this for themselves, and then we

12  proceed with dialogue and questioning and practices

13  around this.

14          **JUDGE HOUSE:**  I'm going to ask this

15  question to have it a little bit more clearly

16  answered.

17          Were they told that this is the policy

18  whether they read it or not?

19          **THE WITNESS:**  Yes.

20          **JUDGE HOUSE:**  Were they told to follow

21  this policy?

22          **THE WITNESS:**  Yes.

23          **JUDGE HOUSE:**  Was that your question,

24  [Parent]?

25          **[PARENT]:**  Yes.  Thank you.

1              **JUDGE HOUSE:**  All right.  Go ahead,

2  [Parent].

3  **BY [PARENT]:**

4      **Q.   No. 3 under the "Specific Guidelines" gets**

5  **back to some of the questions we had before, and**

6  **ends, "ESY" -- "Only those needs that relate**

7  **directly to one or more IEP goals."  So it's stated**

8  **in here.**

9              **Is it reflected in the training or**

10 **reinforced in the training that ESY services can**

11 **only relate to IEP goals?**

12     A.   The term "objectives" may have been left

13 out there, "goals and objectives."

14     **Q.   So it is --**

15     A.   So yes.

16     **Q.   So it is reinforced that ESY eligibility**

17 **can only be based on one or more IEP goals and/or**

18 **objectives --**

19     A.   Yes --

20     **Q.   -- and we'll say "objectives" was left**

21 **out?**

22     A.   Yes.

23     **Q.   Okay.  No. 5, under "Specific Guidelines"?**

24             **MR. COHN-LEE:**  And, [Parent], are you

25 looking at page 2?

 1          **[PARENT]:**  Page 2 of Exhibit 3.  Actually

 2  -- I'm sorry.  I'll ask that as a follow-up.

 3          So, again, I'm on No. 5 on page 2 of 2 for

 4  Exhibit 3.

 5          **JUDGE HOUSE:**  Beginning "ESY needs to be

 6  planned and documented"?

 7          **[PARENT]:**  Yes, Your Honor.

 8          **JUDGE HOUSE:**  All right.

 9          **[PARENT]:**  I'm trying to avoid reading

10  them.

11          **JUDGE HOUSE:**  That's all right.

12          **[PARENT]:**  And now I'm getting lost.

13          **JUDGE HOUSE:**  That's all right.  Go ahead

14  and ask the question.

15  **BY [PARENT]:**

16      **Q.    Leaving the last sentence out, or just I**

17  **guess the last sentence out -- I have to read it,**

18  **I'm sorry, to have my question make sense.**

19          **JUDGE HOUSE:**  All right.

20  **BY [PARENT]:**

21      **Q.    But it says that the ESY plan, if there is**

22  **going to be one I would presume, needs to only**

23  **address the narrow issues of the skill that is**

24  **poorly recouped.**

25          **Is it your contention that that statement**

1  aligns with Oregon Administrative Rules pertaining

2  to ESY?

3      A.   Yes.

4      Q.   Is it your contention that that statement

5  -- that that statement aligns with federal

6  regulations pertaining to ESY?

7      A.   Yes.

8      Q.   No. 6 on page 2 of 2, under Exhibit 3,

9  what does that mean?

10     A.   "Related service areas on the IEP" --

11 maybe consultation, maybe services outside of -- can

12 be transportation, although I don't know how that

13 might fit.

14     Q.   Let me redirect the question.

15     I'm not asking what is related service.  I'm

16 asking:  What does the sentence mean as far as the

17 specific guidelines go?

18         And it reads, "ESY may involve only

19 related services."  So I guess what I'm looking for

20 is not what a related service is, but what are you

21 trying to say with that sentence because it's under

22 a "Specific Guidelines"?

23     A.   The provision of ESY may only be as

24 determined a related service need.

25     Q.   So I'm going to ask a follow-up question.

1  **Are you done?**

2      A.   Yeah.

3      **Q.   Okay.  So are you saying that ESY services**

4  **may only be related services?**

5      A.   If deemed appropriate.

6      **Q.   Are you saying ESY services can only be**

7  **related services if deemed appropriate?**

8      A.   ESY services -- ESY services can be more

9  than just related services.  But it is possible that

10  only related services may be deemed appropriate;

11  hence, yes.

12      **Q.   Do you think that No. 6 may be a little**

13  **ambiguous, reflecting on it now, that it may be**

14  **interpreted in multiple ways?**

15          **MR. COHN-LEE:**  I'm going to object as to

16  speculation.

17          **JUDGE HOUSE:**  I'm going to sustain that

18  objection.

19          You can argue that point if you want to.

20  You can ask this witness if he finds that statement

21  clear or does he see ambiguity in that statement.

22  He can answer either one of those questions.

23  **BY [PARENT]:**

24      **Q.   Do you find this statement clear?**

25      A.   Yes.

1    **Q.   Do you find this statement clear in that**
2  **it is suggesting that it may involve only related**
3  **services as opposed to it can only involve related**
4  **services?**
5     A.   It may involve only related services.
6    **Q.   You missed the nuance in the question.  My**
7  **concern is that it was interpreted by your staff to**
8  **suggest that it can only involve related services**
9  **because I believe --**
10        **JUDGE HOUSE:**  Let's me ask the question
11  this way.
12        **[PARENT]:**  Am I -- thank you.
13        **JUDGE HOUSE:**  Just a moment. (To the
14  witness) Mr. Kolb, is it possible to interpret that
15  statement as an ESY is -- now I'm getting confused -
16  - is required to only provide related services?
17        (To [Parent]) Is that what you wanted?
18  You're trying to get to the opposite or the
19  exclusive?
20        **[PARENT]:**  Correct.
21        **JUDGE HOUSE:**  So you're asking if it could
22  be interpreted to say that ESY is provided only for
23  related services?
24        **[PARENT]:**  Correct.
25        **THE WITNESS:**  No.

1          JUDGE HOUSE:  All right.

2   BY [PARENT]:

3      Q.    Did anybody ever bring up any questions in

4   training relating to this question that you can

5   recall?

6      A.    Not that I can recall.

7      Q.    Or not question.  Relating to this

8   guideline?

9      A.    Not that I recall.

10     Q.    And to reiterate, you're of the opinion

11  that No. 6 does not make ESY exclusive to related

12  services?

13          MR. COHN-LEE:  Well, I am going to object

14  at that point, Judge.  I think we have on multiple

15  occasions been straying into asked and answered.

16          JUDGE HOUSE:  [Parent], I agree on this.

17  It's asked and answered.

18          [PARENT]:  Okay.  Very good.

19          I don't think I have any more questions

20  pertaining to Exhibit S-3.  Bear with me for a

21  moment.

22          I'm going to present Exhibit 15.  I'm

23  sorry. Before I do that, can I get those back in the

24  event that I need to provide them to another

25  witness?

 1          **JUDGE HOUSE:**  Yes.  Would you hand the

 2    exhibits back to [Parent]?

 3          **THE WITNESS:**  Yes.  I need one more

 4    paperclip.  I got it.

 5          **JUDGE HOUSE:**  So you need a copy of S-15?

 6          **[PARENT]:**  S-15, yeah, for him.

 7      **Q.    S-15 is IEP meeting notes from the**

 8    **11/20/2013 IEP meeting?**

 9          **JUDGE HOUSE:**  Is that correct?

10          **THE WITNESS:**  That is correct.

11          **MR. COHN-LEE:**  And, Judge, at this point I

12    would raise, not so much an objection, but a note

13    that I think this document is incomplete.

14          I think [Parent] has pulled out one page

15    out of the actual meeting minutes that were taken

16    for that meeting. And other than -- I think [Parent]

17    has inserted highlighting into the document, which

18    is not obviously part of the original document.

19          But the complete document is actually at

20    District's Exhibit D-4, and that includes a complete

21    collection of the IEP meeting notes.

22          I think it would be appropriate under the

23    Rule of Completeness to reference that document as

24    opposed to just a single page in isolation.

25          **JUDGE HOUSE:**  Mr. Cohn-Lee, the Rule of

1  Completeness?  You mean the Best Evidence Rule?

2          **MR. COHN-LEE:**  Also completeness.  There's

3  also a Rule of Completeness which states that you

4  can't just selectively pull out individual pages or

5  statements from a document, that the document should

6  probably be reviewed in its entirety.

7          **JUDGE HOUSE:**  I was just going to ask you

8  what the rule number was.

9          **MR. COHN-LEE:**  Sure.

10         **JUDGE HOUSE:**  But, you know, we don't have

11 -- administrative law doesn't have -- the Rules of

12 Evidence can be used as guides, et cetera.  And I

13 understand what you're trying to say.

14         I think for purposes of [Parent's]

15 presentation or discussion, we'll stick with S-15 as

16 his reference.  But when you question S-15, we'll

17 use the District's document.

18         And, [Parent], on the record, I'm just

19 going to have you remember that the witness has to

20 answer the question for it to be evidence.

21         So the way that you introduce this, you

22 said what it was.  You can't testify right now

23 because you're not sworn in.  So you need to just

24 ask, "Is this meeting minutes?"  And his answer

25 would have been whatever it was.

NAEGELI  N  800.528.3335
DEPOSITION AND TRIAL EXPERTS     NaegeliUSA.com

1          **[PARENT]:**  Okay.

2          **JUDGE HOUSE:**  So I'm just going to do that

3   preliminarily.  This appears to be IEP meeting notes

4   for Student on 11/20/2013, page 27 and 28; is that

5   correct?

6          **THE WITNESS:**  That is correct.

7          **JUDGE HOUSE:**  Does that indicate that

8   there are additional pages and this is not a

9   complete document?

10         **THE WITNESS:**  Yes, there are additional

11  pages.

12         **JUDGE HOUSE:**  Are there shaded areas on

13  this document that are not the same as the

14  document's original?

15         **THE WITNESS:**  I cannot answer that

16  question without reviewing the original.

17         **JUDGE HOUSE:**  So you don't have -- let me

18  ask.

19         **THE WITNESS:**  Mine's not shaded.

20         **JUDGE HOUSE:**  Okay.  I'm going to show you

21  what's been given to the Court on page 27 and 28.

22         Does that reflect the original?

23         **THE WITNESS:**  Without discrepant review,

24  it appears to be in its original form.

25         **JUDGE HOUSE:**  Okay.  If there are

1   discrepancies, we'll bring them out on cross-

2   examination.

3              **THE WITNESS:**  Okay.

4              **JUDGE HOUSE:**  Okay.  [Parent], not to

5   over-complicate, we're looking at S-15.

6              **[PARENT]:**  Sorry.  I'm just comparing the

7   District's exhibit to mine.

8              **JUDGE HOUSE:**  Oh.  You have S-15, 1 of 1,

9   printed at the bottom of 27 and 28 --

10             **[PARENT]:**  28, yeah.  And District's

11  Exhibit D-4. MR. COHN-LEE:  D-4.

12             **[PARENT]:**  It appears to be their page 23.

13             **JUDGE HOUSE:**  All right.  So we don't know

14  whether this is a complete first part of that

15  document; so that's noted.  This appears to be a

16  portion of the document purporting to be minute

17  notes, and it's 27 and 28.

18             Go ahead and ask your questions about this

19  document.

20             **[PARENT]:**  If I may, I only did the one

21  page that I needed because I knew that I was faxing

22  in my exhibit lists.  If it pleases Your Honor, we

23  can reference the respondent's exhibit.  It doesn't

24  matter to me.

25             **JUDGE HOUSE:**  If you're not stating that

```
 1   they're different documents, if you'll agree that

 2   what you're looking at is the same document that you

 3   intended to offer -- and I just heard you say that

 4   the page numbers are different.

 5           Those page numbers were preprinted on

 6   these meeting notes.  So is the one that you're

 7   going to look at preprinted page 27 of 28?

 8           [PARENT]:  No.  It's preprinted page 23 of

 9   24, and I think it has to do with how it was

10   delivered because it was delivered in an Excel

11   spreadsheet; so depending upon or something.

12           JUDGE HOUSE:  Okay.  So if you look at the

13   content and you agree that that District's Exhibit D

14   -- D-4?

15           MR. COHN-LEE:  Correct.

16           JUDGE HOUSE:  -- is the document that you

17   intended to refer to, we will use D-4.

18           [PARENT]:  I would agree to that.

19           MR. COHN-LEE:  Yeah, and in fact, Judge, I

20   think we probably should because, looking at the

21   pages and depending on how you printed them out,

22   even the content of the page is different --

23           [PARENT]:  Right --

24           MR. COHN-LEE:  -- from page to page.

25           [PARENT]:  I have no problem with that.
```

1          **JUDGE HOUSE:**  That's all right.  So what

2    we're going to do for the record is S-4 won't be

3    admitted. MR. COHN-LEE:  S-15?

4          **JUDGE HOUSE:**  I'm sorry.  S-15.  We are

5    referring instead to District's D-4, which I assume

6    now is offered and accepted as the minutes taken or

7    provided for the meeting on 11/20/2013; is that

8    correct?

9          **MR. COHN-LEE:**  (No audible response.)

10          **JUDGE HOUSE:**  Okay.

11          **(Whereupon, District's Exhibit D-4 was**

12    **admitted into evidence.)**

13    **BY [PARENT]:**

14        **Q.**   **Do you have a copy of it?**

15        A.   I do.

16        **Q.**   **Who created these minutes?**

17        A.   Emily Luka, my administrative assistant,

18    took these minutes at this meeting.

19          **JUDGE HOUSE:**  Emily?

20          **THE WITNESS:**  Luka, L-u-k-a.

21          **JUDGE HOUSE:**  Thank you.

22          **MR. COHN-LEE:**  And, Judge House, just for

23    clarity, Ms. Luka is actually sitting in the room

24    here.

25          **JUDGE HOUSE:**  I'm sorry, Ms. Luka.  And I

```
 1  should have known that, but the court reporter had
 2  already asked your names.  I apologize.
 3          MS. LUKA:  No problem.
 4          JUDGE HOUSE:  Okay.  Go ahead.
 5  BY [PARENT]:
 6      Q.   Would you agree that Ms. Luka did a good
 7  job taking minutes?
 8      A.   Yes.
 9      Q.   Would you agree that if somebody spoke,
10  she made a note of it?
11      A.   As much as possible, she would have made a
12  note of it.
13      Q.   So these minutes would be reflective of
14  pretty much everything that occurred in the meeting?
15      A.   I don't believe necessarily everything.
16  They summarize an attempt to indicate who referenced
17  what or said what.
18      Q.   Would you agree that if -- if we agreed
19  that it's a summary, do you agree that if somebody
20  spoke, it's referenced in this -- in these meeting
21  notes?
22          MR. COHN-LEE:  I'm going to object.  I
23  think that has been asked and answered.
24          JUDGE HOUSE:  Not directly.  I'm going to
25  overrule the objection.
```

 1              THE WITNESS:  Yes.

 2   BY [PARENT]:

 3        Q.   Okay.  Referring to page 23 and 24 in the

 4   District's Exhibit D-4, in the left-hand column, it

 5   says, "Extended School Year."

 6              Are you with me on that, Mr. Kolb?

 7        A.   I'm there.

 8        Q.   In the right-hand column, it states,

 9   "Extended school year determination to be reviewed

10   on April 16th. Parent is not in consensus."

11              You're in agreement with that?

12        A.   Yes.

13        Q.   In the "Discussion" and the "Action,"

14   which is the middle column, "JA stated to team" is

15   the first comment. "JA" is -- do you have any idea

16   who that refers to?

17        A.   Julie Armbrust.  She was the Oregon

18   Department of Education assigned facilitator for the

19   IEP meeting.

20        Q.   Okay.

21              JUDGE HOUSE:  Let me ask for

22   clarification, because I've seen this word used in

23   two different places again.  There's a technical

24   word for "mediator" as a term of art, and there's a

25   "facilitator."

1         Was Ms. Armbrust a mediator or a

2  facilitator?

3         **THE WITNESS:**  My apologies.  She was a

4  facilitator.

5         **JUDGE HOUSE:**  You said "facilitator."

6  It's not you that used the word differently.  Okay.

7  And it wasn't you.  It's just shown up somewhere.

8         Okay.  So your question started to ask

9  about she says she's the first person mentioned.

10  **BY [PARENT]:**

11     **Q.  JA is mentioned as having a conversation**

12  **and -- I'm sorry.  Let me back up.  Prior to this**

13  **section is "Placement" -- and I'm moving up the line**

14  **-- "Placement," "Service Summary," "Service**

15  **Summary," "Service Summary," and below it is**

16  **"Special Factors," "Final Concerns," "Parent Input**

17  **For PLEPS."**

18         **So are you in agreement that this section**

19  **is the only section relating to extended school**

20  **year?**

21     A.  Without going through the entire document

22  at this time, I would have to say this is my only

23  current knowledge area without reviewing the entire

24  document to see if ESY was discussed anywhere else.

25     **Q.  To the best of your recollection, do you**

 1  recall that we only discussed ESY at one point

 2  during that meeting?

 3      A.   To the best of my recollection --

 4      Q.   Thank you --

 5      A.   -- yes.

 6      Q.   So it appears by looking at initials,

 7  which -- it appears by looking at the initials under

 8  "Discussion Action Area," that JA's initials are

 9  there, RP's initials are there.

10          Would you agree that "RP" is referring to

11  me?

12      A.   Yes, I would.

13      Q.   And KK's initials are there.

14          Would you agree that "KK" refers to you?

15      A.   Yes.

16      Q.   So the entire discussion pertaining to ESY

17  in the November 20th IEP meeting was by the --

18  included the facilitator -- we decided on

19  "facilitator"; right?

20      A.   Yes.

21      Q.   Myself and yourself, or you?

22      A.   I cannot say for sure, but this portion of

23  the document indicates that only the three of us

24  were involved in that discussion.

25      Q.   And to reiterate, I'm only asking based on

 1  what's here.

 2      A.    Based on what's here, yes.

 3      Q.    It would appear that --

 4      A.    Yes.

 5      Q.    Okay.  Thank you.

 6            Do you recall how many people were on that

 7  IEP team for that meeting?  Actually I retract that.

 8  I'm going to bring up another exhibit because I have

 9  that exhibit I think.

10            JUDGE HOUSE:  Are you wanting to show how

11  many people were at the meeting?

12            [PARENT]:  I thought I had the exhibit

13  that had exactly who was at that meeting but --

14            JUDGE HOUSE:  Would it be at the end of

15  the document?

16            THE WITNESS:  It's at the very beginning

17  of the document.

18            JUDGE HOUSE:  Sorry.  I'm asking a

19  question here.

20            Would it be located somewhere in the

21  document, the beginning or the end?

22            [PARENT]:  Yes, it's at the beginning,

23  Your Honor.

24            JUDGE HOUSE:  Thank you.  So it is D-4,

25  page 1.

1          **[PARENT]:**  Page 1.

2      **Q.**  So looking at D-4, page 1, "Attendees,"

3  does that seem correct?

4      **A.**  Yes.

5      **Q.**  So there was nine people that had worked

6  with [Student] and were involved in his education in

7  that meeting; is that correct?

8      **A.**  No.

9      **Q.**  How many people were in that meeting that

10  were --

11          **JUDGE HOUSE:**  You asked a compound

12  question, and I'll separate them.

13          You asked a "number of people," and then

14  you included a statement "that had worked with" or

15  "provided services" -- you asked about how they were

16  related to [Student]. (To the witness) So were there

17  nine people at the meeting?

18          **THE WITNESS:**  Yes.

19          **JUDGE HOUSE:**  [Parent], are you asking if

20  everyone at that meeting taught [Student] or

21  provided services to [Student]?

22          **[PARENT]:**  I can ask a different question.

23          **JUDGE HOUSE:**  Okay.

24  BY [PARENT]:

25      **Q.**  Of those nine people -- of those nine

1  people, how many had direct contact with [Student]?

2      A.   Eight.

3      Q.   And referring to "direct contact," I'm

4  referring to responsible for some provision of

5  [Student's] education.

6      A.   It's a broad scope.  One, two, three,

7  four, five, six, seven -- eight.

8          JUDGE HOUSE:  So the answer is eight.

9  BY [PARENT]:

10     Q.   So eight?  So if the IEP team consisted of

11 eight people that were involved in [Student's]

12 education -- let me rephrase this.

13         The IEP team per your testimony consisted

14 of eight people that were involved in [Student's]

15 education, yet -- I'm going to -- strike that.

16         Were you one of those eight people in the

17 answer to the last question?

18     A.   Yes.

19     Q.   And I may have asked this previously, but

20 did you ever provide instruction to [Student]?

21     A.   I frequently interacted with [Student]

22 during the provision of ESY last summer, including

23 spelling, staff support, lunch breaks, and direct

24 one-to-one interaction with [Student], as well as

25 observing on numerous occasions.

1      Q.    On page 1 it has you listed as "Director

2   of Special Services"?

3      A.    That is correct.

4      Q.    Please explain your role in that IEP

5   meeting.

6      A.    My role in that IEP meeting, contribute

7   based on my knowledge of the student.  Additionally,

8   when a disagreement should occur, I would serve as

9   the District representative.

10     Q.    Is the purpose of the District

11  representative to -- strike that.

12          What's the purpose of the District

13  representative in an IEP meeting?

14     A.    The purpose of the District representative

15  in an IEP meeting is pretty vast.  It has to do with

16  knowledge and allocation of resources.  Can be

17  knowledge of placement options, outside agencies.

18          Additionally, when disputes may arise, the

19  District representative would need to make a

20  determination.

21          JUDGE HOUSE:  Are you also the individual

22  who has the authority to authorize expenditures from

23  the District on behalf of services?

24          THE WITNESS:  Yes.

25          JUDGE HOUSE:  [Parent]?

1  BY [PARENT]:

2      Q.   You said that you felt that the District

3  representative's role was to mediate dispute?

4  "Mediate" was a word that I put in there.  That

5  wasn't your word.

6          But resolve disputes?  I forget the exact

7  word you used.

8      A.   I believe that's part of my charge in my

9  role for the District, and at times mediation or

10 ultimately making a determination when two parties

11 can't agree to agree.

12     Q.   Do you believe that's your role -- no, I'm

13 not going to say "your role," but the position that

14 you were in, or your role -- in that meeting did you

15 believe that that was your role based on the Oregon

16 Administrative Rules pertaining to IEP?

17     A.   Certain moments in that meeting, yes.

18     Q.   Do you deem that that was your role based

19 on federal regulations?  And when I say "your role,"

20 I'm particularly just referencing --

21     A.   That part of my role --

22     Q.   That part of your role that you discussed,

23 when a -- a -- when a disagreement occurs.

24         MR. COHN-LEE:  And I'm sorry.  I just have

25 to object as vague.  Which part of which role are

NAEGELI

N

800.528.3335

DEPOSITION AND TRIAL EXPERTS        NaegeliUSA.com

```
 1  you referencing?

 2          JUDGE HOUSE:  Are you asking whether his

 3  role as I believe he stated was to try to resolve

 4  disputes if there was disagreement, if they cannot

 5  be resolved then to make a decision?

 6          [PARENT]:  That's the role I'm

 7  referencing.  And

 8      I'm trying to get out:  Does he believe that --

 9          JUDGE HOUSE:  That the federal and state

10  rules provide for him to act in that role?

11          [PARENT]:  Yes.

12          THE WITNESS:  Yes.

13  BY [PARENT]:

14      Q.   Thank you.  On page 23 of 24 in D-4,

15  discounting the facilitator, just your initials and

16  my initials are on this entire section for "Extended

17  School Year Conversations"; is that correct?

18          JUDGE HOUSE:  I think you're speaking a

19  little fast for the court reporter.

20          [PARENT]:  I'm sorry.

21          JUDGE HOUSE:  And can I ask it a little

22  bit differently and see if I'm asking the same

23  thing?

24          [PARENT]:  Yes.

25          JUDGE HOUSE:  In the "Discussion" section
```

1 of "Extended School Year" on page 23, is there an

2 indication that anyone other than yourself and

3 [Parent] of the IEP team discussed ESY?

4          **THE WITNESS:**  No.

5          **JUDGE HOUSE:**  And let me ask an additional

6 question:  Was the facilitator's role to discuss ESY

7 as a factual matter?  Let me back up.  I want to ask

8 you a question.

9          What role did the facilitator play?

10         **THE WITNESS:**  IEP development to include

11 where on the IEP we addressed this ESY.

12         **JUDGE HOUSE:**  Does the facilitator add

13 content to the discussion, or does the facilitator

14 enable conversation between the parties?

15         **THE WITNESS:**  The facilitator does add

16 content to the discussion, did in this case for

17 sure.

18         **JUDGE HOUSE:**  All right.  So the

19 facilitator -- I'm sorry, [Parent].  I apologize.

20 I'm --

21         **[PARENT]:**  I'm coming up with a number.

22         **JUDGE HOUSE:**  But in this instance, did

23 the facilitator actually discuss substantive issues

24 of the IEP, discuss the provision of services or

25 provided input on the provision of services to the

1    Student?

2              **THE WITNESS:**  No.

3              **JUDGE HOUSE:**  So she provided structure --

4    did she provide structure for the discussion?

5              **THE WITNESS:**  Yes.

6              **JUDGE HOUSE:**  Okay.  I'm not going to ask

7    any more questions right now.  [Parent], go ahead.

8    **BY [PARENT]:**

9         **Q.   I'm going to bring up the facilitator.**

10             **The facilitator was not there -- was the**

11   **facilitator there because she knew anything about**

12   **[Student]?**

13        A.   No.

14        **Q.   Was the facilitator there because she was**

15   **familiar with [Student's] educational history?**

16        A.   No.

17        **Q.   In your mind why was the facilitator -- in**

18   **your opinion, why was the facilitator there?**

19        A.   In my opinion, the facilitator was there

20   as it was an idea I approached you with, to have an

21   ODE-appointed facilitator given some challenges that

22   our team has worked through prior to this November

23   meeting.

24        **Q.   The facilitator was not there -- was the**

25   **facilitator there to provide opinions relating to --**

 1   strike that.

 2          I have no further questions with this.

 3          And I'm sorry.  You had re-asked my

 4   question very eloquently about -- and I don't know

 5   if we ever got that answer.

 6          JUDGE HOUSE:  Asked about was his role in

 7   that meeting with the OARs in compliance?

 8          [PARENT]:  No, it was --

 9          JUDGE HOUSE:  Or was it about the

10   facilitator?

11          [PARENT]:  It was involved in that.  You

12   had asked more eloquently or more directly is it

13   Your Honor's -- was it just he and I.

14          JUDGE HOUSE:  Okay.  Just based on page

15   23, who was involved in the discussion of the ESY?

16          [PARENT]:  That was it, and I don't know

17   the answer was ever given.

18          THE WITNESS:  Based on this, it was only

19   [Parent] and myself.

20          JUDGE HOUSE:  All right.

21   BY [PARENT]:

22      Q.   Is it your understanding, Mr. Kolb, that

23   IEP decisions must be made by a team?

24      A.   Yes.

25      Q.   Is it your understanding that the team,

1  **the entire IEP team should have input on IEP**

2  **decisions?**

3      A.   Yes.

4      **Q.   By looking at this on page 23, this**

5  **section, does it appear that the team was involved**

6  **in the decision relating to ESY in the November 20th**

7  **meeting, IEP meeting?**

8      A.   Having been there, yes.

9          **JUDGE HOUSE:**  I think the question is just

10 on the face of the document.

11          **THE WITNESS:**  On the face of this, no.

12          **JUDGE HOUSE:**  And I'm going to go ahead

13 and just ask you to explain your answer.

14          **THE WITNESS:**  They're based on District

15 procedures, prior discussion as to how to address

16 this on the ensuing IEP.

17          Although not rich in dialogue at the

18 meeting, I recall one team member -- and I do not

19 know exactly who it was -- reiterated there was a

20 need to collect data to make these decisions.

21          And it was not me unless I reiterated it

22 in there again, but -- so I don't know if that

23 helps.

24          **JUDGE HOUSE:**  So your recollection is

25 someone at some point said that it was needed, but

```
 1  it's not reflected in the note?
 2          THE WITNESS:  Correct.  That would be my
 3  recollection.
 4          JUDGE HOUSE:  All right.  [Parent]?
 5  BY [PARENT]:
 6      Q.   So these notes are not reliable?
 7      A.   These notes are reliable.
 8      Q.   But somebody said something pertaining to
 9  -- it's your recollection that somebody said
10  something pertaining to extended school year other
11  than yourself or myself, and it's not reflected in
12  these notes?
13      A.   Yes.
14      Q.   Do you recall -- did the Parent ask to
15  discuss ESY at this meeting?
16      A.   Did the Parent ask --
17          [PARENT]:  Can I just refer to myself?
18          JUDGE HOUSE:  Yes.
19          [PARENT]:  I don't want to -- I don't want
20  to appear to be testifying.
21          JUDGE HOUSE:  No, that's all right.
22  BY [PARENT]:
23      Q.   Do you recall me asking you to discuss ESY
24  at this meeting?
25      A.   Yes.
```

1    Q.    Do you recall your response?

2    A.    Yes.

3    Q.    Could you repeat what you recall as your

4 response?

5    A.    My response was as per our District

6 guidelines on consideration of ESY with students who

7 were new to our District for which we don't have

8 sufficient data to help inform that decision, that

9 it would be typical of our practices that we would

10 defer this to a later date until --

11         JUDGE HOUSE:  Just slow down just a little

12 bit.

13         THE WITNESS:  I'm sorry.

14         JUDGE HOUSE:  I'm sorry.  There's a lot of

15 nuances to what you're saying.  So can you start

16 "Pursuant to our District guidelines with students

17 who are new to our District" and go from there.

18         THE WITNESS:  It's our practices to try to

19 collect data to inform ESY decisions.

20         JUDGE HOUSE:  All right.  [Parent], did

21 you hear that?

22         [PARENT]:  Yes.

23         JUDGE HOUSE:  All right.  Go ahead.

24 BY [PARENT]:

25    Q.    So was there a discussion relating ESY

1  **other than that?**

2      A.   I believe Julie Armbrust attempted to

3  clarify with you common practices in the State of

4  Oregon as related to deferring the determination of

5  making the ESY determination --

6          **THE REPORTER:**  Could you just -- I'm

7  sorry. I didn't hear that at the beginning.  Do you

8  mind --

9          **THE WITNESS:**  Okay.  So I believe Julie

10  Armbrust referenced common Oregon practices in which

11  Districts may at a later date make the determination

12  for ESY.

13          **JUDGE HOUSE:**  All right.

14  **BY [PARENT]:**

15      **Q.   So a decision was made to not discuss ESY**

16  **at the November IEP meeting?**

17      A.   No.

18      **Q.   So ESY was discussed at the --**

19      A.   Yes.

20      **Q.   Can you please to the best of your**

21  **recollection relate what the discussion was about?**

22      A.   We very briefly touched on [Student] had

23  ESY when [Student] came to us; now that we're

24  drafting a new IEP, new objectives, that we would be

25  looking to defer the determination of ESY.  So --

1    Q.    And why would we be deferring the

2  determination of ESY?

3    A.    Based upon District practices.

4    Q.    So District practice is not based upon

5  federal, state regulations, or your own -- or the

6  District's own General Guidelines, criteria or

7  specific guidelines?

8         MR. COHN-LEE:  Well, I'm going to object

9  at this point.  I think we are straying a bit into

10 testifying as opposed to asking a question.

11        JUDGE HOUSE:  I think that there was a

12 question in there, but I think --

13        [PARENT]:  I just went too far?

14        JUDGE HOUSE:  No.  I think that the

15 question that you're asking or that is relevant to

16 this IEP -- (to the witness) did you make that

17 decision based on [Student's] needs in this IEP to

18 defer that determination?

19        THE WITNESS:  Yes.

20        JUDGE HOUSE:  You just said it was based

21 on District practices.  Why in [Student's] case?

22        THE WITNESS:  To determine [Student's]

23 needs as related to ESY.

24        JUDGE HOUSE:  Why did it need to be

25 deferred? Not just "we needed data."  Was there no

1  data?

2          **THE WITNESS:**  We had a brand new IEP we

3  were implementing.  ESY would need to be determined

4  based on current IEP.  So if we're just implementing

5  it, we do not have current data based on that IEP.

6          **JUDGE HOUSE:**   All right.  Do you consider

7  any data or any information on the Student's present

8  levels of performance and needs that may include --

9  sorry.  I'm not going to speak without looking at

10  you.  I'm thinking about how to phrase this.  I'm

11  going to rephrase it.

12          Is it your statement that the only

13  information that you consider an IEP is information

14  that you collect from the point of the creation of

15  that IEP onward for determination of ESY services or

16  any other need of the child for education?

17          **THE WITNESS:**  We would have a conversation

18  and professional input and parent input as related

19  to the student's needs based upon the IEP.

20          **JUDGE HOUSE:**   If a student -- this is a

21  hypothetical because I don't know this history.

22          If a student had had ESY and had had ESY

23  for specific reasons that may pertain to a need for

24  ESY in a particular manner, would you have

25  considered that data?

1       **THE WITNESS:**  Yes, if we were afforded the

2   reasons and the data for that decision.

3       **JUDGE HOUSE:**  Was that discussed by the

4   team during this meeting?

5       **THE WITNESS:**  During this meeting, it was

6   brought up the continued difficulty we have had in

7   obtaining any prior documents other than only the

8   IEP that followed the Student.

9       We had substantial issues with acquiring

10  the permanent cum which Hawaii indicated they gave

11  to the Parent to deliver to us.  We have no records,

12  no special education records that were provided by

13  other schools or agencies.

14      **JUDGE HOUSE:**  So I think what you were

15  saying is if you have other information that might

16  indicate a necessity to discuss ESY to provide FAPE

17  at that meeting, you would have considered it?

18      **THE WITNESS:**  Yes.

19      **JUDGE HOUSE:**  Now, [Parent], you may not

20  have been asking that which -- it was triggered by

21  that question. So go ahead.

22  **BY [PARENT]:**

23      Q.  **So are you suggesting that at the November**

24  **20th meeting, you had no special education records**

25  **that were historical?**

```
 1        A.    No.

 2        Q.    Was there an evaluation, an initial

 3   evaluation to determine special education

 4   eligibility prior to this meeting?

 5        A.    Yes.

 6        Q.    Do you recall asking me to help you obtain

 7   records from the Hawaii school district pertaining

 8   to that evaluation?

 9        A.    On numerous occasions.

10        Q.    Do you recall your staff receiving those

11   records?

12        A.    Pieces and parts, yes.

13        Q.    Did you have -- at the time of this

14   meeting on November 20th, did you have the IEP that

15   [Student] moved into the State of Oregon with that

16   was developed from Hawaii?

17        A.    Yes.

18        Q.    Did you provide ESY services with

19   [Student] during the summer of 2013 because it was

20   stated that [Student] received ESY services in

21   [Student's] IEP from Hawaii?

22        A.    Yes.

23        Q.    So you did in fact have records,

24   historical in nature, that showed [Student] required

25   ESY services?
```

1      A.   Yes.

2      Q.   **You stated previously in response to**

3   **another question that the team would make the**

4   **decision of whether ESY -- [Student] is eligible for**

5   **ESY?**

6      A.   Yes.

7      Q.   **However, in the November 23th IEP meeting,**

8   **the team did not make a decision relating to ESY?**

9           JUDGE HOUSE:   You had a question?

10          [PARENT]:   Let me rephrase.

11     Q.   **Is it your contention that the team made**

12  **the -- let me rephrase again.**

13          JUDGE HOUSE:   May I ask?

14          [PARENT]:   Yes.

15          JUDGE HOUSE:   Is it your statement that

16  the team decided to defer the discussion of

17  eligibility?

18          THE WITNESS:   Yes.

19          JUDGE HOUSE:   At the November 20th

20  meeting?

21          THE WITNESS:   The team, with disagreement

22  by the Parent.

23          JUDGE HOUSE:   Okay.   Then --

24  **BY [PARENT]:**

25     Q.   **If it's your statement that the team made**

 1  the decision, why are no other members of the team

 2  other than yourself and me, referenced under

 3  "Discussion Action"?

 4       A.   I can't explain that.

 5       Q.   And you made a statement earlier that to

 6  the best of your knowledge as you recall, maybe one

 7  other person brought up something but that it wasn't

 8  reflected in these notes?

 9       A.   Correct.  That's what I recall.

10       Q.   So even if one other person brought up

11  something pertaining to ESY, how do -- you still

12  deem it was a team decision when -- I'm sorry --

13            JUDGE HOUSE:  You've asked the question.

14  Just let him answer.

15  BY [PARENT]:

16       Q.   Yeah, I know.  I'm waiting.

17       A.   Yes.  Yes.

18            JUDGE HOUSE:  All right.  So he's answered

19  the question.  You might not agree.

20  BY [PARENT]:

21       Q.   The team decision can be made by two or

22  maybe three people, a team -- I'm going to stop

23  there.  A team decision can be made by one, two, or

24  maybe three people in attendance at the IEP meeting?

25       A.   They may be the only ones to speak up

1  about it.

2      Q.    Is it your understanding that development

3  of an IEP under federal and state regulations should

4  be based on a consensus of the IEP team?

5      A.    Yes.

6      Q.    Is it your belief two or maybe three

7  people out of nine is a consensus?

8      A.    I believe I interpreted consensus at this

9  meeting and made the decision.

10     Q.    So you interpreted consensus?  There was

11  not a consensus of the team?

12     A.    Is there a question?

13         JUDGE HOUSE:  Did you interpret consensus?

14         THE WITNESS:  Yes, I interpreted

15  consensus.

16         JUDGE HOUSE:  And what data, from which

17  individuals, did you base consensus, the opinion of

18  consensus was formed?

19         THE WITNESS:  What data from people?

20         JUDGE HOUSE:  The team is discussing this,

21  and actually I think that at this point we don't

22  have evidence that more than one other person and

23  Parent.

24         You're saying you believe at that point

25  the team's consensus with the exception of Parent

```
1   was to defer the IEP discussion.  I think [Parent]

2   was asking what was the basis of that belief.

3            THE WITNESS:  The basis of that belief I

4   would say based on no comments from others; my input

5   to, as part of the IEP team, to that; and minimal to

6   no comments from others on the school-represented

7   team to any disagreement with my opinion on that.

8            JUDGE HOUSE:  All right.  [Parent]?

9   BY [PARENT]:

10       Q.   So there was not consensus?

11           JUDGE HOUSE:  [Parent], his definition may

12  disagree with yours.  At this point he said there

13  was consensus.  You can tell me what you believe

14  later.

15           [PARENT]:  Okay.

16           JUDGE HOUSE:  Okay?

17  BY [PARENT]:

18       Q.   Was there meetings prior to this IEP

19  meeting -- planning, programming, anything like

20  that, prior to this IEP meeting in which ESY was

21  discussed amongst the District employees?

22       A.   Not that I can recall.

23           JUDGE HOUSE:  I'm going to stop right

24  there. It's 12:30.  That's a good stopping point,

25  and you can make a note of where we are.  It's
```

1  12:30, and we'll reconvene at 1:30.

2            **(A lunch recess was taken from 12:30 p.m.**

3  **to 1:32 p.m.)**

4            **JUDGE HOUSE:**  We are back on the record.

5            And frequently some things will occur to

6  me while I'm at lunch.  To maybe facilitate movement

7  a little bit -- I don't want to end up where we're

8  at the end of two days and we don't have what we

9  need.

10            And it's difficult when you're trying to

11  present a case from a parent who's not an attorney

12  and also from -- in a sense you're asking cross-

13  examination questions because there's pieces of

14  information that you want to get to that are really

15  -- in general, on direct you ask general questions,

16  and it's not -- you didn't ask for designation of a

17  District witness as hostile, meaning not that

18  they're hostile to you, but they're not your

19  witness.

20            I'm wondering if it wouldn't be more

21  helpful to either let Mr. Cohn-Lee go to general

22  questioning about the subject matter and then you

23  can follow up, or I'll just ask you to focus on --

24  what I've been understanding is that you're looking

25  at essentially questions of procedural defect at

 1   this point?

 2          **[PARENT]:**  Correct.

 3          **JUDGE HOUSE:**  And the essence is that even

 4   if there is -- remember that even if there is a

 5   procedural defect, that you have to have a

 6   substantive effect or substantive failure for FAPE.

 7          And I'm not saying you don't know law.

 8   Actually you've done very well.  It's just that's

 9   what we need to show or what -- not "we."  That's

10   your burden of proof.

11          And I want to make sure that you have the

12   opportunity to get to that.

13          So if there's a way that I can facilitate

14   questions -- not presenting your case.  I might do

15   that just to kind of narrow -- or not narrow, but

16   ask the question in a general sense.

17          Or we could change the order of

18   questioning and allow the District to question the

19   witness, and then you would ask direct questions

20   following.

21          So I'll just give you that option.  If you

22   want to proceed, just remember that you've kind of

23   got some time limitations.

24          **[PARENT]:**  I'd prefer to proceed, if I

25   can, knowing that we have time limitations.

1    **JUDGE HOUSE:**  Okay.

2    **[PARENT]:**  And obviously I'm a bad

3  estimator.

4    **JUDGE HOUSE:**  No.  It's hard.  We don't

5  get it right.  Lawyers don't get it right.  Judges

6  don't get it right.

7        Just try to remember that, okay, if you've

8  gotten the answer, you've asked the question, the

9  witness won't necessarily answer the way you want

10 to.

11       What you're going to do later if you get

12 to that is testify and tell me what happened and why

13 you believe there is a failure.  And it may be

14 different testimony.  So you can testify as to what

15 you recall happening.

16    **[PARENT]:**  Yeah.

17    **JUDGE HOUSE:**  Rather than trying to get

18 the witness to say that for you if that makes sense.

19    **[PARENT]:**  Uh-huh.

20    **JUDGE HOUSE:**  If he recalls it one way,

21 that's what he recalls.

22    **[PARENT]:**  Sure.

23    **JUDGE HOUSE:**  It's his interpretation.

24    **[PARENT]:**  Okay.

25    **JUDGE HOUSE:**  Okay?  All right.  So go

1  ahead. And your last reference was to the prior

2  meeting --

3          **MR. COHN-LEE:**  And, Judge, I'm just

4  wondering, along with that -- and I kind of

5  mentioned this to [Parent]. We were walking down the

6  hallway, and I mentioned a little bit about our time

7  limitations because I think the last spot we want to

8  be in is get to the end of two days and either the

9  District doesn't have time to complete his case or

10 [Parent] doesn't.

11          I'm wondering if we can build in maybe a

12 check-in point in a little bit just to kind of see

13 where we are, see if we're on pace, and then maybe

14 reevaluate.

15          Because my worry is, you know -- I totally

16 understand when you're asking questions, you tend to

17 get immersed in it and lose the track of time and

18 the flow of time.

19          But again, my worry is if we haven't even

20 really finished with [Parent's], you know, direct

21 today and then I get to ask my questions and we also

22 have other witnesses -- especially given the timing

23 importance of this case.

24          I mean one of the central tenets of

25 [Parent's] case is timing and getting a resolution

 1  within the due process timelines.  And if we have to

 2  schedule additional days, that's going to be shot.

 3          So I'm just wondering if maybe we can

 4  check in at some point and see where we are.

 5          **[PARENT]:**  I have no problem with a check-

 6  in.  I should wrap with Mr. Kolb fairly quickly.

 7  I'm to a point where I don't have much left to ask.

 8          **JUDGE HOUSE:**  Okay.

 9          **[PARENT]:**  And then I don't intend to call

10  myself.  And that would leave me with only one other

11  witness.

12          **JUDGE HOUSE:**  Okay.  All right.  And don't

13  let -- anything I've said doesn't mean that you

14  can't ask what you want to ask.  I'm just saying

15  let's see if we can -- let's just see what we can do

16  about making sure we're on track.

17          Okay?

18          **[PARENT]:**  I'd like to think I'm getting

19  quicker as we go.

20          **JUDGE HOUSE:**  You're doing fine.  Okay.

21  Go ahead.  The last thing you had referenced was the

22  meetings prior to this IEP where the ESY was

23  discussed among the District.

24          And I believe the answer was something to

25  the effect of "No, not that I can recall."  That's

```
 1  my "remembery" -- "remembery"?  Good grief.  Okay.

 2  New words.

 3            Anyway, so just starting somewhere in that

 4  area.

 5            [PARENT]:  Okay.

 6       Q.   I'm not going to put "Mr. Kolb" in front

 7  of every question.  Okay?  Is that all right with

 8  you?

 9       A.   I'm okay with that.

10            JUDGE HOUSE:  That's fine.  Whatever's

11  faster.

12  BY [PARENT]:

13       Q.   Would you agree that -- would you agree

14  that -- would you agree that parents have the same

15  rights as every other IEP member under federal and

16  state regulations?

17       A.   Yes.

18       Q.   Would you agree that parents have the

19  right to produce documentation and records that

20  should be reviewed by the IEP team under state and

21  federal regulations?

22       A.   Yes.

23       Q.   All right.  You previously -- am I correct

24  in assuming that you previously stated that -- you

25  previously stated ESY was not discussed at length in
```

1  the November meeting due to lack of historical data,

2  that you made mention to the fact that you had no

3  records from Hawaii?

4      A.   Very limited, yeah.  We had the Priority

5  P.

6      Q.   So do you recall us having conversations

7  prior to the November IEP meeting where we had

8  discussed that we were going to -- there was going

9  to be contention over ESY?

10     A.   I do.  I recall the topic coming up.

11     Q.   Okay.  So we discussed the fact that we

12 were probably not going to be in agreement on ESY

13 services prior to that IEP meeting?

14     A.   I recall that being a definite concern

15 that was brought up by you.

16     Q.   All right.  And in the November 20th IEP

17 meeting, you had stated earlier that you had

18 consensus, so we scheduled the ESY review for the

19 April, wherever it happened to be, 20th; is that

20 correct?

21         MR. COHN-LEE:  Well, I think that

22 misstates the record in terms of the April 20th date

23 but --

24         JUDGE HOUSE:  It's April 16th.

25 BY [PARENT]:

1    Q.   April 16th?

2    A.   16th.  According to the notes in front of

3  us, we agreed it didn't need to be determined then;

4  therefore we checked the box on the IEP, says "To be

5  determined at a later date," at which we identified

6  April 16th, by April 16th to determine the ESY.

7    Q.   Okay.  And would you agree that the final

8  point of the Discussion Action in "S" -- D-4 under

9  the "Discussion Action" is that the Parent is not in

10 consensus with that decision?

11   A.   That date.

12   Q.   Would you agree that the final statement

13 in the Discussion Action on this document is that

14 "The Parent is not in consensus with that decision"?

15   A.   Yes.

16   Q.   Okay.  Would it have been within the law

17 as far as you understand federal and state

18 regulations to reconvene an IEP meeting in a couple

19 weeks or a month and include people from Hawaii that

20 had knowledge that you were lacking since you didn't

21 have the data that you wanted?

22   A.   Yes.

23   Q.   But that was not a consideration?  Was

24 that a consideration?

25   A.   I don't know if it was a consideration by

1  others on the team.  It's not something I had

2  thought of.

3      Q.   And to reiterate, others on the team

4  really didn't have much say that day in the ESY

5  discussion; is that correct?

6      A.   And again, it was based on what I recall,

7  there was other -- at least one other had spoken to

8  it, but our notes don't reflect that.

9      Q.   Would it have been within the law to

10 reconvene another IEP meeting in a couple weeks or a

11 month and have myself provide the documentation that

12 you were missing?

13     A.   Yes.

14     Q.   That did not occur though; correct?  No

15 additional IEP meetings --

16     A.   Correct --

17     Q.   -- were -- okay.  Is that because the

18 decision had already been made in the IEP meeting to

19 not review ESY until April 16th, eligibility -- not

20 review ESY eligibility until April 16th?

21     A.   As only one member of the IEP team, I can

22 only represent for myself that that could be a

23 contributing reason as to industry procedures as to

24 why other thoughts of considering ESY were not

25 entertained.

1     Q.   I'm only asking you because you had stated

2 that you had made the consensus.  So I assumed you

3 spoke for --

4     A.   I made a consensus for the meeting --

5     Q.   -- a majority at the --

6          THE REPORTER:  Okay.  Would you please

7 wait until the question is --

8          THE WITNESS:  Sure --

9          THE REPORTER:  -- completely finished

10 before you answer. "I'm only asking you because you

11 had stated that you had made the consensus.  So I"?

12 BY [PARENT]:

13     Q.   You had made the consesus -- you stated

14 you had made the consensus previously for the team,

15 that it wouldn't not be discussed and that it would

16 be reviewed on April 16th?

17          MR. COHN-LEE:  I am going to object to

18 that.  I don't think that's an accurate statement of

19 testimony.

20          JUDGE HOUSE:  I think it's possibly a

21 miss- -- it's too vague and too unclear.

22          [PARENT]:  I retract, Your Honor.

23          JUDGE HOUSE:  And I also think it's been

24 asked and answered.

25          [PARENT]:  Bear with me while I move to --

```
 1              JUDGE HOUSE:  Sure --

 2              [PARENT]:  -- other.

 3      Q.   I'm going to refer to S-13.  Do you need a

 4 copy?

 5              MR. COHN-LEE:  Yeah, [Parent], you need to

 6 provide the witness with a copy of the exhibits.

 7              JUDGE HOUSE:  It is standard.  If you

 8 don't have a copy --

 9              [PARENT]:  I have.  I have copies of

10 everything.

11              THE WITNESS:  Thank you.

12 BY [PARENT]:

13      Q.   Do you recognize this document?

14      A.   I do.

15      Q.   What is this document?

16      A.   "Prior Notice of Special Education

17 Action."

18      Q.   Under "This action is proposed because a

19 meeting was held to discuss an FBA that was done and

20 Parent had requested to discuss transition at Grants

21 Pass High School and ESY."

22              Is that correct to the best of your

23 knowledge what the meeting was going to be about --

24 discuss the FBA, discuss transition to Grants Pass

25 High School, and discuss ESY?
```

NAEGELI   N   800.528.3335
DEPOSITION AND TRIAL EXPERTS        NaegeliUSA.com

 1      A.   That is correct.

 2      Q.   Okay.  To the best of your knowledge,

 3 there was a meeting invitation -- correct? -- for

 4 this meeting?

 5      A.   To the best of my knowledge.

 6      Q.   I had requested that in discovery, but I

 7 don't believe I received a copy of it; so I can't

 8 reference it.

 9           But if -- these things under "Action is

10 Proposed Because" would have been on the notice of

11 meeting -- the review the FBA, that the Parent

12 requested to discuss the transmission to Grants Pass

13 High School, and ESY?

14      A.   The purpose of the meeting?

15      Q.   Right, in the meeting request, the meeting

16 notice, they would have had the same information as

17 this action is proposed?

18      A.   Related information.  I don't have it in

19 front of me.  So --

20           JUDGE HOUSE:  Let me ask a question.  That

21 is one of the documents that would have been

22 requested was whatever you sent out to indicate this

23 meeting is going to occur and who's going to attend

24 and why it happens.

25           Is there a reason why we don't have it?

1          **THE WITNESS:**  That document was handed to

2    [Parent] last week Thursday.

3          **[PARENT]:**  I didn't receive it.

4          **THE WITNESS:**  It was in that stack.

5          **JUDGE HOUSE:**  Do you have that document

6    with you?

7          **MS. LUKA:**  It's in the District exhibits,

8    I believe.

9          **[PARENT]:**  I was looking for it, but I

10   only see meeting notice, the same prior notice that

11   we're looking at now.

12         **MR. COHN-LEE:**  We've got the meeting

13   notice for the April 10th, but it didn't include the

14   March 18th meeting.  We've got the meeting minutes

15   and then the prior notice as well, but we didn't

16   include the meeting notice.

17         **JUDGE HOUSE:**  Just a moment.

18         **MS. LUKA:**  That was the -- it's evidenced

19   by the emails.  The emails were attached to it that

20   --

21         **JUDGE HOUSE:**  I'm sorry.  We can't have an

22   individual testifying. (To the witness) But your

23   testimony is that there was a meeting notice?

24         **THE WITNESS:**  Yes.

25         **JUDGE HOUSE:**  And that document was

1  provided to [Parent] Thursday, last week?

2       **THE WITNESS:**  It was provided prior to the

3  meeting, to the best of my knowledge.  I'm not the

4  case manager.

5       **JUDGE HOUSE:**  Right.

6       **THE WITNESS:**  To the best of my knowledge,

7  it would have been provided prior to the meeting

8  itself.

9       **JUDGE HOUSE:**  All right.  But at this

10  point this was a question of discovery in which

11  [Parent] had asked for a copy of -- which would have

12  included that document.

13       Was a copy provided in response to the

14  direction of a motion?

15       **THE WITNESS:**  Yes.  Thursday afternoon a

16  stack of information was provided to [Parent] by my

17  administrative assistant, Emily Luka.

18       **JUDGE HOUSE:**  But you didn't look at each

19  document, and so you don't know if it had that one

20  in it?

21       **THE WITNESS:**  I looked at the stack of

22  documents prior to her asking "how do we need to get

23  these to them." I said, "At this rate we're going to

24  have to hand-deliver because it's too late to mail."

25       **JUDGE HOUSE:**  Okay.  And --

```
 1              THE WITNESS:  And I looked through those.

 2              JUDGE HOUSE:  And you believe it was in

 3    that document --

 4              THE WITNESS:  Yes, I do.

 5              JUDGE HOUSE:  And did you, [Parent],

 6    submit that or have a copy of that now?

 7              [PARENT]:  No.  I would have made it an

 8    exhibit if I had been able to find it in the stack.

 9              JUDGE HOUSE:  All right.  We'll just have

10    to do without it.  Apparently the testimony is under

11    oath right now he gave it to you.

12    BY [PARENT]:

13         Q.   Do you recall -- no.  I retract.

14              To the best of your knowledge, was I

15    coming to this meeting expecting that we would

16    discuss ESY?

17         A.   Yes.

18         Q.   Thank you.  Same Exhibit, S-13, other

19    options we considered were -- well, let's go through

20    it.  The actions from the meeting were spelled out,

21    and they had to do with the FBA.

22              Other options they considered were not

23    conducting a meeting and my request to determine ESY

24    at this meeting, the Parent's request to determine

25    ESY at this meeting.
```

```
 1              And then to discuss ESY is under "We

 2   rejected these options because ESY will be

 3   determined consistent with the dates indicated in

 4   the current IEP"; is that correct?

 5       A.   That's how this document reads, correct.

 6       Q.   To the best of your knowledge, in that

 7   meeting that was held on -- it was the 18th;

 8   correct?

 9       A.   Correct.

10       Q.   My date for the prior written notice says

11   the 31st.

12              Do you recall the meeting of the 18th?

13       A.   I do.

14       Q.   Do you recall me wanting to discuss ESY at

15   that meeting?

16       A.   I do.

17       Q.   Was ESY discussed at that meeting?

18       A.   Eligibility was not discussed at that

19   meeting. Whether or not to determine eligibility was

20   discussed at that meeting.

21              JUDGE HOUSE:  You said "eligibility."  Did

22   you say ESY?

23              [PARENT]:  I said "ESY."  He said

24   "eligibility."

25              THE WITNESS:  Eligibility for ESY.
```

1          **JUDGE HOUSE:**  Now you answered him.

2          **THE WITNESS:**  I'm sorry.

3          Eligibility for ESY was not discussed at

4    that meeting.  Whether or not to consider

5    eligibility for ESY was discussed at that meeting.

6    **BY [PARENT]:**

7      **Q.   So what was the extent of the discussion**

8    **regarding ESY at that meeting to the best of your**

9    **recollection?**

10     A.   To the best of my recollection, a few

11   others may have chimed in regarding the need to

12   continue to collect data for a second break and

13   service and, as the District rep agreeing to

14   disagree on this, made a determination to adhere to

15   the determination of making the determination April

16   16 -- the determination by April 16th.

17         **[PARENT]:**  I'm sorry.  I have the minutes.

18   So are we going to do the same thing with your

19   minutes?

20         Do you have the minutes, Rich?  Because I

21   have that one page of minutes again.

22         **MR. COHN-LEE:**  Yeah, probably need to,

23   [Parent]. Again, I prefer we were dealing with a

24   complete document.

25         Yeah, D-5 is the complete minutes for the

1  meeting.

2          **[PARENT]:**  The pages are probably going to

3  be out of order again.

4          **MR. COHN-LEE:**  They might, yeah.

5          **JUDGE HOUSE:**  That's all right.  We'll

6  deal with them.  S-13, any objections from the

7  District?

8          **MR. COHN-LEE:**  Yeah.  I think we just

9  determined that it's incomplete; so I guess I would

10 object.

11         **JUDGE HOUSE:**  No.  "S" --

12         **MR. COHN-LEE:**  Oh.  S-13, no.  Prior

13 notice?  No objection to that.

14         **JUDGE HOUSE:**  Thank you.

15         **(Whereupon, Parent's Exhibit S-13 was**

16 **admitted into evidence.)**

17         **[PARENT]:**  So my S-14 is now D-5?

18         **MR. COHN-LEE:**  And so we're withdrawing S-

19 14 --

20         **JUDGE HOUSE:**  Thank you --

21         **MR. COHN-LEE:**  -- and using D-5 instead.

22         **(Whereupon, Parent's Exhibit S-14 was**

23 **withdrawn from evidence.)**

24 BY [PARENT]:

25      Q.  **So on page 8 of 9 in Exhibit D-5, it**

1  appears that on the left on "Extended School Year

2  Discussion," and then I assume the center part is

3  what occurred -- I retract.

4         Do you recall who was in that meeting, Mr.

5  Kolb?

6     A.   Recall Kirby Erickson, Dorothy Jewell,

7  Doug Ely, myself, yourself.  Lee Erickson?  I think

8  that's -- no.  Lee Savage, independent evaluator.

9  And off the top of my head, I don't recall anyone

10 else --

11    Q.   The teacher?  Teacher would have been in

12 there; right?

13    A.   Yes, Dorothy Jewell.

14    Q.   Okay.

15         JUDGE HOUSE:  As a matter of procedure, is

16 it normal to list the attendees on the first page of

17 the --

18         [PARENT]:  Apparently it is, yes.  Sorry.

19         JUDGE HOUSE:  That's all right.  I'm just

20 doing it because I know that's where to look for it.

21 (To the witness) So if those individuals are listed,

22 did they attend?

23         THE WITNESS:  "Attendees":  yes, yes, yes,

24 yes, yes, yes, and yes.

25         JUDGE HOUSE:  All right.  So we're looking

1  at page 8 of 9?

2  **BY [PARENT]:**

3     **Q.    Under the "Extended School Year**

4  **Discussion," the first note is that "KK explained**

5  **that the IEP is accepted on 11/20 with the mediator,**

6  **was agreed that the team would meet on the 16th to**

7  **determine an ESY."**

8          **So ESY wasn't discussed -- was ESY -- I'm**

9  **sorry. Let me rephrase this.**

10         **The extent of the discussion of ESY in**

11 **this meeting was you stating that ESY would not be**

12 **discussed until April 16th; is that fair to say?**

13    A.    No.

14    Q.    Okay.

15         JUDGE HOUSE:  And a more general question.

16         THE WITNESS:  Sure.

17         JUDGE HOUSE:  What was discussed about ESY

18 at this meeting to your memory?

19         THE WITNESS:  To my memory it was rehashed

20 of the original determination of why the District

21 team noted [Parent's] disagreement on November 20th,

22 indicated why they needed to make a determination

23 after spring break.

24         So that was refreshed at the meeting at

25 that point.  Without hearing any further input from

1  the school team, hearing -- again noting [Parent's]

2  desires, recognizing that they're in conflict, made

3  District rep determination to afford the District a

4  second break to collect data and make the

5  determination by April 16th.

6              **JUDGE HOUSE:**  [Parent]?

7  **BY [PARENT]:**

8        **Q.   Again, as in the meeting in November, it**

9  **appears that the only people according to this**

10 **record that were discussing ESY were you and I;**

11 **would you agree to that?**

12       A.   I agree, according to this record.

13       **Q.   And would you agree that the record is**

14 **correct on that?**

15       A.   It's my recollection, again, cannot recall

16 specific comments from others.

17       **Q.   So you would agree that the record is**

18 **correct?**

19       A.   I would agree that the record is

20 reasonably correct.

21       **Q.   Would you agree that data existed on March**

22 **18th?**

23       A.   Yes.

24       **Q.   If data existed on March 18th, why could a**

25 **discussion about ESY not have occurred?**

 1      A.    So regression/recoupment data was

 2 collected for the winter break.  The most recent IEP

 3 had just been developed and had fewer than probably

 4 three total, four total weeks of implementation,

 5 substantial changes, and instructional goals.

 6           And so data was collected and existed.

 7           And your question is why -- can you please

 8 restate that question.  I'm trying to --

 9           **JUDGE HOUSE:**  He asked why not talk about

10 it then.

11 **BY [PARENT]:**

12      **Q.    If it existed, why couldn't ESY have been**

13 **discussed at that meeting?**

14      A.    Data -- ESY could have been further

15 discussed at that meeting.

16      **Q.    And it was not discussed.  Why was it not**

17 **discussed?**

18      A.    There was a disagreement between the

19 District and the Parent, yourself, on whether or not

20 additional regression/recoupment data was necessary.

21      **Q.    Do you feel that, in your opinion, that**

22 **disagreement regarding whether additional data was**

23 **required -- let me rephrase this.  Strike that.  I'm**

24 **sorry.**

25           **You mentioned previously in your statement**

```
 1   that as of March 18th, only three to four weeks of

 2   data was gathered?

 3       A.   No.

 4       Q.   There was --

 5       A.   As of Christmas break, the first

 6   regression/recoupment data collection, only three to

 7   four weeks of the new IEP was implemented prior to

 8   the start of that break in instruction.

 9       Q.   And you contend that ESY can only be

10   determined on the currently active IEP?

11       A.   That ESY -- our -- that ESY decisions are

12   based on the identified needs of the Student on the

13   current IEP, yes.

14           [PARENT]:  Okay.  I have a question for

15   the court.

16           JUDGE HOUSE:  Go ahead.

17           [PARENT]:  I have data that -- I have data

18   to show that there was data in a manner that could

19   be --

20           JUDGE HOUSE:  That's why I asked you about

21   testifying.

22           [PARENT]:  So I can't get it in unless I

23   testify, is that --

24           JUDGE HOUSE:  Well, I can't help you with

25   your case.
```

1          **[PARENT]:**  I understand.

2          **JUDGE HOUSE:**  The District is giving you

3    the answers the District is giving you.  So if

4    there's something else out there that's pertinent

5    they're not telling you, it has to come from you.

6          **[PARENT]:**  So since we didn't decide on

7    whether they were going to accept all the exhibits

8    in the beginning -- correct?

9          **JUDGE HOUSE:**  Right.

10         **[PARENT]:**  -- does my S-20 through S-27

11   become part of the record anyway without me

12   questioning somebody about it or without me

13   testifying to it?

14         **JUDGE HOUSE:**  If there's no foundation

15   from anyone as to what these are, they wouldn't be

16   admitted.  So someone has to tell me what they are,

17   and if the District doesn't offer them, that would

18   be --

19         **[PARENT]:**  Okay.  I understand --

20         **JUDGE HOUSE:**  -- you.

21         **[PARENT]:**  Bear with me, please.

22         **JUDGE HOUSE:**  Sure.  If there's something

23   in these cases, [Parent] -- it's not strictly

24   adhered to.  If something comes to you that you need

25   to ask a witness -- and the District can do the same

1  thing -- you can ask them later.

2       Just make a note of it if you recall it

3  and then go, "I didn't ask this, but it's relevant

4  to what I was trying to get to."

5       It won't go on forever, and it won't go

6  past two days.  But I don't want you to get hung up

7  in thinking that's it's life or death that you ask

8  every single question right now.

9       **[PARENT]:**  Okay.

10      **JUDGE HOUSE:**  You need to ask your

11 questions, but to the extent one or two items come

12 up later, you can ask those, or they may come up in

13 cross-examination.  I don't know if that helps you

14 get to the next phase.

15      **[PARENT]:**  Sure, it does.  I don't think I

16 have any further questions for Mr. Kolb.

17      **JUDGE HOUSE:**  All right.  What we'll do is

18 I want to see if -- it's only been 35 minutes, but I

19 do want to take into account the court reporter.

20      Will you let me know if you need a break?

21      **THE REPORTER:**  Okay.  I'm okay now.

22      **JUDGE HOUSE:**  All right.  We'll continue

23 with Mr. Kolb, and I'll keep an eye out, and maybe

24 by 3:00 if not earlier.  All right?

25      **[PARENT]:**  I'm sorry.  I have another

1  matter.

2            **JUDGE HOUSE:**  Oh.

3            **[PARENT]:**  So I have another opportunity

4  to ask questions of Mr. Kolb after Mr. Cohn-Lee is

5  finished?

6            **JUDGE HOUSE:**  Yes.  It's called

7  "Redirect," or it could be "Re-cross."  In these

8  situations, the name of it is not important.  If

9  it's to clarify what has been testified to, that's

10 allowed.

11           If it's completely not been addressed, I

12 just gave you permission to ask some of those.

13           **[PARENT]:**  Okay.

14           **JUDGE HOUSE:**  Not too many because Mr.

15 Cohn-Lee will always have the right to cross-examine

16 on that point.

17           **[PARENT]:**  Okay.

18           **JUDGE HOUSE:**  Okay.  Go ahead.

19 **CROSS-EXAMINATION**

20 **BY MR. COHN-LEE:**

21      **Q.   So, Mr. Kolb, are you okay continuing now,**

22 **or do you want to take a little break?**

23      A.   Yeah, I'm okay.

24      **Q.   Are you sure?**

25      A.   Yeah.

1    Q.    I'm going to try to fill in some of the

2    gaps that [Parent] covered with you, and let's start

3    at the beginning regarding your background. [Parent]

4    already covered your current position but didn't

5    really touch on some of the other background

6    information.

7         If you could, paint us a thumbnail sketch

8    of your responsibilities as director of special

9    education for the District.

10    A.    Sure.  I'm oversight of all District-wide

11    programs for special education, hiring staff,

12    evaluating staff, implementing, you know, ensuring

13    compliance with IDEA.

14         And additionally implementing new

15    programs, directing resources.  How else.  Yeah.  So

16    conclude there.

17    Q.    Okay.

18    A.    Did you ask my history?

19    Q.    Yeah, I'm going to get into that in just a

20    moment, yeah.

21         So let's go back a little further though

22    and paint a thumbnail sketch of your education

23    starting with college forward?

24    A.    Okay.  So graduated with a degree in

25    special education.  I went out and taught self-

1 contained, sight-based classrooms for special

2 education in the State of Oregon and resource room

3 programs, general education teacher in Oregon.

4         **JUDGE HOUSE:**  If you can slow down just a

5 bit.

6         **THE WITNESS:**  Sorry.

7         **JUDGE HOUSE:**  It's okay.

8         **THE WITNESS:**  Then became an

9 administrator.  Was actually a special education

10 coordinator for Medford School District for a year,

11 at which time I was recruited back to Grants Pass

12 School District to be an assistant principal at the

13 middle school for three years.

14         Then assistant principal at the high

15 school for three years.  I've been an elementary

16 principal for a year, and then was asked to be the

17 director of special education services with Grants

18 Pass, and have been serving in that capacity for the

19 past roughly three years.

20 **BY MR. COHN-LEE:**

21     **Q.   And I want to shift gears now a little bit**

22 **and talk specifically about the student, [Student].**

23         **What has been your involvement or**

24 **responsibilities with regard to [Student's]**

25 **educational services?**

1      A.    I was initially contacted by [Parent],

2  notifying us of their move to Grants Pass School

3  District and his inquiry about resuming extended

4  school year services and basically beginning the

5  conversations of what next school year might look

6  like, but the priority being establishing extended

7  school year services as our best effort to implement

8  the Hawaii IEP.

9            At which time location services deemed --

10  or the District office actually.  We were able to

11  provide support staff in an empty office at the

12  District office, which happened to be right next to

13  my office.

14            And so as a result I got to see [Student]

15  on a daily basis while [Student] was attending ESY

16  as well as spelling staff.  Specifically during

17  lunch, doing observations of [Student] on one or two

18  occasions, may have blocked his attempts to bolt

19  from the building or the staff [Student] was working

20  with at the given time.

21      **Q.    Okay.  And just quickly, what is**

22  **[Student's] disabling condition or category?**

23      A.    [Student] is currently identified as a

24  student significantly impacted with autism spectrum.

25      **Q.    When exactly did [Student] move to Oregon?**

1        A.    [Student] -- I think the plane landed on

2  June 27th of 2013.

3        Q.    **And when did [Student] first enroll in the**

4  **District?**

5        A.    The first Monday after the 4th of July; so

6  I believe that would have been Monday, July 7th.

7        Q.    **Now, as a general matter, how does the**

8  **District handle out-of-state transfers?**

9        A.    We -- we take a look at the IEP that comes

10  with the student and implement the services as

11  listed in that IEP.

12        Q.    **Okay.  And a related question:  Why did**

13  **the District provide ESY for [Student] during the**

14  **summer of 2013?**

15        A.    [Student's] Hawaii IEP indicated

16  [Student's] need for extended school year service,

17  and we wanted to make no haste in immediately

18  implement that IEP as we were -- had the student

19  arrive during -- when [Student] would normally have

20  been scheduled for services according to the Hawaii

21  IEP.

22        Q.    **Okay.  Again, I want to shift gears once**

23  **again and move a little bit forward in time to**

24  **November of 2013.**

25              Okay?

NAEGELI    N    800.528.3335

DEPOSITION AND TRIAL EXPERTS        NaegeliUSA.com

```
 1            Take a look at Exhibit D-3, so the black

 2   binder in front of you.

 3            And before we even do that, take a look at

 4   Exhibit D-2.

 5       A.    (Witness complies.)

 6       Q.    What's D-2?

 7       A.    D-2 is notice of the team meeting, IEP

 8   team.

 9       Q.    And for which meeting?

10       A.    This [Student's] would be for the meeting

11   scheduled for Wednesday, November 20th, 2013.

12            MR. COHN-LEE:  Okay.  I'd offer Exhibit D-

13   2.

14            JUDGE HOUSE:  Any objections, [Parent]?

15            [PARENT]:  No objections.

16            JUDGE HOUSE:  It's admitted.

17            (Whereupon, District's Exhibit D-2 was

18   offered and admitted into evidence.)

19   BY MR. COHN-LEE:

20       Q.    Let's move to D-3.  What is D-3?

21       A.    D-3 is the IEP that was developed at the

22   meeting on November 20th, 2013.

23            MR. COHN-LEE:  Okay.  I offer D-3.

24            JUDGE HOUSE:  [Parent]?

25            [PARENT]:  No objections.
```

```
 1              JUDGE HOUSE:  All right.  It's admitted.

 2              (Whereupon, District's Exhibit D-3 was

 3   offered and admitted into evidence.)

 4   BY MR. COHN-LEE:

 5        Q.   What was the purpose of D-3?

 6        A.   D-3, [Student] was a new student to the

 7   State of Oregon.  An eligibility was conducted.  An

 8   eligibility determination was conducted the day

 9   prior on November 19th.

10              And we wanted not to waste any time,

11   comply with statutes, and get a new IEP developed

12   and implemented according to Oregon standards and

13   processes and procedures.

14        Q.   And when you mean "eligibility," you're

15   referring in this particular instance to [Student's]

16   eligibility for special education services in

17   Oregon; is that correct?

18        A.   In Oregon, that is correct.

19        Q.   Okay.  Okay.

20              JUDGE HOUSE:  And I want to just make sure

21   I understand that correctly.

22              There was an eligibility determination the

23   prior day?

24              THE WITNESS:  Correct.

25              JUDGE HOUSE:  Okay.
```

1  BY MR. COHN-LEE:

2      Q.   Now, we've already heard from your

3  colloquy with [Parent] that there was an ODE-

4  appointed facilitator at this meeting named --

5  actually for the record it's Julie Gentili-Armbrust.

6  There's a hyphen in there, and I think it's spelled

7  out in the meeting notes.

8          But why did you decide to contract with a

9  mediator -- rather, facilitator from ODE?

10     A.   The reason for that -- it was my idea

11 because I knew it was available through the Oregon

12 Department of Education. [Parent] and the District

13 had -- I guess things hadn't gone super smooth in

14 terms of communication and his interpretation of

15 services being provided.

16         And quite possibly my perception of his

17 unhappiness with how things were going, I initiated

18 with [Parent] the opportunity to have a facilitated

19 IEP meeting by somebody appointed through the Oregon

20 Department of Education, a neutral party, in hoping

21 that might be more productive in getting --

22 accomplishing a quality IEP for [Student].

23     Q.   And was it your understanding and

24 impression that Ms. Armbrust was someone that was

25 appointed and was essentially a representative from

1  ODE?

2       A.   Yes, that is correct.

3       Q.   And was it your impression that Ms.

4  Armbrust was familiar with generalized special

5  education law and procedure, including ESY?

6       A.   She came across as extensively

7  knowledgeable.

8       Q.   Again, within this IEP meeting, I want to

9  hone in further on the specific discussions

10  regarding ESY.  And I'm going to have you take a

11  look at Exhibit D-4.

12          And in the interest of time-saving, we've

13  previously identified this as meeting minutes from

14  the November 20th, 2013, IEP meeting, and I think

15  you used this during your colloquy with [Parent].

16          I'm going to have you shift forward to

17  page 23 of 24.

18       A.   (Witness complies.)

19       Q.   And have you focus in on the paragraph

20  regarding "Extended School Year" under "Agenda

21  Item."

22          Do you see that there?

23       A.   I do.

24       Q.   So did you in fact discuss ESY at the

25  November 20th meeting?

1    A.   Yes.

2    Q.   **What was the substance of the discussion?**

3    A.   The substance of that discussion was

4  ultimately the District felt that data was necessary

5  to make ESY determinations if at all available.  And

6  so I think [Parent] agreed with that in essence.

7        And as this statement here indicates, I

8  believe my understanding of this statement and

9  recall of what happened is [Parent] agreed that it

10  did not need to be determined that day but at a date

11  to be determined later.

12        As that discussion went on --

13    Q.   **Let me stop you there for one moment.**

14    A.   Okay.

15    Q.   **In looking at the particular entries in**

16  **here, there is an entry indicating, "RP indicated he**

17  **does not want to determine that now but is agreeable**

18  **to discuss ESY after spring break."**

19        **That was [Parent's] statement?**

20    A.   That was his initial statement.

21    Q.   **When you said, "he does not want to**

22  **determine that now," "that" was ESY?**

23    A.   Correct.

24    Q.   **So in fact it was your understanding at**

25  **that meeting that there was agreement by the entire**

1  **team, including the Parent, that it was not**

2  **necessary to determine ESY at that November time**

3  **point; correct?**

4      A.   That is correct.

5      **Q.   Now, I'd like to talk a little bit about**

6  **Julie Gentili-Armbrust's feedback and comments**

7  **during this colloquy.  Okay?**

8          **Using these notes as a reference, what**

9  **exactly -- how did Julie Gentili-Armbrust assist the**

10 **team in this discussion?**

11     A.   Julie shared related practices based on

12 her knowledge of other districts in the State of

13 Oregon.

14         And what she noted was accepted practices

15 by the Oregon Department of Education as needing to

16 collect data to support ESY decision-making and that

17 a date -- a later date in time could be determined

18 to make those decisions.

19     **Q.   Okay.  During this colloquy, did the**

20 **Parent have the opportunity to provide input?**

21     A.   Yes.

22     **Q.   And in fact based on these entries, did**

23 **[Parent] provide input?**

24     A.   Yes, he did.

25     **Q.   Now, we'd indicated that there was at**

1    least some -- there was agreement that November --

2    at that point did not require an ESY determination,

3    but then we discussed spring break, and there's some

4    commentary from [Parent] about "He's agreeable to

5    discuss ESY after spring break."

6         But ultimately there was disagreement by

7    the Parent regarding the selection of April 16th as

8    the date by which ESY would be considered; correct?

9        A.   Yes, that is correct.

10        JUDGE HOUSE:  I'm going to back up and ask

11   a question, Mr. Cohn-Lee.

12        MR. COHN-LEE:  Yeah.

13        JUDGE HOUSE:  Because this is wording,

14   notes taken by a District individual.  "KK indicated

15   that if we address ESY prior to April, it will only

16   include data results for winter break.  RP indicated

17   he does not want to determine that now but is

18   agreeable to discuss ESY after spring break."

19        MR. COHN-LEE:  Correct.

20        JUDGE HOUSE:  I understood your testimony

21   to say that Parent is referring to the discussion of

22   ESY and the -- as being the "that."

23        Is that your recollection, or is that from

24   your reading of this statement?

25        THE WITNESS:  Can you identify which

1  sentence you're referring to?

2          JUDGE HOUSE:  Okay.  It's the second and

3  third statements.  It's actually the whole

4  paragraph.

5          THE WITNESS:  "RP indicated he does not

6  want to determine that" --

7          JUDGE HOUSE:  "That" --

8          THE WITNESS:  -- "now" --

9          JUDGE HOUSE:  -- "now" --

10         THE REPORTER:  Okay.  One at a time,

11  please. "RP indicated [Student] does not want to

12  determine that now."

13         JUDGE HOUSE:  Sorry. "That" is an unclear

14  antecedent, and it could refer to a lot of things.

15     My question is:  From your memory, do you

16  remember what "that" was, or are you interpreting it

17  from this note?

18         THE WITNESS:  No, I recall that.

19         JUDGE HOUSE:  Okay.  And so your

20  recollection is now that Parent didn't want to

21  discuss ESY at this time?

22         THE WITNESS:  Correct.  Make the

23  determination.

24         JUDGE HOUSE:  Can you further explain

25  that?

1           **THE WITNESS:**  As Ms. Julie Gentili-

2    Armbrust shared, she actually opened the dialogue

3    for this topic area with this common practices for

4    students who are new to the state and District.

5           Conversation quickly went to it was

6    acceptable to not make a determination of ESY by

7    [Parent] and the District.

8           **JUDGE HOUSE:**  Okay.  So in this case Ms.

9    Armbrust is actually saying to the parties "this is

10   what is within the parameters of acceptable."

11          And then Mister -- or Parent responded,

12   essentially responded to that information.

13          Was it your understanding that if Parent

14   could have had ESY discussion at this time, he

15   wanted that, or was there a negative inference that

16   if it was determined now it wouldn't happen?  Was

17   there any --

18          **THE WITNESS:**  No --

19          **JUDGE HOUSE:**  -- inferences to that --

20          **THE WITNESS:**  -- no.

21          **JUDGE HOUSE:**  So when you are writing --

22   or the note said "he did not want to determine that

23   now," go ahead and tell me what "that" was.

24          **THE WITNESS:**  A determination for extended

25   school year services.

1          JUDGE HOUSE:   Okay.

2  BY MR. COHN-LEE:

3     Q.    And flowing from the judge's questioning,

4  so we established that at that time there appeared

5  to be consensus that it was not necessary to make

6  the ESY determination as of November 20th. [Parent]

7  had a concern with waiting until April 16th; is that

8  correct?

9     A.    That is correct.

10     Q.    Okay.  And in fact what was [Parent's]

11  concern when he heard about the proposal to have a

12  consideration date of April 16th?

13     A.    His concern was that didn't afford him

14  time to file due process and render a decision as to

15  the substantive outcome should they not be in his

16  favor.

17     Q.    And you indicated previously that in fact

18  you did recall at least one other person had brought

19  up this issue of a need for data collection.  We'll

20  hear from other witnesses about team participation.

21          But at a minimum, during his colloquy, do

22  you recall any member of the team, other than

23  [Parent], speaking up and disagreeing with that

24  colloquy?

25     A.    Disagreeing with the colloquy of --

1      Q.    The need to collect data and the need to

2  prudently wait until April 16th.

3      A.    Yes.  I -- I recall others speaking up.  I

4  do not know exactly who.  But data was referenced by

5  one or more of the Grants Pass team members at the

6  table at that time.

7      Q.    And bottom line, at the end of that

8  colloquy, did any of those team members from the

9  District -- I understand [Parent] did not agree.

10         But any other District members, did any of

11  them voice disagreement with that ultimate proposal

12  to have a decision by April 16th?

13     A.    No.

14     Q.    Again, focusing in on how this District

15  determines ESY in the first place, generally, what

16  is your understanding as to the basis for

17  determining whether a student qualifies for ESY in

18  Oregon?

19     A.    In Oregon, based on the OARs, the OARs

20  looked at progression --

21             [PARENT]:  I object.

22             JUDGE HOUSE:  Pardon?

23             [PARENT]:  I object.

24             JUDGE HOUSE:  Okay.  And why?

25             [PARENT]:  Object to the question in the

1  inference of how it's determined in Oregon, plays no

2  specific role in how it's determined in this

3  specific District.

4          MR. COHN-LEE:  Actually, [Parent] had

5  extensive colloquy about what the Oregon regulations

6  do or don't require with regard to ESY.  I think

7  it's fair for the witness to respond to that.

8          JUDGE HOUSE:  I'm going to overrule, and

9  for another reason:  As a director of special

10 services, he has to have knowledge of what he

11 believes Oregon's policies are.

12          [PARENT]:  Okay.

13          JUDGE HOUSE:  Go ahead.

14 BY MR. COHN-LEE:

15     Q.   So, I'm sorry.

16     A.   Please restate the question.

17     Q.   Sorry.  Yeah.  What is your understanding

18 as to the basis for determining whether a student

19 qualifies for ESY in Oregon?

20     A.   The basis for determining ESY is

21 regression and recoupment of targeted skills and

22 behavior.

23     Q.   And just generally, are you aware from

24 trainings and from reading decisions, are you aware

25 whether other states or different states may have

1  **different standards or bases for making ESY**

2  **determinations?**

3      A.   Yes.  I am aware things are done

4  differently state by state, possibly region by

5  region around the country.

6      **Q.   Okay.  What I'd like to do is have you**

7  **focus in on Exhibit D-1.  And you've looked at this**

8  **document previously, the copy that was in the**

9  **Parent's binder while I'm using the District**

10 **reference.**

11          **And could you just identify D-1.**

12     A.   D-1 is the school year guidance and the

13 special education handbook provided to all special

14 education providers in our District.

15         **MR. COHN-LEE:**  Okay.  I'd offer Exhibit --

16 actually, you know what?  Let's proceed.

17     **Q.   So that's page 1 and 2.  What's on page 3?**

18     A.   Page 3 is the ESY plan.  It shows a

19 student being identified as needing extended school

20 year services.  This would be the plan to implement

21 those services and provide to ensure they get ESY.

22     **Q.   Page 4 and 5, these are the same pages**

23 **that [Parent] brought up.  I think he had labeled**

24 **them as a separate Parent Exhibit.**

25         **But in fact these four documents, are they**

1  an integrated, as far as the District's special

2  education --

3        A.   Yes, they are.

4              MR. COHN-LEE:  I'd offer Exhibit D-1 at

5  this time.

6              JUDGE HOUSE:  Any objections?

7              [PARENT]:  No.

8              JUDGE HOUSE:  It's entered.

9              (Whereupon, District's Exhibit D-1 was

10  offered and admitted into evidence.)

11  BY MR. COHN-LEE:

12        Q.   Looking at page 1 of D-1, when you talk

13  about the need to measure recoupment and regression

14  information data, what is your understanding of what

15  "regression" means?

16        A.   "Regression" would be a loss of skills or

17  abilities to demonstrate identified areas that we

18  measure.

19        Q.   Is it your understanding that regression

20  means any loss of skills?

21        A.   The term "regression" in and of itself is

22  a loss of skills.

23        Q.   Okay.  And can it be any loss or

24  regression, however small?

25        A.   However small or however, yeah, dramatic,

1  a loss is considered a regression.  We have kids

2  with reading summer regression, both special ed and

3  non-special ed. So --

4       Q.   Okay.

5       A.   Yeah.

6       Q.   And if you look above under "Criteria For

7  ESY Services" in the No. 1, there's a reference to

8  "Student must demonstrate undue regression and

9  recoupment of a skill."

10           Again, what is your understanding of the

11  term "undue"?

12       A.   "Undue," I believe -- I believe and we

13  provide guidance to discuss as an IEP team --

14  significant, a large amount of regression, and an

15  inability to recoup or regain those skills or

16  behaviors back within a reasonable period of time.

17       Q.   Based on your experience as an educator

18  both in and out of the Grants Pass School District

19  and your experiences within the District, is it

20  unusual for all students, whether or not special ed

21  or otherwise, to demonstrate some regression after a

22  significant break such as a summer break?

23       A.   It is not unusual.

24       Q.   Okay.  And therefore, when we're talking

25  about the term of "RESY" and whether a student

```
 1  qualifies for ESY, is that the kind of regression

 2  we're talking about?

 3       A.   No.

 4       Q.   What is regression, "undue regression" as

 5  defined by the regulations?

 6            (Cell phone rang.)

 7            [PARENT]:  Sorry.

 8            JUDGE HOUSE:  It's all right.

 9            THE WITNESS:  Substantial, to the point at

10  which it's evident by the professionals and the team

11  involved in supporting that child that without

12  maintenance it significantly impacts their ability

13  to receive FAPE.

14  BY MR. COHN-LEE:

15       Q.   Okay.  Would you describe it as an unusual

16  --

17       A.   Unusual, significant, yes.

18       Q.   And likewise would the same apply for the

19  recoupment?

20       A.   Yes, yes.

21       Q.   And to you what does "recoupment" means?

22       A.   "Recoupment" means to be able to re-access

23  or re-demonstrate or move back to a level of

24  performance or performance range just prior to the

25  break in service.
```

 1      Q.    Okay.   There was a -- let me ask you this:

 2   I think there was a suggestion by [Parent] that it

 3   would be sufficient to base the ESY decision --

 4   whether in November or after the winter break, at

 5   some point before April -- that would have been

 6   sufficient to base an ESY decision on the fact that

 7   [Student] had received services in the summer of

 8   2013.

 9           In your opinion, why would or wouldn't

10   that be appropriate?

11      A.    I don't believe that would be appropriate

12   because hopefully things -- kids are getting better.

13   They're able to recoup and recover and gain skills

14   over time pending the individual growth of that

15   student.

16           So the need for ESY, it should be

17   revisited annually to identify what are the areas of

18   skill and need specifically for that student based

19   on the comprehensive development of the IEP.

20      Q.    I think you testified before that the

21   District stood in the position to provide ESY

22   services because it received the Hawaii IEP and it

23   was still the current IEP in effect when [Student]

24   arrived during the summer of 2013.

25           But in order to make a determination of

1  that continuing ESY services for summer of 2014,

2  what would be your concerns about using that -- the

3  document you did receive from the Hawaii school

4  district?

5      A.   There was no reference to data,

6  determination, what was determined that the student

7  needed to continued maintenance and support in.  It

8  only stated that ESY services need to be provided

9  after a ten-day break in service.

10     Q.   And for example, did the Hawaii IEP

11  contain any actual data such as recoupment or

12  regression data?

13     A.   No.

14     Q.   You had mentioned that you had received

15  relatively few documents from the Hawaii school

16  district, either from the school district or from

17  the Parent.

18          In fact had you made efforts to retain the

19  full records from the Hawaii school district?

20     A.   Yes.  Records request from every building

21  that was associated with the Kailua school and/or

22  district at multiple levels and efforts.  We had a

23  request for records to everybody we possibly could,

24  and to no avail.

25     Q.   Okay.  What did the Kailua, Hawaii, School

1  **District inform you about the status of records and**

2  **how you could obtain them?**

3        A.    That they provided the records to the

4  Parent to bring to the new school district since the

5  student would be resuming services immediately upon

6  enrolling with us.

7        Q.    **And in fact did you ever receive the type**

8  **of information you're referencing from the Parent?**

9        A.    No.

10        Q.    **So was there any way in your view or the**

11  **team's view to validate whether or why the District**

12  **concluded that [Student] needed ESY services?**

13        A.    No.  There was no way for us to be -- have

14  that information as to why that determination was

15  made for ESY.

16        Q.    **And staying on this topic a little bit**

17  **more and just talking about this general concept,**

18  **[Parent] I think is making the argument that**

19  **historical data could serve as the basis for**

20  **qualifying Student for extended school year**

21  **services.**

22            **Let me just ask you as an initial**

23  **foundational question, in your position, are**

24  **children -- are students static?  Do they stay the**

25  **same over time necessarily?**

1    A.    No.    Hopefully we're educating them, and

2    they're growing and gaining skills and improving.

3    **Q.    Well, I'm going to turn around the**

4    **question I guess a little bit.**

5         **In your view as a special education**

6    **director, would it be defensible for the District to**

7    **say that, for example, because a student did not**

8    **qualify for extended school year services during the**

9    **summer of 2013, that based on that information, that**

10   **student should not qualify for ESY during the summer**

11   **of 2014?**

12   A.    That wouldn't be reasonable.

13   **Q.    Why not?**

14   A.    Based on that student's needs throughout

15   the year, the identified needs based on the team's

16   decisions, development of goals, objectives, and

17   services should guide that determination as to

18   whether or not the identified skills are recoupable,

19   or recouping.

20   **Q.    And in your experience and certainly in**

21   **this particular case, is it not true that students'**

22   **educational needs change over time?**

23   A.    Absolutely.

24   **Q.    And in fact in this case, while [Student]**

25   **arrived with a Hawaii IEP that was in effect for**

1  roughly -- September, October, and part of November,

2  so maybe about three months, in fact the team did

3  convene an IEP meeting on November 20th, 2013;

4  correct?

5      A.   Correct.

6      Q.   And during that time were [Student's]

7  goals and objectives substantially revised?

8      A.   Significantly, absolutely.

9      Q.   So would it be comparing apples and

10 oranges to be necessarily looking at what his needs

11 were under the Hawaii IEP --

12     A.   Yes --

13     Q.   -- with regard to the Grants Pass pass

14 IEP?

15     A.   Yes.

16     Q.   And again, stepping back a moment, just a

17 general matter, is it your understanding that under

18 the IEP, for example, when convening an annual IEP

19 or a regular IEP meeting, that there are something

20 called the "Present Levels of Educational

21 Performance"; correct?

22     A.   Yes.

23     Q.   And is it not true that the needs of the

24 student, including the goals and objectives, are

25 determined based upon current information regarding

1  the student, not necessarily historical data in the

2  past regarding student performance?

3      A.   That is correct, it would be present

4  performance.

5      Q.   Okay.  And so this really leads to my next

6  question.  I think this is really the fundamental

7  question in this case.  I know the judge is

8  interested in this. [Parent] is as well.

9           Why did the team decide not to make an ESY

10 determination?  Why did the team feel it was

11 necessary to wait until April 10th, 2014, to make

12 that determination?

13     A.   It was necessary to gain the data and

14 information to support such a decision.

15     Q.   Okay.  And let's start out with some

16 comments that [Parent] had for you about winter

17 break.  And I think you touched on this briefly, but

18 he raised the fact that, well, you testified that

19 you had collected winter break -- pre- and post-

20 winter break information; so that would have been

21 the Christmas, the holiday, Christmas holiday.

22           Can you tell us roughly, or can you tell

23 us -- actually I have a calendar here. (To [Parent])

24 I'm going to show the witness what has been labeled

25 as "Grants Pass School District No. 7 Calendar,"

1  school calendar for the 2013/2014 school year. And

2  I'll show that to you as well.

3          [PARENT]:  Is this an Exhibit?

4          MR. COHN-LEE:  No.  I'm just going to use

5  it to refresh his recollection.

6          JUDGE HOUSE:  As a matter of formality, he

7  can't hand something to the witness without showing

8  it to you first.

9          [PARENT]:  Okay.

10          JUDGE HOUSE:  So he's showing it to the

11  witness for reference.

12          MR. COHN-LEE:  And I will put in the

13  record it's just to simply jog Mr. Kolb's memory so

14  we have specific dates set forth in the record

15  without him guessing.

16          [PARENT]:  Fair enough.

17          MR. COHN-LEE:  Judge, would you like to

18  look at this?

19          JUDGE HOUSE:  No.

20  BY MR. COHN-LEE:

21      Q.    Okay.  Mr. Kolb, I'm going to hand you --

22  we're not marking this as an Exhibit, but it looks

23  like a 2013/2014 calendar.

24          Now, if you could, frame for the judge a

25  little bit some of our timelines in this case.

1    A.    Sure.

2    Q.    So you had an IEP meeting on November

3 20th, 2013; correct?

4    A.    Correct.

5    Q.    And then what was the first day of winter

6 break?

7    A.    First day of winter break would have

8 started on Saturday, the 21st of December.

9    Q.    Okay.

10    A.    If you want to go technical school days

11 off, it would be Monday, December 23rd.

12    Q.    Okay.  And how many days were there before

13 winter break from the day when the team newly minted

14 the November 20th IEP?

15    A.    According to this, it was 19 and a half

16 days of school scheduled.

17    Q.    When you say "scheduled," what happened

18 during that period?

19    A.    There were three days of which it froze

20 over. And it was pretty significant.  Snow days

21 cancelled school District-wide.

22    Q.    And on what days did those snow days

23 occur?

24    A.    It occurred on Friday, December 6th, and

25 Monday, December 9th, and Tuesday, December 10th.

NAEGELI    N    800.528.3335
DEPOSITION AND TRIAL EXPERTS        NaegeliUSA.com

1      Q.    So actually there were four consecutive

2  calendar days of a break during that period?

3      A.    Correct.  Also in there was a break of

4  four and a half calendar days for -- excuse me --

5  for Thanksgiving break.

6      Q.    Oh.  Okay.  Oh.  Thank you.  Yeah.

7            And when did the Thanksgiving break occur,

8  what days?

9      A.    About four days -- there were four school

10 days after the first day of implementation of the

11 new IEP.

12     Q.    Okay.  And so total how many actual

13 instructional days were there during that period

14 from November 20th to the start of winter break?

15     A.    Sixteen and a half.

16     Q.    And how did this length of time play into

17 the team's decision about the -- I guess the

18 fidelity or the confidence it had in the pre-break

19 data it was collecting?

20     A.    The IEP changes were substantial.  His a

21 pretty significantly impacted student.  A lot of

22 strategies were changed.

23            So essentially we've got a lot of very new

24 things for [Student], new strategies, new tools.

25 That's a big adjustment for [Student].

1        So regarding the IEP being implemented,

2   had its challenges.  Breaks in services compounded

3   that.  And then -- but we did have data prior to

4   this break.

5        It was data based on very new

6   implementation, very unique, amazing kid with some

7   unique challenges.  And so that adjustment period

8   for [Student] was particularly tough.

9        And so -- but we had data prior to and

10  then data following.  I believe that's probably

11  something that would be called into question or

12  maybe brought up here and what that essentially

13  looked like at that time.

14        To my knowledge, this is the -- when we

15  did look at that data, it actually substantiated

16  that [Student] was able to recoup after the 16-day

17  break.

18  **Q.    So able to recoup; so that would actually**

19  **in fact support a determination that [Student] did**

20  **not qualify?**

21       A.    [Student] would not have qualified based

22  on my input or opinion of the data that I'm aware

23  of.

24  **Q.    So in fact by waiting -- and the next**

25  **following break where the District could collect**

1  that kind of recoupment and regression was what?

2      A.   Spring break.

3      Q.   On the calendar, when did spring break

4  occur?

5      A.   Spring break occurred -- the first day off

6  was technically March 21st.  It was a

7  clerical/conference day. So March 21st was the first

8  day of seven, eight -- nine consecutive days, 10

9  consecutive days with no school.

10     Q.   So essentially what was the District

11 trying to do by -- it already had data.  The data

12 perhaps suggested a determination of no services.

13          So what was the District trying to do by

14 waiting to gather additional data?

15     A.   Well, one, provide some additional.  So

16 concerned a little bit of implementing a new IEP and

17 seeing -- we wanted more data to verify that our

18 winter data was accurate and/or disprove that data

19 that said no, now that we have -- things are in flow

20 and -- for the Student -- routines, practices,

21 strategies, that let's now take another look at

22 [Student's] ability to recoup skills and target

23 areas.

24     Q.   Would it be fair to say that the District

25 was holding out for additional data to see if

1  [Student] could qualify for ESY services?

2      A.    I would say that's a fair statement.

3      Q.    And you touched on this briefly, but the

4  pre-winter break data, I think we've heard maybe

5  that referred to in the documents as the "baseline

6  data"?

7      A.    Correct.

8      Q.    Again, you indicated you had some concerns

9  and the team had some concerns about the fidelity or

10  the confidence in that baseline data, and you

11  identified a couple of factors such as the length of

12  time you had to implement that new IEP and the fact

13  that under this IEP you were actually changing some

14  instructional strategies that [Student] was not used

15  to.

16          Just again based on your general

17  knowledge, your knowledge of the documents, and

18  having worked with [Student] before, albeit briefly,

19  did [Student] struggle and have challenges with re-

20  establishing new routines or breaking from already

21  established routines?

22      A.    Yes.  [Student] struggles greatly with

23  change in routines, change in staff, change in even

24  the presentation of materials set in front of

25  [Student].

 1          If he's used to a certain way of that

 2   being done, he's really going to struggle with

 3   understanding or processing what the expectations

 4   are for [Student].  So oftentimes that could result

 5   in just resistant behavior.

 6          THE REPORTER:  Is now a good time for a

 7   break?

 8          JUDGE HOUSE:  I was thinking that also.

 9          MR. COHN-LEE:  Sure.

10          JUDGE HOUSE:  It's 2:45.  Can we go ahead

11   and take a 15-minute break?

12          MR. COHN-LEE:  Of course.

13          (A recess was taken from 2:45 p.m. to 3:04

14   p.m.)

15          JUDGE HOUSE:  We just had a rescheduling

16   issue.

17          There's an imminent need for the Parent to

18   leave to take care of an issue with the Student and

19   for health reasons.  And at 4:30 we're going to stop

20   for the day.  We will reconvene at 8:30 tomorrow

21   morning.

22          All right.  Now we're going to continue

23   with direct examination from Mr. Kolb.

24   BY MR. COHN-LEE:

25      Q.   And, Mr. Kolb, where we last left off was

1    talking a little bit about the data fidelity for the

2    winter break and how the team had made a decision to

3    get additional data, kind of err on the side of

4    caution, gather additional data after spring break.

5            But even before then, take a look at

6    Exhibit D-5.

7            And what is D-5?

8       A.   D-5 are the meeting notes from the March

9    18th, 2014, meeting.

10      Q.   And in fact there was an IEP meeting

11   convened on March 18th; correct?

12      A.   That is correct.

13      Q.   And you discussed that meeting a bit with

14   [Parent] during your dialogue with [Parent]?

15      A.   Correct.

16           MR. COHN-LEE:  I'd offer Exhibit D-5.

17           JUDGE HOUSE:  Any objections, [Parent]?

18           [PARENT]:  No objections.

19           JUDGE HOUSE:  Okay.  D-5 is admitted.

20           (Whereupon, District's Exhibit D-5 was

21   offered and admitted into evidence.)

22   BY MR. COHN-LEE:

23      Q.   And again, why was the March 18th, 2014,

24   meeting convened?

25      A.   That meeting was convened to review the

1   independent education evaluation for functional

2   behavior assessment to inform the development of

3   behavior for the future planning for [Student].

4            Additionally, the Parent wanted to discuss

5   I believe it was transitioning to the high school,

6   and additionally the Parent had requested that ESY

7   consideration be on the agenda.

8        **Q.    Okay.  And did the District honor the**

9   **request for the Parent to include ESY on the meeting**

10  **agenda?**

11       A.    Yes, we did.

12       **Q.    Okay.  And in fact did you discuss ESY at**

13  **the March meeting?**

14       A.    Yes, we did.

15       **Q.    What was the substance of the discussion?**

16       A.    The substance of the discussion was the

17  Parent wanted ESY determination to be made at that

18  meeting.

19            At which time the District still

20  disagreed, stating the need for additional

21  regression/recoupment data, which would be afforded

22  by the upcoming spring break.

23       **Q.    Okay.  And during that colloquy, did the**

24  **Parent have an opportunity to provide input?**

25       A.    Yes.

1          **JUDGE HOUSE:**  Since we've discussed this

2    twice, I'm going to ask a question.

3          What was the Parent saying about the

4    Student's specific need for a break no longer than

5    10 consecutive school days?

6          **THE WITNESS:**  At this meeting?

7          **JUDGE HOUSE:**  In general.

8          **THE WITNESS:**  In general, the Parent

9    claims that -- and as documented in the Hawaii IEP,

10   Student needs ESY services for breaks longer than 10

11   days.

12         **JUDGE HOUSE:**  Why?

13         **THE WITNESS:**  That was never afforded to

14   to us.

15         **JUDGE HOUSE:**  In no way was it referenced

16   at all --

17         **THE WITNESS:**  In general --

18         **JUDGE HOUSE:**  Sorry.  I should have just

19   asked this a little bit better.

20         Did the Parent say it was regarding a

21   specific issue, more than one issue, or no issue?

22   Just I want ESY. So I just asked it in three forms,

23   but if you can, answer.

24         **THE WITNESS:**  I believe I can attempt to.

25         Much of that, the premise for the Parent's

1  request for ESY is the ability to pair with adults,

2  relationships which would -- may reduce the number

3  of protests, whether they're physical or verbal,

4  whether they're eloping, flopping, pinching or

5  verbal protests -- for transitioning to nonpreferred

6  or engaging in nonpreferred activities.

7          **JUDGE HOUSE:**  Okay.

8          **MR. COHN-LEE:**  And, Judge, were you done

9  with your inquiry?

10         **JUDGE HOUSE:**  Yes, thank you.

11         **MR. COHN-LEE:**  Of course.  I just wanted

12 to ask a follow-up on that precise issue.

13     **Q.   And you had indicated however that**

14 **regarding the documentation you received in the**

15 **Student's records that you received from either the**

16 **Parent or Hawaii, Kailua School District, it did not**

17 **contain data to actually explain or support that**

18 **conclusion?**

19     A.   Correct.  We have never received any data

20 as to why ESY was determined to be appropriate for

21 [Student].

22     **Q.   Okay.  And I'm going to jump forward now.**

23         **You had an IEP meeting on April 10th;**

24 **correct?**

25     A.   Correct.

1    Q.    And again, using the calendar we've shown

2  you before, approximately how many instructional

3  days did that meeting occur after the end of the

4  spring break?

5    A.    That occurred five, six, seven, eight --

6  that was the ninth instructional day following the

7  spring break.

8    Q.    Okay.  And if you could take a look back

9  at Exhibit D-1.

10    A.    (Witness complies.)

11    Q.    And on page 1 of D-1, if you look under

12  the middle section entitled "Criteria For ESY

13  Services," the guidelines set forth, periods for

14  looking at recoupment for various breaks.

15         So for example under "2-A," it talks about

16  more than eight weeks, looking at eight-week

17  recoupment period after a summer break, more than

18  two to three weeks after a winter break, or more

19  than one to two weeks after spring break.

20    A.    (No audible response.)

21    Q.    Your meeting to consider ESY on April

22  10th, did that fall within the District guidelines

23  for that recoupment period?

24    A.    It fell right in the middle of the one to

25  two weeks after spring break for instructional

 1  recoupment.

 2      Q.    Okay.   And long story short -- and I know

 3  we're walking a line here between the substantive

 4  decision and the timing issue, but following up on

 5  Judge House's inquiry -- after reviewing the

 6  information at the April 10th IEP meeting regarding

 7  recoupment and regression -- let me ask you, was

 8  data for both winter break and spring break reviewed

 9  at that April 10th meeting?

10      A.    Yes, it was.

11      Q.    As a result of that meeting, was there any

12  evidence in your view that [Student] actually

13  suffered undue recoupment or regression if [Student]

14  did not receive services for a period of 10 -- well,

15  actually more than 10 calendar days?

16      A.    No.

17      Q.    And just to make sure again we're framing

18  our time periods for the judge so she has accurate

19  information, how many school days did [Student] not

20  receive services over winter break?

21      A.    Sixteen consecutive days.

22      Q.    So those were 16 calendar days?

23      A.    Sixteen calendar days.

24      Q.    What about over spring break?

25      A.    Ten calendar days.

1        Q.    Okay.  Now, again, during that April 10th

2    meeting, did the Parent raise any position or

3    arguments at the April 10th meeting in support of

4    why [Student] would unduly regress or be unable to

5    recoup if [Student] went, you know, 10 or more --

6    more than 10 calendar days without services?

7        A.    The Parent raised an issue of concern of

8    significant behavioral implications that [Student]

9    would not be able to recoup from.

10        Q.    And the did the Parent reference any data

11    that you collected?

12        A.    The Parent had paperwork in front of

13    [Parent] and reference data and held up a chart in

14    that meeting that was not afforded to the rest of

15    the team.

16        Q.    When you say wasn't afforded, did the

17    District actually ask to see a copy of that

18    information?

19        A.    Yes, we asked for a copy of that

20    information.

21        Q.    And was that provided to the District by

22    the Parent?

23        A.    No.

24        JUDGE HOUSE:  I'm sorry, [Parent] held up

25    -- how did you describe it?

1          **THE WITNESS:**  Um, charts.

2          **JUDGE HOUSE:**  All right.

3          **THE WITNESS:**  From what I recall, a graph

4    of sort.

5    **BY MR. COHN-LEE:**

6          **Q.**   And again, did the District affirmatively

7    ask for that information?

8          **A.**   Yes.

9          **Q.**   And was it provided by the Parent?

10         **A.**   No.

11         **Q.**   Mr. Kolb, I want to shift gears, and I

12   apologize in advance because we're going to be

13   jumping around now a little bit.  But I wanted to

14   touch on a couple of topics that [Parent] brought up

15   in [Parent's] examination of you.

16              If you could, take a look at -- have you

17   go back and -- (To Parent) [Parent], I'm sorry.  I'm

18   going to have to have you look at -- it's okay.

19              I think I might be able to use the

20   District version of some of the documents you used

21   for my questions. So unless I absolutely have to get

22   something from you, I'll try to use my documents.

23   (To the witness) Before we do that, Mr. Kolb, I

24   wanted you to authenticate some documents for me.

25         **A.**   Okay.

1    Q.    Take a look at Exhibit D-6.

2    A.    (Witness complies.)

3    Q.    And what is D-6?

4    A.    Prior notice of special education action

5    as related to the March 18th, 2014, meeting.

6        MR. COHN-LEE:  Okay.  I'd offer Exhibit D-

7    6.

8        JUDGE HOUSE:  Any objections?

9        [PARENT]:  No objection.

10        JUDGE HOUSE:  It's admitted.

11        (Whereupon, District's Exhibit D-6 was

12    offered and admitted into evidence.)

13    BY MR. COHN-LEE:

14    Q.    Take a look at Exhibit D-7.

15    A.    (Witness complies.)

16    Q.    And what's D-7?

17    A.    Notice of the team meeting for the meeting

18    scheduled for April the 10th, 2014.

19        MR. COHN-LEE:  I'd offer D-7.

20        JUDGE HOUSE:  Objection?

21        [PARENT]:  No objection.

22        JUDGE HOUSE:  Admitted.

23        (Whereupon, District's Exhibit D-7 was

24    offered and admitted into evidence.)

25    BY MR. COHN-LEE:

1      **Q.    And what is Exhibit D-8?**

2      A.    D-8 is the agenda that was presented for

3   the April 10th, 2014, meeting.

4      **Q.    And there's a second page to D-8 with some**

5   **handwritten notations.**

6            **Do you recall who made those handwritten**

7   **notations?**

8      A.    Dorothy Jewell.

9            **MR. COHN-LEE:**  Okay.  I'd offer Exhibit D-

10  8.

11           **JUDGE HOUSE:**  And if I could ask that date

12  again?

13           **THE WITNESS:**  April 10th, 2014.

14           **JUDGE HOUSE:**  [Parent], any objection?

15           **[PARENT]:**  Yes.  What does this have to do

16  with the questions posed as to -- I don't understand

17  how the stuff that happens on April 10th apply to

18  the questions at hand from November 20th and March

19  18th.

20           **MR. COHN-LEE:**  If I may?

21           **JUDGE HOUSE:**  Go ahead.

22           **MR. COHN-LEE:**  Judge, they clearly relate.

23           One of the primary, probably the primary

24  issue -- now that we've had evidence that there was

25  essentially agreement that ESY determination did not

1  need to be made in November, the key question is

2  whether or not the District was reasonable in

3  waiting until April 10th to convene a meeting to

4  make an ESY determination.

5           And that is one of the central -- that's

6  probably the central issue in this case.

7           And documents reflecting that we did

8  conduct a meeting that was within our guidelines for

9  recoupment and regression data, and as we'll hear

10  from other witnesses discussing data that showed why

11  it was necessary and reasonable to wait given the

12  data that was collected over spring break, that is

13  the central theme and issue in this case.

14           **JUDGE HOUSE:**  I'm going to sustain the

15  objection.

16           The IEP, to use the legal -- the phrase

17  used in case law as a "snapshot."

18           And we're looking at the sufficiency of

19  the ESY consideration of November 10th and March

20  18th, decisions made at that time, whether if there

21  is a procedural defect, then it resulted in a

22  substance to the defect that in some way impacted

23  FAPE.

24           **MR. COHN-LEE:**  And, Judge, may I be heard

25  on that?

1              **JUDGE HOUSE:**  Yes.

2              **MR. COHN-LEE:**  Because we're talking about

3     the November IEP, I would refer the judge to -- this

4     is an exhibit that's already been admitted into

5     evidence.  It's Exhibit D-3, page 21 of 28.

6              **JUDGE HOUSE:**  Yes.

7              **MR. COHN-LEE:**  If you look at page 21 of

8     28 on D-3.  And it is true that at that time the

9     District did develop an IEP with goals and

10    objectives that was based on present levels at that

11    time.

12             But as the team -- obviously with -- I

13    would even take the position that with the Parent

14    agreement, as of that day, they did not need to

15    determine ESY.

16             And the team with the Parent objection

17    indicated on the bottom that it would be appropriate

18    to wait and to have ESY to be considered by no later

19    than April 16th.

20             So by definition, the IEP document itself

21    is creating a window of time.

22             And that window of time obviously is in

23    question, and that's in dispute in this case,

24    whether or not it was reasonable for the District to

25    wait until April 10th to make an ESY determination.

1          But I would submit that the IEP document

2     itself, the team at that particular moment in time,

3     at that snapshot on November 20th, made that

4     determination that it would need to wait to make an

5     ESY determination until that time.

6          So it is directly relevant.

7          **[PARENT]:**  I would disagree.  Mr. Cohn-

8     Lee, I think he's extending some things pretty far

9     when he says that the team made an agreement because

10    we've heard testimony that it wasn't a team

11    agreement, that it was a consensus of one.

12         Additionally, again, I fall back on the

13    fact that we're talking about procedural flaws in

14    November and procedural flaws in March.  We're not

15    talking about whether or not they held a meeting and

16    what was the outcome of that meeting in April.

17         **MR. COHN-LEE:**  And I'm not taking the

18    position that the outcome is at issue.  The outcome

19    is at issue in our second due process.

20         But again, the only issue for hearing

21    today is whether or not the IEP team, the District,

22    unreasonably delayed an ESY determination.

23         And it is going to be directly relevant to

24    have information in the record showing that there

25    was data gathered that demonstrated that the winter

1  break data was in fact suspect, that the data that

2  was collected later did not actually reinforce that

3  data.

4        So the decision to wait until after spring

5  break instead of making a decision right after

6  winter break, it was in fact reasonable and

7  necessary given the quality of the data that the

8  District collected.

9        So it is directly germane, not to the

10 substantive outcome, but to the timing.

11       And in terms of [Parent's] comment about a

12 comment of only Mr. Kolb -- first of all, he did not

13 say that, and we are going to have testimony from

14 other witnesses who are actually going to

15 corroborate that in fact that was a team discussion,

16 that was a team decision.

17       So at a minimum I think we should at least

18 wait until those witnesses can discuss these

19 documents and address some of information in these

20 documents.

21       **[PARENT]:**  Unreasonable delay is not at

22 issue here.  What's at issue is procedural failures.

23 Now, whether they unreasonably delayed -- you kind

24 of threw that out in the beginning of the motions.

25       **JUDGE HOUSE:**  Mr. Cohn-Lee, what happened

1  at the meeting of April 10th is not relevant to

2  whether or not at the time the decision was made to

3  postpone a determination on ESY in some way if that

4  was a procedural defect, if, did it result in some

5  substantive impact on the ability of the Student to

6  access education.

7           And the Parent -- I understand that the

8  Parent is arguing that ESY determination needed to

9  be made in a time, and I'm not going to say what

10 else.  But there's a timing issue, and there's a

11 reason that the timing had to be sooner than it was.

12          So what happened on April 16th, I have not

13 heard that the Parent agreed on that timing.  And if

14 he did, we wouldn't be here.

15          So what happened as far as this IEP, the

16 IEP that eventually resulted -- I'm sorry.  Now I'm

17 going to get the dates wrong -- the April IEP.

18          What happened at that IEP meeting isn't

19 going to affect whether the Parent meets the burden

20 of proof on those first two issues.  The Parent's

21 due process request referenced a November 20th IEP

22 as amended in March 18th.

23          And so the burden is to show that those,

24 and specifically ESY consideration or not, at that

25 time substantively impacted the Student in some way

1  or created a substantively deficient IEP.

2         Parent hasn't had the opportunity to argue

3  that. I'm not going to pre-argue it.  I don't know

4  exactly what he's going to say.  But it's not based

5  on what happened at this meeting.

6         So no, I'm going to exclude the documents

7  that refer to the April IEP meeting.

8         **MR. COHN-LEE:**  And just so I'm clear on

9  the record, so we are excluding Exhibit D-8 forward?

10         **[PARENT]:**  If they're all referencing what

11  happened -- all right.  Rather than make a broad

12  exclusion, I'm going to reserve ruling.

13         **MR. COHN-LEE:**  Okay.

14         **JUDGE HOUSE:**  Because that's the tendency

15  in this type of hearing is to let me look at it.

16  But that is what I'm going to be looking at, is

17  whether or not the first two IEPs fit what's at

18  issue and how did that affect the Student.

19         However or whatever happened at that next

20  meeting, as you said, is not in issue or has been

21  appealed.

22         **MR. COHN-LEE:**  But I'm assuming that the

23  District can still argue that it decided not to make

24  -- if we're thinking about it as a timeline, it

25  decided not to make a decision on November 20th --

1          **JUDGE HOUSE:**  Right --

2          **MR. COHN-LEE:**  -- or March because at that

3     point in time it had not yet reached a point where

4     it had gotten sufficient data -- I'm assuming that's

5     still --

6          **JUDGE HOUSE:**  That's great.

7          **MR. COHN-LEE:**  Okay.  And the other point

8     I'm making is actually when you look at some of

9     these documents, including D-10, it actually does

10    include data from the winter break period.

11         **JUDGE HOUSE:**  That  --

12         **MR. COHN-LEE:**  So it's commingled.  So I

13    think we're probably going to have to look at the

14    exhibits, you know, piece by piece.

15         **JUDGE HOUSE:**  To the extent that they will

16    be interpreted or related to that issue, I

17    understand that, yes.

18         **MR. COHN-LEE:**  Okay.

19         **JUDGE HOUSE:**  That it shows data that

20    you're relying upon to support the position that you

21    took at that time, District took at that time, and

22    I'll look at it that way.

23         **MR. COHN-LEE:**  Okay.

24         **JUDGE HOUSE:**  May be the only place I see

25    that data.  But it's just the determination and

 1  outcome of the April meeting is not at issue.

 2          **MR. COHN-LEE:**  Okay.  So we're holding off

 3  on those.  And we can address those with the

 4  individual witnesses when we get to those.

 5          **JUDGE HOUSE:**  Okay.  I think Exhibit D-8

 6  is just an agenda, and it doesn't -- it shows

 7  prevent regression and recoupment data; so it means

 8  that they had it.

 9          **MR. COHN-LEE:**  Yeah.

10          **JUDGE HOUSE:**  Just for what it's worth,

11  I'll allow it.

12          **MR. COHN-LEE:**  Okay.

13          **JUDGE HOUSE:**  It's admitted.  I understand

14  Parent's objection, and I'll take that into account.

15          **(Whereupon, District's Exhibit D-8 was**

16  **offered and admitted into evidence.)**

17          **MR. COHN-LEE:**  Okay.

18      **Q.   And Mr. Kolb, what is Exhibit D-9?**

19      A.   Exhibit D-9 would be the amended IEP as a

20  result of the meeting on April 10th, 2014.  And the

21  substance of change on the IEP is that a decision

22  was made regarding eligibility for the ESY services.

23          **MR. COHN-LEE:**  Okay.  And just to the

24  extent that the document is being introduced to show

25  that a decision was made on that date, for

1  completeness of the record, we'd introduce D-9 for

2  that limited purpose, not necessarily to get into --

3          JUDGE HOUSE:  What the decision was?

4          MR. COHN-LEE:  Correct, but simply that a

5  meeting was convened on that date and a decision --

6  ESY was addressed on that date.

7          JUDGE HOUSE:  Well, let me ask, you said

8  that there's data in here that was preexisting this

9  date that the District was already looking at?

10          MR. COHN-LEE:  I'm not sure if there's

11  actually the raw data.  The raw data, the data the

12  team considered, is actually D-10.

13          JUDGE HOUSE:  All right.

14          MR. COHN-LEE:  I just want to introduce D-

15  9 as a just placeholder to show in fact that's when

16  the meeting was convened and a decision was made

17  without getting into the substance.

18          JUDGE HOUSE:  Okay.  It's admitted for

19  that limited purpose.

20          **(Whereupon, District's Exhibit D-9 was**

21  **offered and admitted into evidence.)**

22          MR. COHN-LEE:  And again, D-10 is the

23  underlying data, but it does include the data from

24  not only spring break, but the winter break.

25          So we can certainly focus in on the winter

```
 1  break data.  And I'd appreciate your guidance when

 2  we get to that point.

 3          I'd offer D-10 at this time.

 4          JUDGE HOUSE:  Okay.  And [Parent], when

 5  I've addressed the objection I think you would have

 6  to D-10 also, do you understand what I'm looking at

 7  it for, or what the District's offering it for and

 8  why I think right now unless you tell me otherwise I

 9  think it is relevant?

10          [PARENT]:  Yes, I understand.

11          JUDGE HOUSE:  All right.  And just for

12  purposes of the record, do you still object to it?

13  You can.

14          [PARENT]:  No.

15          JUDGE HOUSE:  All right.  So D-10 is

16  admitted.

17          (Whereupon, District's Exhibit D-10 was

18  offered and admitted into evidence.)

19  BY MR. COHN-LEE:

20      Q.  And Mr. Kolb, what is D-11?

21      A.  D-11 is --

22          [PARENT]:  I'm sorry.  I had another

23  question.

24          JUDGE HOUSE:  Yes.

25          [PARENT]:  So I may change my objection if
```

 1  Mr. Kolb is the one that's verifying its

 2  authenticity.

 3          Or is it just being admitted, or is Mr.

 4  Kolb verifying its authenticity?

 5          **JUDGE HOUSE:**  I think if he's saying

 6  that's what it is, it's the IEP from that date.

 7          **[PARENT]:**  No.  On D-11 -- or D-10.  D-10

 8  is data.  D-10 is all raw data?

 9          **MR. COHN-LEE:**  Correct.  But I think I can

10  lay a foundation and that this witness can

11  authenticate that as a special education director.

12          **JUDGE HOUSE:**  Okay.

13  **BY MR. COHN-LEE:**

14      **Q.   Mr. Kolb, are you familiar with the**

15  **education records in this file, and in fact was this**

16  **document generated and made part of the Student's**

17  **file?**

18      A.   Yes.

19      **Q.   And are you familiar with this document?**

20      A.   Yes.

21          **MR. COHN-LEE:**  I would offer the Exhibit.

22          **JUDGE HOUSE:**  Do you maintain your

23  objection?

24          **[PARENT]:**  I would state that he had

25  nothing to do with the creation of the data nor

NAEGELI **N** 800.528.3335
DEPOSITION AND TRIAL EXPERTS    NaegeliUSA.com

 1  would he have validated to determine whether the

 2  data was correct prior to the --

 3          JUDGE HOUSE:  That's not the purpose.  Let

 4  me just explain that.

 5          When a foundation is laid for admission as

 6  a business record, someone can say basically "This

 7  is a record that we keep in the normal course of

 8  business.  I look at these records as part of my

 9  job.  I look at this.  This is what it appears to

10  be."

11          [PARENT]:  Okay.  I withdraw my objection.

12          JUDGE HOUSE:  It's not as to whether or

13  not you agree with the data.

14          [PARENT]:  Okay.  I withdraw my objection.

15          JUDGE HOUSE:  Okay.  So it's admitted.

16          (Whereupon, District's Exhibit D-11 was

17  offered and admitted into evidence.)

18  BY MR. COHN-LEE:

19      Q.   What is D-11, Mr. Kolb?

20      A.   D-11 are the meeting minute or notes from

21  the April 10th, 2014, meeting.

22          MR. COHN-LEE:  Okay.  And again, strictly

23  for the limited purpose of reflecting that the

24  meeting occurred but also that the prior data was in

25  fact reviewed and considered, including the winter

 1  break data, I would simply offer this to reflect

 2  that.

 3          JUDGE HOUSE:  [Parent], with that

 4  limitation, do you have an objection to D-11?

 5          [PARENT]:  Not with that limitation, no.

 6          JUDGE HOUSE:  All right.  It's admitted

 7  for that purpose.

 8  BY MR. COHN-LEE:

 9      Q.   And, Mr. Kolb, what is D-12?

10      A.   D-12 is a prior notice of special

11  education action form to follow up the meeting from

12  April 10th, 2014.

13          MR. COHN-LEE:  And again, just to simply

14  reflect that the meeting occurred and that a

15  decision was made, we would offer at this time.

16          JUDGE HOUSE:  [Parent]?

17          [PARENT]:  No objection to that exhibit.

18          JUDGE HOUSE:  All right.  It's admitted.

19          (Whereupon, District's Exhibit D-12 was

20  offered and admitted into evidence.)

21  BY MR. COHN-LEE:

22      Q.   Mr. Kolb, I want to shift gears now.  Like

23  I said, I'm going to apologize in advance because

24  we're going to hop around a little bit.  So I'm

25  going to have you bounce around a little bit.

1          You were shown Parent's Exhibit S-4 on

2    page 1. And I think that's the same thing as Exhibit

3    D-1.  And so if you turn to Exhibit D-1, if you

4    could, take a look at page 4 of 5 of D-1.

5          And you were asked some questions about

6    whether and how the ODE cut-and-paste guidance you

7    inserted on here made reference to the IEP goals and

8    objectives and tracking goals and objectives for

9    purposes of ESY.

10       And you had mentioned a couple of provisions in

11   here:  Subsection 4 and I believe Subsection 7 as

12   well, sub (B).

13          Take a look at subsection 6?

14       A.   Okay.

15       Q.   What does the "Recoupment and Regression

16   Standards" refer to?

17       A.   "Regression" is the loss of skills or

18   behaviors in an area specified on the IEP.  And

19   "recoupment" is recovery of skills or behavior

20   specified on the IEP.

21       Q.   And [Parent] had you walk through a bunch

22   of regulations and the CFRs, is the Code of Federal

23   Regulations, on Exhibit S-2, page 1 of 1.

24          And he referred you to 300.106, Sub (2) --

25   actually (A), Sub (2), "Extended school year

1  **services must be provided only if a child's IEP**

2  **determines on an individual basis in accordance with**

3  **Subsections 300.320 through 300.324 that the**

4  **services are necessary for the provision of FAPE to**

5  **the child."  Okay.**

6            **Then [Parent] had you look at another set**

7  **of CFRs, Code of Federal Regulations and,**

8  **specifically, 300.320.**

9            **And this subsection, which is incorporated**

10 **in the other section we looked at, talks about the**

11 **components of the IEP.**

12      And under the "Components," it lists various

13 things:  "alternative assessments" -- what are

14 "alternative assessments"?

15      A.   "Alternative assessments" would be

16 alternative to the standardized assessments utilized

17 to assess the progress of all students adopted by

18 the State of Oregon.

19            For State of Oregon, it's OAKS -- Oregon

20 Assessment of Knowledge and Skills -- to determine

21 progress as compared to other students at that grade

22 level.

23      Q.   Okay.

24            **JUDGE HOUSE:**  Just from prior knowledge, I

25 know that "OAKS" is an acronym.  Can you tell me

1   what it stands for?

2          **THE WITNESS:**  "Oregon Assessment of

3   Knowledge and Skills."

4          **JUDGE HOUSE:**  Thank you.

5   **BY MR. COHN-LEE:**

6      **Q.   And as part of this list of components of**

7   **the IEP, it does list the IEP would include "a**

8   **statement of measurable annual goals" -- this is in**

9   **the Subsection (2)(i), lower case "i" -- "a**

10  **statement of measurable annual goals, including**

11  **academic and functional goals, designed to" --**

12  **Subsection A -- "meet the child's needs that result**

13  **from the child's disability to enable the child to**

14  **be involved in and make progress in the general ed**

15  **curriculum and meet each of the child's other**

16  **educational needs that result from the child's**

17  **disability."**

18          **Having heard that, in your view, really**

19  **what are the function of the goals and objectives in**

20  **the IEP?**

21     A.   The function of the goals and objectives

22  in the IEP are the comprehensive effort to identify

23  students' needs as related to the identified goal

24  areas as -- in order for the student to receive

25  FAPE.

1    Q.   In your opinion, more than any other

2  section of an IEP -- present level state

3  assessments, nonparticipation justification, that

4  sort of thing -- do the goals and objectives really

5  define the educational needs of the student?

6    A.   Yes.

7    Q.   Okay.  Do those goals and objectives

8  instruct the team about what skill areas that are

9  necessary in order for an IEP to deliver a FAPE?

10    A.   Yes.

11    **JUDGE HOUSE:**  I wanted to make sure I

12  heard the question two questions back.

13    Do you think the goals and objectives

14  define did you say the "educational needs of the

15  student"?

16    **MR. COHN-LEE:**  Correct.

17    Q.   And as a related question from what Judge

18  House said, those are needs that a school district

19  would be obligated to provide the student as part of

20  FAPE?

21    A.   Correct.

22    Q.   Bear with me, Mr. Kolb.  I'm jumping

23  through my notes now; so we're going to hop around

24  subject-wise.

25    A.   Okay.

 1        Q.    Okay.  And again, you were shown Exhibit

 2  S-4 at 1, and I'm going to refer you back to the

 3  District's Exhibit D-1 at 4.  So Exhibit D-1, page

 4  4.

 5        A.    Okay.

 6        Q.    And in particular you were shown in the

 7  middle of that page, Subsection 5, "School districts

 8  must develop criteria for determining the need for

 9  extended school year services.  Criteria must

10  include regression and recoupment time based on

11  documented evidence or, if no documented evidence,

12  on predictions according to the professional

13  judgment of the team."

14            How do you interpret that provision?

15        A.    I interpret that as we need data, and if

16  we can't get data, then we would move to predictions

17  according to the professional judgment of the team.

18        Q.    In your opinion, however, as in this case,

19  if a team can reasonably defer making a decision in

20  order to gain that data, would it be obligated to

21  obtain that recoupment and regression data?

22        A.    Yes.

23        Q.    Paint us a picture.  What types of

24  scenarios would there be in your view when a team

25  could not obtain that kind of data?

NAEGELI

DEPOSITION AND TRIAL EXPERTS

N

800.528.3335

NaegeliUSA.com

1        A.   It would be very rare.  It would be

2   potentially a student who was initially identified

3   at the very end of the school year where there

4   wasn't a break in service where we could have gotten

5   pre- and post-data for a period of time off.

6        Q.   **So for example if a student was just made**

7   **eligible for special education services and had an**

8   **IEP developed after the spring break in May for**

9   **example --**

10       A.   Correct --

11       Q.   **-- would that be one scenario where that**

12  **would apply --**

13       A.   That would be one scenario where that

14  would apply.

15       Q.   **But to be clear, if in your view the team**

16  **could engage in a process to obtain that data, in**

17  **your view would it be prudent and required for the**

18  **team to obtain data?**

19       A.   Yes, ensuring it's timely in order to

20  provide services appropriately.

21       Q.   **Let's go back to the original November**

22  **IEP.  We were talking about this earlier in my**

23  **discussion with Judge House.  Take a look at D-3.**

24  **Take a look at page 21 of D-3.**

25            **And now, before we even begin, the IEP**

1   **forms that the Grants Pass School District uses, are**

2   **they in fact patterned after the model forms**

3   **developed by the Department of Education?**

4        A.   Yeah.   We're required to use forms that

5   have been approved by the Oregon Department of

6   Education.

7        Q.   **And you were asked some questions by**

8   **[Parent] about whether or not it was possible for a**

9   **team to make a decision regarding ESY at the time an**

10  **IEP was developed.**

11            **On the bottom of this page, on page 21, in**

12  **fact how many options are there regarding extended**

13  **school year?**

14       A.   There are three options:  either yes, ESY

15  services will be provided; no, they will not; or "to

16  be considered" with a blank spot in which we would

17  be obligated to insert the date.

18       Q.   **And so on this form that tracks the ODE**

19  **model forms and rules, the IEP in fact does provide**

20  **and recognize that in fact there is another**

21  **alternative option for a team to consider, which is**

22  **to wait and defer beyond the date when an IEP is**

23  **drafted when it will consider ESY services?**

24       A.   Correct.

25       Q.   **And it's your understanding that that is**

1   consistent with Oregon regulations and federal law?

2        A.    Yes.

3        Q.    I may have already touched on this, and if

4   so, people can chime in and let me know.

5              But I think there was a coloquy with

6   [Parent] or Judge House about District maybe having

7   some selected documents from [Student's] prior

8   school district, the Kailua School District.

9              I think you mentioned that we had the

10  prior IEP. I just wanted to be clear though.

11             What was the quality of the information in

12  the documents you had regarding actual ESY data?

13       A.    It was only a statement that the Student

14  would receive ESY, a description of what that

15  Student would receive, but no foundational

16  statements or data to support the decision for the

17  ESY.

18       JUDGE HOUSE:    Mr. Cohn-Lee, I've got a

19  question that's in mind because you asked what

20  you're understanding Mr. Kolb has said of the

21  requirements.

22             From the Parent's requests for ESY, was

23  there an indication that the request for ESY was

24  based on something that may have been a related

25  service, related to behavior, related to something

1  other than the specific educational goal or goals or

2  objectives, but more towards ESY designed to

3  maintain the Student's ability to access education,

4  in other words, impacting behavior?

5      **MR. COHN-LEE:**  And, Judge, I just want to

6  be clear, I actually -- I don't know if you were

7  looking at another document.

8      I actually asked Mr. Kolb a follow-up

9  question as to whether or not it would be any goal

10  areas that would be considered necessary to provide

11  FAPE.

12      So that would be -- I did not say the term

13  "academic."  I meant any goal area.  That could

14  include behaviors that were necessary for the child

15  to access their education.

16      **JUDGE HOUSE:**  And I think what I'm asking

17  directly is:  Was that a concern expressed by the

18  Parent?

19      **THE WITNESS:**  Yes.

20      **JUDGE HOUSE:**  Was there anything in the

21  IEP from the previous year that said, if not the

22  data, what was to be provided to address the

23  Student's ability to access education?

24      In other words, if not just the goal of

25  some rote task nine or 10 times, but the area of

1  behavior, the area of the Student's ability to

2  interact with another person -- was that addressed

3  in the IEP services?

4          **THE WITNESS:**  Yes, as well as in the

5  Present Levels of Performance.

6          **JUDGE HOUSE:**  Was there data in there that

7  could have been discussed in November to address

8  Parent's concern about the timing of the ESY

9  decision?

10         **THE WITNESS:**  There was data in there that

11  was relevant to discussion of [Student's] overall

12  educational program and planning, whether it's

13  behavioral, social, emotional, academic.

14         So we don't by any means discard the

15  content of the PLEP from Hawaii.

16         **JUDGE HOUSE:**  And what did the team, if

17  you will, do with that discussion in November?

18  Where was it discussed that the Student had been

19  determined to have ESY because at some point

20  something was needed for that student to access

21  education?  Was that discussion held in November?

22         **THE WITNESS:**  That part of the ESY

23  discussion was not held.

24         What was held was making a determination

25  in the new IEP based on what [Student's] new team --

1  [Student's] new team's knowledge, [Student's] new

2  team's experiences, [Student's] goals and objectives

3  and identified needs based on -- based on our

4  District moving forward and our experts in the areas

5  of behavior and autism communication.

6      **JUDGE HOUSE:**  And did those individuals

7  discuss the behavioral needs of the student to be

8  part of the ESY decision and discussion at a later

9  time?

10      In other words, were they saying, "We are

11  considering those things.  We're going to determine

12  that later"?

13      **THE WITNESS:**  The Student's goals and

14  objectives were built around all of those pieces --

15  behavior and communication and academic.

16      And development of those goals and

17  monitoring the progress of those goals would inform

18  that determination at a later point in time.

19      **JUDGE HOUSE:**  Okay.  Thank you for bearing

20  with me.

21      **MR. COHN-LEE:**  And actually I think that's

22  a really good question.  I wanted to follow up.

23      **Q.  Just to be clear, as of November 20th,**

24  **2013, the IEP team had served [Student] for a couple**

25  **of months?**

```
 1        A.    Correct.

 2        Q.    They had data directly from their time

 3   serving [Student] directly; and so Grants Pass

 4   School District staff had their own data to draft a

 5   new IEP?

 6        A.    Correct.

 7        Q.    And that was drafted.  And in fact those

 8   goals were substantially different from the goals in

 9   the Hawaii IEP?

10        A.    Correct.

11        Q.    So just to be clear, to use the data from

12   the Hawaii IEP, was that apples to oranges, or would

13   that have been something that would correlate at

14   all?

15        A.    They would not correlate based on how the

16   goals were written and the target skills, many of

17   the goals.

18        Q.    Mr. Kolb, I think that's all I have for

19   you.

20        A.    Okay.

21        JUDGE HOUSE:  And, [Parent], do you have

22   any further questions at this time for Mr. Kolb?

23        [PARENT]:  Yes, I do.  Give me just a

24   second, please.

25   REDIRECT EXAMINATION
```

 1  BY [PARENT]:

 2      Q.    You stated that the goals and objectives

 3  define educational needs.

 4            Do you stand by that statement?

 5      A.    Yes.

 6      Q.    Do you feel that the PLEP drives the goals

 7  and objectives?

 8      A.    Yes.

 9      Q.    So would it then be the PLEP that drives -

10  - defines the educational needs and not the goals

11  and objectives?

12      A.    I believe they go together hand in hand.

13      Q.    You stated earlier -- and correct me if

14  I'm misquoting you because I'm not as fast as the

15  stenographer -- "[Student] struggles with routine

16  and changes."

17            Does that sound familiar?

18      A.    Yes.

19      Q.    Would this not apply to the need for ESY?

20      A.    It directly applies to the need for ESY.

21      Q.    You -- not you, but it was discussed that

22  there was only 16.5 days when the new IEP was

23  developed until the winter break began.

24            And a lot of emphasis was put on the fact

25  that the new IEP was black-and-white different from

1    the old Hawaii IEP.  The goals and objectives were

2    dramatically different.

3            Was that I reasonable statement?  Would

4    you agree with that?

5        A.   I believe my statement was along the lines

6    of it's substantially different.

7        Q.   Okay.  In the event that everything was

8    substantially different, wouldn't that have provided

9    for lower baselines when looking at -- you know,

10   lower baseline scores when looking at the scores

11   from that period when you're trying to determine a

12   baseline?

13           If [Student] struggles with the changes

14   and everything is now different, a baseline

15   generated from prior to winter break -- one could

16   presume that it would be lower?

17       A.   I was not there to implement; so I can't

18   comment to that relative to [Student] and the

19   implementation of the IEP.

20       Q.   You said something to the effect that your

21   goal or the goal -- and with some students do not

22   stay static, that they're -- do you recall this

23   conversation?

24       A.   I recall Mr. Cohn-Lee asking me if --

25       Q.   They're always changing and they don't

NAEGELI

N

DEPOSITION AND TRIAL EXPERTS

800.528.3335

NaegeliUSA.com

1  stay static?

2       A.   I recall that.

3       Q.   Okay.  Would you agree that some problems

4  do in fact stay static or are ever-present

5  throughout a child's education?

6       A.   I believe that some areas of progress,

7  growth is much slower for some than others.

8            [PARENT]:  Am I allowed to introduce

9  additional evidence at this time?

10            JUDGE HOUSE:  What --

11            [PARENT]:  Well, it would be on my stuff

12  that I said I was going to --

13            JUDGE HOUSE:  Right.  If you want to show

14  us something else --

15            [PARENT]:  Offer an exhibit?

16            JUDGE HOUSE:  You can if this witness

17  knows what it is and can -- you have to ask the

18  witness if he's seen it, if he knows anything about

19  it.  If he's never seen it --

20            [PARENT]:  Oh, okay.  Okay.  I will be

21  referencing S-16 I believe.

22            JUDGE HOUSE:  So S-16 looks to be the --

23  it's three pages, "Confidential Information,

24  Functional Behavior Assessment and Behavior

25  Intervention Plan."

```
 1  BY [PARENT]:

 2       Q.   Do you recognize this document?

 3       A.   Yes.

 4            [PARENT]:  And I'm sorry.  What was the

 5  other thing I was supposed to ask?

 6            JUDGE HOUSE:  It's just laying a

 7  foundation so --

 8            [PARENT]:  Can I offer this?

 9            JUDGE HOUSE:  [Parent] wants to offer this

10  -- the what, the FBA?

11            [PARENT]:  The Functional Behavioral

12  Assessment and Behavior Intervention Plan developed

13  -- well, this report was dated 10/30/13.

14            MR. COHN-LEE:  I guess I'd have to defer

15  on that until I know what the purpose of the exhibit

16  is; for example, you know, how would it relate to

17  actual extended school year as opposed to just

18  general background information about the Student.  I

19  just don't know.

20            [PARENT]:  Well, it goes to the question

21  that I was just asking Mr. Kolb about related to his

22  staying static or had difficulties.

23            MR. COHN-LEE:  I don't object if that's

24  the only question.

25            JUDGE HOUSE:  I'm going to admit the
```

 1  document for that purpose.

 2          **(Whereupon, Parent's Exhibit S-16 was**

 3  **admitted into evidence.)**

 4          **JUDGE HOUSE:**  Go ahead.

 5          **[PARENT]:**  On the first page under

 6  "Behaviors of Concern," it's reflected that

 7  "[Student] has a history of leaving school staff

 8  supervision without permission. Previous and current

 9  staff hypothesize that this occurs to escape task or

10  environment."

11          I only bring this up because it seems that

12  in this instance they are relying on historical data

13  from Hawaii.  And then in the next paragraph --

14          **MR. COHN-LEE:**  Well, I --

15          **JUDGE HOUSE:**  Let me ask -- I'm sorry, Mr.

16  Cohn-Lee.  I'm just going to ask the witness -- you

17  might have an additional objection. (To [Parent])

18  Could you ask the wintess if that's what that was?

19          **MR. COHN-LEE:**  That was my objection,

20  Judge.

21  BY [PARENT]:

22      Q.   **Well, when it says "Previous and current**

23  **staff hypothesize," who is that referring to?**

24          **JUDGE HOUSE:**  Can you answer that

25  question?

1        **THE WITNESS:** I can't.  I didn't write

2  this report.

3  **BY [PARENT]:**

4      **Q.   If you had to make a conjecture, knowing**

5  **that [Student] had been in your school district for**

6  **three months at the time that this was written, when**

7  **you read "Previous and current staff hypothesize,"**

8  **who would you presume that this report is referring**

9  **to?**

10        **MR. COHN-LEE:** And I would object that I

11  think [Parent's] question on its face calls for

12  speculation, for assumption or a guess.

13        **JUDGE HOUSE:** Given the witness's

14  background and his position as director of special

15  services, I would assume that he would know what

16  this was based on or would ask.

17      So I'm just going to ask you if you read this

18  and this is a document -- let me ask it this way:

19  Have you seen this type of a document?  Is this

20  familiar?

21        **THE WITNESS:** Yes.

22        **JUDGE HOUSE:** And if you saw that

23  reference, would you assume that that means staff

24  other than the first three months?

25        **THE WITNESS:** Yes.

 1                **JUDGE HOUSE:**  Okay.  And so might that be

 2    staff in the previous district?

 3                **THE WITNESS:**  Yes, it might be.

 4                **JUDGE HOUSE:**  All right.

 5    **BY [PARENT]:**

 6        **Q.   And might that be referencing data from a**

 7    **previous district?**

 8                **MR. COHN-LEE:**  Well, I would --

 9                **JUDGE HOUSE:**  At that point I'm going to

10    sustain Mr. Cohn-Lee's objection.  You're asking him

11    to infer or guess what the author meant.

12                **[PARENT]:**  Okay.

13                **JUDGE HOUSE:**  And I asked it in a general

14    way --

15                **[PARENT]:**  Withdrawn.

16                **JUDGE HOUSE:**  Okay.  You need to ask the

17    person who created these documents.  All right.

18    **BY [PARENT]:**

19        **Q.   "[Student] has a history of regression" --**

20    **in the next paragraph, it states, "[Student] has a**

21    **history of regression."  And then in the second**

22    **sentence it goes on again to say "previous and**

23    **current staff."**

24                **Would you answer similarly to the first**

25    **question?**

1      A.   I would.

2      Q.   **And the same thing on the third paragraph**

3   **where it states, again, "[Student] has a history of**

4   **dropping on the floor" and "previous and current**

5   **staff hypothesize"?**

6      A.   I'd make a reasonable, educated assumption

7   that would include staff prior to [Student's] last

8   school district.

9      Q.   **So then when you stated earlier that you**

10  **did not expect to see Student stay static or carry**

11  **through problems and needs from year to year, would**

12  **you care to --**

13     A.   I didn't make that statement.  The

14  questioning earlier was do some students stay

15  static, and my comments were some students make

16  minimal growth in progress areas.

17     Q.   **Reading this, would you presume that these**

18  **behaviors have been with [Student] longer than at**

19  **Grants Pass School District?**

20     A.   Absolutely.

21     Q.   **This report was created for what reason?**

22  **Do you know?**

23     A.   This one is a functional behavior

24  assessment as related to eligibility consider of --

25  part of our comprehensive evaluation for eligibility

1  in the State of Oregon.

2      **Q.   And this report was reviewed by the IEP**

3  **team prior to the November 20th IEP meeting?**

4      A.   This report was submitted as part of the

5  November 19th eligibility meeting.

6      **Q.   Okay.  So this report was available to the**

7  **IEP team November 20th?**

8      A.   Correct.

9      **Q.   Thank you.  Do you recall me requesting an**

10  **ESY determination in the 11/20 meeting, IEP meeting?**

11      A.   No.

12      **Q.   So you don't recall at all that I wanted**

13  **to make an ESY determination?**

14      A.   Are you asking for my recollection of the

15  meeting?

16      **Q.   Yes.**

17      A.   My recollection of the meeting is pretty

18  accurately stated in the meeting minutes which you

19  accepted and agreed that ESY did not need to be made

20  at that time.

21      **Q.   That wasn't --**

22      A.   And you disagreed --

23      **Q.   That wasn't the question.**

24      **JUDGE HOUSE:**  What I heard -- and let me

25  ask for clarification.  What I heard you ask was:

1  Do you recall me asking prior to that meeting to

2  have ESY determination -- was it at the meeting or

3  talk about ESY?

4         **[PARENT]:**  I actually asked:  Do you

5  recall me requesting an ESY determination in the

6  meeting of 11/20? It's a yes-or-no question.

7         **JUDGE HOUSE:**  Okay.

8         **THE WITNESS:**  No.

9  **BY [PARENT]:**

10     **Q.   If I didn't request an ESY determination,**

11  **how did ESY get brought up?**

12     A.   It's in the Oregon IEP.  We're obligated

13  to address it annually in the development of the

14  IEP.  It was facilitated by Ms. Armbrust.

15     **Q.   In a response to the question Mr. Cohn-Lee**

16  **made to you, you stated, "The entire team concurred**

17  **on 11/20," including yourself, "to put off of an ESY**

18  **determination."**

19         **Do you recall stating that?**

20     A.   Yes.

21     **Q.   Yet you had previously stated to me that**

22  **you had made the consensus determination and that**

23  **maybe you could recall one additional person brought**

24  **up something but did not concur with anything; is**

25  **that correct?**

1           MR. COHN-LEE:  I'm going to object as to

2  vague and compound --

3           [PARENT]:  Did you --

4           THE REPORTER:  Okay.  One at a time,

5  please.

6           JUDGE HOUSE:  You're objecting to vague

7  and compound.

8           MR. COHN-LEE:  Yes.

9           JUDGE HOUSE:  I believe [Parent] is

10  recounting what he recalls an answer on direct

11  testimony was from this witness to him versus the

12  testimony in a similar question to you and that, to

13  [Parent], he had actually said it was -- (to

14  [Parent]) you -- (to Mr. Cohn-Lee) the Parent and he

15  who talked about it, there was maybe one other

16  person who mentioned it, they didn't agree, and he

17  as the District representative made the decision.

18  It was not a consensus.

19           And I think he's representing that the

20  testimony would say in the beginning on the record

21  it was not a consensus and, in his testimony to you,

22  he used the word "consensus" and affirmed that there

23  was consensus.

24           I noted that difference, but I'm not going

25  to say that I know that's true.  I'd have to look at

1    the record.

2            **MR. COHN-LEE:**  Again, just to be clear,

3    we're talking about the November 20th meeting?

4            **JUDGE HOUSE:**  Yes, as to whether there was

5    consensus to defer the decision.  And I believe the

6    answer to [Parent's] question was "No, there was

7    not."  And then it was asked by you, it was "Yes,

8    there was."

9            **MR. COHN-LEE:**  And the only reason I

10   raised the compound objection -- it may be that was

11   the right objection to raise.

12           But actually I believe what I talked about

13   was the section of the meeting notes where there was

14   an agreement about not needing to decide on November

15   20th, and then we talked about deciding to meet by

16   April 16th.  And I think then we talked about

17   disagreement by the Parent.

18           So it's actually -- there are two layers

19   to that, and that was my question.

20           So I guess I would object as I don't think

21   that accurately states the testimony as well, but

22   certainly if [Parent] wants to reask it with that

23   clarification, I would not have any idea.

24           **JUDGE HOUSE:**  Okay.

25           **[PARENT]:**  I think the record will show

1  that --

2          **JUDGE HOUSE:**  Okay.

3          **[PARENT]:**  I don't need to go into it any

4  further because I think the record will bring to

5  light the answer to my question.

6          So I have no further questions for Mr.

7  Kolb. Thank you.

8          **JUDGE HOUSE:**  Redirect?

9          **MR. COHN-LEE:**  Very briefly.

10 **RECROSS-EXAMINATION**

11 **BY MR. COHN-LEE:**

12     **Q.   Let's stay on -- do you still have that**

13 **16th -- S-16.  If you want to stay on S-16.**

14          **And just as a general matter, do you**

15 **remember the purpose and kind of the genesis of why**

16 **this document was generated?**

17     A.   As part of a comprehensive assessment.  A

18 student with significant behavioral challenges,

19 compelled to be comprehensive and develop a

20 functional behavior assessment looking at historical

21 information to inform behavior intervention plan

22 moving forward to strategies to utilize with this

23 student.

24     **Q.   And in your experience, is that type of**

25 **assessment information, is that germane or does that**

1    align with regression and recoupment data for ESY?

2        A.    Behavior in and of itself would -- would

3    align with goals and objectives in the IEP, hence,

4    the evaluation in the area of behavior.

5        Q.    And as of the date this report was

6    generated, 10/30/13, would the team have had any

7    opportunity to gauge any breaks in instruction to

8    generate recoupment and regression data?

9        A.    No.

10       Q.    Okay.  In fact just to note, it says here

11   the "facilitator of this report."

12           Does that mean the person who drafted the

13   report?

14       A.    Yes, drafted the report.

15       Q.    And that's listed here as "Pamela

16   Schwerdt"?

17       A.    Schwerdt.

18       Q.    Okay.  And was there a reason why Ms.

19   Schwerdt was being asked to draft this report?

20       A.    Clearly [Student] needed behavior

21   intervention planning.  Us wanting to contribute our

22   expert analysis of behavior, one of our experts on

23   behavior, wanting to inform the IEP presents levels

24   and hence informing the development of goals and

25   objectives for the upcoming eligibility in IEP

 1  meetings.

 2      Q.   Okay.  But not ESY?

 3      A.   Not ESY.

 4      Q.   And again, just to be clear, simply having

 5  static information about a student's behavioral

 6  needs, would that be relevant or germane to a

 7  measurement of regression or recoupment?

 8      A.   Not necessarily.  If a student is

 9  demonstrating over a long period of time limited

10  growth in an area, we still want to take a look at

11  is it the result of a lack of -- or a break in

12  service that may cause a significant or undue

13  regression and an inability to recoup within a

14  reasonable period of time.

15      Q.   So just as a hypothetical, let's say a

16  student is demonstrating on a behavioral goal

17  clearly below progress or even regression on a

18  behavioral goal, so not a strict academic goal, but

19  that regression or low progress occurs during a

20  period when the student is in school or receiving

21  instruction, so no breaks in instruction.

22           Would that data be meaningful at all for

23  an ESY determination?

24      A.   Not ESY because it's not relevant to a

25  break in service.

1          When we're looking at an ESY, we want to

2    know is a break in service significantly impacting

3    the student.

4          If the student is receiving services the

5    entire time and regression is occurring potentially,

6    we've got a lot of things to look at in terms of

7    strategies and go back to our ongoing FBA work and

8    such to really take a look at it -- look at

9    medications and look at environmental factors and

10   the array of antecedents.

11         So -- but not relative to ESY.

12   **Q.   You were similarly asked a question by**

13   **[Parent] about whether or not [Student] had problems**

14   **with change. You indicated I think in the**

15   **affirmative that [Student] did have.**

16      But again, related question:  A student simply

17   having problems with change, how would that

18   necessarily be relevant to ESY and looking at breaks

19   in instruction?

20      A.   Probably be talking to other witnesses who

21   can speak more expert to behavior and students who

22   are on the autism spectrum.

23         But as far as change, for students it's an

24   adjustment whether a student's going from one school

25   to another, from a new state to another.  Might be a

1  totally upside down routine, new person.

2          But as far as regression and recoupment,

3  given a change, is a student able to re-engage into

4  routines and activities, is it the result of the

5  break, break in service is the question that needs

6  to be asked -- answered.

7      Q.   Okay.  Mr. Kolb, that's all I have for

8  you. Thank you.

9          JUDGE HOUSE:  [Parent]?

10          [PARENT]:  I just have one.

11          JUDGE HOUSE:  All right.

12  RE-REDIRECT EXAMINATION

13  BY [PARENT]:

14      Q.   Referring to Exhibit S-16, and to my S-4

15  --

16          MR. COHN-LEE:  D-1 I think?

17          [PARENT]:  What did we determine --

18          MR. COHN-LEE:  It's all part of our D-1.

19          [PARENT]:  In your D-1 under the OARs?

20          MR. COHN-LEE:  Yeah.  So D-1, and you're

21  looking at, yeah, page 4.

22  BY [PARENT]:

23      Q.   Okay.  So referring to the FBA and the BSP

24  and referring that information to the OARs, could

25  predictions be made utilizing this type of

1  information according to the professional judgment

2  of the educators and the team?

3      A.    Could predictions be made?

4          MR. COHN-LEE:  I'm going to object as to

5  the vagueness.  "Could" theoretically or could they

6  have been --

7          JUDGE HOUSE:  Sustained.  I'm sorry.  I

8  should have let you finish the objection.

9          The question asks for general speculation.

10  Could you be more specific?

11  BY [PARENT]:

12      Q.    "Predictions according to the professional

13  judgment of the team are to be on" -- is this the

14  type of information, "predictions according to the

15  professional judgment of the team"?

16          MR. COHN-LEE:  I'm so sorry.

17          [PARENT]:  No, that's okay.  I'm having

18  trouble phrasing it, and I'll retract, and let me

19  think about it for a second.

20          MR. COHN-LEE:  Sure.

21  BY [PARENT]:

22      Q.    If no data exists, what would predictions

23  be made on?  The professional judgment of the team

24  is going to make predictions.  If no data exists,

25  what would those predictions be based on?

 1           MR. COHN-LEE:  And I'm going to object as

 2    to vague and speculative.

 3           [PARENT]:  And speculative?

 4           JUDGE HOUSE:  It's a hypothetical question

 5    is what he's trying to ask.  And I think I'm going

 6    to allow it, but I'm going to try to get it a little

 7    bit more clearly.

 8           Are you asking if in the instance of a

 9    student who has behavioral issues and a history of

10    behavioral issues, could an IEP decision be made

11    based on professional judgment of the team under

12    Section 5 to rule out ESY?

13           [PARENT]:  Yes, that's what I'm pretty

14    much trying to say.

15           JUDGE HOUSE:  It's a hypothetical, could

16    that happen.

17           THE WITNESS:  Can you restate the entire

18    question for me.  I heard it --

19    BY [PARENT]:

20       Q.   Is this not the type of data?

21           JUDGE HOUSE:  When you say "is this" -- I

22    think [Parent] is referring to the type of behavior

23    information that's in the FEA BIP.

24           Is that what you were referring to?

25           [PARENT]:  Yes.

1          **JUDGE HOUSE:**  Okay.  Referring to that,

2   could the IEP make as provided under Section 5 a

3   prediction based on their professional judgment

4   about the Student's needs for ESY?

5          **MR. COHN-LEE:**  Judge, just so I

6   understand, we're -- is [Parent] asking is the

7   specific information in this FBA, or is he asking --

8          **[PARENT]:**  The specific --

9          **MR. COHN-LEE:**  -- any potential FBA ever

10  made? That's what I'm --

11          **JUDGE HOUSE:**  I believe he's asking if he

12  had this FBA (indicating) in the EIP, could a team

13  make professional judgment as to whether ESY was

14  needed or not.

15          **[PARENT]:**  Could it be used as a basis?

16          **JUDGE HOUSE:**  Can that be used as a basis

17  for the professional judgment?

18          **THE WITNESS:**  I would not support that as

19  a special ed director to use this report as a basis

20  for ESY determination.

21          **JUDGE HOUSE:**  All right.

22  **BY [PARENT]:**

23     **Q.   You would not -- is there instance where**

24  **you would as a special ed director support an ESY**

25  **determination with a lack of documented data?**

```
 1        A.    Yes.

 2            JUDGE HOUSE:   That has been asked and

 3   answered.

 4            [PARENT]:   Okay.  Sorry.  I'm done then.

 5            JUDGE HOUSE:   Okay.  I'm going to assume

 6   this witness will remain because he's here.

 7            MR. COHN-LEE:   He has to.

 8            JUDGE HOUSE:   And he'll be subject to

 9   probably more questioning if needed. (To [Parent]) I

10   know that you needed to leave at 4:30.  It's 4:17.

11   Is there anything that can be accomplished in 10

12   minutes?

13            [PARENT]:   I can begin testifying, but I

14   actually have to use the restroom.

15            JUDGE HOUSE:   Why don't we do that

16   tomorrow, and we'll start with you at 10:30 --

17   10:30.  That would be nice. 8:30.

18            MR. HUNGERFORD:   After talking to them, we

19   could begin even at 8:00.  They open the doors at

20   7:45.

21            JUDGE HOUSE:   I don't want to make it

22   impossible for everyone.  Can we be here earlier?

23            THE REPORTER:   Yes.

24            JUDGE HOUSE:   8:00.  [PARENT]?

25            [PARENT]:   I can do 8:00.
```

1          **JUDGE HOUSE:**  Mr. Cohn-Lee?

2          **MR. COHN-LEE:**  (No audible response.)

3          **JUDGE HOUSE:**  The question will be the

4   ALJ.  We will reconvene then at 8:00.  It's 4:18.

5          Is there anything else I need to address

6   on the record?

7          **MR. COHN-LEE:**  No, Judge.

8          **JUDGE HOUSE:**  All right.  Let's go ahead

9   and go off the record.

10          **(The proceedings was adjourned for the day**

11  **at 4:18 p.m.)**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE


    I, Cecily A. Yates, certify that the foregoing

was repoted and reduced to written form; that the

prepared by me or under my direction, is a true and

record of same to the best of my knowledge and ability;

there is no relation nor employment by any attorney or

counsel employed by the parties hereto, nor financial or

otherwise interest in the action filed or outcome.


    IN WITNESS HEREOF, I have hereunto set my hand

this 21st day of May, 2014.







/S/  Cecily A. Yates

**0**

**015-2065**
  49:24

**1**

**1** 22:19  22:20
  22:23  22:24
  22:24  28:13
  44:22  58:15
  80:17  103:8
  103:8
  110:25
  111:1  111:2
  113:1
  173:17
  174:12
  175:7
  194:11
  213:2
  213:23
  213:23
  217:2

**1:30** 131:1

**1:32** 131:3

**10** 18:22  68:1
  187:8  192:5
  192:10
  195:14
  195:15
  196:5  196:6
  221:25
  245:11

**10/30/13**
  228:13
  238:6

**10:30**
  245:16
  245:17

**10:57** 80:2

**106** 57:25

61:12  61:17

**10th** 23:24
  24:3  24:7
  143:13
  182:11
  184:25
  193:23
  194:22
  195:6  195:9
  196:1  196:3
  198:18
  199:3
  199:13
  199:17
  200:3
  200:19
  201:25
  204:1
  207:20
  211:21
  212:12

**11/20** 150:5
  233:10
  234:6
  234:17

**11/20/2013**
  100:8  102:4
  105:7

**11:17** 80:3

**12** 22:21
  22:23  23:23
  25:2  68:1

**12:30**
  130:24
  131:1  131:2

**13** 4:3

**13th** 4:13
  68:17

**14** 148:19

**14-102** 4:12

**15** 22:19
  79:23  99:22

**15-minute**
  189:11

**16** 147:16
  195:22

**16.5** 225:22

**16-day** 186:16

**16th** 28:25
  107:10
  137:24
  138:1  138:2
  138:6  138:6
  139:19
  139:20
  140:16
  147:16
  150:6
  150:12
  151:5  167:7
  170:7
  170:12
  171:2
  171:12
  201:19
  204:12
  236:16
  237:13

**18th** 6:19  7:4
  40:3  89:3
  143:14
  146:7
  146:12
  151:22
  151:24
  153:1  190:9
  190:11
  190:23
  198:5

199:19
  200:20
  204:22

**19** 184:15

**19th** 6:16
  162:9  233:5

**2**

**2** 28:13
  43:5
  44:13  44:22
  47:23
  48:1  48:8
  51:21
  52:1  53:2
  56:3
  56:13
  58:5  59:6
  59:11  59:11
  62:5  64:8
  65:3  65:3
  68:22
  86:9
  86:24
  87:9
  87:15  87:16
  87:20  87:23
  88:4
  94:25
  95:1  95:3
  95:3  96:8
  96:8  161:13
  173:17
  213:24
  213:25

**2)(i** 215:9

**2:45** 189:10
  189:13

**2003** 13:25

**2004** 10:6



**2011** 66:25

**2013** 6:19 7:4
  27:5
  28:25 29:14
  40:3
  41:18 41:20
  42:8
  67:12 67:14
  67:15 67:17
  68:10 89:25
  126:19
  160:2
  160:14
  160:24
  161:11
  161:22
  164:14
  177:8
  177:24
  180:9 181:3
  184:3
  223:24

**2013/2014**
  183:1
  183:23

**2014** 4:3 5:22
  6:2 6:16
  6:19 7:4
  27:3 40:4
  178:1
  180:11
  182:11
  190:9
  190:23
  198:5
  198:18
  199:3
  199:13
  207:20
  211:21
  212:12

**2065** 49:2

**20th** 6:19 7:3
  29:13 32:22
  40:3 89:3
  109:17
  119:6
  125:24
  126:14
  127:19
  137:16
  137:19
  137:22
  150:21
  161:11
  161:22
  164:14
  164:25
  170:6 181:3
  184:3
  184:14
  185:14
  199:18
  202:3
  204:21
  205:25
  223:23
  233:3 233:7
  236:3
  236:15

**21** 201:5
  201:7
  218:24
  219:11

**21st** 6:1
  184:8 187:6
  187:7

**23** 103:12
  104:8 107:3
  115:14
  116:1
  118:15
  119:4

  164:17

**23rd** 184:11

**23th** 127:7

**24** 104:9
  107:3
  115:14
  164:17

**27** 102:4
  102:21
  103:9
  103:17
  104:7

**27th** 160:2

**28** 102:4
  102:21
  103:9
  103:10
  103:17
  104:7 201:5
  201:8

**2-A** 194:15

---
**3**
---
**3** 58:15
  69:3
  69:14 69:15
  69:15 69:23
  69:25
  70:7
  70:17
  71:4 72:8
  72:9 72:9
  73:12
  77:6 83:4
  94:4 95:1
  95:4 96:8
  173:17
  173:18

**3:00** 155:24

**3:04** 189:13

**300.106**
  57:3 58:1
  58:4
  58:25
  59:6
  59:12 61:13
  213:24

**300.320**
  59:8
  59:16 59:21
  60:19 214:3
  214:8

**300.324** 59:16
  59:22 60:20
  61:11 61:19
  62:3
  64:19 214:3

**31st** 146:11

**320** 60:9

**324** 59:9 60:9
  61:13 61:14
  61:16

**35** 155:18

---
**4**
---
**4** 43:16 48:16
  48:21 48:22
  49:2 49:8
  49:23 50:15
  50:22 50:24
  51:5
  51:21 51:23
  52:1 61:7
  61:8
  61:21
  65:4
  66:11 67:10
  68:21 71:1



73:10 74:10
75:20 76:15
77:5 77:7
80:6
80:11
173:22
213:4
213:11
217:3 217:4
241:21

**4:17** 245:10

**4:18** 246:4
246:11

**4:30** 189:19
245:10

**4th** 160:5

———————
5

**5** 74:11 80:25
81:21
85:9
85:18
87:8
87:15 87:17
87:20
88:1
94:23
95:3 173:22
213:4 217:7
243:12
244:2

**51.9** 9:16

**581** 49:23

**581-015** 48:25

**581-015-
2065** 47:9

**5th** 5:21

———————
6

**6** 55:16
96:8
97:12 99:11
198:7
213:13

**6th** 184:24

———————
7

**7** 25:1 52:4
52:12
53:5 182:25
213:11

**7:45** 245:20

**7th** 160:6

———————
8

**8** 148:25
150:1
199:10

**8:00** 245:19
245:24
245:25
246:4

**8:30** 189:20
245:17

———————
9

**9** 148:25
150:1
208:15

**9/16** 27:4

**9:00** 4:14

**9:05** 4:4 4:14

**9:20** 17:10

**9:21** 17:11

**9:41** 34:14

**9:49** 34:14

**9th** 184:25

———————
A

**a.m** 4:4 17:10
17:11 34:14
34:15
80:2 80:3

**abbreviate**
49:9

**abilities**
174:17

**ability** 48:15
176:12
187:22
193:1 204:5
221:3
221:23
222:1

**able** 18:19
18:24 145:8
159:10
176:22
177:13
186:16
186:18
196:9
197:19
241:3

**absence** 84:25
87:19

**absolutely**
180:23
181:8
197:21
232:20

**academic**
215:11
221:13
222:13
223:15

239:18

**accept** 154:7

**acceptable**
169:6
169:10

**accepted**
105:6 150:5
166:14
233:19

**access**
204:6 221:3
221:15
221:23
222:20

**accommodate**
17:2

**accomplished**
245:11

**accomplishing**
163:22

**accordance**
31:6 52:7
52:15
53:5 53:8
53:15 58:16
59:4 59:8
60:9 214:2

**according**
24:11 28:17
55:16 74:16
75:24
81:3
85:11 138:2
151:9
151:12
160:20
162:12
184:15
217:12
217:17



242:1
242:12
242:14

**Accordingly**
28:10 29:8

**account**
155:19
207:14

**accurate**
24:16
140:18
187:18
195:18

**accurately**
83:25
233:18
236:21

**acquiring**
125:9

**acronym** 87:25
214:25

**across**
24:15 164:6

**act** 10:5 10:7
115:10

**acted** 31:6

**action** 107:13
109:8 128:3
138:8 138:9
138:13
141:17
141:18
142:9
142:17
198:4
212:11

**actions**
145:20

**active** 153:10

**activities**
193:6 241:4

**actual**
47:20
100:15
178:11
185:12
220:12
228:17

**actually** 8:10
10:6 11:4
20:9 22:9
22:20 27:20
27:21 33:10
36:12
45:2
45:15 50:21
51:4
62:23 67:24
79:19
82:6 83:8
86:10
95:1 100:19
105:23
110:7
116:23
129:21
132:8 158:9
159:10
163:5 168:3
169:2 169:9
172:4
173:16
182:23
185:1
186:15
186:18
188:13
193:17
195:12
195:15

196:17
203:2
203:14
206:8 206:9
208:11
208:12
213:25
221:6 221:8
223:21
234:4
235:13
236:12
236:18
245:14

**add** 116:12
116:15

**added** 44:2

**addition**
22:18 89:7

**additional**
22:21 26:17
28:2
60:18 102:8
102:10
116:5 135:2
139:15
152:20
152:22
187:14
187:15
187:25
190:3 190:4
191:20
227:9
229:17
234:23

**additionally**
53:23 54:11
113:7
113:18
157:14

191:4 191:6
202:12

**address**
6:17
22:12 23:19
23:20 29:22
30:5
31:23
36:7 45:6
50:7
63:13 95:23
119:15
167:15
203:19
207:3
221:22
222:7
234:13
246:5

**addressed**
78:14
116:11
156:11
208:6 209:5
222:2

**adhere** 147:14

**adhered**
154:24

**adjourned**
246:10

**adjustment**
185:25
186:7
240:24

**administrativ
e** 4:7 4:8
6:23
13:13 13:14
42:10 44:1



47:20 57:16
57:20 75:23
76:18
96:1 101:11
105:17
114:16
144:17

**administrator**
158:9

**admissible**
46:1

**admission**
33:2 211:5

**admit** 228:25

**admitted** 25:1
25:5
34:19
43:1 43:3
46:5
60:25
61:2
105:3
105:12
148:16
154:16
161:16
161:18
162:1 162:3
174:10
190:19
190:21
198:10
198:12
198:22
198:24
201:4
207:13
207:16
208:18
208:21
209:16

209:18
210:3
211:15
211:17
212:6
212:18
212:20
229:3

**adopted**
214:17

**adults** 193:1

**advance** 26:16
197:12
212:23

**advice** 14:9
14:10

**affect** 204:19
205:18

**affirmative**
240:15

**affirmatively**
197:6

**affirmed**
235:22

**afford**
88:21 151:3
170:13

**afforded**
125:1
191:21
192:13
196:14
196:16

**affording**
54:1 54:14

**afternoon**
144:15

**agencies**

113:17
125:13

**Agency** 59:5

**agenda**
92:15 92:16
164:20
191:7
191:10
199:2 207:6

**ago** 65:23
67:1 68:1

**agreeable**
165:17
167:4
167:18

**agreed** 106:18
138:3 150:6
165:6 165:9
204:13
233:19

**agreeing**
147:13

**agreement**
107:11
108:18
137:12
165:25
167:1
199:25
201:14
202:9
202:11
236:14

**agreements**
61:22

**ahead** 15:6
20:3
24:25 39:12
39:17
44:4 46:6

48:14
49:5
51:15
64:5 75:3
75:8 78:5
79:23
80:4
88:22
90:8 94:1
95:13
103:18
106:4 117:7
119:12
121:23
125:21
134:1
135:21
153:16
156:18
169:23
172:13
189:10
199:21
229:4 246:8

**albeit** 188:18

**align** 238:1
238:3

**alignment**
56:14 80:12
80:20

**aligns** 96:1
96:5

**ALJ** 246:4

**allegation**
36:17

**allege** 37:1

**alleged** 7:8
7:15 9:24

**allocation**
113:16



allow 12:25
20:13 29:20
84:5 132:18
207:11
243:6

allowed
37:2 37:4
62:24
156:10
227:8

already
37:7
65:13 65:15
106:2
139:18
157:4 163:2
187:11
188:20
201:4 208:9
220:3

alternative
214:13
214:14
214:15
214:16
219:21

am 8:10 9:8
20:6
29:18 37:13
54:23
57:6 57:9
65:6
98:12 99:13
136:23
140:17
173:3 227:8

amazing 186:6

ambiguity
82:7 97:21

ambiguous

97:13

amend 68:9

amended 25:13
26:5
26:22 46:17
46:18
67:3 67:6
67:14 67:16
68:11 89:22
204:22
207:19

amending
66:20

amendments
61:22

among 135:23

amongst
130:21

amount 175:14

analysis
238:22

and/or
94:17
178:21
187:18

annual 71:6
73:10
181:18
215:8
215:10

annually
69:21 70:12
72:15 78:12
79:16 89:19
177:17
234:13

answer 13:2
15:6 39:7
39:7 54:7

54:11
55:9
55:22 63:10
66:1
66:13 68:13
70:6
71:20
72:2
72:14
75:1 75:3
75:5 76:2
76:19 76:22
82:6
82:21 85:25
88:9
97:22
101:20
101:24
102:15
112:8
112:17
118:5
118:17
119:13
128:14
133:8 133:9
135:24
140:10
192:23
229:24
231:24
235:10
236:6 237:5

answered
54:19 84:13
93:16 99:15
99:17
106:23
128:18
140:24
147:1 241:6
245:3

answers 154:3

antecedent
168:14

antecedents
240:10

anticipate
18:1
18:21 79:25

anticipated
16:20

anticipating
17:1

anybody 99:3

anyone 5:8
5:15
34:13 116:2
149:9
154:15

anything 14:1
14:23 15:17
25:7
39:11 50:16
52:16
117:11
130:19
135:13
221:20
227:18
234:24
245:11
246:5

anyway 21:7
63:18 136:3
154:11

anywhere
48:10 51:25
55:23
58:3 58:24

 

108:24

**apologies**
25:21 108:3

**apologize**
10:15
11:6
55:11 76:25
106:2
116:19
197:12
212:23

**apparent**
30:20

**Apparently**
145:10
149:18

**appeal** 13:22

**appealed**
13:20
205:21

**appear**
17:21 32:17
110:3 119:5
120:20

**appeared**
170:4

**appears**
8:25
31:17
35:7
41:12 43:25
44:14 102:3
102:24
103:12
103:15
109:6 109:7
149:1 151:9
211:9

**apples**

181:9
224:12

**applies**
9:10
18:15
225:20

**apply** 13:16
23:14
176:18
199:17
218:12
218:14
225:19

**applying** 48:9

**appointed**
163:4
163:19
163:25

**appreciate**
8:17 209:1

**apprise** 28:11

**approached**
117:20

**appropriate**
7:11 10:3
10:11 21:16
36:19 52:20
73:18
77:9
77:13 78:18
79:1 80:9
97:5 97:7
97:10
100:22
177:10
177:11
193:20
201:17

**appropriately**
69:7 218:20

**approved**
219:5

**approximately**
68:1 194:2

**April** 6:1
23:24
24:3 24:7
107:10
137:19
137:22
137:24
138:1 138:6
138:6
139:19
139:20
140:16
143:13
147:15
147:16
150:12
151:5 167:7
167:15
170:7
170:12
171:2
171:12
177:5
182:11
193:23
194:21
195:6 195:9
196:1 196:3
198:18
199:3
199:13
199:17
200:3
201:19
201:25
202:16
204:1
204:12

204:17
205:7 207:1
207:20
211:21
212:12
236:16

**area** 59:24
108:23
109:8 136:4
169:3
213:18
221:13
221:25
222:1 238:4
239:10

**areas** 73:19
96:10
102:12
174:17
177:17
187:23
215:24
216:8
221:10
223:4 227:6
232:16

**aren't** 91:8

**argue** 63:4
97:19 205:2
205:23

**argued** 44:8

**argues** 32:13

**arguing** 204:8

**argument**
22:18
33:3
33:23 62:22
63:16 72:21
179:18

**argumentative**

 

73:1

**arguments**
33:24 196:3

**arise** 113:18

**Armbrust**
107:17
108:1 122:2
122:10
163:24
164:4 169:2
169:9
234:14

**arrangements**
18:10

**array** 240:10

**arrive** 160:19

**arrived**
177:24
180:25

**art** 107:24

**assess** 214:17

**assessment**
191:2
214:20
215:2
227:24
228:12
232:24
237:17
237:20
237:25

**assessments**
214:13
214:14
214:15
214:16
216:3

**assigned**

107:18

**assist** 166:9

**assistant**
105:17
144:17
158:12
158:14

**assisting** 5:5

**associated**
178:21

**assume**
10:17 12:13
30:24 33:25
47:10 105:5
149:2
230:15
230:23
245:5

**assumed** 140:2

**assuming** 18:7
136:24
205:22
206:4

**assumption**
90:25
230:12
232:6

**attached**
143:19

**attempt**
106:16
192:24

**attempted**
122:2

**attempting**
88:16

**attempts**
159:18

**attend** 142:23
149:22

**attendance**
90:18 91:24
128:24

**attendees**
111:2
149:16
149:23

**attending**
5:10 159:15

**attention**
14:22

**attorney**
131:11

**audible** 19:25
54:21 83:15
105:9
194:20
246:2

**August**
41:18 41:20
42:8 43:8
43:9 66:2
66:20
67:4
67:11 67:14
67:15 67:17
68:10 68:14
68:16 89:23

**authenticate**
197:24
210:11

**authenticity**
210:2 210:4

**author** 231:11

**authority**
113:22

**authorize**

113:22

**autism** 159:24
223:5
240:22

**avail** 178:24

**available**
19:23 84:17
84:23
88:2 163:11
165:5 233:6

**avenues** 13:22

**avoid** 95:9

**aware** 5:9
41:22
172:23
172:24
173:3
186:22

---
B
---

**background**
157:3 157:5
228:18
230:14

**backtrack**
46:25

**bad** 133:2

**balancing**
9:16

**base** 41:25
42:2 42:3
55:3
55:12 55:24
74:3 129:17
177:3 177:6

**based** 6:15
14:17
15:9 25:14



34:2 42:1
42:8
43:14
55:2
57:11 59:15
59:19 59:20
61:14 62:17
70:22 74:14
86:11 86:24
87:20 87:23
88:5
89:19 94:17
109:25
110:2 113:7
114:15
114:18
118:14
118:18
119:14
123:3 123:4
123:17
123:20
124:4 124:5
124:19
129:4 130:4
139:6
153:12
166:11
166:22
171:19
175:17
177:18
180:9
180:14
180:15
181:25
186:5
186:21
188:16
201:10
205:4
217:10
220:24

222:25
223:3 223:3
224:15
230:16
242:25
243:11
244:3

**baseline**
188:5
188:10
226:10
226:12
226:14

**baselines**
226:9

**bases** 173:1

**basically**
47:9
69:15
72:9
159:4 211:6

**basics** 13:12

**basis** 23:10
32:23 53:20
59:8 60:9
62:16 130:2
130:3
159:15
171:16
172:18
172:20
179:19
214:2
244:15
244:16
244:19

**Bear** 20:15
99:20
140:25
154:21

216:22

**bearing**
223:19

**bears** 7:13

**became** 40:8
158:8

**become**
14:21
154:11

**becomes** 24:23

**begin** 8:23
21:3
22:10
218:25
245:13
245:19

**beginning**
27:16 30:13
44:22
90:3 95:5
110:16
110:21
110:22
122:7 154:8
157:3 159:4
203:24
235:20

**begins** 14:21

**behalf**
39:18
113:23

**behavior** 43:7
47:24 48:12
48:18 49:11
49:12 49:14
49:21 49:25
50:1 51:1
52:3 53:3
53:18 53:19

53:21
56:5 58:6
59:2 62:6
64:9
68:23 80:18
87:25
172:22
189:5 191:2
191:3
213:19
220:25
221:4 222:1
223:5
223:15
227:24
227:24
228:12
232:23
237:20
237:21
238:2 238:4
238:20
238:22
238:23
240:21
243:22

**behavioral**
196:8
222:13
223:7
228:11
237:18
239:5
239:16
239:18
243:9
243:10

**behaviors**
48:19
50:8
50:10 50:11
51:20



NAEGELI
DEPOSITION AND TRIAL EXPERTS

N

800.528.3335
NaegeliUSA.com

86:7 175:16
213:18
221:14
229:6
232:18

**belief**
129:6 130:2
130:3

**believe**
5:20 19:9
20:18 23:14
27:22 31:19
33:17 48:16
49:7
54:23 55:22
56:13 58:13
58:14 58:20
61:20
64:7
64:21 75:18
76:13 77:14
78:2
78:19
79:2
81:22 82:18
88:3
90:19
98:9 106:15
114:8
114:12
114:15
115:3 115:8
122:2 122:9
129:8
129:24
130:13
133:13
135:24
142:7 143:8
145:2 160:6
165:8
175:12

175:12
177:11
186:10
191:5
192:24
213:11
225:12
226:5 227:6
227:21
235:9 236:5
236:12
244:11

**believes**
63:10
172:11

**Bernadette**
4:7

**best** 47:7
47:19 48:15
50:3
101:1
108:25
109:3
122:20
128:6
141:22
142:2 142:5
144:3 144:6
145:14
146:6 147:8
147:10
159:7

**better**
18:24
177:12
192:19

**beyond**
28:13
219:22

**binder**
161:2 173:9

**binders** 30:14
38:16

**BIP** 243:23

**bit** 11:2
38:19 81:12
93:15
115:22
121:12
123:9 131:7
134:6
134:12
158:5
158:21
160:23
166:5
179:16
180:4
183:25
187:16
190:1
190:13
192:19
197:13
212:24
212:25
243:7

**black** 161:1

**black-and-
white**
225:25

**blank** 219:16

**blocked**
159:18

**bolt** 159:18

**book** 45:5

**bottom**
103:9 171:7
201:17
219:11

**bounce** 212:25

**box** 138:4

**brand** 29:7
124:2

**break** 24:10
24:13 24:15
34:13 38:21
74:21 79:20
147:12
150:23
151:4 152:2
153:5 153:8
155:20
156:22
165:18
167:3 167:5
167:16
167:18
175:22
175:22
176:25
177:4 178:9
182:17
182:19
182:20
184:6 184:7
184:13
185:2 185:3
185:5 185:7
185:14
186:4
186:17
186:25
187:2 187:3
187:5 188:4
189:7
189:11
190:2 190:4
191:22
192:4 194:4
194:7
194:17



194:18
194:19
194:25
195:8 195:8
195:20
195:24
200:12
203:1 203:5
203:6
206:10
208:24
208:24
209:1 212:1
218:4 218:8
225:23
226:15
239:11
239:25
240:2 241:5
241:5

**breaking**
188:20

**breaks** 112:23
186:2
192:10
194:14
238:7
239:21
240:18

**brief** 15:16
22:18 23:25
28:17

**briefly**
32:8 122:22
182:17
188:3
188:18
237:9

**bring** 22:4
51:6 99:3
103:1 110:8

117:9 179:4
229:11
237:4

**bringing**
22:16

**broad** 58:1
112:6
205:11

**brought**
7:13 9:24
23:16
54:3
125:6 128:7
128:10
137:15
170:18
173:23
186:12
197:14
234:11
234:23

**BSP** 241:23

**build** 134:11

**building**
18:23
159:19
178:20

**built** 223:14

**bunch** 213:21

**burden** 7:13
9:5
132:10
204:19
204:23

**business** 28:8
211:6 211:8

_____ C _____

**calendar**

182:23
182:25
183:1
183:23
185:2 185:4
187:3 194:1
195:15
195:22
195:23
195:25
196:6

**cancelled**
184:21

**capacity** 40:6
40:13
158:18

**care** 18:10
189:18
232:12

**carry** 232:10

**case** 4:12
5:25 6:6
6:9 7:12
9:6 9:6
10:13 11:24
12:24
13:7
13:18 13:23
15:18
21:8
22:11 22:22
24:12 24:20
31:23 32:13
33:17 36:15
36:21
63:3 116:16
123:21
131:11
132:14
134:9
134:23

134:25
144:4
153:25
169:8
180:21
180:24
182:7
183:25
200:6
200:13
200:17
201:23
215:9
217:18

**cases** 13:19
13:25 73:16
77:7
78:16
154:23

**catch** 54:24

**category** 52:7
159:22

**cause** 239:12

**caution** 190:4

**cell** 5:13
17:6 18:2
18:5
18:20 176:6

**center** 149:2

**central**
31:5 134:24
200:5 200:6
200:13

**certain**
114:17
189:1

**certainly**
11:3 23:21



24:4 24:5
24:8 28:4
29:23
180:20
208:25
236:22

**cetera** 101:12

**CFRs** 213:22
214:7

**challenges**
117:21
186:2 186:7
188:19
237:18

**change**
45:13
132:17
180:22
188:23
188:23
188:23
207:21
209:25
240:14
240:17
240:23
241:3

**changed**
29:5
33:18
185:22

**changes** 61:22
152:5
185:20
225:16
226:13

**changing**
188:13
226:25

**charge** 114:8

**chart** 196:13

**charts**
87:25 197:1

**check** 135:4
135:5

**checked** 138:4

**check-in**
134:12

**child** 53:14
59:10
124:16
176:11
214:5
215:13
221:14

**children**
179:24

**child's** 48:17
49:10 49:25
52:8
52:10 52:15
52:17
53:8
53:15 53:17
58:17
59:4 60:8
214:1
215:12
215:13
215:15
215:16
227:5

**chime** 220:4

**chimed** 147:11

**chose** 9:5

**Christmas**
153:5
182:21
182:21

**Cindy** 91:4
91:16 91:22
92:5

**C-i-n-d-y**
91:16

**circuit** 13:20

**circumstances**
82:17

**cited** 56:1

**claims** 192:9

**clarification**
64:23
66:5 107:22
233:25
236:23

**clarify** 25:22
36:11
45:2 45:4
45:20
49:7
53:11 55:20
58:23 71:21
82:9
83:17
86:5
122:3 156:9

**clarity** 60:24
105:23

**classrooms**
158:1

**clear** 20:18
48:20 50:19
54:19
68:5 70:6
70:7
97:21 97:24
98:1
205:8
218:15

220:10
221:6
223:23
224:11
236:2 239:4

**clearly** 9:1
24:10 93:15
199:22
238:20
239:17
243:7

**clerical/
conference**
187:7

**close** 7:20
8:5 18:3

**closing** 63:17
63:20

**Code** 213:22
214:7

**Cohn** 23:12
37:18 42:23
202:7

**Cohn-Lee**
5:1 5:1 5:5
5:7 6:2
7:17
11:13 11:15
11:19
13:4
14:10
15:2
15:16 16:15
16:18 16:24
18:7 19:2
19:9
19:15
21:8
21:23 22:9



22:20 23:18
23:21
25:9 26:9
27:7 27:9
27:14 27:17
30:6 30:9
30:12 30:16
30:19 32:12
32:24
34:1 34:7
34:24
35:7 36:6
36:13
38:6 39:8
41:4 41:7
42:25 43:24
44:24
45:1
50:18
51:4
52:18 52:22
71:12 79:19
81:7
81:11
82:4 83:6
83:15 83:23
94:24 97:15
99:13
100:11
100:25
101:2 101:9
103:11
104:15
104:19
104:24
105:3 105:9
105:22
106:22
114:24
123:8
131:21
134:3
137:21

140:17
141:5
143:12
147:22
148:4 148:8
148:12
148:18
148:21
156:4
156:15
156:20
158:20
161:12
161:19
161:23
162:4 163:1
167:11
167:12
167:19
170:2 172:4
172:14
173:15
174:4
174:11
176:14
183:4
183:12
183:17
183:20
189:9
189:12
189:24
190:16
190:22
193:8
193:11
197:5 198:6
198:13
198:19
198:25
199:9
199:20
199:22

200:24
201:2 201:7
202:17
203:25
205:8
205:13
205:22
206:2 206:7
206:12
206:18
206:23
207:2 207:9
207:12
207:17
207:23
208:4
208:10
208:14
208:22
209:19
210:9
210:13
210:21
211:18
211:22
212:8
212:13
212:21
215:5
216:16
220:18
221:5
223:21
226:24
228:14
228:23
229:14
229:16
229:19
230:10
231:8
234:15
235:1 235:8

235:14
236:2 236:9
237:9
237:11
241:16
241:18
241:20
242:4
242:16
242:20
243:1 244:5
244:9 245:7
246:1 246:2
246:7

**Cohn-Lee's**
231:10

**collect**
50:9 55:7
119:20
121:19
124:14
147:12
151:4
166:16
171:1
186:25

**collected**
28:17 152:2
152:6
182:19
196:11
200:12
203:2 203:8

**collecting**
86:6 185:19

**collection**
100:21
153:6
170:19

**college**
157:23



colloquy
163:3
164:15
166:7
166:19
170:21
170:24
170:25
171:8 172:5
191:23

coloquy 220:5

column
61:20 61:21
107:4 107:8
107:14

combined
45:11

comes 36:12
37:8
37:25
154:24
160:9

comfortwise
14:3

coming 116:21
137:10
145:15

comment
107:15
203:11
203:12
226:18

commentary
167:4

comments
130:4 130:6
151:16
166:6
182:16

232:15

commingled
206:12

common
122:3
122:10
169:3

communication
163:14
223:5
223:15

compared
214:21

comparing
103:6 181:9

compel 6:7
6:11 25:24

compelled
237:19

complaint
7:13 9:24
23:16 36:17
36:24

complete
100:19
100:20
102:9
103:14
134:9
147:24
147:25

completed
27:9

completely
29:10 31:13
31:20 33:14
35:9
35:18 140:9
156:11

completeness
100:23
101:1 101:2
101:3 208:1

compliance
6:21
62:18 118:7
157:13

complies
61:10 70:20
161:5
164:18
194:10
198:2
198:15

comply 37:2
162:11

complying
9:13 36:18

components
214:11
214:12
215:6

compound
72:25
111:11
235:2 235:7
236:10

compounded
186:2

comprehensive
50:6 177:19
215:22
232:25
237:17
237:19

concept
179:17

concern

98:7 137:14
170:7
170:11
170:13
196:7
221:17
222:8 229:6

concerned
56:6 187:16

concerning
24:16

concerns
108:16
178:2 188:8
188:9

conclude
157:16

concluded
179:12

conclusion
193:18

concur 33:5
61:15 61:16
85:16
234:24

concurred
86:13
234:16

condition
159:22

conduct 200:8

conducted
162:7 162:8

conducting
145:23

conference
5:23 15:9

confidence



NAEGELI
DEPOSITION AND TRIAL EXPERTS

800.528.3335
NaegeliUSA.com

185:18
188:10

**Confidential**
227:23

**conflict** 87:2
151:2

**conflicting**
87:7

**conflicts**
87:9

**confused**
98:15

**conjecture**
230:4

**consecutive**
185:1 187:8
187:9 192:5
195:21

**consensus**
107:10
129:4 129:7
129:8
129:10
129:11
129:13
129:15
129:17
129:18
129:25
130:10
130:13
137:18
138:10
138:14
140:2 140:4
140:11
140:14
170:5
202:11
234:22

235:18
235:21
235:22
235:23
236:5

**consesus**
140:13

**consider** 6:20
6:24 59:3
69:20 70:11
70:16 70:23
72:14 78:11
124:6
124:13
147:4
194:21
219:21
219:23
232:24

**consideration**
69:12
72:3
79:13 82:15
121:6
138:23
138:24
138:25
170:12
191:7
200:19
204:24

**considered**
38:2
71:10
124:25
125:17
145:19
145:22
167:8 175:1
201:18
208:12
211:25

219:16
221:10

**considering**
88:20
139:24
223:11

**consisted**
112:10
112:13

**consistent**
146:3 220:1

**consolidate**
6:7 6:12

**consultation**
96:11

**contact** 112:1
112:3

**contacted**
159:1

**contain**
178:11
193:17

**contained**
24:9 158:1

**contains** 24:9

**contend** 80:20
153:9

**content** 59:24
104:13
104:22
116:13
116:16
222:15

**contention**
53:1
95:25
96:4 127:11
137:9

**context** 45:9

**continue**
147:12
155:22
189:22

**continued**
125:6 178:7

**continuing**
156:21
178:1

**contract**
163:8

**contribute**
40:15 113:6
238:21

**contributing**
139:23

**convene**
4:13
181:3 200:3

**convened**
190:11
190:24
190:25
208:5
208:16

**convening**
4:10 181:18

**conversation**
108:11
116:14
124:17
169:5
226:23

**conversations**
19:16
115:17
137:6 159:5

**coordinator**



158:10

**copied**
46:10  47:10
65:10  68:14
68:18

**copies**
26:23  30:15
141:9

**copy**  11:16
26:9
30:21
41:1  41:6
41:21  43:16
43:19  43:20
44:18  47:14
47:16  47:18
56:23
57:1  60:1
60:22  60:23
60:25
61:1
68:15  100:5
105:14
141:4  141:6
141:8  142:7
144:11
144:13
145:6  173:8
196:17
196:19

**correct**
4:22  4:23
5:6  5:7
17:24  25:25
26:3
26:13
27:5
40:12  42:11
46:3  49:1
49:3  56:9
56:12  63:20
65:12

66:1  67:2
67:13  68:15
70:13  71:11
80:13  85:18
85:19  86:14
86:25  88:14
89:24
91:2
98:20  98:24
100:9
100:10
102:5  102:6
104:15
105:8  111:3
111:7  113:3
115:17
120:2  128:9
132:2
136:23
137:20
139:5
139:14
139:16
141:22
142:1  142:3
146:4  146:5
146:8  146:9
151:14
151:18
151:20
154:8
162:17
162:18
162:24
164:2
165:23
166:3  166:4
167:8  167:9
167:19
168:22
170:8  170:9
181:4  181:5
181:21

182:3  184:3
184:4  185:3
188:7
190:11
190:12
190:15
193:19
193:24
193:25
208:4  210:9
211:2
216:16
216:21
218:10
219:24
224:1  224:6
224:10
225:13
233:8
234:25

**correctly**
84:3  162:21

**correctness**
24:2

**correlate**
224:13
224:15

**corroborate**
203:15

**counsel**  28:6

**country**  173:5

**couple**  138:18
139:10
188:11
197:14
213:10
223:24

**course**  9:9
46:14
189:12

193:11
211:7

**court**  8:12
8:19
13:20  13:21
21:25
102:21
106:1
115:19
153:15
155:19

**cover**  14:23
33:8

**covered**  36:16
53:12  92:20
92:21  92:23
92:25
93:4
157:2  157:4

**create**  9:2
14:16
46:9  65:16

**created**
45:9  105:16
205:1
231:17
232:21

**creating**
201:21

**creation**
124:14
210:25

**criteria**
55:15  74:12
74:13  80:15
80:25  81:21
83:3  83:7
83:22
85:8  87:9
92:19  123:6



175:6
194:12
217:8 217:9

**critical**
28:24

**cross** 20:10
21:8
103:1
131:12

**cross-
  examination**
12:24 21:24
22:2 155:13
156:19

**cross-examine**
156:15

**cues** 8:20

**cum** 125:10

**current** 33:12
108:23
124:4 124:5
146:4
153:13
157:4
177:23
181:25
229:8
229:22
230:7
231:23
232:4

**currently**
39:25
153:10
159:23

**curriculum**
215:15

**cut-and-paste**
213:6

---

D

**D-1** 25:1 25:4
173:7
173:11
173:12
174:4 174:9
174:12
194:9
194:11
213:3 213:3
213:4 217:3
217:3
241:16
241:18
241:19
241:20

**D-10** 24:9
206:9
208:12
208:22
209:3 209:6
209:15
209:17
210:7 210:7
210:8

**D-11** 209:20
209:21
210:7
211:16
211:19
211:20
212:4

**D-12** 22:24
23:8
212:9
212:10
212:19

**D-2** 161:4
161:6 161:7
161:17

**D-3** 161:1
161:20
161:20
161:21
161:23
162:2 162:5
162:6 201:5
201:8
218:23
218:24

**D-4** 100:20
103:11
103:11
104:14
104:17
105:5
105:11
107:4
110:24
111:2
115:14
138:8
164:11

**D-5** 147:25
148:17
148:21
148:25
190:6 190:7
190:8
190:16
190:19
190:20

**D-6** 198:1
198:3
198:11

**D-7** 25:5
198:14
198:16
198:19
198:23

**D-8** 23:7

23:23
25:2
199:1 199:2
199:4 205:9
207:5
207:15

**D-9** 207:18
207:19
208:1
208:20

**daily** 159:15

**data** 24:4
24:8
24:16 24:16
26:25
27:4 27:5
28:17 28:19
29:14 32:16
32:18 33:19
50:9 55:7
55:15
70:3
73:15 73:23
74:1 74:5
74:7 74:9
74:19 74:22
75:13 75:18
75:21 75:24
76:13 76:16
81:24
82:2
82:17 82:19
83:4
83:11 83:20
83:25
84:6
84:17 84:23
84:25
86:6
86:11 86:13
86:21 86:22
86:25 87:24



88:2 88:4
88:5 88:6
88:10 88:11
88:12
119:20
121:8
121:19
123:25
124:1 124:5
124:7
124:25
125:2
129:16
129:19
137:1
138:21
147:12
151:4
151:21
151:24
152:1 152:6
152:14
152:20
152:22
153:2 153:6
153:17
153:17
153:18
165:4
166:16
167:16
170:19
171:1 171:4
174:14
178:5
178:11
178:12
179:19
182:1
182:13
185:19
186:3 186:5
186:9

186:10
186:15
186:22
187:11
187:11
187:14
187:17
187:18
187:18
187:25
188:4 188:6
188:10
190:1 190:3
190:4
191:21
193:17
193:19
195:8
196:10
196:13
200:9
200:10
200:12
202:25
203:1 203:1
203:3 203:7
206:4
206:10
206:19
206:25
207:7 208:8
208:11
208:11
208:11
208:23
208:23
209:1 210:8
210:8
210:25
211:2
211:13
211:24
212:1

217:15
217:16
217:20
217:21
217:25
218:16
218:18
220:12
220:16
221:22
222:6
222:10
224:2 224:4
224:11
229:12
231:6 238:1
238:8
239:22
242:22
242:24
243:20
244:25

**database**
47:11

**data-**
**gathering**
33:11

**date** 4:13
5:21
25:17
27:3 27:3
27:22 65:20
66:4
73:17
77:9
77:11 78:18
78:25 79:15
80:8 121:10
122:11
137:22
138:5
138:11

146:10
165:10
166:17
166:17
167:8
170:12
199:11
207:25
208:5 208:6
208:9 210:6
219:17
219:22
238:5

**dated** 228:13

**dates** 146:3
183:14
204:17

**dawn** 21:13

**day** 27:22
28:2 28:8
139:4 162:8
162:23
165:10
184:5 184:7
184:13
185:10
187:5 187:7
187:8
189:20
194:6
201:14
246:10

**days** 9:7
131:8 134:8
135:2 155:6
184:10
184:12
184:16
184:19
184:20
184:22



184:22
185:2 185:4
185:8 185:9
185:10
185:13
187:8 187:9
192:5
192:11
194:3
195:15
195:19
195:21
195:22
195:23
195:25
196:6
225:22

**deadlines** 6:4

**deal** 37:7
148:6

**dealing**
147:23

**deals** 30:14

**Dean** 35:8
35:14

**death** 155:7

**December**
184:8
184:11
184:24
184:25
184:25

**decide**
154:6 163:8
182:9
236:14

**decided** 24:14
109:18
127:16
205:23

205:25

**deciding**
236:15

**decision**
14:17 19:10
24:3 81:2
85:10 115:5
119:6 121:8
122:15
123:17
125:2 127:4
127:8 128:1
128:12
128:21
128:23
129:9
138:10
138:14
139:18
170:14
171:12
177:3 177:6
182:14
185:17
190:2 195:4
203:4 203:5
203:16
204:2
205:25
207:21
207:25
208:3 208:5
208:16
212:15
217:19
219:9
220:16
222:9 223:8
235:17
236:5
243:10

**decision-**

**making**
166:16

**decisions**
73:15 73:24
74:2
74:22 75:22
76:17
118:23
119:2
119:20
121:19
153:11
166:18
172:24
180:16
200:20

**deem** 114:18
128:12

**deemed** 97:5
97:7
97:10 159:9

**defect** 131:25
132:5
200:21
200:22
204:4

**defensible**
180:6

**defer** 24:22
24:25
121:10
122:25
123:18
127:16
130:1
217:19
219:22
228:14
236:5

**deferred**

123:25

**deferring**
122:4 123:1

**deficient**
205:1

**define**
216:5
216:14
225:3

**defined**
55:6 176:5

**defines**
225:10

**definite**
137:14

**definition**
29:9 58:2
88:11
130:11
201:20

**degree** 157:24

**delay** 203:21

**delayed**
202:22
203:23

**deliberative**
8:10

**deliver**
125:11
216:9

**delivered**
104:10
104:10

**demonstrate**
29:1
80:17
174:17
175:8



175:21

**demonstrated**
202:25

**demonstrating**
239:9
239:16

**denied** 6:11
6:12 6:13

**Department**
46:10 47:12
65:8 107:18
163:12
163:20
166:15
219:3 219:5

**depending**
104:11
104:21

**depends** 32:24

**describe** 8:25
176:15
196:25

**description**
220:14

**designation**
131:16

**designed**
215:11
221:2

**desires** 151:2

**determination**
6:8 6:10
24:7
29:11
55:4 74:3
81:25
82:3 83:5
84:18 84:24
86:14 86:22

107:9
113:20
114:10
122:4 122:5
122:11
122:25
123:2
123:18
124:15
147:14
147:15
147:15
147:16
150:20
150:22
151:3 151:5
162:8
162:22
167:2
168:23
169:6
169:24
170:6
177:25
178:6
179:14
180:17
182:10
182:12
186:19
187:12
191:17
199:25
200:4
201:25
202:4 202:5
202:22
204:3 204:8
206:25
222:24
223:18
233:10
233:13

234:2 234:5
234:10
234:18
234:22
239:23
244:20
244:25

**determination
s** 54:2
54:15
55:8
165:5 173:2

**determine**
49:20 61:13
73:17
74:7 77:9
77:12 78:18
79:1 80:8
123:22
126:3 138:6
145:23
145:24
146:19
150:7
165:17
165:22
166:2
167:17
168:6
168:12
169:22
201:15
211:1
214:20
223:11
226:11
241:17

**determined**
50:8
96:24 124:3
138:3 138:5
146:3 148:9

153:10
165:10
165:11
166:17
169:16
172:1 172:2
178:6
181:25
193:20
222:19

**determines**
59:13
60:8 171:15
214:2

**determining**
23:15 59:20
74:12
171:17
172:18
172:20
217:8

**develop** 14:15
74:12 201:9
217:8
237:19

**developed**
29:7
29:13
126:16
152:3
161:21
162:11
218:8 219:3
219:10
225:23
228:12

**development**
6:18 7:6
14:12 61:12
64:19 70:24
71:11



79:6
79:12
116:10
129:2
177:19
180:16
191:2
223:16
234:13
238:24

**dialogue**
93:12
119:17
169:2
190:14

**DIBELS** 87:24

**D-I-B-E-L-S**
87:24

**dictated**
33:11

**difference**
235:24

**different**
27:3 29:7
33:15
35:9
104:1 104:4
104:22
107:23
111:22
133:14
172:25
173:1 224:8
225:25
226:2 226:6
226:8
226:14

**differently**
108:6
115:22

173:4

**difficult**
131:10

**difficulties**
228:22

**difficulty**
125:6

**direct**
12:25
13:1 15:5
20:7
20:13
21:5 21:9
21:17
22:2
39:21 40:21
40:22
73:3
112:1 112:3
112:23
131:15
132:19
134:20
189:23
235:10

**directing**
157:15

**direction**
86:5 144:14

**directly** 21:7
21:10 24:18
43:7
47:24 48:12
49:14 49:22
51:1 53:4
53:21
56:1 56:5
57:3 58:6
59:2 62:6
64:9 64:24

68:2
68:12 68:23
75:6 79:4
79:8
79:10 80:19
94:7 106:24
118:12
202:6
202:23
203:9
221:17
224:2 224:3
225:20

**director**
5:2 39:25
56:6
66:24 113:1
157:8
158:17
172:9 180:6
210:11
230:14
244:19
244:24

**Disabilities**
10:5 10:7

**disability**
53:14
215:13
215:17

**disabling**
159:22

**disagree**
92:20
130:12
147:14
202:7

**disagreed**
191:20
233:22

**disagreeing**

170:23
170:25

**disagreement**
113:8
114:23
115:4
127:21
130:7
150:21
152:18
152:22
167:6
171:11
236:17

**discard**
222:14

**discounting**
115:15

**discovery** 6:7
142:6
144:10

**discrepancies**
103:1

**discrepant**
102:23

**discretion**
63:14

**discuss** 31:10
116:6
116:23
116:24
120:15
120:23
122:15
125:16
141:19
141:20
141:24
141:24
141:25



142:12
145:16
146:1
146:14
164:24
165:18
167:5
167:18
168:21
175:13
191:4
191:12
203:18
223:7

**discussed**
29:14 62:14
108:24
109:1
114:22
116:3
122:18
125:3
130:21
135:23
136:25
137:8
137:11
140:15
146:17
146:18
146:20
147:3 147:5
150:8
150:12
150:17
152:13
152:15
152:16
152:17
167:3
190:13
192:1 222:7
222:18

225:21

**discusses**
71:6 73:11

**discussing**
129:20
151:10
200:10

**discussion**
7:2 17:10
62:12
101:15
107:13
109:8
109:16
109:24
115:25
116:13
116:16
117:4
118:15
119:15
121:25
122:21
127:16
128:3 130:1
138:8 138:9
138:13
139:5 147:7
149:2 150:4
150:10
151:25
165:2 165:3
165:12
166:10
167:21
169:14
191:15
191:16
203:15
218:23
222:11
222:17

222:21
222:23
223:8

**discussions**
164:9

**disprove**
187:18

**dispute** 114:3
201:23

**disputes**
113:18
114:6 115:4

**district** 4:12
4:25 5:2
6:19 7:2
7:5 10:2
10:14 12:22
13:21 17:16
19:7
21:16 22:17
22:19
24:6
24:14
25:4
26:13 27:20
28:6 29:4
29:6 31:1
31:6
31:12
32:5 33:5
33:7 34:1
34:4 35:9
35:10 35:19
36:18 36:21
37:3
39:24
40:8
40:10 41:23
45:10 45:18
45:25 50:25
58:13 58:22

60:4
62:18 66:24
73:14 73:14
73:22 75:21
76:16
86:8
91:23
93:3
113:9
113:10
113:12
113:14
113:19
113:23
114:2 114:9
119:14
121:5 121:7
121:16
121:17
123:3 123:4
123:21
126:7
130:21
131:17
132:18
134:9
135:23
143:7
147:13
148:7
150:20
151:3 151:3
152:19
154:2 154:3
154:17
154:25
157:9
158:10
158:12
159:3
159:10
159:12
160:4 160:8



160:13
163:12
165:4
167:14
169:4 169:7
171:9
171:10
171:14
172:3 173:9
173:14
175:18
175:19
177:21
178:4
178:16
178:16
178:19
178:22
179:1 179:4
179:11
180:6
182:25
186:25
187:10
187:13
187:24
191:8
191:19
193:16
194:22
196:17
196:21
197:6
197:20
200:2 201:9
201:24
202:21
203:8
205:23
206:21
208:9
216:18
219:1 220:6

220:8 220:8
223:4 224:4
230:5 231:2
231:7 232:8
232:19
235:17

**districts**
31:11 74:11
122:11
166:12
217:7

**District's**
20:7 20:8
23:7 25:8
29:22
53:2
69:10 71:25
100:20
101:17
103:7
103:10
104:13
105:5
105:11
107:4 123:6
161:17
162:2 174:1
174:9
190:20
198:11
198:23
207:15
208:20
209:7
209:17
211:16
212:19
217:3

**District-wide**
157:10
184:21

**document**

11:24
29:8
31:23
32:1 33:2
34:6 41:9
41:11 41:16
41:17 41:23
42:8 42:9
42:22 43:12
44:9 45:3
45:6 45:9
45:10 45:16
45:24
46:9
46:13
48:7 50:7
51:7
56:21
58:9
58:12 65:14
65:17 65:17
65:19 65:22
66:2 66:6
66:6 67:3
67:7 67:8
68:17 74:10
80:16
86:1 87:6
88:25
89:1 89:6
89:7
92:21 92:25
100:13
100:17
100:18
100:19
100:23
101:5 101:5
101:17
102:9
102:13
103:15
103:16

103:19
104:2
104:16
108:21
108:24
109:23
110:15
110:17
110:21
119:10
138:13
141:13
141:15
143:1 143:5
143:25
144:12
144:19
145:3 146:5
147:24
173:8 178:3
201:20
202:1
207:24
210:16
210:19
221:7 228:2
229:1
230:18
230:19
237:16

**documentation**
136:19
139:11
193:14

**documented**
74:15 74:15
81:2
85:10 87:19
95:6
192:9
217:11
217:11



244:25

**documents**
5:25 23:1
23:4
23:23
24:5
25:23
26:6
27:13 27:22
29:19 29:21
30:1
34:18 46:22
47:1 47:4
104:1 125:7
142:21
144:22
173:25
178:15
188:5
188:17
197:20
197:22
197:24
200:7
203:19
203:20
205:6 206:9
220:7
220:12
231:17

**document's**
102:14

**done** 8:11
43:21 79:16
97:1
132:8
141:19
173:3 189:2
193:8 245:4

**door** 7:21 8:5

**doors** 245:19

**Dorothy** 11:22
12:9
16:13
92:7
149:6
149:13
199:8

**Doug** 11:21
12:9
16:11 17:14
90:15 149:7

**DP** 4:12

**Dr** 90:17

**draft** 224:4
238:19

**drafted**
50:6 219:23
224:7
238:12
238:14

**drafting**
122:24

**dramatic**
174:25

**dramatically**
226:2

**drives**
225:6 225:9

**dropping**
232:4

**DSD** 91:22

**dual** 13:9

**due** 6:15
25:16 27:22
36:19 135:1
137:1
170:14
202:19

204:21

**due-process**
4:10

**duly** 39:19

**duplicate**
30:15

**during** 6:17
14:1
36:25
37:6
74:21 90:19
109:2
112:22
125:4 125:5
126:19
159:16
160:13
160:19
164:15
166:7
166:19
170:21
177:24
180:8
180:10
181:6
184:18
185:2
185:13
190:14
191:23
196:1
239:19

───────
E
───────

**Eagle** 35:10

**ear** 8:4

**earlier** 46:24
57:10
81:6
81:22 81:24

89:22 128:5
137:17
155:24
218:22
225:13
232:9
232:14
245:22

**easier** 14:2
81:13

**ed** 41:13
41:14
66:9
66:24 89:19
89:20 175:2
175:3
175:20
215:14
244:19
244:24

**Edmark**
26:25
27:3 27:5

**educated**
232:6

**educating**
180:1

**education**
10:4
46:15 52:14
52:21
53:7
53:13
56:7 59:5
65:9
67:25
107:18
111:6 112:5
112:12
112:15
124:16



125:12
125:24
126:3
141:16
157:9
157:11
157:22
157:25
158:2  158:3
158:9
158:17
162:16
163:12
163:20
164:5
166:15
173:13
173:14
174:2  180:5
191:1  198:4
204:6
210:11
210:15
212:11
218:7  219:3
219:6  221:3
221:15
221:23
222:21
227:5

**educational**
117:15
158:25
180:22
181:20
215:16
216:5
216:14
221:1
222:12
225:3
225:10

**education-
   related**
   52:6

**Education's**
46:11  47:13
65:8

**educator**
175:17

**educators**
242:2

**effect**
132:6
135:25
177:23
180:25
226:20

**efficient**
34:17  36:9

**effort**
159:7
215:22

**efforts**
178:18
178:22

**eight** 112:2
112:7  112:8
112:10
112:11
112:14
112:16
187:8  194:5
194:16

**eight-week**
194:16

**EIP** 244:12

**either**
13:15  13:20
15:5
22:13  32:15

33:15  34:21
35:15
39:7
56:12  97:22
131:21
134:8
178:16
193:15
219:14

**elementary**
158:15

**elements**
36:23
37:1
58:21  78:13

**eligibility**
89:13  89:17
90:11  92:12
93:9
94:16  126:4
127:17
139:19
139:20
146:18
146:19
146:21
146:24
146:25
147:3  147:5
162:7  162:8
162:14
162:16
162:22
207:22
232:24
232:25
233:5
238:25

**eligible** 50:5
127:4  218:7

**eloping** 193:4

**eloquently**
118:4
118:12

**else** 5:8  25:7
26:15  90:16
91:8  108:24
149:10
154:4
157:15
204:10
227:14
246:5

**Ely** 11:21
11:21
12:9
16:11  16:11
16:12  16:16
16:20  16:21
16:23
17:1
17:14  17:15
17:16  17:20
90:15  149:7

**email** 35:8

**emails** 143:19
143:19

**embedded**
61:16  79:2

**Emily**
105:17
105:19
144:17

**emotional**
222:13

**emphasis**
225:24

**employee** 35:8
91:22  91:23

**employees**



NAEGELI
DEPOSITION AND TRIAL EXPERTS

800.528.3335
NaegeliUSA.com

46:20 90:21
90:23
91:1
91:19
130:21

**empty** 159:11

**enable** 116:14
215:13

**encompass**
87:5

**engage** 218:16

**engaging**
193:6

**enroll** 160:3

**enrolling**
179:6

**enrollment**
35:12

**ensuing**
119:16

**ensure**
74:23
173:21

**ensuring** 86:7
157:12
218:19

**entered** 174:8

**entertained**
139:25

**entire** 66:9
108:21
108:23
109:16
115:16
119:1
165:25
234:16
240:5

243:17

**entirety** 93:4
101:6

**entitled**
194:12

**entries**
165:15
166:22

**entry** 165:16

**enumerated**
62:4

**environment**
229:10

**environmental**
240:9

**E-r-i-c-k-s-**
**e-n** 91:9

**Erickson**
18:11 18:19
21:9 91:3
91:4 91:9
91:21
92:2
149:6 149:7

**err** 190:3

**escape** 229:9

**ESD** 90:21
90:23
91:1 91:19

**especially**
134:22

**essence** 132:3
165:6

**essentially**
9:11 9:23
131:25
163:25
169:12

185:23
186:12
187:10
199:25

**established**
170:4
188:21

**establishing**
159:6
188:20

**estimate**
10:20

**estimator**
133:3

**ESY** 6:24
7:2 24:4
24:7
24:16 28:17
29:11
31:2 31:7
32:16 33:11
33:14 35:13
35:15
43:6
44:14 44:23
45:19 47:23
48:11
49:9
49:13 49:21
51:19
52:2 52:5
52:13
53:3 53:5
53:12 53:20
55:3 55:7
55:12
56:4 58:5
59:1 59:4
59:14
60:8 61:13

62:5 64:8
64:23
65:3
65:24 66:18
68:3
68:10 68:16
68:22
69:4
69:11 69:13
69:17 69:18
69:20 70:12
70:16 70:18
70:23
71:7
71:10
72:1 72:3
72:11 72:12
72:14 73:12
73:18
74:3
74:20
77:9
77:12 78:18
79:1
79:13
80:9
80:15 80:25
81:22 81:25
82:3 83:4
83:5 84:7
84:18 84:24
85:8
86:10 86:11
86:14 86:21
86:22 86:24
87:23
88:4
88:10 88:20
89:8 89:8
89:10 89:17
90:3
90:10 92:12
92:16



| | | | |
|---|---|---|---|
| 93:8 94:6 | 130:20 | 166:2 | 202:5 |
| 94:10 94:16 | 135:22 | 166:16 | 202:22 |
| 95:5 | 136:25 | 167:2 167:5 | 204:3 204:8 |
| 95:21 | 137:9 | 167:8 | 204:24 |
| 96:2 96:6 | 137:12 | 167:15 | 207:22 |
| 96:18 96:23 | 137:18 | 167:18 | 208:6 213:9 |
| 97:3 97:6 | 138:6 139:4 | 167:22 | 219:9 |
| 97:8 97:8 | 139:19 | 168:21 | 219:14 |
| 98:15 98:22 | 139:20 | 169:6 | 219:23 |
| 99:11 | 139:24 | 169:14 | 220:12 |
| 108:24 | 141:21 | 170:6 | 220:14 |
| 109:1 | 141:25 | 171:15 | 220:17 |
| 109:16 | 142:13 | 171:17 | 220:22 |
| 112:22 | 145:16 | 172:6 | 220:23 |
| 116:3 116:6 | 145:23 | 172:19 | 221:2 222:8 |
| 116:11 | 145:25 | 172:20 | 222:19 |
| 118:15 | 146:1 146:2 | 173:1 | 222:22 |
| 119:6 | 146:14 | 173:18 | 223:8 |
| 120:15 | 146:17 | 173:21 | 225:19 |
| 120:23 | 146:22 | 175:7 176:1 | 225:20 |
| 121:6 | 146:23 | 177:3 177:6 | 233:10 |
| 121:19 | 146:25 | 177:16 | 233:13 |
| 121:25 | 147:3 147:5 | 177:21 | 233:19 |
| 122:5 | 147:8 150:7 | 178:1 178:8 | 234:2 234:3 |
| 122:12 | 150:8 150:8 | 179:12 | 234:5 |
| 122:15 | 150:10 | 179:15 | 234:10 |
| 122:18 | 150:11 | 180:10 | 234:11 |
| 122:23 | 150:17 | 182:9 188:1 | 234:17 |
| 122:25 | 151:10 | 191:6 191:9 | 238:1 239:2 |
| 123:2 | 151:25 | 191:12 | 239:3 |
| 123:23 | 152:12 | 191:17 | 239:23 |
| 124:3 | 152:14 | 192:10 | 239:24 |
| 124:15 | 153:9 | 192:22 | 240:1 |
| 124:22 | 153:11 | 193:1 | 240:11 |
| 124:22 | 153:11 | 193:20 | 240:18 |
| 124:24 | 159:15 | 194:12 | 243:12 |
| 125:16 | 160:13 | 194:21 | 244:4 |
| 126:18 | 164:5 | 199:25 | 244:13 |
| 126:20 | 164:10 | 200:4 | 244:20 |
| 126:25 | 164:24 | 200:19 | 244:24 |
| 127:4 127:5 | 165:5 | 201:15 | **et** 101:12 |
| 127:8 | 165:18 | 201:18 | |
| 128:11 | 165:22 | 201:25 | **evaluate** |



NAEGELI
DEPOSITION AND TRIAL EXPERTS

800.528.3335
NaegeliUSA.com

53:24 54:12

**evaluating**
157:12

**evaluation**
126:2 126:3
126:8 191:1
232:25
238:4

**evaluator**
149:8

**event** 91:7
99:24 226:7

**eventually**
204:16

**ever-**
  **present**
  227:4

**everybody**
90:14
178:23

**everyone** 5:20
111:20
245:22

**everything**
26:15 61:21
92:23
106:14
106:15
141:10
226:7
226:14

**evidence**
23:15
25:6 29:1
31:8
31:11 32:14
36:5 36:8
36:15 37:22
38:12

43:3 44:6
44:10 50:20
56:21 74:15
74:15
81:2
85:10 87:20
101:1
101:12
101:20
105:12
129:22
148:16
148:23
161:18
162:3
174:10
190:21
195:12
198:12
198:24
199:24
201:5
207:16
208:21
209:18
211:17
212:20
217:11
217:11
227:9 229:3

**evidenced**
143:18

**evident**
176:10

**evidentiary**
44:12

**evidently**
28:22

**exact** 114:6

**exactly** 45:17
110:13

119:19
159:25
166:9 171:4
205:4

**examination**
20:11 39:21
51:7
103:2
131:13
189:23
197:15
224:25
241:12

**examined**
39:19

**example**
24:8 178:10
180:7
181:18
194:15
218:6 218:9
228:16

**examples** 88:5

**Excel** 104:10

**except** 44:13

**exception**
37:22 90:15
129:25

**exclude**
5:14 16:3
24:23 32:22
44:5 205:6

**excluded** 16:6
31:15 44:22
45:12

**excluding**
205:9

**exclusion**
205:12

**exclusive**
98:19 99:11

**exclusively**
28:17

**excuse** 8:16
17:6
17:17 19:13
19:20 25:11
34:9
45:22 53:23
54:12 55:14
59:18 66:10
185:4

**excused** 16:16
18:13 19:22

**exhibit**
11:5 11:8
23:7
25:13
26:6
26:22 26:24
27:25 30:13
30:14 30:24
31:11 31:14
35:2 35:4
35:5 35:7
36:1 36:2
36:4
37:13 37:14
38:8
40:25
43:2
43:15 44:17
44:25
45:5
46:19
47:9
47:22
48:9 52:1
56:17 56:17
65:4
65:23 67:10



67:23
68:4
68:17 68:21
69:1
69:15
71:4 72:9
73:12 74:10
77:6 81:1
83:4 86:4
95:1 95:4
96:8
99:20 99:22
100:20
103:7
103:11
103:22
103:23
104:13
105:11
107:4 110:8
110:9
110:12
145:8
145:18
148:15
148:22
148:25
161:1 161:4
161:12
161:17
162:2
164:11
173:7
173:15
173:24
174:4 174:9
183:3
183:22
190:6
190:16
190:20
194:9 198:1
198:6

198:11
198:14
198:23
199:1 199:9
201:4 201:5
205:9 207:5
207:15
207:18
207:19
208:20
209:17
210:21
211:16
212:17
212:19
213:1 213:2
213:3
213:23
217:1 217:3
217:3
227:15
228:15
229:2
241:14

**exhibits**
22:12 22:17
22:22
25:1 25:4
25:8 25:9
25:14 26:12
26:18 27:23
28:2
28:12 29:15
29:16
30:7 30:7
36:7
37:21
38:1
38:10 38:11
66:10 100:2
141:6 143:7
154:7

206:14

**existed**
48:5 66:3
151:21
151:24
152:6
152:12

**existence**
41:16 65:17
65:22 66:14
66:19 67:20
68:5

**existing** 43:8

**exists** 242:22
242:24

**expect**
10:21
12:1
50:12
232:10

**expectations**
189:3

**expecting**
145:15

**expenditures**
113:22

**experience**
175:17
180:20
237:24

**experiences**
175:19
223:2

**expert**
48:23
238:22
240:21

**experts** 223:4

238:22

**explain**
14:4
54:22 85:24
113:4
119:13
128:4
168:24
193:17
211:4

**explained**
28:16 150:4

**explanation**
8:23

**expressed**
221:17

**extended** 6:20
41:13
48:9
49:24
50:3 52:5
53:6
53:16
57:3
57:11
58:2 58:3
59:7 74:1
74:13 80:16
83:3 85:5
85:21 107:5
107:9
108:19
115:16
116:1
120:10
149:1 150:3
159:3 159:6
160:16
164:20
169:24
173:19



179:20
180:8
213:25
217:9
219:12
228:17

**extended-year**
7:3

**extending**
48:17 202:8

**extensive**
172:5

**extensively**
164:6

**extent**
14:11 45:24
61:1
147:7
150:10
155:11
206:15
207:24

**extraneous**
8:1

**eye** 155:23

———————

F

**face** 119:10
119:11
230:11

**facilitate**
14:12 131:6
132:13

**facilitated**
163:18
234:14

**facilitator**
107:18
107:25

108:2 108:4
108:5
109:18
109:19
115:15
116:9
116:12
116:13
116:15
116:19
116:23
117:9
117:10
117:11
117:14
117:17
117:18
117:19
117:21
117:24
117:25
118:10
163:4 163:9
238:11

**facilitator's**
116:6

**fact** 13:15
23:17
51:8
57:15
104:19
126:23
137:2
137:11
164:24
165:24
166:22
170:10
170:17
173:25
177:6
178:18

179:7
180:24
181:2
182:18
186:19
186:24
188:12
190:10
191:12
202:13
203:1 203:6
203:15
208:15
210:15
211:25
219:2
219:12
219:19
219:20
224:7
225:24
227:4
238:10

**factor** 28:24

**factors** 78:13
108:16
188:11
240:9

**facts** 7:14
7:15 33:25

**factual** 116:7

**failed** 6:19

**failure**
6:24 37:1
132:6
133:13

**failures**
203:22

**fair** 14:12
14:15

42:7
50:22 82:11
150:12
172:7
183:16
187:24
188:2

**fairly** 135:6

**fall** 52:6
194:22
202:12

**familiar**
42:15 42:18
42:20
57:7 57:9
59:23 78:23
117:15
164:4
210:14
210:19
225:17
230:20

**FAPE** 10:4
36:21
37:4
52:17 52:19
59:10 59:14
125:16
132:6
176:13
200:23
214:4
215:25
216:9
216:20
221:11

**fashion**
15:8 40:16

**fast** 8:11
115:19
225:14



**faster**
  62:15
  136:11

**favor** 170:16

**fax** 11:10

**faxing** 103:21

**FBA** 141:19
  141:24
  142:11
  145:21
  228:10
  240:7
  241:23
  244:7 244:9
  244:12

**FEA** 243:23

**federal**
  6:22 6:23
  7:7 13:21
  42:2 42:4
  42:5
  42:12 42:13
  42:19 56:18
  57:1
  57:12 57:13
  57:16 57:19
  57:22 58:21
  59:17 59:24
  60:7
  60:10 60:12
  60:19 61:11
  62:19 64:18
  64:21 70:22
  78:10
  79:9
  79:11 80:12
  80:21 84:20
  84:22 87:21
  96:5 114:19
  115:9 123:5
  129:3

136:15
136:21
138:17
213:22
214:7 220:1

**feedback**
  166:6

**feel** 49:16
  56:11 56:11
  57:15 68:21
  73:4 87:7
  152:21
  182:10
  225:6

**feeling** 17:4

**fell** 194:24

**felt** 24:6
  40:15 80:11
  114:2 165:4

**fewer** 152:3

**fidelity**
  185:18
  188:9 190:1

**field** 22:5

**file** 6:6
  170:14
  210:15
  210:17

**filed** 6:5
  6:16 16:1

**fill** 157:1

**final** 13:17
  13:23
  108:16
  138:7
  138:12

**findings**
  13:15

**finds** 77:23
  97:20

**fine** 14:9
  18:23 22:13
  36:11 44:12
  44:21
  135:20
  136:10

**finish** 70:9
  90:5 242:8

**finished**
  134:20
  140:9 156:5

**finishes** 80:7

**first** 9:5
  12:4 12:7
  12:19 27:19
  28:9
  30:12 37:11
  38:22
  39:1
  39:19
  45:3
  58:20 61:20
  61:21 67:23
  103:14
  107:15
  108:9
  149:16
  150:4 153:5
  160:3 160:5
  171:15
  183:8 184:5
  184:7
  185:10
  187:5 187:7
  203:12
  204:20
  205:17
  229:5
  230:24

231:24

**fit** 96:13
  205:17

**five** 18:22
  34:12 55:17
  112:7 194:5

**five-minute**
  79:20

**flaws**
  202:13
  202:14

**floor** 232:4

**flopping**
  193:4

**flow** 134:18
  187:19

**flowing** 170:3

**focus**
  131:23
  164:19
  173:7
  208:25

**focused** 86:6

**focusing**
  171:14

**followup** 85:4

**follow-up**
  82:24
  95:2
  96:25
  193:12
  221:8

**foreseen** 37:7

**forever** 155:5

**forget**
  12:14 13:12
  114:6



**form** 67:20
102:24
212:11
219:18

**formal** 21:25

**formality**
38:3 183:6

**format** 45:11

**formed** 129:18

**forms**
192:22
219:1 219:2
219:4
219:19

**forth** 23:24
183:14
194:13

**forward**
157:23
160:23
164:16
193:22
205:9 223:4
237:22

**foundation**
23:5 154:14
210:10
211:5 228:7

**foundational**
179:23
220:15

**frame** 183:24

**framing**
195:17

**free** 10:3
52:20 73:4

**frequently**
12:14

---

112:21
131:5

**Friday**
25:14
184:24

**front** 43:12
60:5
136:6 138:2
142:19
161:2
188:24
196:12

**froze** 184:19

**full** 14:12
14:15
178:19

**function**
215:19
215:21

**functional**
191:1
215:11
227:24
228:11
232:23
237:20

**fundamental**
182:6

**future** 9:21
191:3

---
G
---

**gain** 177:13
182:13
217:20

**gaining** 180:2

**gaps** 157:2

**gather** 30:25

---

187:14
190:4

**gathered**
83:11 153:2
202:25

**gathering**
24:15 33:19

**gauge** 238:7

**gears**
158:21
160:22
197:11
212:22

**general**
9:11 13:5
33:4
36:18
37:1 43:5
46:13 47:23
49:12 49:20
51:6
51:11 51:21
52:1 53:1
53:2 56:3
56:8
56:13 57:10
58:5
58:13
62:4
62:15
63:4 64:7
64:25 68:22
69:3
69:14 69:15
69:25
71:1 71:3
72:8 72:9
73:9
73:12 73:25
75:15 75:20
76:11 76:14

---

77:5 77:6
80:6
92:18 123:6
131:15
131:15
131:21
132:16
150:15
158:3 160:7
179:17
181:17
188:16
192:7 192:8
192:17
215:14
228:18
231:13
237:14
242:9

**generalized**
28:19 164:4

**generally**
21:15
32:5
35:14
38:7
62:21
171:15
172:23

**generate**
238:8

**generated**
210:16
226:15
237:16
238:6

**genesis**
237:15

**Gentili** 169:1

**Gentili-**

---



**Armbrust**
163:5 166:9

**Gentili-**
**Armbrust's**
166:6

**gentleman**
16:10

**germane** 203:9
237:25
239:6

**gets** 8:4 10:8
94:4

**getting** 85:20
95:12 98:15
134:25
135:18
163:21
177:12
208:17

**given** 7:17
30:20 37:21
102:21
117:21
118:17
134:22
159:20
200:11
203:7
230:13
241:3

**giving**
154:2 154:3

**goal** 53:4
58:7 59:2
62:6
64:10 68:24
80:19
215:23
221:1 221:9
221:13

221:24
226:21
226:21
239:16
239:18
239:18

**goals** 28:15
28:18
29:7
33:15 33:21
43:7
47:25 48:13
49:14 49:22
50:16
51:2
51:20
52:3
52:10 53:22
53:25 54:14
55:2 55:6
55:25
56:1 56:5
64:24 73:18
94:7
94:11 94:13
94:17 152:5
180:16
181:7
181:24
201:9 213:7
213:8 215:8
215:10
215:11
215:19
215:21
216:4 216:7
216:13
221:1 223:2
223:13
223:16
223:17
224:8 224:8
224:16

224:17
225:2 225:6
225:10
226:1 238:3
238:24

**gone** 163:13

**gotten**
133:8 206:4
218:4

**grade** 214:21

**graduated**
157:24

**granted**
6:11 16:5

**Grants** 4:11
29:6
66:24 91:23
141:20
141:24
142:12
158:11
158:17
159:2 171:5
175:18
181:13
182:25
219:1 224:3
232:19

**graph** 197:3

**great** 18:9
206:6

**greatly**
188:22

**grey** 30:21

**grief** 136:1

**grounds** 28:1

**growing** 180:2

**growth** 177:14

227:7
232:16
239:10

**guess** 18:18
33:1
73:14 84:14
87:20 95:17
96:19 148:9
163:13
180:4
185:17
228:14
230:12
231:11
236:20

**guessing**
183:15

**guidance**
41:12
44:1
44:14 44:23
46:22
48:3
49:12 53:23
54:11 57:14
57:23 58:14
58:21 58:24
59:22
60:4 65:3
66:9
66:18
68:2
68:10 68:12
68:16 68:20
68:21 73:20
80:23 88:19
88:25
89:5 89:6
173:12
175:13
209:1 213:6



guide 180:17

guideline
52:2 53:2
53:2 56:8
58:5 64:8
68:22
69:3 71:3
88:17 88:18
99:8

guidelines
42:12 42:13
43:5
45:19 47:23
49:20 51:21
56:4
56:14 57:11
62:4
64:25 65:24
69:14 69:16
69:25
71:2 72:8
72:10 73:10
73:13
74:1
75:16 75:20
76:11 76:14
77:5 77:7
80:7
85:22 85:23
85:24
86:4 86:9
87:5
87:10 87:23
92:19 92:19
93:8 94:4
94:23 96:17
96:22 121:6
121:16
123:6 123:7
194:13
194:22
200:8

guides 101:12

guiding 89:1

─────────

H

half 184:15
185:4
185:15

hall 7:19

hallway 134:6

hand 26:8
100:1 183:7
183:21
199:18
225:12
225:12

handbook
41:13 66:10
89:19
173:13

hand-
deliver
144:24

handed 61:8
143:1

handle 8:2
22:11 29:24
160:8

hands 8:24

handwritten
199:5 199:6

happen 8:18
9:22
50:12
169:16
243:16

happened 7:23
133:12
137:19

159:12
165:9
184:17
203:25
204:12
204:15
204:18
205:5
205:11
205:19

happens
142:24
199:17

hard 72:19
133:4

haste 160:17

haven't
134:19

having 7:13
21:1 21:2
39:19 62:14
76:25
108:11
119:8 137:6
188:18
215:18
220:6 239:4
240:17
242:17

Hawaii 29:4
125:10
126:7
126:16
126:21
137:3
138:19
159:8
160:15
160:20
177:22
178:3

178:10
178:15
178:19
178:25
180:25
181:11
192:9
193:16
222:15
224:9
224:12
226:1
229:13

head 149:9

heads 8:20

health 189:19

hear 8:12
33:23
75:3 75:5
121:21
122:7
170:20
200:9

heard 72:23
73:7
104:3 163:2
170:11
188:4
200:24
202:10
204:13
215:18
216:12
233:24
233:25
243:18

hearing 4:1
4:10 4:13
5:11 5:19
6:3 6:9
6:14 6:14



6:16
13:16
14:1
21:25 22:13
24:2 26:5
26:13
28:2 28:7
28:8 31:5
36:20 36:25
37:2 37:6
150:25
151:1
202:20
205:15

**Hearings**
4:8 13:14

**held** 4:2 5:24
6:1 17:10
62:12
141:19
146:7
196:13
196:24
202:15
222:21
222:23
222:24

**he'll** 245:8

**help** 14:3
14:6
14:11 121:8
126:6
153:24

**helpful**
131:21

**helps**
119:23
155:13

**hence** 54:1
54:14 97:11
238:3

238:24

**he's** 16:6
38:7
83:13
128:18
167:4
183:10
189:1 189:2
202:8 205:4
210:5
227:18
227:19
235:19
243:5
244:11
245:6

**high** 141:21
141:25
142:13
158:14
191:5

**highlighted**
30:23 31:19

**highlighting**
30:20 30:22
100:17

**hiring** 157:11

**historical**
125:25
126:24
137:1
179:19
182:1
229:12
237:20

**history** 32:15
32:18
33:8
33:10
117:15
124:21

157:18
229:7
231:19
231:21
232:3 243:9

**hold** 18:24
19:19 39:23

**holding** 13:25
187:25
207:2

**holiday**
182:21
182:21

**hone** 164:9

**honor** 23:2
25:11
27:1 27:6
61:4
77:20 84:10
95:7 103:22
110:23
140:22
191:8

**Honor's**
118:13

**hop** 212:24
216:23

**hopefully**
177:12
180:1

**hoping** 17:2
163:20

**hostile**
131:17
131:18

**hot** 7:20

**hour** 12:3

**hours** 18:2

**House** 4:6 4:7
4:24 5:8
7:22 8:6
8:8 8:14
10:25
11:4 11:9
11:12 11:18
11:20
12:4 12:7
12:9
12:11 12:13
12:18 12:21
13:11
14:6 14:8
14:20
15:2
15:14 15:20
15:23 15:25
16:4 16:9
16:12 16:14
16:17
17:4
17:12 17:20
17:25 18:17
19:3 19:5
19:7
19:21
20:1 20:5
20:8
20:17 20:21
20:24 21:11
21:15 21:19
21:22
22:4 22:7
22:14 22:24
23:3 23:9
23:12 23:18
24:21
25:7
25:12 25:15
25:18 25:21
26:1 26:4
26:8



| | | | |
|---|---|---|---|
| 26:12 26:17 | 63:16 63:21 | 94:1 95:5 | 115:18 |
| 26:20 | 63:23 | 95:8 | 115:21 |
| 27:2 27:7 | 64:2 64:5 | 95:11 95:13 | 115:25 |
| 27:11 27:15 | 64:13 | 95:19 97:17 | 116:5 |
| 29:18 29:24 | 66:5 | 98:10 98:13 | 116:12 |
| 30:4 | 66:12 66:16 | 98:21 | 116:18 |
| 30:10 30:15 | 67:6 67:9 | 99:1 | 116:22 |
| 30:18 31:21 | 67:11 67:16 | 99:16 100:1 | 117:3 117:6 |
| 32:3 | 68:5 68:6 | 100:5 100:9 | 118:6 118:9 |
| 32:11 33:22 | 69:5 69:8 | 100:25 | 118:14 |
| 34:3 | 71:15 71:22 | 101:7 | 118:20 |
| 34:11 34:16 | 72:19 | 101:10 | 119:9 |
| 35:6 | 73:6 | 102:2 102:7 | 119:12 |
| 35:20 35:25 | 74:25 | 102:12 | 119:24 |
| 36:3 | 75:2 75:5 | 102:17 | 120:4 |
| 36:10 37:10 | 75:8 | 102:20 | 120:18 |
| 37:15 37:18 | 76:19 76:24 | 102:25 | 120:21 |
| 38:6 | 77:3 | 103:4 103:8 | 121:11 |
| 38:13 38:15 | 77:21 77:25 | 103:13 | 121:14 |
| 38:18 38:25 | 78:5 | 103:25 | 121:20 |
| 39:4 | 79:18 79:21 | 104:12 | 121:23 |
| 39:16 | 80:4 | 104:16 | 122:13 |
| 41:3 | 81:12 81:17 | 105:1 105:4 | 123:11 |
| 42:23 | 82:6 | 105:10 | 123:14 |
| 43:1 | 82:10 82:14 | 105:19 | 123:20 |
| 43:15 43:18 | 82:20 82:23 | 105:21 | 123:24 |
| 43:20 43:24 | 83:1 | 105:22 | 124:6 |
| 44:21 | 83:13 83:16 | 105:25 | 124:20 |
| 45:8 | 84:2 84:9 | 106:4 | 125:3 |
| 45:21 | 85:4 | 106:24 | 125:14 |
| 46:6 | 85:13 86:16 | 107:21 | 125:19 |
| 48:20 48:24 | 86:18 87:13 | 108:5 | 127:9 |
| 49:2 49:4 | 87:18 87:22 | 110:10 | 127:13 |
| 50:21 | 88:8 | 110:14 | 127:15 |
| 51:9 | 88:15 88:22 | 110:18 | 127:19 |
| 51:15 52:23 | 89:9 | 110:24 | 127:23 |
| 55:10 55:18 | 89:12 | 111:11 | 128:13 |
| 56:19 56:23 | 90:5 90:8 | 111:19 | 128:18 |
| 60:14 60:17 | 91:7 | 111:23 | 129:13 |
| 60:21 60:24 | 91:11 91:14 | 112:8 | 129:16 |
| 61:5 | 91:18 91:25 | 113:21 | 129:20 |
| 62:10 62:13 | 93:14 93:20 | 113:25 | 130:8 |
| 63:7 63:9 | 93:23 | 115:2 115:9 | 130:11 |



| | | | |
|---|---|---|---|
| 130:16 | 154:22 | 193:7 | 220:6 |
| 130:23 | 155:10 | 193:10 | 220:18 |
| 131:4 132:3 | 155:17 | 196:24 | 221:16 |
| 133:1 133:4 | 155:22 | 197:2 198:8 | 221:20 |
| 133:17 | 156:2 156:6 | 198:10 | 222:6 |
| 133:20 | 156:14 | 198:20 | 222:16 |
| 133:23 | 156:18 | 198:22 | 223:6 |
| 133:25 | 158:4 158:7 | 199:11 | 223:19 |
| 135:8 | 161:14 | 199:14 | 224:21 |
| 135:12 | 161:16 | 199:21 | 227:10 |
| 135:20 | 161:24 | 200:14 | 227:13 |
| 136:10 | 162:1 | 201:1 201:6 | 227:16 |
| 137:24 | 162:20 | 203:25 | 227:22 |
| 140:20 | 162:25 | 205:14 | 228:6 228:9 |
| 140:23 | 167:10 | 206:1 206:6 | 228:25 |
| 141:1 141:7 | 167:13 | 206:11 | 229:4 |
| 142:20 | 167:20 | 206:15 | 229:15 |
| 143:5 | 168:2 168:7 | 206:19 | 229:24 |
| 143:17 | 168:9 | 206:24 | 230:13 |
| 143:21 | 168:13 | 207:5 | 230:22 |
| 143:25 | 168:19 | 207:10 | 231:1 231:4 |
| 144:5 144:9 | 168:24 | 207:13 | 231:9 |
| 144:18 | 169:8 | 208:3 208:7 | 231:13 |
| 144:25 | 169:19 | 208:13 | 231:16 |
| 145:2 145:5 | 169:21 | 208:18 | 233:24 |
| 145:9 | 170:1 | 209:4 | 234:7 235:6 |
| 146:21 | 171:22 | 209:11 | 235:9 236:4 |
| 147:1 148:5 | 171:24 | 209:15 | 236:24 |
| 148:11 | 172:8 | 209:24 | 237:2 237:8 |
| 148:14 | 172:13 | 210:5 | 241:9 |
| 148:20 | 174:6 174:8 | 210:12 | 241:11 |
| 149:15 | 176:8 183:6 | 210:22 | 242:7 243:4 |
| 149:19 | 183:10 | 211:3 | 243:15 |
| 149:25 | 183:19 | 211:12 | 243:21 |
| 150:15 | 189:8 | 211:15 | 244:1 |
| 150:17 | 189:10 | 212:3 212:6 | 244:11 |
| 151:6 152:9 | 189:15 | 212:16 | 244:16 |
| 153:16 | 190:17 | 212:18 | 244:21 |
| 153:20 | 190:19 | 214:24 | 245:2 245:5 |
| 153:24 | 192:1 192:7 | 215:4 | 245:8 |
| 154:2 154:9 | 192:12 | 216:11 | 245:15 |
| 154:14 | 192:15 | 216:18 | 245:21 |
| 154:20 | 192:18 | 218:23 | 245:24 |



246:1  246:3
246:8

**Housekeeping**
62:13

**House's** 195:5

**hung** 10:8
155:6

**Hungerford**
5:5  18:10
245:18

**hyphen** 163:6

**hypothesize**
229:9
229:23
230:7  232:5

**hypothetical**
124:21
239:15
243:4
243:15

———————
I
———————

**i-c-t-o-n**
91:17

**I'd** 21:1
40:24  43:15
76:24
79:3  132:24
135:18
161:12
166:5  173:6
173:15
174:4
190:16
198:6
198:19
199:9  209:1
209:3
228:14
232:6

235:25

**idea** 7:1  7:10
9:12
10:22
12:2  31:7
36:22  41:16
42:12
50:5
57:23  69:20
72:15
107:15
117:20
157:13
163:10
236:23

**identified**
53:25  54:13
74:4
138:5
153:12
159:23
164:13
173:19
174:17
180:15
180:18
188:11
215:23
218:2  223:3

**identify** 50:8
55:5  167:25
173:11
177:17
215:22

**IEP** 6:17  6:18
7:4  7:7
23:24  28:15
28:18
29:3  29:5
29:7  29:9
29:12  33:12
33:15  33:18

35:13  35:17
40:2  43:7
47:25  48:13
49:14  49:22
50:6  50:9
50:13  50:16
51:2  51:8
51:20
52:3  52:8
52:10  52:16
52:17
53:4  53:9
53:15  53:22
53:25  54:14
55:2  55:4
55:25
56:1  56:5
58:7
58:17
59:2  59:4
59:13  59:21
60:8
61:12
62:6
64:10  64:20
64:24  68:24
69:4
69:11  69:16
69:22
70:5
70:11  70:18
70:24
71:6  71:6
71:11
72:1
72:11  72:16
73:11  73:11
73:16
77:8
78:12  78:14
78:17
79:6
79:12  80:19

88:21
89:2  90:1
90:14
91:1  93:2
94:7
94:11  94:17
96:10  100:7
100:8
100:21
102:3
107:19
109:17
110:7
112:10
112:13
113:4  113:6
113:13
113:15
114:16
116:3
116:10
116:11
116:24
118:23
119:1  119:1
119:7
119:16
122:16
122:24
123:16
123:17
124:2  124:4
124:5
124:13
124:15
124:19
125:8
126:14
126:21
127:7
128:24
129:3  129:4
130:1  130:5



130:18
130:20
135:22
136:15
136:20
137:7
137:13
137:16
138:4
138:18
139:10
139:15
139:18
139:21
146:4 150:5
152:2 153:7
153:10
153:13
159:8 160:9
160:11
160:15
160:18
160:21
161:7
161:21
162:11
163:19
163:22
164:8
164:14
175:13
177:19
177:22
177:23
178:10
180:25
181:3
181:11
181:14
181:18
181:18
181:19
184:2

184:14
185:11
185:20
186:1
187:16
188:12
188:13
190:10
192:9
193:23
195:6
200:16
201:3 201:9
201:20
202:1
202:21
204:15
204:16
204:17
204:18
204:21
205:1 205:7
207:19
207:21
210:6 213:7
213:18
213:20
214:1
214:11
215:7 215:7
215:20
215:22
216:2 216:9
218:8
218:22
218:25
219:10
219:19
219:22
220:10
221:21
222:3
222:25

223:24
224:5 224:9
224:12
225:22
225:25
226:1
226:19
233:2 233:3
233:7
233:10
234:12
234:14
238:3
238:23
238:25
243:10
244:2

**IEPs** 205:17

**ignore** 32:20

**ii** 58:16

**I'll** 6:8 8:24
12:20 12:25
13:15
15:4
29:20 34:21
34:21 36:10
36:13 37:18
38:16 38:18
38:19 51:13
51:24
64:4 84:3
95:2 111:12
131:23
132:21
155:23
183:2
197:22
206:22
207:11
207:14
242:18

**I'm** 5:24 7:19
8:9 10:7
10:15 10:19
13:11 13:14
16:2
17:17
18:7
18:18
20:2
20:15
21:7
24:21 25:21
25:22 26:20
31:22 32:11
33:23
34:7 34:9
38:22 39:25
40:25
41:2
42:21
44:4
45:21 46:24
46:24
48:4
48:23
49:9
49:16 49:19
50:2 50:3
50:18 52:18
52:24 55:10
55:21 56:16
57:2 58:8
58:19 58:23
58:24 59:23
60:1 60:2
60:16 61:18
61:23
62:1 62:1
62:7
63:23 64:22
65:2
65:23
66:8 68:6



NAEGELI
DEPOSITION AND TRIAL EXPERTS

800.528.3335
NaegeliUSA.com

68:15
69:1 69:6
70:6 70:6
70:10
71:2 71:7
71:15 71:16
73:9
73:12 73:21
74:24 75:11
75:16
76:6
76:11 77:10
77:10 77:19
77:23 78:15
79:7
79:17
81:7
81:22
82:9
82:10 83:16
83:17 84:13
86:16 87:13
87:22
88:8 90:7
90:16 93:14
95:2 95:3
95:9
95:12 95:18
96:15 96:15
96:19 96:25
97:15 97:17
98:15 99:22
99:22
101:18
102:2
102:20
103:6 105:4
105:25
106:22
106:24
107:7
108:12
108:13

109:25
110:8
110:18
112:3
112:15
114:12
114:20
114:24
115:6 115:8
115:20
115:22
116:19
116:20
116:21
117:6 117:9
118:3
119:12
121:13
121:14
122:6 123:8
124:9
124:10
124:10
128:12
128:16
128:22
130:23
131:6
131:20
132:7 133:2
134:3
134:11
135:3 135:7
135:14
135:18
136:6 136:9
140:1
140:10
141:3
143:21
144:3 147:2
147:17
149:19

150:8 152:8
152:23
155:21
155:25
156:23
157:1
157:10
157:19
164:10
164:16
167:10
172:8
172:15
173:9 180:3
182:24
183:4
183:21
186:22
192:2
193:22
196:24
197:17
197:17
200:14
202:17
204:9
204:16
204:16
205:3 205:6
205:8
205:12
205:16
205:22
206:4 206:8
208:10
209:6
209:22
212:23
212:24
216:22
217:2
221:16
225:14

225:14
228:4
228:25
229:15
229:16
230:17
231:9 235:1
235:24
242:4 242:7
242:16
242:17
243:1 243:5
243:6
243:13
244:10
245:4 245:5

**imagine** 18:16

**immaterial**
15:9 23:11

**immediately**
160:17
179:5

**immersed**
134:17

**imminent**
189:17

**impact** 204:5

**impacted**
159:24
185:21
200:22
204:25

**impacting**
221:4 240:2

**impacts**
176:12

**implement**
6:23 159:7



160:10
160:18
173:20
188:12
226:17
**implementatio**
**n** 152:4
185:10
186:6
226:19
**implemented**
153:7
162:12
186:1
**implementing**
124:3 124:4
157:12
157:14
187:16
**implications**
196:8
**importance**
134:23
**important**
57:20 156:8
**impossible**
245:22
**impression**
163:24
164:3
**Improvement**
10:7
**improving**
180:2
**inability**
175:15
239:13
**inappropriate**

**ly** 4:18
**include** 55:15
74:14
116:10
124:8
138:19
143:13
143:16
167:16
191:9
206:10
208:23
215:7
217:10
221:14
232:7
**included**
46:21
86:8 109:18
111:14
144:12
**includes** 26:6
66:10
100:20
**including**
6:18
52:17
112:22
164:5 166:1
181:24
206:9
211:25
215:10
234:17
**inclusive**
60:19
**incomplete**
100:13
148:9
**incorporated**

214:9
**incorrectly**
9:9
**independent**
13:14 149:8
191:1
**indicate**
73:16
77:8
78:17 82:19
102:7
106:16
125:16
142:22
**indicated**
17:14
125:10
146:3
150:22
160:15
165:16
166:25
167:14
167:16
168:5
168:11
170:17
188:8
193:13
201:17
240:14
**indicates**
39:10
109:23
165:7
**indicating**
38:16 38:17
165:16
244:12
**indication**
116:2

220:23
**individual**
59:8 60:9
62:25 101:4
113:21
143:22
167:14
177:14
207:4 214:2
**individuals**
4:18 5:10
10:4 10:7
129:17
149:21
223:6
**industry**
139:23
**infer** 231:11
**inference**
169:15
172:1
**inferences**
169:19
**inform**
57:13
74:5
121:8
121:19
179:1 191:2
223:17
237:21
238:23
**information**
24:9
24:18 28:23
31:13 32:21
37:3
74:23
86:6 124:7



124:13
124:13
125:15
131:14
142:16
142:18
144:16
157:6
169:12
174:14
179:8
179:14
180:9
181:25
182:14
182:20
195:6
195:19
196:18
196:20
197:7
202:24
203:19
220:11
227:23
228:18
237:21
237:25
239:5
241:24
242:1
242:14
243:23
244:7

**informing**
238:24

**initial** 23:22
71:2 71:5
73:10 126:2
165:20
179:22

**initially**

39:5
159:1 218:2

**initials**
109:6 109:7
109:8 109:9
109:13
115:15
115:16

**initiate**
69:12 69:18
72:2 72:12

**initiated**
163:17

**input**
108:16
116:25
119:1
124:18
124:18
130:4
150:25
166:20
166:23
186:22
191:24

**inquiry** 14:13
14:16 159:3
193:9 195:5

**insert**
22:22
219:17

**inserted**
22:21
100:17
213:7

**instance**
75:13 75:17
76:12
116:22
162:15

229:12
243:8
244:23

**instead** 105:5
148:21
203:5

**instruct**
216:8

**instruction**
40:22
112:20
153:8 238:7
239:21
239:21
240:19

**instructional**
152:5
185:13
188:14
194:2 194:6
194:25

**integrate**
28:10

**integrated**
45:6 174:1

**integrates**
45:3

**intend** 135:9

**intended** 43:6
47:24 48:11
49:13 49:21
50:4
51:19
52:2 53:3
53:20
56:4 58:6
59:1 62:5
64:8
68:23 104:3
104:17

**intending**
17:16

**interact**
222:2

**interacted**
112:21

**interaction**
112:24

**interest**
62:14
164:12

**interested**
182:8

**interpret**
48:15 58:25
59:11 98:14
129:13
217:14
217:15

**interpretatio
n** 56:7
72:24
133:23
163:14

**interpreted**
97:14
98:7
98:22 129:8
129:10
129:14
206:16

**interpreting**
168:16

**interrupt**
8:15 39:12

**interrupting**
7:19 7:25

**intervention**
227:25



228:12
237:21
238:21

**introduce**
29:21 31:25
32:25
36:8 101:21
208:1
208:14
227:8

**introduced**
50:12
207:24

**introducing**
31:1

**introduction**
31:18

**invitation**
142:3

**involve** 96:18
98:2 98:3
98:5 98:8

**involved**
90:22
109:24
111:6
112:11
112:14
118:11
118:15
119:5
176:11
215:14

**involvement**
158:23

**i-r-b-y** 91:9

**irrelevant**
15:10 23:11
28:14 29:10

31:9
31:13 31:20
33:6
33:11 33:16
35:18

**isn't** 8:3
63:5 204:18

**isolation**
87:11
100:24

**issue** 16:19
20:24 22:12
24:19 24:19
24:20 29:10
31:5 31:5
31:17 62:23
170:19
189:16
189:18
192:21
192:21
192:21
193:12
195:4 196:7
199:24
200:6
200:13
202:18
202:19
202:20
203:22
203:22
204:10
205:18
205:20
206:16
207:1

**issues** 6:14
9:12
33:23 95:23
116:23
125:9

204:20
243:9
243:10

**Item** 164:21

**items** 155:11

**iterations**
72:25

**it's** 4:14
5:11 8:5
10:6 15:9
15:10 15:20
18:1
19:17 21:21
22:1
22:20 22:23
27:3 27:4
30:19 32:14
32:20
33:3 33:4
35:9
38:18
44:5 44:6
44:9
44:12 44:17
44:17 44:17
44:19
45:5 45:9
45:10 45:11
45:22
46:2 46:3
46:4
46:16 46:18
48:16
53:1
56:17 56:18
57:23 58:15
60:25
61:1
63:17
64:1
70:21 71:9

72:19 72:23
72:24 72:25
72:25
73:1
73:19 76:21
79:4 79:8
81:17 83:12
83:24 84:23
90:4 94:7
96:21 99:17
103:17
104:8
106:19
106:20
108:6 108:7
110:16
110:22
112:6 120:1
120:9
120:11
121:18
127:25
130:24
130:25
131:10
131:16
132:8 133:4
133:23
137:24
139:1
140:20
140:21
140:23
143:7
143:18
144:24
148:9
151:15
154:23
155:3 155:7
155:18
156:6 156:9
156:11



158:7
161:16
162:1 163:5
163:6 168:2
168:3 172:1
172:2 172:7
174:8 176:8
176:10
183:13
189:10
197:18
198:10
201:5 205:4
206:12
206:25
207:10
207:13
208:18
210:6
211:12
211:15
212:6
212:18
214:19
218:19
219:25
222:12
226:6
227:23
228:6 229:6
234:6
234:12
236:18
239:24
240:23
241:18
243:4
243:15
245:10
246:4
**I've** 8:11
10:8
11:18 13:25

27:9
30:18 39:11
62:24 92:24
107:22
131:24
135:13
158:15
209:5
220:18

_____
J
_____
**JA** 107:14
107:15
108:11

**JA's** 109:8

**Jewell**
11:22
12:9
16:13 16:13
17:22 17:25
18:5 92:7
149:6
149:13
199:8

**job** 14:15
106:7 211:9

**Joel** 5:4

**jog** 183:13

**joint** 20:19
21:4

**judge** 4:6 4:7
4:24 5:7
5:8 7:19
7:22 8:6
8:8 8:14
10:25
11:4 11:9
11:12 11:15
11:18 11:20
12:4 12:7

12:9
12:11 12:13
12:18 12:21
13:11 13:13
14:6 14:8
14:20
15:2
15:14 15:20
15:23 15:25
16:4 16:9
16:12 16:14
16:15 16:17
17:4
17:12 17:20
17:25 18:17
19:3 19:5
19:7
19:21
20:1 20:5
20:8
20:17 20:21
20:24 21:11
21:15 21:19
21:22
22:4 22:7
22:10 22:14
22:24
23:3 23:9
23:12 23:18
24:21
25:7
25:12 25:15
25:18 25:21
26:1 26:4
26:8
26:12 26:17
26:20
27:2 27:7
27:10 27:11
27:15 29:18
29:24
30:4 30:9
30:10 30:15

30:18 31:21
32:3
32:11 32:24
33:22
34:3
34:11 34:16
35:6
35:20 35:25
36:3 36:6
36:10 37:10
37:15 37:18
38:6
38:13 38:15
38:18 38:25
39:4
39:16
41:3
42:23 42:25
43:1
43:15 43:18
43:20 43:24
44:21
45:1 45:8
45:21
46:6
48:20 48:24
49:2 49:4
50:21
51:9
51:15 52:23
55:10 55:18
56:19 56:23
60:14 60:17
60:21 60:24
61:5
62:10 62:13
63:7 63:9
63:15 63:16
63:21 63:23
64:2 64:5
64:13
66:5
66:12 66:16



| | | | |
|---|---|---|---|
| 67:6 67:9 | 98:21 | 115:25 | 131:4 132:3 |
| 67:11 67:16 | 99:1 | 116:5 | 133:1 133:4 |
| 68:5 68:6 | 99:14 99:16 | 116:12 | 133:17 |
| 69:5 69:8 | 100:1 100:5 | 116:18 | 133:20 |
| 71:15 71:22 | 100:9 | 116:22 | 133:23 |
| 72:19 | 100:11 | 117:3 117:6 | 133:25 |
| 73:6 | 100:25 | 118:6 118:9 | 134:3 135:8 |
| 74:25 | 101:7 | 118:14 | 135:12 |
| 75:2 75:5 | 101:10 | 118:20 | 135:20 |
| 75:8 | 102:2 102:7 | 119:9 | 136:10 |
| 76:19 76:24 | 102:12 | 119:12 | 137:24 |
| 77:3 | 102:17 | 119:24 | 140:20 |
| 77:21 77:25 | 102:20 | 120:4 | 140:23 |
| 78:5 | 102:25 | 120:18 | 141:1 141:7 |
| 79:18 79:19 | 103:4 103:8 | 120:21 | 142:20 |
| 79:21 | 103:13 | 121:11 | 143:5 |
| 80:4 | 103:25 | 121:14 | 143:17 |
| 81:12 81:17 | 104:12 | 121:20 | 143:21 |
| 82:6 | 104:16 | 121:23 | 143:25 |
| 82:10 82:14 | 104:19 | 122:13 | 144:5 144:9 |
| 82:20 82:23 | 105:1 105:4 | 123:11 | 144:18 |
| 83:1 | 105:10 | 123:14 | 144:25 |
| 83:13 83:16 | 105:19 | 123:20 | 145:2 145:5 |
| 84:2 84:9 | 105:21 | 123:24 | 145:9 |
| 85:4 | 105:22 | 124:6 | 146:21 |
| 85:13 86:16 | 105:25 | 124:20 | 147:1 148:5 |
| 86:18 87:13 | 106:4 | 125:3 | 148:11 |
| 87:18 87:22 | 106:24 | 125:14 | 148:14 |
| 88:8 | 107:21 | 125:19 | 148:20 |
| 88:15 88:22 | 108:5 | 127:9 | 149:15 |
| 89:9 | 110:10 | 127:13 | 149:19 |
| 89:12 | 110:14 | 127:15 | 149:25 |
| 90:5 90:8 | 110:18 | 127:19 | 150:15 |
| 91:7 | 110:24 | 127:23 | 150:17 |
| 91:11 91:14 | 111:11 | 128:13 | 151:6 152:9 |
| 91:18 91:25 | 111:19 | 128:18 | 153:16 |
| 93:14 93:20 | 111:23 | 129:13 | 153:20 |
| 93:23 | 112:8 | 129:16 | 153:24 |
| 94:1 95:5 | 113:21 | 129:20 | 154:2 154:9 |
| 95:8 | 113:25 | 130:8 | 154:14 |
| 95:11 95:13 | 115:2 115:9 | 130:11 | 154:20 |
| 95:19 97:17 | 115:18 | 130:16 | 154:22 |
| 98:10 98:13 | 115:21 | 130:23 | 155:10 |



| | | | |
|---|---|---|---|
| 155:17 | 192:18 | 212:18 | 244:11 |
| 155:22 | 193:7 193:8 | 214:24 | 244:16 |
| 156:2 156:6 | 193:10 | 215:4 | 244:21 |
| 156:14 | 195:5 | 216:11 | 245:2 245:5 |
| 156:18 | 195:18 | 216:17 | 245:8 |
| 158:4 158:7 | 196:24 | 218:23 | 245:15 |
| 161:14 | 197:2 198:8 | 220:6 | 245:21 |
| 161:16 | 198:10 | 220:18 | 245:24 |
| 161:24 | 198:20 | 221:5 | 246:1 246:3 |
| 162:1 | 198:22 | 221:16 | 246:7 246:8 |
| 162:20 | 199:11 | 221:20 | **judge's** 170:3 |
| 162:25 | 199:14 | 222:6 | **Judges** 133:5 |
| 167:10 | 199:21 | 222:16 | **judgment** 74:8 |
| 167:13 | 199:22 | 223:6 | 74:17 |
| 167:20 | 200:14 | 223:19 | 81:4 |
| 168:2 168:7 | 200:24 | 224:21 | 85:11 |
| 168:9 | 201:1 201:3 | 227:10 | 217:13 |
| 168:13 | 201:6 | 227:13 | 217:17 |
| 168:19 | 203:25 | 227:16 | 242:1 |
| 168:24 | 205:14 | 227:22 | 242:13 |
| 169:8 | 206:1 206:6 | 228:6 228:9 | 242:15 |
| 169:19 | 206:11 | 228:25 | 242:23 |
| 169:21 | 206:15 | 229:4 | 243:11 |
| 170:1 | 206:19 | 229:15 | 244:3 |
| 171:22 | 206:24 | 229:20 | 244:13 |
| 171:24 | 207:5 | 229:24 | 244:17 |
| 172:8 | 207:10 | 230:13 | **Julie** |
| 172:13 | 207:13 | 230:22 | 107:17 |
| 174:6 174:8 | 208:3 208:7 | 231:1 231:4 | 122:2 122:9 |
| 176:8 182:7 | 208:13 | 231:9 | 163:5 166:6 |
| 183:6 | 208:18 | 231:13 | 166:9 |
| 183:10 | 209:4 | 231:16 | 166:11 |
| 183:17 | 209:11 | 233:24 | 169:1 |
| 183:19 | 209:15 | 234:7 235:6 | **July** 66:25 |
| 183:24 | 209:24 | 235:9 236:4 | 160:5 160:6 |
| 189:8 | 210:5 | 236:24 | **jump** 34:8 |
| 189:10 | 210:12 | 237:2 237:8 | 193:22 |
| 189:15 | 210:22 | 241:9 | **jumping** |
| 190:17 | 211:3 | 241:11 | 197:13 |
| 190:19 | 211:12 | 242:7 243:4 | 216:22 |
| 192:1 192:7 | 211:15 | 243:15 | |
| 192:12 | 212:3 212:6 | 243:21 | |
| 192:15 | 212:16 | 244:1 244:5 | |



**June** 160:2

**justification**
216:3

---
K
---

**Kailua** 178:21
178:25
193:16
220:8

**kapooie** 77:2

**key** 200:1

**kid** 186:6

**kids** 175:1
177:12

**Kirby** 91:3
91:4
91:21
92:2 149:6

**Kirk** 5:2 39:3

**K-i-r-k** 39:3

**KIRK** 39:18

**KK** 109:14
150:4
167:14

**KK's** 109:13

**knew** 103:21
117:11
163:11

**knowledge**
43:14
47:7
47:19 62:17
78:1 78:7
108:23
113:7
113:16
113:17
128:6

138:20
141:23
142:2 142:5
144:3 144:6
145:14
146:6
166:12
172:10
186:14
188:17
188:17
214:20
214:24
215:3 223:1

**knowledgeable**
164:7

**known** 106:1

**Kolb** 5:2 12:2
12:20 12:23
16:6 17:5
18:7 20:3
22:8 33:9
33:24 38:13
38:15 38:22
39:3 39:4
39:23
40:2 41:1
41:9
43:16
45:2
45:14
46:9 57:1
60:23
61:7 64:7
66:19 85:16
98:14 107:6
118:22
135:6 136:6
149:5
155:16
155:23
156:4

156:21
183:21
189:23
189:25
197:11
197:23
203:12
207:18
209:20
210:1 210:4
210:14
211:19
212:9
212:22
216:22
220:20
221:8
224:18
224:22
228:21
237:7 241:7

**K-o-l-b** 39:3

**KOLB** 39:18

**Kolb's** 82:5
183:13

---
L
---

**labeled** 26:24
27:2 173:23
182:24

**lack** 137:1
239:11
244:25

**lacking**
138:20

**laid** 23:5
211:5

**landed** 160:1

**language**
31:19 50:25

51:2 63:3

**large** 175:14

**last** 11:25
25:14
39:1 61:8
65:21
76:5
95:16 95:17
112:17
112:22
134:1 134:7
135:21
143:2 144:1
189:25
232:7

**late** 26:2
27:21
144:24

**later** 5:15
18:25
45:4 63:4
73:17
77:9
77:11 78:18
78:25 79:15
80:8 121:10
122:11
130:14
133:11
138:5 155:1
155:12
165:11
166:17
201:18
203:2 223:8
223:12
223:18

**latest** 20:16

**law** 4:7
6:24 7:16
7:16 9:9



9:13
13:13 13:16
33:24
34:2 44:7
44:8
44:17 44:18
45:23
46:2
48:11 48:16
48:23 57:24
58:21 60:12
61:1 61:2
62:18 63:12
63:12 64:21
70:20
101:11
132:7
138:16
139:9 164:5
200:17
220:1

**laws** 6:22
62:19 86:8

**Lawyers** 133:5

**lay** 210:10

**layers** 236:18

**laying** 228:6

**leads** 182:5

**Leah** 35:8

**learning**
48:18 49:10
53:17

**least** 28:6
69:21 70:12
72:15 78:11
79:16 139:7
167:1
170:18
203:17

**leave** 5:16
16:22
18:5 18:8
79:17 82:16
135:10
189:18
245:10

**leaving** 16:10
95:16 229:7

**Lee** 23:13
37:19 42:24
149:7 149:8
202:8

**left-hand**
107:4

**legal** 14:8
14:10
28:6
62:23 63:16
200:16

**legally** 33:10
63:4

**length** 136:25
185:16
188:11

**lengthy** 72:20

**let's** 34:12
39:13 58:14
79:23 90:25
98:10
135:15
135:15
145:19
157:2
157:21
161:20
173:16
182:15
187:21
218:21

237:12
239:15
246:8

**level**
176:23
214:22
216:2

**levels**
124:8
178:22
181:20
201:10
222:5
238:23

**life** 155:7

**light** 237:5

**likely** 7:14
9:15 19:17

**likewise**
176:18

**limitation**
16:21 212:4
212:5

**limitations**
132:23
132:25
134:7

**limited**
13:6
14:21
21:7
33:16 137:4
208:2
208:19
211:23
239:9

**line** 14:9
36:11 36:16
37:5

75:22 76:17
108:13
171:7 195:3

**lines** 226:5

**list** 10:15
10:25
11:5 11:8
11:13 12:15
20:10 20:14
21:12 21:12
25:13
26:6
26:22 91:12
91:13 91:15
149:16
215:6 215:7

**listed**
20:22 113:1
149:21
160:11
238:15

**lists**
103:22
214:12

**little** 11:2
34:8
38:19 62:15
73:1
81:12 93:15
97:12
115:19
115:21
121:11
131:7 134:6
134:12
156:22
157:21
158:21
160:23
166:5
179:16



NAEGELI
DEPOSITION AND TRIAL EXPERTS

800.528.3335
NaegeliUSA.com

180:4
183:25
187:16
190:1
192:19
197:13
212:24
212:25
243:6

**local** 13:20

**located**
110:20

**location**
159:9

**long** 10:9
12:1
41:16
63:9
72:24  74:21
79:23
85:2
195:2  239:9

**longer** 17:5
192:4
192:10
232:18

**lose** 134:17

**loss** 174:16
174:20
174:22
174:23
175:1
213:17

**lost** 95:12

**lot** 7:18
11:25
121:14
168:14
185:21
185:23

225:24
240:6

**loud** 93:10

**louder** 39:11

**low** 239:19

**lower** 215:9
226:9
226:10
226:16

**Luka** 105:17
105:20
105:23
105:25
106:6
144:17

**L-u-k-a**
105:20

**LUKA** 106:3
143:7
143:18

**lunch** 79:25
112:23
131:2  131:6
159:17

_____
M
**mail** 144:24

**mailed** 5:19

**maintain** 43:6
47:24  48:12
48:17  49:13
49:21
51:1
51:19
52:2  53:3
53:21
56:4  58:6
59:1  62:5
64:8

68:23
210:22
221:3

**maintaining**
53:20

**maintenance**
49:10  49:25
53:17
176:12
178:7

**majority**
140:5

**manager** 144:4

**manner** 124:24
153:18

**March** 6:16
6:19  7:4
40:3  89:3
90:2  93:2
143:14
151:21
151:24
153:1  187:6
187:7  190:8
190:11
190:23
191:13
198:5
199:18
200:19
202:14
204:22
206:2

**marked** 56:20

**marking**
183:22

**materials**
188:24

**matter** 4:11

5:23  6:1
9:7  9:17
46:13  57:15
62:13  63:12
69:24
103:24
116:7
131:22
149:15
156:1  160:7
181:17
183:6
237:14

**matters** 52:10

**may** 4:3
4:13  5:21
7:24  11:6
13:5
13:19
15:2  15:7
18:19  18:24
19:17  20:13
20:17  24:23
27:10  30:21
34:10
38:8  38:8
38:13
39:8  39:8
45:11  45:12
45:12
46:2  46:3
70:3
70:19  75:13
77:19  78:25
81:2
83:20
84:7
85:10  90:16
91:20  94:12
96:18  96:23
97:4
97:10  97:12



97:13
98:2 98:5
103:20
112:19
113:18
122:11
124:8
124:23
125:19
127:13
128:25
130:11
133:13
147:11
155:12
159:18
172:25
193:2
199:20
200:24
206:24
209:25
218:8 220:3
220:24
236:10
239:12
**maybe** 54:3
96:11 96:11
128:6
128:22
128:24
129:6 131:6
134:11
134:13
135:3
155:23
181:2
186:12
188:4 220:6
234:23
235:15
**mean** 11:10

46:2 51:6
51:11
96:9
96:16 101:1
134:24
135:13
162:14
238:12
**meaning**
131:17
**meaningful**
239:22
**means** 18:13
52:5
52:14
53:7
53:13
174:15
174:20
176:21
176:22
207:7
222:14
230:23
**meant** 20:21
21:4 221:13
231:11
**measurable**
86:11 86:13
87:24
88:5
88:11 215:8
215:10
**measure**
174:13
174:18
**measurement**
239:7
**Medford**
158:10

**mediate** 114:3
114:4
**mediation**
114:9
**mediator**
107:24
108:1 150:5
163:9
**medications**
240:9
**meet** 58:17
59:4
150:6
215:12
215:15
236:15
**meeting** 23:24
28:23 28:25
32:22 71:11
89:2
90:14 91:19
93:5 93:6
100:7 100:8
100:15
100:16
100:21
101:24
102:3 104:6
105:7
105:18
106:14
106:20
107:19
109:2
109:17
110:7
110:11
110:13
111:7 111:9
111:17
111:20

113:5 113:6
113:13
113:15
114:14
114:17
117:23
118:7 119:7
119:7
119:18
120:15
120:24
122:16
125:4 125:5
125:17
125:24
126:4
126:14
127:7
127:20
128:24
129:9
130:19
130:20
134:2 137:1
137:7
137:13
137:17
138:18
139:10
139:18
140:4
141:19
141:23
142:3 142:4
142:11
142:14
142:15
142:15
142:23
143:10
143:12
143:14
143:14



| | | | |
|---|---|---|---|
| 143:16 | 191:18 | 90:11 90:18 | 158:13 |
| 143:23 | 192:6 | 91:2 93:2 | 194:12 |
| 144:3 144:7 | 193:23 | 130:18 | 194:24 |
| 145:15 | 194:3 | 135:22 | 217:7 |
| 145:20 | 194:21 | 139:15 | **mildly** 57:9 |
| 145:23 | 195:6 195:9 | 239:1 | **mind** 85:23 |
| 145:24 | 195:11 | **meets** 204:19 | 117:17 |
| 145:25 | 196:2 196:3 | **member** | 122:8 |
| 146:7 | 196:14 | 69:10 71:25 | 220:19 |
| 146:12 | 198:5 | 119:18 | **mine** 13:22 |
| 146:15 | 198:17 | 136:15 | 103:7 |
| 146:17 | 198:17 | 139:21 | **Mine's** 102:19 |
| 146:19 | 199:3 200:3 | 170:22 | **minimal** 130:5 |
| 146:20 | 200:8 | **members** | 232:16 |
| 147:4 147:5 | 202:15 | 69:3 | **minimum** |
| 147:8 148:1 | 202:16 | 69:16 | 12:3 28:5 |
| 149:4 | 204:1 | 70:5 | 170:21 |
| 150:11 | 204:18 | 70:17 70:17 | 203:17 |
| 150:18 | 205:5 205:7 | 72:10 89:10 | **minted** 184:13 |
| 150:24 | 205:20 | 128:1 171:5 | **minute** |
| 151:8 | 207:1 | 171:8 | 18:18 |
| 152:13 | 207:20 | 171:10 | 103:16 |
| 152:15 | 208:5 | **memory** 77:1 | 211:20 |
| 161:7 161:9 | 208:16 | 80:10 | **minutes** 18:23 |
| 161:10 | 211:20 | 150:18 | 34:12 79:24 |
| 161:22 | 211:21 | 150:19 | 100:15 |
| 163:4 163:7 | 211:24 | 168:15 | 101:24 |
| 163:19 | 212:11 | 183:13 | 105:6 |
| 164:8 | 212:14 | **mention** 137:2 | 105:16 |
| 164:13 | 233:3 233:5 | **mentioned** | 105:18 |
| 164:14 | 233:10 | 108:9 | 106:7 |
| 164:25 | 233:10 | 108:11 | 106:13 |
| 165:25 | 233:15 | 134:5 134:6 | 143:14 |
| 181:3 | 233:17 | 152:25 | 147:17 |
| 181:19 | 233:18 | 178:14 | 147:19 |
| 184:2 190:8 | 234:1 234:2 | 213:10 | 147:20 |
| 190:9 | 234:6 236:3 | 220:9 | 147:21 |
| 190:10 | 236:13 | 235:16 | 147:25 |
| 190:13 | **meetings** 6:17 | **middle** | 155:18 |
| 190:24 | 7:4 40:3 | 67:25 | 164:13 |
| 190:25 | 40:5 40:7 | 107:14 | |
| 191:9 | 40:11 90:1 | | |
| 191:13 | | | |



233:18
245:12

**mischaracteri
zes** 71:13
83:8

**misquoting**
225:14

**miss** 140:21

**missed** 98:6

**missing**
139:12

**misstates**
50:19
82:4 137:22

**misstating**
83:14

**misstep** 21:14

**Mister**
43:18
169:11

**mixed** 33:22

**model** 219:2
219:19

**moment**
43:24 62:11
64:13 71:16
98:13 99:21
143:17
157:20
165:13
181:16
202:2

**moments** 61:19
61:23
114:17

**Monday**
160:5 160:6
184:11

184:25

**monitoring**
223:17

**month**
138:19
139:11

**months**
181:2
223:25
230:6
230:24

**morning** 4:6
17:21
189:21

**motion** 5:14
5:16 5:18
6:6 6:7 6:8
6:10 6:11
6:12
15:21 15:23
15:25
16:5
25:19 25:24
144:14

**motions** 6:5
203:24

**move** 14:24
38:16 62:15
140:25
159:2
159:25
160:23
161:20
176:23
217:16

**moved** 126:15

**movement**
131:6

**moves** 36:7

**moving** 16:2
37:13
71:1
79:23
108:13
223:4
237:22

**multiple** 70:2
70:4 70:8
70:16 97:14
99:14
178:22

**myself** 26:9
109:21
118:19
120:11
120:17
135:10
139:11
139:22
149:7

———————

N

**narrow**
95:23
132:15
132:15

**nature** 126:24

**necessarily**
28:14 65:25
106:15
133:9
179:25
181:10
182:1 208:2
239:8
240:18

**necessary**
15:20
24:6 59:9
59:14 61:14

73:15 73:23
74:2
75:22 75:25
76:1
76:16 76:22
84:18 86:13
152:20
165:4 166:2
170:5
182:11
182:13
200:11
203:7 214:4
216:9
221:10
221:14

**necessity**
125:16

**negative**
169:15

**neutral**
163:20

**newly** 184:13

**nice** 245:17

**night** 11:25

**nine** 111:5
111:17
111:25
111:25
129:7 187:8
221:25

**ninth** 194:6

**nod** 8:20

**nodded** 54:24

**noise** 7:25
8:1

**nonparticipat
ion** 216:3



**nonpreferred**
193:5  193:6

**non-special**
175:3

**nonverbal**
8:19

**nor** 210:25

**normal** 149:16
211:7

**normally**
11:23
13:6
45:23
47:2  160:19

**notations**
199:5  199:7

**note** 27:19
28:21
100:12
106:10
106:12
120:1
130:25
150:4  155:2
168:17
169:22
238:10

**noted** 12:21
51:20
103:15
150:21
166:14
235:24

**notes** 100:7
100:21
102:3
103:17
104:6
106:21
120:6  120:7

120:12
128:8  138:2
139:8  163:7
166:8
167:14
190:8
211:20
216:23
236:13

**nothing**
210:25

**notice** 5:18
6:22  141:16
142:10
142:16
143:10
143:10
143:13
143:15
143:16
143:23
146:10
148:13
161:7  198:4
198:17
212:10

**noticed** 73:6

**notifying**
159:2

**noting** 151:1

**November** 6:18
7:3  24:14
29:5
29:13  32:22
33:19
40:3  89:2
90:1  93:2
109:17
117:22
119:6
122:16

125:23
126:14
127:7
127:19
137:1  137:7
137:16
150:21
151:8
160:24
161:11
161:22
162:9
164:14
164:25
166:2  167:1
170:6  177:4
181:1  181:3
184:2
184:14
185:14
199:18
200:1
200:19
201:3  202:3
202:14
204:21
205:25
218:21
222:7
222:17
222:21
223:23
233:3  233:5
233:7  236:3
236:14

**nowhere** 32:17
50:14

**nuance** 98:6

**nuances**
121:15

**numerous**
112:25

126:9

---

O

**OAKS** 214:19
214:25

**OAR** 47:9
48:22  48:25
49:23  50:14
53:19  53:24
54:4
54:12  55:16
55:24
56:2
65:24  66:18
75:12  78:10
81:5  85:12

**OAR-cited**
50:24

**OARs** 42:1
42:9
42:16  43:14
48:9
48:10
51:5
51:11  51:11
51:22  51:25
52:12
53:5
53:11  54:25
56:8
56:14  57:12
62:2
74:11  74:18
75:17  75:24
76:12  77:15
78:8
78:20  78:23
79:3  79:5
80:21  84:11
85:17  85:18
87:21  118:7
171:19



171:19
241:19
241:24

**oath** 145:11

**object** 15:3
15:7 28:1
34:23
38:8
50:18 52:18
97:15 99:13
106:22
114:25
123:8
140:17
148:10
171:21
171:23
171:25
209:12
228:23
230:10
235:1
236:20
242:4 243:1

**objected**
43:25

**objecting**
235:6

**objection**
23:3
23:10
25:2
29:22
30:5
30:11 30:12
31:16 31:23
34:20 35:20
35:23 35:24
36:14 42:24
44:24 52:24
71:17 82:11

83:13 83:23
97:18
100:12
106:25
148:13
198:9
198:20
198:21
199:14
200:15
201:16
207:14
209:5
209:25
210:23
211:11
211:14
212:4
212:17
229:17
229:19
231:10
236:10
236:11
242:8

**objections**
15:13 22:15
27:12
30:8
36:12 37:19
39:6
148:6
161:14
161:15
161:25
174:6
190:17
190:18
198:8

**objective**
73:18 77:10

**objectives**

28:19 33:15
33:21
54:1
54:14
55:6
94:12 94:13
94:18 94:20
122:24
180:16
181:7
181:24
201:10
213:8 213:8
215:19
215:21
216:4 216:7
216:13
221:2 223:2
223:14
225:2 225:7
225:11
226:1 238:3
238:25

**obligated**
216:19
217:20
219:17
234:12

**observations**
159:17

**obtain**
126:6 179:2
217:21
217:25
218:16
218:18

**obtaining**
125:7

**obvious** 24:23

**obviously**
100:18

133:2
201:12
201:22

**occasions**
99:15
112:25
126:9
159:18

**occur** 9:17
65:20 83:20
92:9
113:8 131:5
139:14
142:23
184:23
185:7 187:4
194:3

**occurred**
7:9 7:15
23:24 33:19
106:14
149:3
151:25
184:24
187:5 194:5
211:24
212:14

**occurring**
240:5

**occurs** 114:23
229:9
239:19

**o'clock** 16:23
16:24

**October** 181:1

**ODE** 44:1
44:14 44:23
65:2
65:24 66:18
68:2 68:9



68:11 68:16
68:20 68:21
80:23 163:3
163:9 164:1
213:6
219:18

**ODE-appointed**
117:21

**ODE's** 68:12

**offer** 31:2
104:3
154:17
161:12
161:23
173:15
174:4
190:16
198:6
198:19
199:9 209:3
210:21
212:1
212:15
227:15
228:8 228:9

**offered**
25:5
37:20 37:22
38:2
38:12 105:6
161:18
162:3
174:10
190:21
198:12
198:24
207:16
208:21
209:18
211:17
212:20

**offering**
209:7

**office** 4:8
13:14
159:10
159:11
159:12
159:13

**oftentimes**
70:3 189:4

**Oh** 20:23 34:9
43:22 65:15
68:8
103:8
148:12
156:2 185:6
185:6
227:20

**okay** 5:9 5:25
8:5 8:7 8:8
12:12 12:21
14:5
14:18 14:25
15:12 15:14
19:14
20:2
20:23
22:3 22:6
22:7
22:24 26:21
30:2 30:3
33:22
34:4 35:6
37:9
37:10 37:17
38:4 38:5
38:22 39:14
39:15
41:7
42:21 43:11
43:23 44:3

44:15 44:16
44:19
45:8 46:6
46:12 47:14
47:22
48:8 49:4
49:17 49:18
56:3
56:16 56:22
57:19 58:23
60:13 61:24
62:9 63:6
63:13 63:19
63:22
64:1
64:16
65:2 68:8
68:20 71:14
72:17
73:9
74:10
75:4 75:7
75:15 76:10
78:4
81:19 91:25
94:23
97:3
99:18 102:1
102:20
102:25
103:3 103:4
104:12
105:10
106:4 107:3
107:20
108:6 108:8
110:5
111:23
117:6
118:14
122:9
127:23
130:15

130:16
133:1 133:7
133:24
133:25
135:8
135:12
135:17
135:20
136:1 136:5
136:7 136:9
137:11
138:7
138:16
139:17
140:6 142:2
144:25
149:14
150:14
153:14
154:19
155:9
155:21
155:21
156:13
156:17
156:18
156:21
156:23
157:17
157:24
158:7
159:21
160:12
160:22
160:25
161:12
161:23
162:19
162:19
162:25
165:14
166:7
166:19



NAEGELI
DEPOSITION AND TRIAL EXPERTS

N

800.528.3335
NaegeliUSA.com

168:2
168:10
168:19
169:8 170:1
170:10
171:24
172:12
173:6
173:15
174:23
175:4
175:24
176:15
177:1
178:25
182:5
182:15
183:9
183:21
184:9
184:12
185:6
185:12
190:19
191:8
191:12
191:23
193:7
193:22
194:8 195:2
196:1
197:18
197:25
198:6 199:9
205:13
206:7
206:18
206:23
207:2 207:5
207:12
207:17
207:23
208:18

209:4
210:12
211:11
211:14
211:15
211:22
213:14
214:5
214:23
216:7
216:25
217:1 217:5
223:19
224:20
226:7 227:3
227:20
227:20
231:1
231:12
231:16
233:6 234:7
235:4
236:24
237:2
238:10
238:18
239:2 241:7
241:23
242:17
244:1 245:4
245:5

**old** 29:3 29:9
226:1

**O-n** 91:10
91:11

**ones** 34:23
128:25

**one-to-one**
112:24

**ongoing** 240:7

**onward** 124:15

**open** 245:19

**opened** 169:2

**open-ended**
13:1

**operating**
29:2

**operative**
29:12

**opinion**
87:2 87:4
87:8
99:10
117:18
117:19
129:17
130:7
152:21
177:9
186:22
216:1
217:18

**opinions**
117:25

**opportunity**
74:23 75:14
88:21
132:12
156:3
163:18
166:20
191:24
205:2 238:7

**opposed**
98:3 100:24
123:10
228:17

**opposite**
98:18

**option** 132:21

219:21

**options**
113:17
145:19
145:22
146:2
219:12
219:14

**orally** 15:18

**oranges**
181:10
224:12

**order** 10:12
10:20 12:22
13:17 13:17
13:23 20:16
24:22 34:22
132:17
148:3
177:25
215:24
216:9
217:20
218:19

**orders** 13:19

**Oregon** 4:9
6:22 7:8
13:20
42:9
43:25 46:10
47:12 47:20
57:16 57:20
65:8
75:23 76:17
79:9
79:11 84:14
96:1 107:17
114:15
122:4
122:10
126:15



158:2 158:3
159:25
162:7
162:12
162:17
162:18
163:11
163:19
166:13
166:15
171:18
171:19
172:1 172:5
172:19
214:18
214:19
214:19
215:2 219:5
220:1 233:1
234:12
**Oregon's**
172:11
**organized**
38:20
**original**
100:18
102:14
102:16
102:22
102:24
150:20
218:21
**originally**
65:16
**origination**
65:20 66:3
**others**
130:4 130:6
139:1 139:3
147:11
151:16

171:3 227:7
**otherwise**
38:1 175:21
209:8
**outcome**
170:15
202:16
202:18
202:18
203:10
207:1
**out-of-state** 160:8
**outside**
7:24 18:4
31:12 96:11
113:17
**overall**
222:11
**overbroad**
52:24
**over-complicate**
103:5
**overrule**
82:10 83:16
106:25
172:8
**oversight**
157:10

_____
P
_____
**p.m** 131:2
131:3
189:13
189:14
246:11
**pace** 134:13
**package** 66:18

**packet**
45:18 61:8
**page** 11:7
27:4
28:22 44:13
44:21 44:22
45:3 61:7
61:8 65:3
68:12 94:25
95:1 95:3
96:8 100:14
100:24
102:4
102:21
103:12
103:21
104:4 104:5
104:7 104:8
104:22
104:24
104:24
107:3
110:25
111:1 111:2
113:1
115:14
116:1
118:14
119:4
147:21
148:25
149:16
150:1
164:17
173:17
173:17
173:18
173:22
174:12
194:11
199:4 201:5
201:7 213:2
213:4

213:23
217:3 217:7
218:24
219:11
219:11
229:5
241:21
**pages** 27:2
101:4 102:8
102:11
104:21
148:2
173:22
227:23
**paint** 157:7
157:22
217:23
**pair** 193:1
**Pam** 90:17
**Pamela** 238:15
**paperclip**
100:4
**paperwork**
196:12
**paragraph**
44:22 49:23
50:15
53:6 68:3
164:19
168:4
229:13
231:20
232:2
**parameters**
169:10
**paraphrase**
9:8 9:9
**pardon** 58:1
171:22



**parent** 4:21
4:22 4:23
4:24 5:11
6:2 7:12
9:4 9:5
9:24
10:19 10:24
11:1 11:3
11:4 11:7
11:10 11:14
12:1 12:3
12:6 12:8
12:10 12:12
12:17 12:20
13:10
14:5 14:7
14:19
15:1
15:13 15:19
15:21 15:24
16:2
16:20 16:25
17:13 17:19
17:23 17:24
19:3 19:4
19:6 20:4
20:6
20:15 20:20
20:23
21:6
21:13 21:18
21:21
22:3 22:6
22:18
23:1 23:2
23:7
23:11 23:14
24:1
24:11 25:11
25:13 25:16
25:19 25:25
26:3 26:7
26:10 26:14

26:19
27:1 27:6
27:20 27:21
28:4
28:11 29:20
29:23
30:3
30:21 30:24
30:25 31:21
32:2
32:10 32:13
32:25
33:3 34:9
34:17 35:10
35:11 35:21
35:23
36:2 36:7
37:9
37:12 37:17
38:5
38:14
39:4
39:16 39:22
40:24
41:6 41:8
42:21
43:2 43:4
43:19 43:22
44:16
45:9
45:15 45:17
46:8 47:2
47:5 49:5
49:6 51:5
51:10 51:13
51:17 52:20
52:25 54:16
54:18 55:19
56:22 56:25
60:18 60:23
61:4 61:6
62:14
63:6 63:8

63:13 63:19
63:22
64:1 64:4
64:6
64:17 66:12
66:15 66:17
66:22
67:8
67:10 67:12
67:19
68:8 69:6
69:9
71:14 71:19
72:4
72:17 72:19
73:4 73:8
75:4
75:10
76:5
76:23
77:4
77:22
78:4 78:6
79:18
80:4 80:5
81:7 81:9
81:16 81:20
82:9
82:12 82:20
82:22 82:24
83:2
83:18 83:22
84:9
84:10 85:14
86:19 88:23
88:24 89:13
89:16
90:5 90:9
91:13
92:1
93:24 93:25
94:2 94:3
94:24

95:1 95:7
95:9
95:12 95:15
95:20 97:23
98:12 98:17
98:20 98:24
99:2
99:16 99:18
100:2 100:6
100:14
100:16
101:18
102:1 103:4
103:6
103:10
103:12
103:20
104:8
104:18
104:23
104:25
105:13
106:5 107:2
107:10
108:10
108:16
110:12
110:22
111:1
111:19
111:22
111:24
112:9
113:25
114:1 115:6
115:11
115:13
115:20
115:24
116:3
116:19
116:21
117:7 117:8



| | | | |
|---|---|---|---|
| 118:8 | 135:5 135:9 | 155:25 | 183:16 |
| 118:11 | 135:18 | 156:3 | 189:17 |
| 118:16 | 136:5 | 156:13 | 190:14 |
| 118:19 | 136:12 | 156:17 | 190:14 |
| 118:21 | 137:25 | 157:2 157:3 | 190:17 |
| 120:4 120:5 | 138:9 | 159:1 | 190:18 |
| 120:14 | 138:14 | 161:14 | 191:4 191:6 |
| 120:16 | 140:12 | 161:15 | 191:9 |
| 120:17 | 140:22 | 161:24 | 191:17 |
| 120:19 | 140:25 | 161:25 | 191:24 |
| 120:22 | 141:2 141:5 | 163:3 | 192:3 192:8 |
| 121:20 | 141:9 | 163:12 | 192:20 |
| 121:22 | 141:12 | 163:18 | 193:16 |
| 121:24 | 141:20 | 164:15 | 196:2 196:7 |
| 122:14 | 142:11 | 165:6 165:9 | 196:10 |
| 123:13 | 143:2 143:3 | 166:1 | 196:12 |
| 124:18 | 143:9 144:1 | 166:20 | 196:13 |
| 125:11 | 144:11 | 166:23 | 196:22 |
| 125:19 | 144:16 | 167:4 167:7 | 196:24 |
| 125:22 | 145:5 145:7 | 167:21 | 197:9 |
| 127:10 | 145:12 | 168:20 | 197:14 |
| 127:14 | 146:23 | 169:7 | 197:17 |
| 127:22 | 147:6 | 169:11 | 197:17 |
| 127:24 | 147:17 | 169:13 | 198:9 |
| 128:15 | 147:23 | 170:6 | 198:21 |
| 128:20 | 148:2 | 170:23 | 199:14 |
| 129:23 | 148:17 | 171:9 | 199:15 |
| 129:25 | 148:24 | 171:21 | 201:13 |
| 130:1 130:8 | 149:18 | 171:23 | 201:16 |
| 130:9 | 150:2 151:6 | 171:25 | 202:7 |
| 130:11 | 151:7 | 172:4 | 203:21 |
| 130:15 | 152:11 | 172:12 | 204:7 204:8 |
| 130:17 | 152:19 | 173:23 | 204:13 |
| 131:11 | 153:14 | 173:24 | 204:19 |
| 132:2 | 153:17 | 174:7 176:7 | 205:2 |
| 132:24 | 153:22 | 177:2 | 205:10 |
| 133:2 | 154:1 154:6 | 178:17 | 209:4 |
| 133:16 | 154:10 | 179:4 179:8 | 209:10 |
| 133:19 | 154:19 | 179:18 | 209:14 |
| 133:22 | 154:21 | 182:8 | 209:22 |
| 133:24 | 154:23 | 182:16 | 209:25 |
| 134:5 | 155:9 | 182:23 | 210:7 |
| 134:10 | 155:15 | 183:3 183:9 | 210:24 |


NAEGELI

DEPOSITION AND TRIAL EXPERTS

800.528.3335

NaegeliUSA.com

211:11
211:14
212:3 212:5
212:16
212:17
213:21
214:6 219:8
220:6
221:18
224:21
224:23
225:1 227:8
227:11
227:15
227:20
228:1 228:4
228:8 228:9
228:11
228:20
229:5
229:17
229:21
230:3 231:5
231:12
231:15
231:18
234:4 234:9
235:3 235:9
235:13
235:14
235:14
236:17
236:22
236:25
237:3
240:13
241:9
241:10
241:13
241:17
241:19
241:22
242:11

242:17
242:21
243:3
243:13
243:19
243:22
243:25
244:6 244:8
244:15
244:22
245:4 245:9
245:13
245:24
245:25

**parenthesized**
81:5

**parents** 92:20
136:14
136:18

**Parent's**
7:5 27:25
30:6
30:13 38:10
101:14
134:20
134:25
145:24
148:15
148:22
150:21
151:1
165:19
170:10
173:9
192:25
197:15
203:11
204:20
207:14
213:1
220:22
222:8 229:2

230:11
236:6

**parsed** 36:24

**participate**
7:6

**participated**
6:2

**participation**
170:20

**particular**
27:13 32:16
41:17
51:5 124:24
162:15
165:15
180:21
202:2 217:6

**particularly**
114:20
186:8

**parties**
4:15 4:20
5:19
10:16
114:10
116:14
169:9

**party** 13:15
163:20

**pass** 4:11
29:6
66:24 91:23
141:21
141:24
142:12
158:11
158:18
159:2 171:5
175:18
181:13

181:13
182:25
219:1 224:3
232:19

**past** 25:16
33:14 61:21
155:6
158:19
182:2

**paste** 47:18
68:15

**pasted**
47:10 65:10
68:14 68:18

**patterned**
219:2

**pending**
177:14

**people** 7:18
93:1 93:6
110:6
110:11
111:5 111:9
111:13
111:17
111:25
112:1
112:11
112:14
112:16
128:22
128:24
129:7
129:19
138:19
151:9 220:4

**per** 112:13
121:5

**percent** 9:16

**perception**


NAEGELI
DEPOSITION AND TRIAL EXPERTS
N
800.528.3335
NaegeliUSA.com

163:16

**performance**
124:8
176:24
176:24
181:21
182:2 182:4
222:5

**perhaps**
187:12

**period**
24:11 24:12
175:16
184:18
185:2
185:13
186:7
194:17
194:23
195:14
206:10
218:5
226:11
239:9
239:14
239:20

**periods** 24:15
194:13
195:18

**permanent**
125:10

**permanently**
19:22

**permission**
8:15 26:1
156:12
229:8

**person** 13:2
88:15 108:9
128:7

128:10
129:22
170:18
222:2
231:17
234:23
235:16
238:12
241:1

**pertain**
124:23

**pertaining**
32:6 96:1
96:6
99:20
109:16
114:16
120:8
120:10
126:7
128:11

**pertains**
70:17

**pertinent**
154:4

**petitioner**
25:10

**phase** 155:14

**phone** 17:7
18:3
18:20 176:6

**phones** 5:13

**phrase** 69:6
124:10
200:16

**phrasing**
242:18

**physical**
193:3

**Picton** 19:4
19:5 19:7
19:12 19:14
19:18 19:25
91:4
91:16 91:22
92:5

**picture**
217:23

**piece** 29:17
29:17 81:18
206:14
206:14

**pieces** 126:12
131:13
223:14

**pinching**
193:4

**placed** 11:6

**placeholder**
208:15

**placement**
108:13
108:14
113:17

**places** 107:23

**placing** 68:17

**plain** 15:11

**plan** 95:21
173:18
173:20
227:25
228:12
237:21

**plane** 160:1

**planned** 95:6

**planning**
130:19

191:3
222:12
238:21

**play** 8:4
116:9
185:16

**plays** 172:1

**please** 8:15
11:2 14:4
15:4
25:20 34:13
38:25 39:17
51:16
54:7
55:23 56:23
60:14 62:11
72:5
72:20
76:4 76:6
85:24
90:6
113:4
122:20
140:6 152:7
154:21
168:11
172:16
224:24
235:5

**pleases**
103:22

**PLEP** 222:15
225:6 225:9

**PLEPS** 108:17

**point** 5:9
19:11 24:25
28:7
29:19 34:17
35:10 36:13
37:22
38:2 54:4



54:25 55:23
60:3 64:3
69:23 79:20
97:19 99:14
100:11
109:1
119:25
123:9
124:14
129:21
129:24
130:12
130:24
132:1
134:12
135:4 135:7
138:8
144:10
150:25
156:16
166:3 167:2
176:9 177:5
206:3 206:3
206:7 209:2
222:19
223:18
231:9
**policies**
172:11
**policy** 34:2
34:4
62:19
63:1 63:1
69:10 69:25
71:25
83:7 83:8
83:19
84:1 84:5
84:5
84:22 84:24
85:6 93:3
93:7

93:17 93:21
**poorly** 95:24
**portion**
44:4
44:13 44:25
68:9
80:11
103:16
109:22
**posed** 199:16
**position** 33:8
39:23 65:18
66:23
114:13
157:4
177:21
179:23
196:2
201:13
202:18
206:20
230:14
**possibility**
85:7
**possible** 17:3
74:22
82:1 82:7
82:16 83:11
97:9
98:14
106:11
219:8
**possibly** 18:1
140:20
163:16
173:4
178:23
**post** 182:19
**post-data**
218:5

**post-
hearing**
63:8
**postpone**
204:3
**potential**
244:9
**potentially**
70:5
218:2 240:5
**practice** 32:5
33:5 123:4
**practices**
93:12 121:9
121:18
122:3
122:10
123:3
123:21
166:11
166:14
169:3
187:20
**pre** 182:19
218:5
**pre-argue**
205:3
**pre-break**
185:18
**precise**
193:12
**prediction**
244:3
**predictions**
74:16
81:3
85:11
217:12
217:16

241:25
242:3
242:12
242:14
242:22
242:24
242:25
**preexisting**
208:8
**prefer** 132:24
147:23
**prehearing**
5:23 6:1
12:22
15:9
15:15 28:16
**preliminarily**
102:3
**premise**
192:25
**preprinted**
104:5 104:7
104:8
**present**
4:16 4:24
9:6 31:22
37:13 37:13
40:2 40:5
99:22 124:7
131:11
181:20
182:3
201:10
216:2 222:5
**presentation**
27:25
101:15
188:24
**presented**
26:23 199:2



NAEGELI
DEPOSITION AND TRIAL EXPERTS

800.528.3335
NaegeliUSA.com

**presenting**
132:14

**presents**
238:23

**presume** 95:22
226:16
230:8
232:17

**pretty**
78:24
106:14
113:15
184:20
185:21
202:8
233:17
243:13

**prevail** 10:12

**prevent** 207:7

**previous** 67:4
70:21 71:20
221:21
229:8
229:22
230:7 231:2
231:7
231:22
232:4

**previously**
27:24
31:4 47:8
84:12 84:13
86:12 86:16
86:20 86:21
112:19
127:2
136:23
136:24
136:25
140:14

152:25
164:13
170:17
173:8
234:21

**pre-winter**
188:4

**primarily**
70:3

**primary**
199:23
199:23

**principal**
158:12
158:14
158:16

**printed** 103:9
104:21

**prior** 26:13
29:4 29:9
32:21
33:8
33:10
43:8
43:12
48:3 48:5
66:3
66:19 66:19
67:11 67:17
77:11
81:8
89:20
90:2
90:11
108:12
117:22
119:15
125:7 126:4
130:18
130:20
134:1

135:22
137:7
137:13
141:16
143:10
143:15
144:2 144:7
144:22
146:10
148:12
153:7 162:9
162:23
167:15
176:24
186:3 186:9
198:4 211:2
211:24
212:10
214:24
220:7
220:10
226:15
232:7 233:3
234:1

**priority**
137:4 159:6

**pro** 12:14

**probably**
18:16 21:23
34:24
36:8 38:7
62:7
101:6
104:20
137:12
147:22
148:2 152:3
186:10
199:23
200:6
206:13
240:20

245:9

**problem** 21:24
104:25
106:3 135:5

**problems**
227:3
232:11
240:13
240:17

**procedural**
9:12 9:13
9:14 9:18
10:1 131:25
132:5
200:21
202:13
202:14
203:22
204:4

**procedurally**
37:12

**procedure**
16:19
149:15
164:5

**procedures**
45:19
119:15
139:23
162:13

**proceed** 29:16
93:12
132:22
132:24
173:16

**proceedings**
246:10

**process**
6:15 14:4
36:20



42:6
42:14 50:13
74:5
78:12 79:13
86:8 87:4
88:20 88:21
135:1
170:14
202:19
204:21
218:16

**processes**
162:13

**processing**
189:3

**produce**
136:19

**productive**
163:21

**professional**
74:8
74:16
81:3
85:11
124:18
217:12
217:17
242:1
242:12
242:15
242:23
243:11
244:3
244:13
244:17

**professionals**
176:10

**program** 35:16
222:12

**programming**

130:19

**programs**
157:11
157:15
158:3

**progress**
22:12 28:23
214:17
214:21
215:14
223:17
227:6
232:16
239:17
239:19

**progression**
171:20

**prohibited**
7:2

**proof** 7:13
9:5 9:15
132:10
204:20

**proposal**
170:11
171:11

**proposed**
141:18
142:10
142:17

**protests**
193:3 193:5

**provide**
6:20 10:3
18:9
27:21
37:4
40:21 40:22
44:20
47:2 47:4

48:11 56:23
60:8
74:19 75:14
75:17 76:12
89:20 98:16
99:24
112:20
115:10
117:4
117:25
125:16
126:18
139:11
141:6
159:11
160:13
166:20
166:23
173:21
175:13
177:21
187:15
191:24
216:19
218:20
219:19
221:10

**provided** 23:4
26:13 26:15
28:6 31:9
36:21 45:25
46:13 46:19
51:11
53:8
53:14
57:2 59:7
74:21
84:7 88:5
89:7
89:10 89:18
98:22 105:7
111:15
111:21

116:25
117:3
125:12
144:1 144:2
144:7
144:13
144:16
163:15
173:13
178:8 179:3
196:21
197:9 214:1
219:15
221:22
226:8 244:2

**providers**
46:15
70:2 70:4
70:8 173:14

**provides**
75:12 85:6

**provision**
30:23
51:3
59:10
78:1 78:8
96:23 112:4
112:22
116:24
116:25
214:4
217:14

**provisions**
31:7
50:24 62:20
213:10

**prudent**
218:17

**prudently**
171:2

**psychologist**



90:18

**public** 5:11
10:3 52:20

**pull** 101:4

**pulled**
47:12
100:14

**purporting**
103:16

**purpose** 32:25
48:16
49:9
49:24 52:13
53:16 85:22
113:10
113:12
113:14
142:14
162:5 208:2
208:19
211:3
211:23
212:7
228:15
229:1
237:15

**purposes** 4:16
7:22 17:9
44:3 52:5
86:3 101:14
209:12
213:9

**pursuant** 5:18
121:16

─────────────
Q
─────────────
**qualified**
186:21

**qualifies**
171:17

172:19
176:1

**qualify** 180:8
180:10
186:20
188:1

**qualifying**
179:20

**quality**
163:22
203:7
220:11

**question** 15:3
21:7
21:10 44:19
45:14 49:17
50:22 50:23
51:24 52:23
54:20 55:10
55:19 55:21
60:6 60:6
62:2 62:8
62:16
63:4
63:12
64:4
64:15 66:13
69:5
70:21
71:8
71:18 71:20
71:21
72:5
72:22 72:25
73:3
74:24 74:25
75:1 75:6
75:9
75:11
76:3 76:6
76:10 78:15
78:19 78:22

81:8 81:9
81:14 82:11
82:21 82:25
83:17 84:12
84:20
85:3 86:2
87:14
90:6
93:15 93:23
95:14 95:18
96:14 96:25
98:6
98:10
99:4 99:7
101:16
101:20
102:16
108:8
110:19
111:12
111:22
112:17
116:6 116:8
118:4 119:9
123:10
123:12
123:15
125:21
127:3 127:9
128:13
128:19
129:12
132:16
132:18
133:8 136:7
140:7
142:20
144:10
150:15
152:7 152:8
153:14
155:8
160:12

167:11
168:15
171:25
172:16
179:23
180:4 182:6
182:7
186:11
192:2 200:1
201:23
209:23
216:12
216:17
220:19
221:9
223:22
228:20
228:24
229:25
230:11
231:25
233:23
234:6
234:15
235:12
236:6
236:19
237:5
240:12
240:16
241:5 242:9
243:4
243:18
246:3

**questioning**
12:2 21:5
93:12
131:22
132:18
154:12
170:3
232:14



NAEGELI
DEPOSITION AND TRIAL EXPERTS

800.528.3335
NaegeliUSA.com

245:9

**questions**
13:1 13:5
14:14
20:4
20:11 21:23
39:5 39:8
39:9 41:1
45:2
51:14 62:24
63:24
77:1
92:24
94:5
97:22
99:3
99:19
103:18
117:7 118:2
131:13
131:15
131:25
132:14
132:19
134:16
134:21
155:11
155:16
156:4
197:21
199:16
199:18
213:5
216:12
219:7
224:22
237:6

**quick** 16:16
71:7

**quicker**
135:19

**quickly** 10:16

135:6
159:21
169:5

**quite** 163:16

---
R
---

**raise**
100:12
196:2
236:11

**raised** 182:18
196:7
236:10

**rang** 176:6

**range** 176:24

**rare** 218:1

**rate** 144:23

**rather** 8:9
29:25 81:14
133:17
163:9
205:11

**raw** 208:11
208:11
210:8

**re** 188:19

**re-access**
176:22

**reached** 206:3

**reading** 48:24
58:12
86:1
88:15
95:9 167:24
172:24
175:2
232:17

**reads** 52:13

74:11 78:16
87:1
96:18 146:5

**ready** 22:8
30:17 37:11
78:2

**real** 71:7

**really**
24:19
76:2 77:1
131:14
134:20
139:4 157:5
182:5 182:6
189:2
215:18
216:4
223:22
240:8

**reask** 52:25
58:19 71:18
78:15
236:22

**re-asked**
118:3

**reason** 8:9
21:11 31:18
62:24 70:10
139:23
142:25
163:10
172:9
204:11
232:21
236:9
238:18

**reasonable**
175:16
180:12
200:2
200:11

201:24
203:6 226:3
232:6
239:14

**reasonablenes
s** 24:13

**reasonably**
151:20
217:19

**reasons**
124:23
125:2
189:19

**recall**
43:10
48:2 48:6
90:16 90:23
91:15
92:4
92:11 92:15
92:16 92:16
92:18
99:5 99:6
99:9
109:1 110:6
119:18
120:14
120:23
121:1 121:3
126:6
126:10
128:6 128:9
130:22
133:15
135:25
137:6
137:10
137:14
139:6
145:13
146:12
146:14



149:4 149:9
151:15
155:2 165:9
168:18
170:18
170:22
171:3 197:3
199:6
226:22
226:24
227:2 233:9
233:12
234:1 234:5
234:19
234:23

**re-call** 17:18

**Recall** 149:6

**recalls**
133:20
133:21
235:10

**receive** 11:13
90:13 143:3
176:13
178:3 179:7
195:14
195:20
215:24
220:14
220:15

**received**
25:10 25:14
25:16 25:23
29:3
33:14
90:2
90:10
126:20
142:7 177:7
177:22
178:14

193:14
193:15
193:19

**receiving**
35:13 35:15
126:10
239:20
240:4

**recent**
41:21 152:2

**recess**
34:10 34:14
80:2
131:2
189:13

**recite** 59:23

**recognize**
41:9 141:13
219:20
228:2

**recognizing**
151:2

**recollection**
108:25
109:3
119:24
120:3 120:9
122:21
147:9
147:10
151:15
167:23
168:20
183:5
233:14
233:17

**reconcile**
87:15 87:16
88:1

**reconciles**

87:20

**reconvene**
73:17
77:8
77:11 78:17
78:25
80:8
131:1
138:18
139:10
189:20
246:4

**reconvening**
79:14

**record** 4:17
7:23 8:2
8:21 9:1
9:3 14:16
17:8
17:13 34:12
44:3
44:13 45:23
54:9
60:25 62:10
62:12 71:23
72:6 76:8
80:1
81:17
101:18
105:2 131:4
137:22
151:10
151:12
151:13
151:17
151:19
154:11
163:5
183:13
183:14
202:24
205:9 208:1

209:12
211:6 211:7
235:20
236:1
236:25
237:4 246:6
246:9

**records**
125:11
125:12
125:24
126:7
126:11
126:23
136:19
137:3
178:19
178:20
178:23
179:1 179:3
193:15
210:15
211:8

**recounting**
235:10

**recoup** 175:15
177:13
186:16
186:18
187:22
196:5 196:9
239:13

**recoupable**
180:18

**recouped**
95:24

**recouping**
180:19

**recoupment**
24:17 53:25
54:5



54:13
55:2 55:4
55:13 55:15
55:25 74:14
80:18
172:21
174:13
175:9
176:19
176:21
176:22
178:11
187:1
194:14
194:17
194:23
195:1 195:7
195:13
200:9 207:7
213:15
213:19
217:10
217:21
238:1 238:8
239:7 241:2

**recover**
177:13

**recovery**
213:19

**Re-cross**
156:7

**RECROSS-**
**EXAMINATION**
237:10

**recruited**
158:11

**recused** 18:13

**re-**
**demonstrate**
176:23

**redirect**
96:14 156:7
224:25
237:8

**reduce** 193:2

**redundant**
70:19

**re-engage**
241:3

**reevaluate**
134:14

**refer** 44:8
81:13
104:17
120:17
141:3
168:14
201:3 205:7
213:16
217:2

**reference**
40:25 42:21
43:15 44:14
44:19 50:23
51:8
51:18 51:19
56:16 56:20
61:3 65:2
73:21
100:23
101:16
103:23
134:1 142:8
166:8
173:10
175:7 178:5
183:11
196:10
196:13
213:7
230:23

**referenced**
44:5 49:8
50:15 73:19
106:16
106:20
122:10
128:2
135:21
171:4
192:15
204:21

**references**
53:24 54:12
61:13

**referencing**
41:2 47:8
48:8
48:23 66:15
68:20 85:17
114:20
115:1 115:7
179:8
205:10
227:21
231:6

**referred**
188:5
213:24

**referring**
25:23 65:23
66:6
105:5 107:3
109:10
112:3 112:4
162:15
167:21
168:1
229:23
230:8
241:14
241:23
241:24

243:22
243:24
244:1

**refers** 107:16
109:14

**reflect**
102:22
139:8 212:1
212:14

**reflected**
94:9
120:1
120:11
128:8 229:6

**reflecting**
97:13 200:7
211:23

**reflective**
84:12
106:13

**refresh** 80:10
183:5

**refreshed**
150:24

**regain** 175:15

**regard** 31:7
33:20
158:24
172:6
181:13

**regarding**
24:3
28:21
31:8
31:10 41:13
44:14 44:23
45:18
62:2 65:3
68:2 68:3

 
NAEGELI
DEPOSITION AND TRIAL EXPERTS

800.528.3335
NaegeliUSA.com

68:10 68:16
79:5
147:8
147:11
152:22
157:3
164:10
164:20
167:7
181:25
182:2 186:1
192:20
193:14
195:6
207:22
219:9
219:12
220:12

**region**
173:4 173:5

**regress** 196:4

**regression**
24:17 53:24
54:5
54:13
55:1 55:4
55:13 55:15
55:25 74:14
80:18
172:21
174:13
174:15
174:16
174:19
174:21
174:24
175:1 175:2
175:8
175:14
175:21
176:1 176:4
176:4

178:12
187:1 195:7
195:13
200:9 207:7
213:15
213:17
217:10
217:21
231:19
231:21
238:1 238:8
239:7
239:13
239:17
239:19
240:5 241:2

**regression/
recoupment**
152:1
152:20
153:6
191:21

**regs** 87:21

**regular**
181:19

**regulation**
56:18
57:8
59:17
60:7
64:18 78:11

**regulations**
42:3 42:4
42:5
42:19
57:2
57:12 57:13
57:17 57:19
57:22 60:19
61:11 70:23
80:12 80:21

84:15 84:20
96:6 114:19
123:5 129:3
136:16
136:21
138:18
172:5 176:5
213:22
213:23
214:7 220:1

**rehashed**
150:19

**reinforce**
203:2

**reinforced**
92:24 94:10
94:16

**reiterate**
70:21 99:10
109:25
139:3

**reiterated**
93:1 119:19
119:21

**rejected**
146:2

**relate**
23:23
29:9
79:14
94:6
94:11
122:21
199:22
228:16

**related**
43:7
47:25 48:12
49:14 49:22
51:1

51:20
52:3
52:14
53:4 53:7
53:13 53:21
56:5 58:7
59:2 62:6
64:9
64:24 68:24
80:19 96:10
96:15 96:19
96:20 96:24
97:4 97:7
97:9
97:10
98:2 98:3
98:5 98:8
98:16 98:23
99:11
111:16
122:4
123:23
124:18
142:18
160:12
166:11
198:5
206:16
215:23
216:17
220:24
220:25
220:25
228:21
232:24
240:16

**relates** 24:13
49:12

**relating**
24:10 50:16
81:21
89:8 99:4



99:7 108:19
117:25
119:6
121:25
127:8

**relation**
81:14

**relationships**
193:2

**relative**
226:18
240:11

**relatively**
178:15

**release** 18:25

**released**
19:22

**relevancy**
23:22 33:16

**relevant** 23:6
24:4 24:5
24:11 24:19
29:21
32:7
32:14 32:14
35:21 45:11
123:15
155:3 202:6
202:23
204:1 209:9
222:11
239:6
239:24
240:18

**reliable**
15:11 120:6
120:7

**rely** 45:25
46:4 74:4

74:6 74:6
74:8

**relying**
206:20
229:12

**remain** 5:12
245:6

**remaining**
31:16 36:6

**remedy** 7:11
10:11

**remember**
15:12
101:19
132:4
132:22
133:7
168:16
237:15

**remembery**
136:1 136:1

**render** 170:14

**rep** 40:9
147:13
151:3

**repeat**
55:21 74:24
74:25
76:3 76:5
121:3

**repetitious**
15:10

**repetitive**
14:22

**rephrase**
56:10
64:4
81:23 82:12
112:12

124:11
127:10
127:12
150:9
152:23

**report** 228:13
230:2 230:8
232:21
233:2 233:4
233:6 238:5
238:11
238:13
238:14
238:19
244:19

**reporter**
8:3 8:7
8:12 8:13
8:19 11:1
25:20 38:17
54:6 54:8
54:9
54:17 71:23
72:6
72:18
76:7 76:8
106:1
115:19
122:6 140:6
140:9
155:19
155:21
168:10
189:6 235:4
245:23

**represent**
139:22

**representativ
e** 5:2
16:7
40:10 113:9
113:11

113:13
113:14
113:19
163:25
235:17

**representativ
e's** 114:3

**representing**
4:21 4:25
235:19

**represents**
60:5

**request**
5:11 6:16
34:10
47:3 69:4
69:11 69:17
70:18 71:19
72:1
72:11
142:15
145:23
145:24
178:20
178:23
191:9 193:1
204:21
220:23
234:10

**requested**
141:20
142:6
142:12
142:22
191:6

**requesting**
233:9 234:5

**requests**
220:22

**require** 50:24



60:7
167:2 172:6
**required**
36:22
59:3
61:17 69:20
69:24 70:11
70:16 70:23
72:14 78:12
79:10
81:5
81:25
82:2
82:17 82:19
83:4
83:11 83:12
83:21 83:25
84:6
85:12 86:22
98:16
126:24
152:23
218:17
219:4
**requirement**
70:12
**requirements**
9:13
36:19
79:5 79:8
79:11
220:21
**reread**
71:21 76:25
**RE-REDIRECT**
241:12
**rescheduling**
189:15
**reserve** 19:19
29:19
33:2 34:5

205:12
**resistant**
189:5
**resolution**
134:25
**resolve** 114:6
115:3
**resolved**
115:5
**resource**
158:2
**resources**
113:16
157:15
**respectively**
25:5
38:11 38:12
**respond** 27:10
172:7
**responded**
169:11
169:12
**respondent**
19:6
**respondent's**
103:23
**responding**
35:14
**response**
19:25 25:23
31:24 32:10
54:21 83:15
105:9 121:1
121:4 121:5
127:2
144:13
194:20
234:15

246:2
**responses**
23:22
**responsibilit
ies** 157:8
158:24
**responsible**
62:25 112:4
**rest** 34:13
87:5 196:14
**restate** 49:17
62:7
152:8
172:16
243:17
**restated** 84:2
**restricted**
12:23
**restroom**
245:14
**result** 159:14
189:4
195:11
204:4
207:20
215:12
215:16
239:11
241:4
**resulted** 6:25
7:9 9:19
200:21
204:16
**results**
167:16
**resuming**
159:3 179:5
**RESY** 175:25

**retain** 178:18
**retract** 75:16
76:11 110:7
140:22
145:13
149:3
242:18
**returning**
69:1
**reverse** 45:22
**review** 7:6
23:1 27:9
28:22 48:14
61:12 64:19
85:25
102:23
137:18
139:19
139:20
142:11
190:25
**reviewed** 42:5
42:13 101:6
107:9
136:20
140:16
195:8
211:25
233:2
**reviewing**
62:8 102:16
108:23
195:5
**revised** 41:20
41:22
42:7 43:9
46:18 46:23
63:1 66:2
67:15 68:19
181:7



revising 42:6

revision
  7:6 61:12
  64:19

revisions
  41:25 48:6

revisited
  177:17

rich 119:17
  147:20

Richard 5:1

right-hand
  107:8

rights 7:1
  7:5 136:15

road 22:23

role 113:4
  113:6 114:3
  114:9
  114:12
  114:13
  114:14
  114:15
  114:18
  114:19
  114:21
  114:22
  114:25
  115:3 115:6
  115:10
  116:6 116:9
  118:6 172:2

room 4:16
  4:19 4:20
  7:24 16:3
  16:5
  34:13 82:16
  105:23
  158:2

rote 221:25

roughly 18:22
  67:1 158:19
  181:1
  182:22

routine
  225:15
  241:1

routines
  187:20
  188:20
  188:21
  188:23
  241:4

RP 109:10
  165:16
  167:16
  168:5
  168:11

RP's 109:9

rule 7:16
  7:16
  18:15 34:21
  34:21
  39:7 44:1
  47:20
  52:5
  52:13
  100:23
  100:25
  101:1 101:3
  101:8
  243:12

ruled 25:3
  31:4

rules 6:23
  7:7 7:8
  9:11
  42:10 57:16
  57:21 62:19

75:23 76:18
96:1 101:11
114:16
115:10
219:19

ruling 6:6
  15:5
  24:22
  25:1
  29:19
  34:5
  45:13 45:22
  205:12

rulings 6:5

_____
         S
_____

S-1 38:10

S-13 141:3
  145:18
  148:6
  148:12
  148:15

S-14 148:17
  148:22

S-15 100:5
  100:6 100:7
  101:15
  101:16
  103:5 103:8
  105:3 105:4

S-16 227:21
  227:22
  229:2
  237:13
  237:13
  241:14

S-17 38:11

S-18 35:5
  35:7 36:3
  36:4 37:23

S-19 38:11

S-2 56:17
  56:20 60:25
  213:23

S-20 26:15
  154:10

S-24 26:15

S-25 26:10
  26:24 28:13

S-26 26:10
  27:2 28:20

S-27 26:11
  26:23
  27:4
  28:21 28:21
  38:11
  154:10

S-3 40:25
  42:24
  43:1 43:2
  46:12 47:23
  66:10 66:13
  69:2 80:7
  80:16
  81:1 86:4
  99:20

S-4 44:4
  44:21 44:22
  46:19
  47:9 48:9
  48:24 50:20
  61:1
  65:23 66:14
  66:15 66:17
  67:8
  67:11 67:16
  67:23
  68:4
  68:17 105:2
  213:1 217:2



241:14

**S-5** 60:18
    61:4 61:5

**S-6** 30:14
    30:19
    34:5 35:4

**safe** 19:20

**Saturday**
    184:8

**Savage** 149:8

**save** 19:16

**saw** 230:22

**scenario**
    218:11
    218:13

**scenarios**
    217:24

**Schaffer** 7:12

**schedule** 17:3
    135:2

**scheduled**
    137:18
    160:20
    161:11
    184:16
    184:17
    198:18

**scheduling**
    17:9 17:12

**school** 4:11
    29:4 29:6
    31:11 31:12
    35:9
    35:10 35:16
    35:19 41:14
    48:9
    48:17 49:24
    50:4 52:5

53:6
53:16
57:3
57:11
58:2 58:3
59:7
66:24 67:25
73:14 73:14
73:22 73:23
74:1
74:11 74:13
75:21 76:16
77:12 80:16
83:3 85:5
85:21 89:21
90:3
90:17 91:23
92:10
93:3
107:5 107:9
108:19
115:17
116:1
120:10
126:7
141:21
141:25
142:13
149:1 150:3
151:1
158:10
158:12
158:13
158:15
159:2 159:4
159:5 159:7
160:16
164:20
169:25
173:12
173:19
175:18
178:3

178:15
178:16
178:19
178:21
178:25
179:4
179:20
180:8
182:25
183:1 183:1
184:10
184:16
184:21
185:9 187:9
191:5 192:5
193:16
195:19
213:25
216:18
217:7 217:9
218:3 219:1
219:13
220:8 220:8
224:4
228:17
229:7 230:5
232:8
232:19
239:20
240:24

**school-**
    **represented**
    130:6

**schools**
    125:13

**school-year**
    6:20

**Schwerdt**
    90:17
    238:16
    238:17

238:19

**scope** 21:22
    22:1 86:7
    112:6

**scores** 226:10
    226:10

**se** 12:14

**SEA** 58:18

**second** 17:8
    17:22
    68:3
    91:15
    147:12
    151:4 168:2
    199:4
    202:19
    224:24
    231:21
    242:19

**section** 48:16
    48:21 48:22
    49:2 49:8
    50:22 50:24
    51:21 51:23
    52:4
    52:12
    53:5
    57:25 58:15
    58:25
    59:6
    59:11 61:21
    62:3 66:9
    68:3
    68:21 74:11
    75:20 76:15
    77:7 80:6
    80:11 81:13
    81:21 85:18
    108:13
    108:18
    108:19



```
115:16
115:25
119:5
194:12
214:10
216:2
236:13
243:12
244:2

sections
  53:19  59:16
  59:16  59:21

seeing  187:17

seem  111:3

seems  86:10
  229:11

seen  27:24
  28:9  107:22
  227:18
  227:19
  230:19

selected
  220:7

selection
  167:7

selectively
  101:4

self  157:25

sense  19:15
  34:25
  63:7  88:7
  95:18
  131:12
  132:16
  133:18

sent  11:6
  38:1  142:22

sentence
  73:21  73:25
```

```
75:19  75:19
76:13  76:14
78:9
78:16  78:20
88:4
95:16  95:17
96:16  96:21
168:1
231:22

separate
  51:13
  111:12
  173:24

September
  28:25  181:1

serve  113:8
  179:19

served  223:24

service
  5:21  70:2
  96:10  96:15
  96:20  96:24
  108:14
  108:14
  108:15
  147:13
  160:16
  176:25
  178:9  218:4
  220:25
  239:12
  239:25
  240:2  241:5

services
  5:3  6:21
  7:3  31:2
  35:13
  40:1
  49:10
  52:6  52:14
```

```
53:7
53:13
57:4  58:2
58:4  59:7
59:9
69:11
72:1
74:13  80:15
80:25  81:22
85:9
94:10  96:11
96:19
97:3  97:4
97:6  97:7
97:8  97:8
97:9
97:10
98:3  98:4
98:5  98:8
98:16  98:23
99:12
111:15
111:21
113:2
113:23
116:24
116:25
124:15
126:18
126:20
126:25
137:13
158:17
158:25
159:4  159:7
159:9
160:10
160:20
162:16
163:15
169:25
172:10
173:20
```

```
173:21
175:7  177:7
177:22
178:1  178:8
179:5
179:12
179:21
180:8
180:17
186:2
187:12
188:1
192:10
194:13
195:14
195:20
196:6
207:22
214:1  214:4
217:9  218:7
218:20
219:15
219:23
222:3
230:15
240:4

serving
  158:18
  224:3

sets  10:17

seven  112:7
  187:8  194:5

several  72:24

shaded  102:12
  102:19

shared  166:11
  169:2

she'll  39:12

she's  108:9

shift
```



158:21
160:22
164:16
197:11
212:22

**short** 78:24
195:2

**shorter** 73:2

**short-term**
77:1

**shot** 135:2

**showed** 126:24
200:10

**showing** 183:7
183:10
202:24

**shown** 9:14
9:18 9:23
10:12 108:7
194:1 213:1
217:1 217:6

**shows** 10:2
37:3 173:18
206:19
207:6

**sight-based**
158:1

**significant**
175:14
175:22
176:17
184:20
196:8
237:18
239:12

**significantly**
159:24
176:12
181:8

185:21
240:2

**silent** 5:12

**similar** 10:17
35:1 35:3
235:12

**similarly**
231:24
240:12

**simply** 9:2
70:7
83:24
183:13
208:4 212:1
212:13
239:4
240:16

**single**
11:23
73:2 100:24
155:8

**sit** 18:4

**site** 46:11
47:11 47:13
65:8 65:11

**sitting** 79:22
105:23

**situation**
84:6

**situations**
83:20 156:8

**six** 112:7
194:5

**Sixteen**
185:15
195:21
195:23

**sketch**

157:7
157:22

**skill** 43:6
47:24 48:12
49:13 49:21
51:1 52:2
53:3
53:21
56:4 58:6
59:1 62:5
64:9
68:23 80:18
95:23 175:9
177:18
216:8

**skills**
48:18 48:19
49:11 49:11
49:25
50:1 50:8
50:10 50:11
51:19 53:17
53:18
86:6 172:21
174:16
174:20
174:22
175:15
177:13
180:2
180:18
187:22
213:17
213:19
214:20
215:3
224:16

**slow** 8:16
121:11
158:4

**slowed** 8:11

**slower**
39:11 227:7

**small** 7:24
174:24
174:25

**smooth** 163:13

**snapshot**
200:17
202:3

**snow** 184:20
184:22

**social** 222:13

**sole** 31:17
31:18

**solely** 33:4

**somebody** 23:5
40:14 69:12
72:2
106:9
106:19
120:8 120:9
154:12
163:19

**somehow** 20:12
88:12

**someone** 69:17
72:12
119:25
154:16
163:24
211:6

**somewhere**
18:16
91:8
108:7
110:20
136:3

**sooner** 204:11



**sorry** 7:19
20:15 25:21
26:20
34:9
46:24 47:19
48:4
60:16 64:13
66:8 69:8
76:6
77:19 78:15
79:7 81:7
86:17 86:20
90:7 95:2
95:18 99:23
103:6 105:4
105:25
108:12
110:18
114:24
115:20
116:19
118:3
121:13
121:14
122:7 124:9
128:12
143:21
147:2
147:17
149:18
150:9
152:24
155:25
158:6
168:13
172:15
172:17
176:7
192:18
196:24
197:17
204:16
209:22

228:4
229:15
242:7
242:16
245:4

**sort** 197:4
216:4

**sound** 8:9
225:17

**South** 67:25

**speak** 8:10
11:1
34:20 39:11
65:25 124:9
128:25
240:21

**speaking**
8:9
115:18
170:23
171:3

**special** 5:3
13:24 39:25
41:13 41:14
46:15
52:6
52:14
53:7
53:13
56:7 65:9
66:9
66:23 67:25
89:19 89:20
108:16
113:2
125:12
125:24
126:3
141:16
157:8
157:11

157:25
158:1 158:9
158:17
162:16
164:4 172:9
173:13
173:13
174:1 175:2
175:20
180:5 198:4
210:11
212:10
218:7
230:14
244:19
244:24

**specific** 30:7
34:22 51:12
62:20
78:1 78:7
78:10 85:21
85:22 85:23
86:3 86:9
87:9
87:22 92:19
94:4
94:23 96:17
96:22 123:7
124:23
151:16
164:9 172:2
172:3
183:14
192:4
192:21
221:1
242:10
244:7 244:8

**specifically**
21:8
50:15 51:23
55:24 64:22

64:23
79:3
83:19
158:22
159:16
177:18
204:24
214:8

**specified**
213:18
213:20

**spectrum**
159:24
240:22

**speculate**
9:21

**speculation**
97:16
230:12
242:9

**speculative**
243:2 243:3

**speed** 8:11
8:14

**spell** 39:1

**spelled**
91:8 145:20
163:6

**spelling**
112:23
159:16

**spent** 92:11
92:17

**spoke** 106:9
106:20
140:3

**spoken** 139:7

**spot** 38:19



NAEGELI
DEPOSITION AND TRIAL EXPERTS

800.528.3335
NaegeliUSA.com

134:7
219:16

**spreadsheet**
104:11

**spring**
24:12
150:23
165:18
167:3 167:5
167:18
187:2 187:3
187:5 190:4
191:22
194:4 194:7
194:19
194:25
195:8
195:24
200:12
203:4
208:24
218:8

**stack** 143:4
144:16
144:21
145:8

**staff** 19:16
41:14
86:8
88:19 88:19
88:20
89:1 89:2
89:10 89:18
89:20
90:1 98:7
112:23
126:10
157:11
157:12
159:11
159:16
159:19

188:23
224:4 229:7
229:9
229:23
230:7
230:23
231:2
231:23
232:5 232:7

**stand** 225:4

**standard** 9:15
15:12 141:7

**standardized**
214:16

**standards**
58:17
59:5 162:12
173:1
213:16

**standing** 25:2
36:14

**stands** 35:3
215:1

**start** 8:23
15:18 27:12
27:15 27:17
121:15
153:8 157:2
182:15
185:14
245:16

**started** 15:15
67:21 92:10
108:8 184:8

**starting**
30:13 89:21
136:3
157:23

**starts** 36:25

**state** 4:8
38:25 47:11
47:11 49:15
50:16 57:23
58:14
59:1 59:5
70:22 80:12
81:24 84:15
84:22
86:2
86:10 86:11
86:15 115:9
122:3 123:5
126:15
129:3
136:16
136:20
138:17
158:2 162:7
166:12
169:4 173:4
173:4
210:24
214:18
214:19
216:2 233:1
240:25

**stated** 32:4
36:17 45:17
46:24
47:8 59:3
67:13 70:11
70:14 71:21
78:20 80:11
81:6
83:19 83:24
85:16
89:6 94:7
107:14
115:3
126:20
127:2
136:24

136:25
137:17
140:1
140:11
140:13
178:8 225:2
225:13
232:9
233:18
234:16
234:21

**statement**
61:15 72:23
75:25 76:21
77:14 78:25
81:8
88:13 88:16
90:12 95:25
96:4 96:5
97:20 97:21
97:24
98:1
98:15
111:14
124:12
127:15
127:25
128:5
138:12
140:18
152:25
165:7 165:8
165:19
165:20
167:24
188:2 215:8
215:10
220:13
225:4 226:3
226:5
232:13

**statements**



101:5  168:3
220:16

**states** 43:6
49:8  53:6
54:4  55:1
55:24
58:5  59:6
69:16
71:5
72:10
79:3
80:17
81:1  83:4
83:7  83:9
84:1
86:24  101:3
107:8
172:25
172:25
231:20
232:3
236:21

**state's** 84:11

**static**
67:20
179:24
226:22
227:1  227:4
228:22
232:10
232:15
239:5

**stating** 49:13
50:25  53:12
81:10  81:10
103:25
150:11
191:20
234:19

**status** 179:1

**statutes**

59:25
162:11

**stay** 179:24
226:22
227:1  227:4
232:10
232:14
237:12
237:13

**staying**
179:16
228:22

**stenographer**
225:15

**step** 18:14

**stepping**
181:16

**steps** 10:12

**stick** 101:15

**stood** 177:21

**stop** 15:4
71:7
77:10  77:11
128:22
130:23
165:13
189:19

**stopping**
130:24

**story** 195:2

**strategies**
185:22
185:24
187:21
188:14
237:22
240:7

**straying**

99:15  123:9

**stricken**
31:14

**strict** 239:18

**strictly**
154:23
211:22

**strike** 112:15
113:11
118:1
152:23

**structure**
117:3  117:4

**struggle**
188:19
189:2

**struggles**
188:22
225:15
226:13

**student**
4:11  6:21
29:2  29:2
29:3  31:3
31:7  32:6
32:15  32:17
32:19  32:21
33:13  35:12
35:22  36:21
37:4
39:19  40:14
40:18  40:19
40:22
55:5
59:13  59:13
69:21  72:16
73:13  75:19
75:20  76:14
76:15  80:17
84:6  90:2

102:4  111:6
111:16
111:20
111:21
112:1
112:20
112:21
112:24
113:7  117:1
117:12
122:22
122:23
124:20
124:22
125:8
126:15
126:19
126:20
126:24
127:4
153:12
158:22
158:22
159:14
159:15
159:17
159:19
159:23
159:24
159:25
160:1  160:3
160:10
160:13
160:18
160:19
162:6  162:6
163:22
168:11
171:17
172:18
173:19
175:8
175:25



177:7
177:15
177:18
177:23
178:6 179:5
179:12
179:20
180:7
180:10
180:24
181:24
182:1 182:2
185:21
185:24
185:25
186:8
186:16
186:19
186:21
187:20
188:1
188:14
188:18
188:19
188:22
188:25
189:4
189:18
191:3
192:10
193:21
195:12
195:13
195:19
196:4 196:5
196:8 204:5
204:25
205:18
215:24
216:5
216:15
216:19
218:2 218:6

220:13
220:15
222:18
222:20
223:7
223:24
224:3
225:15
226:13
226:18
228:18
229:7 230:5
231:19
231:20
232:3
232:10
232:18
237:18
237:23
238:20
239:8
239:16
239:20
240:3 240:4
240:13
240:15
240:16
241:3 243:9

**students** 31:3
31:9
31:12 35:12
35:13 35:15
35:17
50:4 74:4
121:6
121:16
169:4
175:20
179:24
180:21
214:17
214:21
215:23

226:21
232:14
232:15
240:21
240:23

**student's**
6:18 7:1
7:7 7:10
28:15 28:18
29:3 29:5
33:12 33:18
50:7
112:5
112:11
112:14
117:15
123:17
123:21
123:22
124:7
124:19
126:21
158:24
159:22
160:15
160:16
161:10
162:15
180:14
181:6
187:22
192:4
193:15
210:16
220:7 221:3
221:23
222:1
222:11
222:25
223:1 223:1
223:2
223:13
232:7 239:5

240:24
244:4

**stuff**
199:17
227:11

**sub** 213:12
213:24
213:25

**subgroup**
35:17

**subject** 17:18
21:5
59:24
131:22
245:8

**subject-
wise** 216:24

**submission**
27:23

**submit** 26:2
145:6 202:1

**submitted**
233:4

**submitting**
28:2

**subsection**
52:7
52:15 55:16
58:15 58:15
213:11
213:11
213:13
214:9 215:9
215:12
217:7

**Subsections**
214:3

**substance**
165:2 165:3


NAEGELI
DEPOSITION AND TRIAL EXPERTS

800.528.3335
NaegeliUSA.com

191:15
191:16
200:22
207:21
208:17

**substantial**
125:9 152:5
176:9
185:20

**substantially**
29:5
181:7 224:8
226:6 226:8

**substantiated**
186:15

**substantive**
6:25 7:9
9:19 10:2
24:3 116:23
132:6 132:6
170:15
195:3
203:10
204:5

**substantively**
204:25
205:1

**suffered**
195:13

**sufficiency**
200:18

**sufficient**
24:16 63:11
121:8 177:3
177:6 206:4

**suggest**
31:1
83:24 98:8

**suggested**

69:17 72:11
187:12

**suggesting**
52:9 98:2
125:23

**suggestion**
89:25
90:4 177:2

**summarize**
106:16

**summary** 6:8
6:10 106:19
108:14
108:15
108:15

**summer**
29:11 29:12
33:20 35:16
40:15 40:18
40:20 74:21
112:22
126:19
160:14
175:2
175:22
177:7
177:24
178:1 180:9
180:10
194:17

**super** 163:13

**supersede**
57:16 57:23

**supervision**
229:8

**support**
52:1 58:4
58:13 58:21
62:4
63:11 74:22

77:23
78:8
78:23 78:24
112:23
159:11
166:16
178:7
182:14
186:19
193:17
196:3
206:20
220:16
244:18
244:24

**supported**
40:14 40:17
64:18 64:21
77:15 78:20

**supporting**
176:11

**supports**
68:22

**supposed**
228:5

**sure** 5:20
13:11 27:14
30:12 34:11
54:8 76:7
88:8 88:9
101:9
109:22
116:17
132:11
133:22
135:16
140:8 141:1
150:16
154:22
155:15
156:24

157:10
162:20
184:1 189:9
195:17
208:10
216:11
242:20

**surgery** 90:19

**suspect** 36:15
203:1

**sustain** 52:24
71:16 97:17
200:14
231:10

**Sustained**
242:7

**swear** 38:23

**sworn** 38:24
39:19
101:23

**systemically**
31:2

————————
T
————————
**table** 171:6

**tabs** 22:22

**taking**
106:7
202:17

**talk** 22:5
60:15 152:9
158:22
166:5
174:12
234:3

**talked** 15:8
235:15
236:12
236:15



236:16

**talking**
9:20 35:4
44:11
175:24
176:2
179:17
190:1 201:2
202:13
202:15
218:22
236:3
240:20
245:18

**talks**
194:15
214:10

**target** 54:1
54:15
187:22
224:16

**targeted**
172:21

**task** 221:25
229:9

**taught** 111:20
157:25

**teacher** 40:19
67:25
149:11
149:11
158:3

**teaching**
48:18 49:11
50:1 53:18

**team** 29:6
50:9
59:13
60:8 69:4
69:11 69:17

69:18
70:5
70:17 70:18
71:6 72:1
72:11 72:12
73:11 73:17
74:17
77:8
78:17
80:8 81:1
81:4 85:9
85:12
89:2 107:14
110:7
112:10
112:13
116:3
117:22
118:23
118:25
119:1 119:5
119:18
125:4 127:3
127:8
127:11
127:16
127:21
127:25
128:1
128:12
128:21
128:22
128:23
129:4
129:11
129:20
130:5 130:7
136:20
139:1 139:3
139:21
140:14
150:6
150:21

151:1 161:7
161:8 166:1
166:10
170:20
170:22
171:5 171:8
175:13
176:10
181:2 182:9
182:10
184:13
188:9 190:2
196:15
198:17
201:12
201:16
202:2 202:9
202:10
202:21
203:15
203:16
208:12
216:8
217:13
217:17
217:19
217:24
218:15
218:18
219:9
219:21
222:16
222:25
223:24
233:3 233:7
234:16
238:6 242:2
242:13
242:15
242:23
243:11
244:12

**teams** 73:16

77:7 78:16

**team's** 129:25
179:11
180:15
185:17
223:1 223:2

**technical**
10:1 107:23
184:10

**technically**
40:20
44:6 187:6

**temperature**
7:18

**Ten** 195:25

**tend** 134:16

**ten-day** 178:9

**tendency**
205:14

**tenets** 134:24

**term** 52:19
56:1
94:12
107:24
174:21
175:11
175:25
221:12

**terms** 83:6
137:22
163:14
203:11
240:6

**test** 9:16

**testified**
9:17
39:20 86:18
89:22 156:9



```
177:20                 19:1  19:2           63:11  63:16          238:15
182:18                 19:3  20:1           77:3  84:3            241:7
testify 10:22          22:15  54:16         87:4                  242:17
  12:16  17:14         61:5                 88:17  89:13          243:13
  86:20  86:21         61:18                91:22  95:11          243:23
  101:22               67:9                 95:13                 244:10
  133:12               72:17  76:24         103:15               theme 200:13
  133:14               80:5                 105:1  114:8         themselves
  153:23               81:11  84:10         114:12                12:15  26:12
testifying             85:2                 115:6                 93:11
  11:21                85:13  85:20         120:21              then-existing
  20:9  120:20         87:12  91:18         128:9                 28:18
  123:10               93:25  98:12         130:24              theoretically
  143:22               105:21               132:8  132:9          242:5
  153:21               109:4  110:5         133:21              therefore
  154:13               110:24               135:2                 33:13
  245:13               115:14               135:25                50:9
testimony              141:11               136:10                138:4
  24:24  29:25         145:18               140:18                175:24
  33:17  71:13         148:14               146:5  148:5        there's 9:8
  72:21                148:20               149:8                 13:22
  82:5                 185:6                149:19                14:9
  83:10  83:14         193:10               149:20                14:24
  112:13               215:4                153:20                18:2
  133:14               223:19               154:4  155:7          22:14
  140:19               233:9  237:7         156:9                 23:4
  143:23               241:8                173:17                30:20  30:23
  145:10             Thanksgiving           185:25                36:11  37:24
  167:20               185:5  185:7         186:10                70:8  82:7
  202:10             that's 5:7             188:2  200:5          87:7  88:3
  203:13               9:16  9:17           201:4                 88:10  101:2
  235:11               10:1                 201:23                107:23
  235:12               21:19  24:20         205:14                107:24
  235:20               25:8                 206:4  206:6          121:14
  235:21               28:19  29:15         208:15                131:13
  236:21               31:19                210:1  210:6          132:13
text 31:17             37:5  42:3           211:3  213:2          154:4
  50:19  51:7          44:12  44:21         220:19                154:14
thank 8:13             45:13  45:21         223:21                154:22
  11:18  16:14         46:4                 224:18                163:6  167:3
  17:20               50:21  52:16         228:23                175:7
                       52:22  60:10         229:18
                                            235:25
```



NAEGELI
DEPOSITION AND TRIAL EXPERTS

800.528.3335
NaegeliUSA.com

189:17
199:4
204:10
204:10
208:8
208:10

**they're**
9:25 13:5
23:6
25:18 26:10
29:21 37:21
91:11 91:13
104:1
119:14
131:18
131:18
151:2 154:5
177:13
180:2 193:3
193:4
205:10
226:22
226:25

**third** 168:3
232:2

**thoughts**
139:24

**threw** 203:24

**throughout**
180:14
227:5

**thumbnail**
157:7
157:22

**Thursday**
92:10 143:2
144:1
144:15

**thus** 92:23

**tied** 79:5

79:8

**timeline**
205:24

**timelines**
135:1
183:25

**timely**
29:11
218:19

**time-saving**
164:12

**today** 5:5
11:24
16:1 134:21
202:21

**today's**
4:12 24:2

**tomorrow**
16:21
189:20
245:16

**tools** 185:24

**top** 28:22
57:5 149:9

**topic**
137:10
169:3
179:16

**topics** 197:14

**total** 35:12
152:4 152:4
185:12

**totally**
134:15
241:1

**touch** 157:5
197:14

**touched**

122:22
182:17
188:3 220:3

**tough** 186:8

**toward** 23:15

**towards**
37:1 221:2

**track** 28:15
134:17
135:16

**tracking**
213:8

**tracks** 219:18

**training**
13:24 88:19
89:8 89:9
89:17
90:2
90:10 90:13
90:20 90:22
90:24 91:20
91:24
92:3 92:9
92:14 92:17
92:20 92:22
92:24
93:1 94:9
94:10 99:4

**trainings**
172:24

**transcribe**
47:14

**transcription
ist** 39:2

**transfers**
160:8

**transit** 7:18

**transition**

141:20
141:24

**transitioning**
191:5 193:5

**transmission**
142:12

**transportatio
n** 96:12

**tries** 32:25

**triggered**
125:20

**trouble**
242:18

**true** 180:21
181:23
201:8
235:25

**try** 29:25
31:1 33:3
38:16 72:20
73:2
83:17 115:3
121:18
133:7 157:1
197:22
243:6

**trying**
13:11 30:24
49:16 49:19
50:2 69:6
79:22
82:9 84:3
84:13 90:16
95:9
96:21 98:18
101:13
115:8
131:10
133:17
152:8 155:4



187:11
187:13
226:11
243:5
243:14

**Tuesday** 4:3
184:25

**turn** 35:5
61:7
180:3 213:3

**turned** 11:11

**twice** 58:11
192:2

**two-minute**
34:10

**two-week**
28:23

**type** 179:7
205:15
230:19
237:24
241:25
242:14
243:20
243:22

**types** 88:6
217:23

**typical** 121:9

**typically**
71:2 71:5
73:10 74:20

**typos** 46:3

————————
U
————————
**Uh-huh**
11:19
133:19

**ultimate**

171:11

**ultimately**
40:8 114:10
165:4 167:6

**um** 10:24
15:19 58:18
197:1

**unable** 196:4

**unclear** 20:12
21:2
70:10
73:1 140:21
168:13

**underlying**
208:23

**understand**
5:4 21:3
35:20 37:20
44:16
63:1
70:15
79:7 88:9
101:13
134:16
138:17
154:1
154:19
162:21
171:9
199:16
204:7
206:17
207:13
209:6
209:10
244:6

**understanding**
20:6 21:6
54:23 56:18
57:24 62:17
70:22 71:10

74:18 74:20
84:14 84:23
118:22
118:25
129:2
131:24
163:23
165:8
165:24
169:13
171:16
172:17
174:14
174:19
175:10
181:17
189:3
219:25
220:20

**understood**
12:17
14:7 16:8
17:19 20:14
21:1 167:20

**undue** 80:17
175:8
175:11
175:12
176:4
195:13
239:12

**unduly**
15:10 196:4

**unhappiness**
163:17

**unique**
186:6 186:7

**unless**
24:23 34:22
79:3 119:21
153:22

197:21
209:8

**Unreasonable**
203:21

**unreasonably**
202:22
203:23

**untimely** 28:3

**unusual**
175:20
175:23
176:15
176:17

**upcoming**
191:22
238:25

**update** 68:19

**updated** 68:18

**upon** 41:25
47:3 104:11
123:3 123:4
124:19
179:5
181:25
206:20

**upside** 241:1

**usually** 55:17

**utilize**
237:22

**utilized** 56:8
214:16

**utilizing**
241:25

**utterly** 31:9

————————
V
————————
**vague** 52:22
114:25



140:21
235:2 235:6
243:2

**vagueness**
242:5

**validate**
179:11

**validated**
211:1

**various** 19:16
194:14
214:12

**vast** 113:15

**vein** 35:1
35:3

**verbal** 9:2
193:3 193:5

**verify** 187:17

**verifying**
210:1 210:4

**version** 41:21
197:20

**versus** 235:11

**view** 58:20
179:10
179:11
180:5
195:12
215:18
217:24
218:15
218:17

**violated** 7:5

**violation**
6:25 7:10
7:15 9:14
9:18 9:19
10:2

**violations**
7:8 9:25
9:25 10:1

**visual** 9:2

**voice** 171:11

**voices** 7:23

**vs** 7:12

---
W
---

**wait** 18:1
24:6
24:15 31:22
31:25 32:11
33:1 39:6
140:7 171:2
182:11
200:11
201:18
201:25
202:4 203:4
203:18
219:22

**waiting**
128:16
170:7
186:24
187:14
200:3

**walk** 36:16
213:21

**walking**
37:6
134:5 195:3

**wasn't** 60:6
65:22
81:9
108:7 114:5
128:7 150:8
196:16
202:10

218:4
233:21
233:23

**waste** 162:10

**ways** 97:14

**Weast** 7:12

**web** 46:11
47:11 47:13
65:8 65:10

**we'd** 166:25
208:1

**Wednesday**
161:11

**week** 143:2
144:1

**weeks**
138:19
139:10
152:4 153:1
153:7
194:16
194:18
194:19
194:25

**welcome** 54:17
72:18

**we'll** 14:24
19:10 19:19
22:14 24:25
29:24 34:20
37:7 44:9
94:20
101:15
101:16
103:1 131:1
145:9 148:5
155:17
155:22
170:19

200:9
245:16

**we're** 8:19
9:20
10:22
13:8 17:2
17:5 22:8
27:11
37:5
37:15
59:3 61:2
63:19 69:20
72:14 79:22
103:5 105:2
122:23
124:4 131:7
134:13
135:16
143:11
144:23
148:18
149:25
175:24
176:2 180:1
183:22
189:19
189:22
195:3
195:17
197:12
200:18
201:2
202:13
202:14
205:24
206:13
207:2
212:24
216:23
219:4
223:11
234:12
236:3 240:1



244:6

**we've** 92:23
143:12
143:14
163:2
164:12
185:23
188:4 192:1
194:1
199:24
202:10
240:6

**whatever**
37:16 59:25
101:25
142:22
205:19

**Whatever's**
136:10

**whenever**
46:22 46:22
74:22
82:1 82:7

**Whereupon**
25:4 36:4
38:10
43:2 105:11
148:15
148:22
161:17
162:2 174:9
190:20
198:11
198:23
207:15
208:20
209:17
211:16
212:19
229:2

**wherever**

82:16
137:19

**whether**
6:17 6:24
7:1 7:5
9:16
10:10 29:10
31:6
32:15 33:13
36:20 59:14
60:3
62:18 62:22
63:10 63:11
83:18 92:18
93:18
103:14
115:2 127:4
146:19
147:4
152:19
152:22
154:7
171:17
172:18
172:25
175:20
175:25
177:4
179:11
180:18
193:3 193:4
200:2
200:20
201:24
202:15
202:21
203:23
204:2
204:19
205:17
211:1
211:12
213:6 219:8

221:9
222:12
236:4
240:13
240:24
244:13

**whole** 31:14
49:17
68:4 168:3

**who's**
131:11
142:23

**whose** 79:8

**window** 201:21
201:22

**winter**
24:10 152:2
167:16
177:4
182:16
182:19
182:20
184:5 184:7
184:13
185:14
187:18
190:2
194:18
195:8
195:20
202:25
203:6
206:10
208:24
208:25
211:25
225:23
226:15

**wintess**
229:18

**withdraw**

35:25
36:2
37:25 83:23
211:11
211:14

**withdrawing**
148:18

**withdrawn**
36:3 36:4
148:23
231:15

**witness** 10:14
10:25 11:13
12:5 12:7
13:6 13:8
13:9 15:4
15:5 16:8
17:2
17:13 17:17
17:23 18:12
19:4 19:5
19:8 21:9
21:12 23:19
37:11 38:24
39:3
39:15 39:18
43:21 43:23
48:22
49:1 49:3
55:14 56:24
60:16 61:10
64:14 64:16
66:8
66:21 67:18
75:7
76:21 82:15
82:18
84:4 84:4
84:8 85:5
85:8
87:16 87:19
88:3


NAEGELI
DEPOSITION AND TRIAL EXPERTS

800.528.3335
NaegeliUSA.com

| | | | |
|---|---|---|---|
| 88:14  88:18 | 129:14 | 192:17 | 240:20 |
| 89:11  89:15 | 129:19 | 192:24 | **witness's** |
| 90:7 | 130:3 | 194:10 | 62:17 |
| 91:10  91:16 | 131:17 | 197:1  197:3 | 230:13 |
| 91:21  93:19 | 131:19 | 197:23 | **wondering** |
| 93:22  97:20 | 132:19 | 198:2 | 16:19 |
| 98:14  98:25 | 133:9 | 198:15 | 131:20 |
| 99:25  100:3 | 133:18 | 199:13 | 134:4 |
| 100:10 | 135:11 | 210:10 | 134:11 |
| 101:19 | 140:8  141:6 | 215:2 | 135:3 |
| 102:6 | 141:11 | 221:19 | **wording** |
| 102:10 | 143:1  143:4 | 222:4 | 167:13 |
| 102:15 | 143:22 | 222:10 | **work** 10:16 |
| 102:19 | 143:24 | 222:22 | 240:7 |
| 102:23 | 144:2  144:6 | 223:13 | **worked** |
| 103:3 | 144:15 | 227:16 | 111:5 |
| 105:20 | 144:21 | 227:18 | 111:14 |
| 107:1  108:3 | 145:1  145:4 | 229:16 | 117:22 |
| 110:16 | 146:25 | 230:1 | 188:18 |
| 111:16 | 147:2 | 230:21 | **working** |
| 111:18 | 149:21 | 230:25 | 159:19 |
| 113:24 | 149:23 | 231:3  234:8 | **works** 91:6 |
| 115:12 | 150:16 | 235:11 | **worry** |
| 116:4 | 150:19 | 243:17 | 134:15 |
| 116:10 | 154:25 | 244:18 | 134:19 |
| 116:15 | 158:6  158:8 | 245:6 | **worth** 207:10 |
| 117:2  117:5 | 161:5 | **witnesses** | **wrap** 135:6 |
| 118:18 | 162:24 | 5:15 | **write** 13:17 |
| 119:11 | 164:18 | 10:17  10:18 | 14:16  230:1 |
| 119:14 | 167:25 | 16:3  16:4 | **writing** |
| 120:2 | 168:5  168:8 | 17:6 | 169:21 |
| 121:13 | 168:18 | 18:12  18:14 | **written** 8:2 |
| 121:18 | 168:22 | 20:7  20:9 | 24:22 |
| 122:9 | 169:1 | 20:19 | 55:5 |
| 123:16 | 169:18 | 21:4 | 63:20  64:25 |
| 123:19 | 169:20 | 28:11 | 84:5  146:10 |
| 123:22 | 169:24 | 33:9  134:22 | 224:16 |
| 124:2 | 172:7  176:9 | 170:20 | 230:6 |
| 124:17 | 182:24 | 200:10 | |
| 125:1  125:5 | 183:7 | 203:14 | |
| 125:18 | 183:11 | 203:18 | |
| 127:18 | 192:6  192:8 | 207:4 | |
| 127:21 | 192:13 | | |



NAEGELI  N  800.528.3335
DEPOSITION AND TRIAL EXPERTS    NaegeliUSA.com

**wrong** 68:15
204:17

_____
Y
_____
**Yates** 4:15
7:25 39:10

**yellow** 30:20

**yes-or-no**
234:6

**yet** 86:12
112:15
206:3
234:21

**you'll**
18:11 18:12
28:21 104:1

**yours** 30:22
130:12

**yourself**
109:21
116:2
120:11
128:2 149:7
152:19
234:17

**you've** 31:4
56:20
64:2 128:13
132:8
132:22
133:7 133:8
173:7

