E-mail: Rich@hungerfordlaw.com
**Joel E. Hungerford, OSB No. 140940**
E-mail: Joel@hungerfordlaw.com
THE HUNGERFORD LAW FIRM
PO Box 3010
Oregon City, Oregon 97045
Telephone: (503) 650-7990
Facsimile: (503) 655-1429

　　Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **GRANTS PASS SCHOOL DISTRICT,**　　**Plaintiffs**,　　v.　**STUDENT,**　　**Defendant.** | Civil No. 1:14-cv-01115-CL　**DECLARATION OF EMILY LUKA IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, EMILY LUKA, declare as follows:

　　1.　I am an administrative assistant for Grants Pass School District (the "District") in the above-captioned case. I make this declaration on personal knowledge and my review of the records in this action and, if called as a witness in this action, could and would competently testify to the matters and documents described herein.

1 -- DECLARATION OF EMILY LUKA IN SUPPORT OF PLAINTIFF's
　　MOTION FOR TEMPORARY RESTRAINING ORDER

2.  I make this declaration in support of the District's Motion for Temporary Restraining Order.

3.  The cost of providing extended school year services ("ESY") to Student for the summer of 2014 would be approximately $25,032.48.

4.  An entry-level Special Education assistant (i.e., educational aid) working six (6) hours per day for the regular 182 school day academic school year would make approximately $17,475.28.

5.  I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct and that this declaration was executed by me on this 14st day of July, 2014 in Grants Pass, Oregon.

*[signature]*
Emily Luka

2 -- DECLARATION OF EMILY LUKA IN SUPPORT OF PLAINTIFF's
MOTION FOR TEMPORARY RESTRAINING ORDER