

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

# CM/ECF Application Form
# Self-Represented Party (Non-prisoner)

Case Name: _____Grants Pass School District v. Student_____

Case Number: _____14-cv-01115-CL_____

    The United States District Court for the District of Oregon uses the federal judiciary's Case Management/Electronic Case Files (CM/ECF) system to support electronic filing, service, and access to court records. The CM/ECF system contains the official court records of proceedings. (See Local Rule [LR] 100-5(d) available on the Court's website at ord.uscourts.gov.) The Court no longer maintains paper files.

    As a self-represented party, non-prisoner, you may (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. **ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE.** You will be notified by an order whether your application is approved.

**If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages.**

---

**CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application.**

---

    Answers to other questions you have may be found on the Court's internet site <ord.uscourts.gov>, or you may call the Clerk's Office (Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777).

*Note:* Clerk's Office staff are prohibited from giving any type of legal advice regarding your case.

Rev. May 2012                                                                           CM/ECF Application Form (Pro Se)
                                                                                        USDC - Oregon



**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

## CM/ECF Application Form
## Self-Represented Party (Non-prisoner)

| | |
|---|---|
| Case Name: Grants Pass School District v. Student<br>Case No.: 14-cv-01115-CL | **Instructions:** Read the accompanying information packet carefully before completing and submitting this form. |

| Name: | Address: |
|---|---|
| Raymond, G, Parenteau<br>(First, Middle Initial, Last) | 1370 SW David Dr<br>Grants Pass, OR<br>97527 |
| Telephone: 808-284-7463 | |
| E-mail: rparenteau@shwest.com | |

**I request the following service:**

☒    Option 1: CM/ECF user account registration for filing access
          (selection of this option automatically includes Option 2 below)

☐    Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to
          Fed. R. Civ. P. 5

**By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.**

Signature: *[signature]*    Date: July 21, 2014

**Mail or fax this page (and any requisite certifications) to:**

| ☐ Portland Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>1000 SW Third Ave.<br>Ste. 740<br>Portland, OR 97204<br>Fax: (503) 326-8010 | ☐ Eugene Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>405 East Eighth Ave.<br>Eugene, OR 97401<br>Fax: (541) 431-4109 | ☒ Medford Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>310 West Sixth St.<br>Medford, OR 97501<br>Fax: (541) 608-8779 | Court use only:<br>Processed: _____<br>Test Message: _____<br>Reg E-mail sent: _____<br>App Docketed: _____ |

Rev. May 2012    CM/ECF Application Form (Pro Se)
USDC - Oregon



# CERTIFICATE OF COMPLETION

Upon submission of this Certificate of Completion, I,
(please print your name below)
_____Raymond Parenteau_____,
certify that I have reviewed and understand the U.S. District Court, District of
Oregon Tutorial on E-Filing Documents.
Dated this ___21st___ day of ___July___, 20_14_ .



# CERTIFICATE OF COMPLETION

Upon submission of this Certificate of Completion, I,
(please print your name below)
Raymond Parenteau                                         ,
certify that I have reviewed and understand the U.S. District Court, District of
Oregon Tutorial on Preparing Documents for Electronic Filing.
Dated this __21st__ day of __July__, 20__14__.



# CERTIFICATE OF COMPLETION

Upon submission of this Certificate of Completion, I,
(please print your name below)
Raymond Parenteau,
certify that I have reviewed and understand the U.S. District Court, District of
Oregon Tutorial on Logging in to CM/ECF and Changing My Password.
Dated this ___21st___ day of __July__, 20_14_.