Raymond Parenteau
1370 SW David Dr
Grants Pass, Oregon  97527
Phone 808-284-7463
Email rparenteau@shwest.com
*In Pro Per for*
*Defendant/Appellee, Student*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# MEDFORD DIVISION

| | |
|---|---|
| GRANTS PASS SCHOOL DISTRICT,<br><br>　　　　　Plaintiff/Appellant,<br><br>vs.<br><br>STUDENT,<br><br>　　　　　Defendant/Appellee. | Civil Case No.:  1:14-CV-1115-PA<br><br>**DECLARATION OF RAYMOND PARENTEAU IN SUPPORT OF DEFENDANT'S ANSWER TO MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Individuals with Disabilities Education Act ("IDEA") |

I, Raymond Parenteau, declare as follows:

1. I make this declaration on personal knowledge and my review of the records in this action and if called as a witness in this action, could and would competently testify to the matters and documents described herein.

2. I make this declaration in support of Defendant's answer to Motion for Temporary Restraining Order.

3. On the morning of July 7th, 2014 I had a phone conversation with Kirk Kolb, the director of Special Education at Grants Pass School District, to discuss how Mr. Kolb interpreted the Final Order from DP 14-104 and how he read and

1 – DECLARATION OF RAYMOND PARENTEAU

understood it. Based on this conversation, both Director Kolb and I agreed the Final Order referenced the current IEP goals and objectives and the days, times and amounts of services as outlined on page 16 of the 2013 Hawaii IEP.

4. True and correct copies of the following documents are attached hereto:

   a. PDF document of the Final Order from DP 14-104

   b. PDF document of Plaintiff's Post Hearing Brief from DP 14-104

   c. PDF document of the Grants Pass 2012/2013 District Report Card retrieved on July 24, 2014 from http://grantspass.or.schoolwebpages.com/education/components/scrapbook/default.php?sectiondetailid=27509&&

5. I declare under penalty of perjury under the laws of the State of Oregon the foregoing is true and correct and this declaration was executed by me on this 25th day of July, 2014 at Grants Pass, Oregon.

Dated:  July 25, 2014

Raymond Parenteau
*In Pro Per for*
*Defendant/Appellee, Student*
1370 SW David Dr.
Grants Pass, Oregon  97527
Phone 808-284-7463
Email rparenteau@shwest.com

2 – DECLARATION OF RAYMOND PARENTEAU

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF RAYMOND PARENTEAU IN SUPPORT OF DEFENDANT'S ANSWER TO MOTION FOR TEMPORARY RESTRAINING ORDER** on the following named person on the date of filing by:

[  ] mailing with postage prepaid;
[  ] hand delivery;
[ x ] electronic delivery;
[  ] overnight delivery

to said person a true copy thereof at their last-known address indicated below:

Richard G. Cohn-Lee, OSB No. 952331
E-mail: Rich@hungerfordlaw.com

Joel E. Hungerford, OSB No. 140940
E-mail: Joel@hungerfordlaw.com

3 – DECLARATION OF RAYMOND PARENTEAU