**OREGON REPORT CARD 2012-13**

# Grants Pass SD 7

725 NE Dean Dr
Grants Pass, OR 97526-1649, (541) 474-5700
www.grantspass.k12.or.us

**SUPERINTENDENT** John Higgins

For more report card measures including detailed demographic information visit
www.ode.state.or.us/go/reportcard

## FROM THE DISTRICT SUPERINTENDENT

Dear Parents and Community Members,

This 2012-13 Oregon state report card reflects assessment results for our District including the level of student reading and mathematics academic achievement and growth, as well as our high school cohort graduation rates. The report card shows that all District schools were above average (Level 4) in overall academic achievement with all but one school being above average in academic growth. The report card also indicates areas for improvement including academic growth for students with disabilities and the need for a continued focus on our high school completion rate.

Our staff is committed to ongoing instructional improvement. We are accomplishing this through specific strategies developed by our teacher teams throughout the district. This collaborative teaming effort is informed by student outcomes and is focused on success for all students.

Our District is grateful for the continued involvement and support of our parents and patrons who are a vital part of our District learning community committed to help all of our students realize their full potential.

Thank you,

Superintendent    |    John Higgins

## DISTRICT PROFILE

| ENROLLMENT | Total enrollment 2012-13 | Change from previous year | Students attending 90% or more of enrolled days |
|---|---|---|---|
| Grades K - 3 | 1,784 | -0.2% | 87% |
| Grades 4 - 5 | 837 | +1.7% | 88% |
| Grades 6 - 8 | 1,306 | -2.2% | 79% |
| Grades 9 - 12 | 1,777 | -1.6% | 78% |

| STUDENT MOBILITY | 2012-13 | Previous three year average |
|---|---|---|
| Students transferring: | | |
| Into district | 5.4% | 5.6% |
| Out of district | 6.5% | 7.6% |

| SELECT DEMOGRAPHICS | 2012-13 Grades K - 3 | Grades 4 - 5 | Grades 6 - 8 | Grades 9 - 12 |
|---|---|---|---|---|
| English Learners | <5% | <5% | <5% | <5% |
| Economically disadvantaged | 70% | 70% | 63% | 55% |
| Students with disabilities | 11% | 14% | 11% | 10% |
| Number of different languages spoken | 13 | 4 | 11 | 15 |

*Note: a '*' is displayed when the data must be suppressed to protect student confidentiality.*

**STUDENT WELLNESS POLICY**

GPSD7 has developed a comprehensive district nutrition program consistent with state and federal requirements. Our plan includes a focus on nutrition promotion and education, nutrition guidelines, physical activity, reimbursable meals, and other-school based activities.

| CLASS SIZE | Average class size 2012-13 | Change from previous year |
|---|---|---|
| Grades K - 3 | 23.8 | -0.1 |
| Grades 4 - 5 | 25.8 | -0.4 |

| TEACHER PROFICIENCY | 2012-13 |
|---|---|
| Percentage of highly qualified teachers (as defined by the federal government) | 100% |

**RACIAL EQUITY IN HIRING**

In Grants Pass District 7 equal employment opportunity and treatment shall be practiced by the district regardless of race, color, national origin, religion, sex, sexual orientation, age, marital status, veterans' status, generic information and disability if the employee, with or without reasonable accommodation, is able to perform the essential functions of the position.

OREGON REPORT CARD 2012-13

# Grants Pass SD 7

725 NE Dean Dr
Grants Pass, OR 97526-1649, (541) 474-5700
www.grantspass.k12.or.us

**SUPERINTENDENT** John Higgins

**For more report card measures** including detailed demographic information visit www.ode.state.or.us/go/reportcard

## DISTRICT PROFILE (CONTINUED)

### GRADES K - 3 STUDENTS

- Native Hawaiian/Pacific Islander <1%
- Black/African American <1%
- American Indian/Alaska Native 1%
- Asian 1%
- Multi-Racial 5%
- Hispanic/Latino 13%
- White 79%

### GRADES 4 - 5 STUDENTS

- Black/African American <1%
- American Indian/Alaska Native 1%
- Asian 1%
- Multi-Racial 6%
- Hispanic/Latino 14%
- White 79%

### GRADES 6 - 8 STUDENTS

- Black/African American <1%
- Native Hawaiian/Pacific Islander 1%
- American Indian/Alaska Native 1%
- Asian 1%
- Multi-Racial 7%
- Hispanic/Latino 12%
- White 78%

### GRADES K - 3 STAFF

- Hispanic/Latino 1%
- Multi-Racial 3%
- White 96%

### GRADES 4 - 5 STAFF

- Hispanic/Latino 3%
- Multi-Racial 4%
- White 93%

### GRADES 6 - 8 STAFF

- American Indian/Alaska Native 2%
- Hispanic/Latino 3%
- Multi-Racial 5%
- White 90%

### GRADES 9 - 12 STUDENTS

- Black/African American <1%
- American Indian/Alaska Native 1%
- Native Hawaiian/Pacific Islander 1%
- Asian 1%
- Multi-Racial 5%
- Hispanic/Latino 12%
- White 80%

### GRADES 9 - 12 STAFF
- Asian 1%
- Multi-Racial 2%
- Hispanic/Latino 3%
- White 94%

| PER PUPIL SPENDING | 2012-13 | 2011-12 | 2010-11 | 2009-10 | 2008-09 |
|---|---|---|---|---|---|
| District | $10,059 | $8,551 | $8,360 | $8,434 | $8,766 |
| State | $9,903 | $9,366 | $9,363 | $9,275 | $9,392 |

Oregon's quality education model (QEM) suggests adequate per pupil funding should be $11,970 in 2012-13. (Statewide average) 2012-13 data reflects budgeted not actual.

### FUNDING SOURCES
District funding derived from the below sources
| | |
|---|---|
| Local taxes and fees | 30% |
| State funds | 59% |
| Federal funds | 11% |

### SEISMIC SAFETY RATING
For a detailed report for each school, please visit:
www.oregongeology.com/sub/projects/rvs/county/county-sites.htm

| EXPULSIONS & SUSPENSIONS | Expulsions | Suspensions |
|---|---|---|
| Total Students | 29 | 708 |
| American Indian/Alaska Native | * | 10 |
| Asian | * | * |
| Black/African American | * | * |
| Hispanic/Latino | 7 | 121 |
| Native Hawaiian/Pacific Islander | * | 7 |
| White | 18 | 520 |
| Multi-Racial | * | 45 |

*Note: a '*' is displayed when the data must be suppressed to protect student confidentiality.*



**Grants Pass SD 7**

**SUPERINTENDENT** John Higgins

725 NE Dean Dr
Grants Pass, OR 97526-1649, (541) 474-5700
www.grantspass.k12.or.us

**OREGON REPORT CARD 2012-13**

For more report card measures including detailed demographic information visit www.ode.state.or.us/go/reportcard

# PROGRESS  ARE STUDENTS MAKING ADEQUATE GAINS OVER TIME?

**Students in the district meeting or exceeding state standards on exams**

Did at least 95% of students in this district take state exams?   ☒ Yes   ☐ No

*Participation rate criteria are in place to ensure schools test as many eligible students as possible*

**DISTRICT PERFORMANCE**

| | District Performance (%) 2009-10 | District Performance (%) 2010-11 | District Performance (%) 2011-12 | District Performance (%) 2012-13 | Oregon Performance (%) 2012-13 | Like-District Average (%) 2012-13 |
|---|---|---|---|---|---|---|
| **Reading** | ■ Did not meet | ▒ Met | ☐ Exceeded | | | |
| Students in grades 3 - 5 | 91.5 / 36.9 / 54.6 / 8.5 | 93.2 / 39.2 / 54.0 / 6.8 | 84.1 / 28.9 / 55.1 / 15.9 | 81.6 / 30.5 / 51.0 / 18.4 | 71.0 / 28.5 / 42.4 / 29.0 | 69.7 / 23.8 / 45.9 / 30.3 |
| Students in grades 6 - 8 | 78.0 / 23.9 / 54.1 / 22.0 | 84.9 / 31.4 / 53.6 / 15.1 | 75.4 / 18.1 / 57.3 / 24.6 | 73.9 / 21.7 / 52.3 / 26.1 | 69.1 / 20.8 / 48.3 / 30.9 | 68.0 / 17.8 / 50.3 / 32.0 |
| Students in grade 11 | 76.5 / 10.5 / 66.0 / 23.5 | 92.4 / 10.7 / 81.7 / 7.6 | 89.2 / 16.0 / 73.2 / 10.8 | 89.8 / 23.3 / 66.5 / 10.2 | 85.7 / 21.2 / 64.5 / 14.3 | 85.2 / 21.0 / 64.2 / 14.8 |

*Note new cut scores in 2011-12.*

| | | | | | | |
|---|---|---|---|---|---|---|
| **Mathematics** | ■ Did not meet | ▒ Met | ☐ Exceeded | | | |
| Students in grades 3 - 5 | 86.2 / 29.8 / 56.5 / 13.8 | 71.5 / 31.2 / 40.3 / 28.5 | 73.0 / 28.5 / 44.5 / 27.0 | 67.1 / 28.7 / 38.4 / 32.9 | 62.1 / 27.8 / 34.3 / 37.9 | 58.5 / 21.1 / 37.4 / 41.5 |
| Students in grades 6 - 8 | 74.8 / 24.7 / 50.1 / 25.2 | 62.2 / 19.1 / 43.1 / 37.8 | 64.1 / 13.7 / 50.4 / 35.9 | 61.5 / 18.2 / 43.3 / 38.5 | 62.1 / 20.3 / 41.7 / 37.9 | 61.1 / 15.8 / 45.3 / 38.9 |
| Students in grade 11 | 52.6 / 12.1 / 40.4 / 47.4 | 67.1 / 12.6 / 54.5 / 32.9 | 65.4 / 6.3 / 59.1 / 34.6 | 67.8 / 7.7 / 60.1 / 32.2 | 70.1 / 7.5 / 62.6 / 29.9 | 65.0 / 4.8 / 60.2 / 35.0 |

*Note new cut scores in 2010-11.*

| | | | | | | |
|---|---|---|---|---|---|---|
| **Writing** | ■ Did not meet | ▒ Met | ☐ Exceeded | | | |
| Students in grade 11 | 44.0 / 2.9 / 41.1 / 56.0 | 66.7 / 2.9 / 63.8 / 33.3 | 71.7 / 1.3 / 70.4 / 28.3 | 67.5 / 5.9 / 61.6 / 32.5 | 61.0 / 6.4 / 54.6 / 39.0 | 56.7 / 4.4 / 52.3 / 43.3 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Science** | ■ Did not meet | ▒ Met | ☐ Exceeded | | | |
| Students in grade 5 | 89.7 / 24.7 / 65.0 / 10.3 | 89.1 / 28.0 / 61.1 / 10.9 | 85.1 / 23.9 / 61.2 / 14.9 | 84.2 / 17.6 / 66.6 / 15.8 | 68.1 / 16.0 / 52.1 / 31.9 | 70.7 / 12.2 / 58.5 / 29.3 |
| Students in grade 8 | 76.2 / 20.5 / 55.7 / 23.8 | 79.7 / 25.2 / 54.5 / 20.3 | 75.6 / 15.0 / 60.6 / 24.4 | 74.4 / 15.2 / 59.1 / 25.6 | 67.1 / 13.5 / 53.6 / 32.9 | 67.6 / 10.6 / 57.0 / 32.4 |
| Students in grade 11 | 67.7 / 27.6 / 40.2 / 32.3 | 78.5 / 35.6 / 42.9 / 21.5 | 73.7 / 26.0 / 47.7 / 26.3 | 71.1 / 13.0 / 58.1 / 28.9 | 64.2 / 13.4 / 50.8 / 35.8 | 68.3 / 11.5 / 56.8 / 31.7 |

*Note new cut scores in 2011-12.*

*Visit www.ode.state.or.us/go/data for additional state exam results.*

*Note: a '*' is displayed when data are unavailable or to protect student confidentiality.*



**OREGON REPORT CARD 2012-13**

# Grants Pass SD 7

**SUPERINTENDENT** John Higgins

725 NE Dean Dr
Grants Pass, OR 97526-1649, (541) 474-5700
www.grantspass.k12.or.us

For more report card measures including detailed demographic information visit www.ode.state.or.us/go/reportcard

## OUTCOMES — WHAT ARE STUDENTS ACHIEVING IN HIGH SCHOOL?

| | | District Performance (%) 2009-10 | 2010-11 | 2011-12 | District Performance (%) 2012-13 | Oregon Performance (%) 2012-13 | Like-District Average (%) 2012-13 |
|---|---|---|---|---|---|---|---|
| **COLLEGE AND CAREER READINESS** | Students preparing for college and careers. | | | | | | |
| | Freshmen on track to graduate within 4 years | * | 82.7 | 80.2 | 80.8 | * | * |
| | Students taking SAT | 22.4 | 23.7 | 32.6 | 25.4 | 34.2 | 36.1 |

| | | District Performance (%) 2008-09 | 2009-10 | 2010-11 | District Performance (%) 2011-12 | Oregon Performance (%) 2011-12 | Like-District Average (%) 2011-12 |
|---|---|---|---|---|---|---|---|
| **GRADUATION RATE** | Students graduating with a regular diploma within four years of entering high school. | | | | | | |
| | Overall graduation rate | 59.3 | 65.5 | 66.7 | 68.1 | 68.4 | 71.5 |
| **COMPLETION RATE** | Students receiving a regular, modified, extended, or adult high school diploma or completing a GED within five years of entering high school. | | | | | | |
| | Overall completion rate | NA | 72.1 | 81.0 | 81.6 | 80.5 | 78.8 |
| **DROPOUT RATE** | Students who dropped out during the school year and did not re-enroll. | | | | | | |
| | Overall dropout rate | 4.4 | 5.6 | 4.5 | 5.3 | 3.4 | 2.6 |

| | | District Performance (%) 2007-08 | 2008-09 | 2009-10 | District Performance (%) 2010-11 | Oregon Performance (%) 2010-11 | Like-District Average (%) 2010-11 |
|---|---|---|---|---|---|---|---|
| **CONTINUING EDUCATION** | Students continuing their education after high school. | | | | | | |
| | Students who enrolled in a community college or four-year school within 16 months of graduation | NA | 58.6 | 56.8 | 49.9 | 61.1 | 55.9 |

*Note: a '*' is displayed when the data must be suppressed to protect student confidentiality.*

## STUDENT GROUP OUTCOMES

| | District Performance (%) | Oregon Performance (%) | District Compared to OR Average | | District Performance (%) | Oregon Performance (%) | District Compared to OR Average | | District Performance (%) | Oregon Performance (%) | District Compared to OR Average |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **All Students** | | | | **American Indian/Alaska Native** | | | | **Native Hawaiian/Pacific Islander** | | | |
| On Track | 80.8 | -- | -- | On Track | * | -- | -- | On Track | * | -- | -- |
| Graduation | 68.1 | 68.4 | -0.3 | Graduation | 77.8 | 50.8 | +27.0 | Graduation | 50.0 | 66.2 | -16.2 |
| Completion | 81.6 | 80.5 | +1.1 | Completion | 62.5 | 65.6 | -3.1 | Completion | 100.0 | 82.4 | +17.6 |
| Dropout | 5.3 | 3.4 | +1.8 | Dropout | 11.1 | 7.7 | +3.4 | Dropout | 0.0 | 3.8 | -3.8 |
| **Economically Disadvantaged** | | | | **Asian** | | | | **White** | | | |
| On Track | 73.5 | -- | -- | On Track | 83.3 | -- | -- | On Track | 82.5 | -- | -- |
| Graduation | 60.1 | 61.1 | -1.0 | Graduation | 92.3 | 80.7 | +11.6 | Graduation | 66.7 | 71.2 | -4.5 |
| Completion | 77.8 | 76.7 | +1.1 | Completion | 100.0 | 85.9 | +14.1 | Completion | 82.5 | 83.2 | -0.7 |
| Dropout | 4.7 | 3.0 | +1.7 | Dropout | 0.0 | 0.9 | -0.9 | Dropout | 5.7 | 3.0 | +2.7 |
| **English Learners** | | | | **Black/African American** | | | | **Female** | | | |
| On Track | * | -- | -- | On Track | * | -- | -- | On Track | 82.8 | -- | -- |
| Graduation | 60.0 | 49.2 | +10.8 | Graduation | 100.0 | 53.3 | +46.7 | Graduation | 75.8 | 72.9 | +2.9 |
| Completion | 62.5 | 64.1 | -1.6 | Completion | 75.0 | 70.5 | +4.5 | Completion | 85.3 | 83.3 | +2.0 |
| Dropout | 3.6 | 5.1 | -1.5 | Dropout | 0.0 | 5.9 | -5.9 | Dropout | 4.1 | 2.8 | +1.3 |
| **Students with Disabilities** | | | | **Hispanic/Latino** | | | | **Male** | | | |
| On Track | 78.0 | -- | -- | On Track | * | -- | -- | On Track | 78.6 | -- | -- |
| Graduation | 29.1 | 38.2 | -9.1 | Graduation | 61.2 | 59.5 | +1.7 | Graduation | 61.2 | 64.3 | -3.1 |
| Completion | 77.8 | 65.8 | +12.0 | Completion | 73.1 | 71.1 | +2.0 | Completion | 78.1 | 78.0 | +0.1 |
| Dropout | 8.6 | 4.8 | +3.8 | Dropout | 3.5 | 4.5 | -1.0 | Dropout | 6.4 | 3.9 | +2.5 |
| **Talented and Gifted** | | | | **Multi-Racial** | | | | | | | |
| On Track | >95 | -- | -- | On Track | 75.3 | -- | -- | | | | |
| Graduation | 87.1 | 90.9 | -3.8 | Graduation | 83.9 | 69.1 | +14.8 | | | | |
| Completion | 93.3 | 95.9 | -2.6 | Completion | 87.5 | 84.9 | +2.6 | | | | |
| Dropout | 0.0 | 0.4 | -0.4 | Dropout | 3.3 | 3.3 | -- | | | | |

*On-Track data is based on the 2012-13 school year; all other data is based on the 2011-12 school year.*

*On Track Data in the Student Group Outcomes section was provided by local schools and districts and was not verified by the Oregon Department of Education.*

*Note: a '*' is displayed when the data must be suppressed to protect student confidentiality.*



**OREGON REPORT CARD 2012-13**

# Grants Pass SD 7

**SUPERINTENDENT** John Higgins

725 NE Dean Dr
Grants Pass, OR 97526-1649, (541) 474-5700
www.grantspass.k12.or.us

**For more report card measures** including detailed demographic information visit
www.ode.state.or.us/go/reportcard

## CURRICULUM & LEARNING ENVIRONMENT

| | Elementary Schools | Middle Schools | High Schools |
|---|---|---|---|
| **SCHOOL READINESS** | Farm to School Nutrition Break<br>Free Breakfast<br>Bully Prevention Program | Rachel's Challenge<br>Free Breakfast<br>School Counselor and Psychologist<br>School Nurse<br>Campus Closet, Comfort Foods | Summer School Program Offerings<br>Bulling prevention steps and resources<br>Drug and Alcohol Counseling<br>94% of students surveyed feel safe from harm<br>Freshman Orientation |
| **ACADEMIC SUPPORT** | Districtwide Response to Intervention<br>Full Day Kindergarten for most at risk students<br>Parent Education Nights | Extended Learning Time (Intervention/Enrichment)<br>After School Tutorial Program<br>ELL Program<br>Targeted Intervention Classes | After school tutoring, Peer Tutors<br>Academic Study Hall<br>Office Hours and Intervention Time<br>Essential Skills Support |
| **ACADEMIC ENRICHMENT** | Battle of the Books<br>Spelling Bee<br>Field Trips<br>PE and Music specialists | **WORLD LANGUAGE COURSES**<br>*Information was not submitted for this section.<br>**SPECIAL PROGRAMS**<br>*Information was not submitted for this section. | **WORLD LANGUAGE COURSES**<br>Spanish 1-4<br>German 1-4<br>French 1-4, Chinese<br>**HONORS & DUAL-ENROLLMENT COURSES**<br>10 AP courses, 11 Honors and Advanced Courses<br>41 Dual credit (college credit) courses<br>**SPECIAL PROGRAMS**<br>Vocational Work Study<br>Bridges On-line courses<br>Alternative School Sites (GPASS, Gladiola) |



# Grants Pass SD 7

**SUPERINTENDENT** John Higgins

725 NE Dean Dr
Grants Pass, OR 97526-1649, (541) 474-5700
www.grantspass.k12.or.us

**For more report card measures** including detailed demographic information visit www.ode.state.or.us/go/reportcard

## CURRICULUM & LEARNING ENVIRONMENT CONTINUED . . .

| CAREER & TECHNICAL EDUCATION | | Middle Schools | High Schools |
|---|---|---|---|
| | | Robotics Club | Culinary, Drafting, Metals Fabrication |
| | | Leadership | Construction, Web Design, Video Production, |
| | | Computers | Medical Care, Child Development |

| EXTRACURRICULAR ACTIVITIES | Elementary Schools | Middle Schools | High Schools |
|---|---|---|---|
| | Band and Strings program | 7 Sport Offerings | 719 participants |
| | Honor Choir | Band, Choir, Orchestra programs | 14 clubs |
| | Garden programs | Brain Bowl | 21 sports |
| | | Spelling Bee | 7 activities |

*Data and information in the Curriculum and Learning Environment section was provided by local schools and districts and was not verified by the Oregon Department of Education.*