IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| GRANTS PASS SCHOOL DISTRICT, )<br>)<br>    Plaintiff-Appellant,)<br>)<br>    v.                                  )<br>)<br>STUDENT,                           )<br>)<br>    Defendant-Appellee. ) | No. 1:14-cv-01115-PA<br><br>**JUDGMENT** |

**PANNER, J.**

The appeal of the Grants Pass School District is GRANTED. The decision of the Administrative Law Judge in Oregon Department of Education Case No. DP 14-104 is REVERSED.

IT IS SO ORDERED.

DATED this __29__ day of April, 2015.

_____
Owen M. Panner
United States District Judge

1 - JUDGMENT